```
                                            FILED

                                        06 DEC 13 AM 8:53

                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:  _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>          Plaintiff,<br>v.<br>BROADCOM CORPORATION,<br><br>          Defendant.<br>―――――――――――――<br>BROADCOM CORPORATION,<br><br>          Counterclaimant,<br>v.<br>QUALCOMM INCORPORATED,<br><br>          Counterdefendant.<br>―――――――――――――  | Case No. 05cv1958-B (BLM)<br><br>**ORDER GRANTING QUALCOMM'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

    The Court having considered and finding good cause for QUALCOMM's Application for Leave to File Documents Under Seal,

    QUALCOMM'S Application is **GRANTED**. Accordingly, QUALCOMM may file under seal the following documents:

    (1)   QUALCOMM Incorporated's Supplemental Submission In Support Of Request For Entry Of Order On Remand Regarding Products-In-Development; and

///

1  (2) Declaration of James R. Batchelder In Support of QUALCOMM
2      Incorporated's Supplemental Submission In Support Of Request
3      For Entry Of Order On Remand Regarding Products-In-
4      Development.
5  **IT IS SO ORDERED.**

7  Dated: <u>December 12, 2006</u>

8  BARBARA L. MAJOR
   United States Magistrate Judge

10 COPY TO:

11 HONORABLE RUDI M. BREWSTER
   U.S. DISTRICT JUDGE

12 ALL COUNSEL