ROBERT S. BREWER, JR. (SBN 65294)
JAMES S. MCNEILL (SBN 201663)
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

WILLIAM F. LEE (admitted *pro hac vice*)
JOHN J. REGAN (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Attorneys for Defendant/Counterclaim Plaintiff
BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA [FILED BY FACSIMILE]

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 05 CV 01958 B (BLM)<br><br>**DECLARATION OF LOUIS W. TOMPROS IN SUPPORT OF BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES**<br><br>Date:  June 25, 2007<br>Time:  9:00 a.m.<br>Ctrm:  2<br>Judge: Hon. Rudi M. Brewster |

I, Louis W. Tompros, hereby declare:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, which represents Broadcom Corporation ("Broadcom") in this matter.

2. I am licensed to practice law in the Commonwealth of Massachusetts (BBO #657791).

3. I was admitted *pro hac vice* before this Court on June 8, 2006.

4. I have personal knowledge of the facts contained in this declaration, and if called upon to testify to the truth of them, I could and would do so competently.

5. Attached hereto as Exhibit A is a true and accurate copy of Qualcomm's Initial Disclosure of Asserted Claims and Accused Products, dated March 10, 2006.

6. Attached hereto as Exhibit B is a true and accurate copy of Broadcom's First Set of Requests for the Production of Documents and Things, dated January 23, 2006.

7. Attached hereto as Exhibit C is a true and accurate copy of Broadcom's First Set of Interrogatories, dated January 23, 2006.

8. Attached hereto as Exhibit D is a true and accurate copy of Defendant Broadcom Corporation's Notice of Rule 30(b)(6) Deposition to Plaintiff Qualcomm Incorporated, dated May 23, 2006.

9. Attached hereto as Exhibit E is a true and accurate copy of pages 7 through 8, 34 through 36, and 46 through 47 of the Deposition of Ann Christine Irvine, dated July 11, 2006. **[Filed Under Seal]**

10. Attached hereto as Exhibit F is a true and accurate copy of pages 7 through 8, 36 through 37, 43, and 90 of the Deposition of Viji Raveendran, dated July 18, 2006. **[Filed Under Seal]**

11. Attached hereto as Exhibit G is a true and accurate copy of the Expert Report of Cliff Reader, Ph.D, dated August 10, 2006.

12. Attached hereto as Exhibit H is a true and accurate copy of page 51 of the Rule 30(b)(6) Deposition of Scott Ludwin, dated August 17, 2006. **[Filed Under Seal]**

13. Attached hereto as Exhibit I is a true and accurate copy of the Declaration of Iain Richardson Regarding the Expert Report of Cliff Reader, dated September 1, 2006.

14. Attached hereto as Exhibit J is a true and accurate copy of pages 51 through 52 of Qualcomm's Memorandum of Contentions of Fact and Law, dated November 19, 2006. **[Filed Under Seal]**

15. Attached hereto as Exhibit K is a true and accurate copy of an Email from Chris E. Mammen to Kate Saxton and Louis Tompros, dated Jan. 4, 2007.

16. Attached hereto as Exhibit L is a true and accurate copy of Volume VII, page 92 of the transcript of the trial in this matter, dated January 18, 2007.

17. Attached hereto as Exhibit M is a true and accurate copy of Volume VIII, pages 46 and 53 of the transcript of the trial in this matter, dated January 24, 2007.

18. Attached hereto as Exhibit N is a true and accurate copy of Volume IX, page 125 of the transcript of the trial in this matter, dated January 25, 2007.

19. Attached hereto as Exhibit O is a true and accurate copy of an Article entitled *Qualcomm Loses Its Patent-Rights Case*, dated January 27, 2007.

20. Attached hereto as Exhibit P is a true and accurate copy of a Letter from Louis W. Tompros to Lee Patch, dated February 7, 2007.

21. Attached hereto as Exhibit Q is a true and accurate copy of a Letter from Adam Arthur Bier to Louis Tompros, dated February 16, 2007.

22. Attached hereto as Exhibit R is a true and accurate copy of a Letter from Kathryn B. Riley to Elizabeth I. Rogers, dated March 2, 2007.

23. Attached hereto as Exhibit S is a true and accurate copy of a Letter from Louis W. Tompros to Adam Arthur Bier, dated March 5, 2007.

24. Attached hereto as Exhibit T is a true and accurate copy of a Letter from Louis W. Tompros to Kathryn B. Riley, dated March 5, 2007. **[Filed Under Seal]**

25. Attached hereto as Exhibit U is a true and accurate copy of a Letter from Mark Selwyn to Kathryn Riley, dated March 5, 2007.

26. Attached hereto as Exhibit V is a true and accurate copy of a Letter from Mark Selwyn to Kathryn Riley, dated March 5, 2007. **[Filed Under Seal]**

1  27. Attached hereto as Exhibit W is a true and accurate copy of a Letter from Mark Selwyn to
2  Kathryn Riley, dated March 6, 2007.
3  28. Attached hereto as Exhibit X is a true and accurate copy of a Letter from Kathryn B. Riley
4  to Mark D. Selwyn, dated March 6, 2007.
5  29. Attached hereto as Exhibit Y is a true and accurate copy of a Letter from Mark Selwyn to
6  Kathryn Riley, dated March 6, 2007.
7  30. Attached hereto as Exhibit Z is a true and accurate copy of a Letter from Adam Arthur
8  Bier to Louis Tompros, dated March 7, 2007.
9  31. Attached hereto as Exhibit AA is a true and accurate copy of a Letter from Kathryn B.
10 Riley to Mark D. Selwyn, dated March 7, 2007.
11 32. Attached hereto as Exhibit BB is a true and accurate copy of a Letter from Kate Saxton to
12 Kathryn B. Reilly, dated March 7, 2007.
13 33. Attached hereto as Exhibit CC is a true and accurate copy of a Letter from Kathryn B.
14 Riley to Kate Selwyn, dated March 7, 2007.
15 34. Attached hereto as Exhibit DD is a true and accurate copy of an Email from Kathryn Riley
16 to Kate Saxton and Elizabeth Rogers (without attachments), dated March 9, 2007.
17 35. Attached hereto as Exhibit EE is a true and accurate copy of an Email from Kate Saxton to
18 Adam Arthur Bier, dated March 30, 2007.
19 36. Attached hereto as Exhibit FF is a true and accurate copy of a Letter from James R.
20 Batchelder to Hon. Rudi M. Brewster, dated April 9, 2007.
21 37. Attached hereto as Exhibit GG is a true and accurate copy of a Letter from James R.
22 Batchelder to Kate Saxton, dated April 12, 2007.
23 38. Attached hereto as Exhibit HH is a true and accurate copy of an Email from Kevin Leung
24 to Kate Saxton, dated April 25, 2007.
25 39. Attached hereto as Exhibit II is a true and accurate copy of a Letter from Timothy S.
26 Blackford to Kate Saxton, dated June 14, 2007.
27 40. Attached hereto as Exhibit JJ is a true and accurate copy of an Article entitled *Eudora (e-*
28 *mail client)*, dated June 18, 2007.

41. Attached hereto as Exhibit KK is a true and accurate copy of a document produced by Qualcomm bearing the Bates numbers 1958QB0959845 through 1958QB0959850. **[Filed Under Seal]**

42. Attached hereto as Exhibit LL is a true and accurate copy of a document produced by Qualcomm bearing the Bates numbers 1958QB0975710 through 1958QB0975714. **[Filed Under Seal]**

43. Attached hereto as Exhibit MM is a true and accurate copy of a document produced by Qualcomm bearing the Bates numbers 1958QB1001604 through 1958QB1001606. **[Filed Under Seal]**

44. Attached hereto as Exhibit NN is a true and accurate copy of a document produced by Qualcomm bearing the Bates numbers 1958QB1002057 through 1958QB1001659. **[Filed Under Seal]**

45. Attached hereto as Exhibit OO is a true and accurate copy of a document produced by Qualcomm bearing the title "Viji R. Raveendran," and the Bates numbers 1958QB1066027 through 1958QB1066029. **[Filed Under Seal]**

46. Attached hereto as Exhibit PP is a true and accurate copy of a document produced by Qualcomm bearing the Bates numbers 1958QB1101351 through 1958QB1101353. **[Filed Under Seal]**

47. Attached hereto as Exhibit QQ is a true and accurate copy of the American College of Trial Lawyers Code of Pretrial Conduct, dated 2002.

48. Attached hereto as Exhibit RR is a true and accurate copy of an Article entitled *Qualcomm Argues That It Shouldn't Have to Pay*, dated June 13, 2007.

Signed this 18th day of June, 2007.

_____
Louis W. Tompros