# Exhibit A

1  David E. Kleinfeld (Bar No. 110734)
   Barry J. Tucker (Bar No. 164163
2  HELLER EHRMAN LLP
   4350 La Jolla Village Drive, 7th Floor
3  San Diego, CA 92122
   Telephone: (858) 450-8400
4
   Robert T. Haslam (Bar No. 71134)
5  Nitin Subhedar (Bar No. 171802)
   HELLER EHRMAN LLP
6  275 Middlefield Road
   Menlo Park, CA 94025
7  Telephone: (650) 324-7000
8  James R. Batchelder (Bar No. 136347)
   DAY CASEBEER MADRID & BATCHELDER LLP
9  20300 Stevens Creek Blvd., Suite 400
   Cupertino, CA 95014
10 Telephone: (408) 873-0110
11 Louis M. Lupin (Bar No. 120846)
   Alexander H. Rogers (Bar No. 131879)
12 Roger Martin (Bar No. 195003)
   QUALCOMM INCORPORATED
13 5775 Morehouse Drive
   San Diego, CA 92121
14 Telephone: (858) 658-1121
15 Attorneys for Plaintiff and Counterdefendant
   QUALCOMM INCORPORATED
16
17           UNITED STATES DISTRICT COURT
18         SOUTHERN DISTRICT OF CALIFORNIA
19 QUALCOMM INCORPORATED,          | 05 CV 1958 B (BLM)
20           Plaintiff,
                                     QUALCOMM INCORPORATED'S INITIAL
21      v.                          DISCLOSURE OF ASSERTED CLAIMS AND
                                     ACCUSED PRODUCTS RELATING TO U.S.
22 BROADCOM CORPORATION,            PATENT NOS. 5,576,767 AND 5,452,104
23           Defendant.
24 BROADCOM CORPORATION,
25           Counterclaimant,
26      v.
27 QUALCOMM INCORPORATED,                        Exhibit A-1
28           Counterdefendant.

312590_1  QUALCOMM'S INITIAL DISCLOSURE OF ASSERTED   CASE NO. 05 CV 1958 B (BLM)
          CLAIMS & ACCUSED PRODUCTS RELATING TO U.S.
          PATENT NOS. 5,576,767 & 5,452,104

1    Pursuant to the Court's Case Management Conference Order Regulating Discovery and

2    Other Pretrial Proceedings, dated February 15, 2006, Plaintiff and Counterdefendant QUALCOMM

3    Incorporated ("QUALCOMM") hereby submits its preliminary disclosure of asserted claims and

4    preliminary infringement contentions, with regard to United States Patent Nos. 5,576,767 and

5    5,452,104, assigned to QUALCOMM (the "QUALCOMM patents-in-suit"). The statements below

6    are based on QUALCOMM's information and belief to date. Discovery as to Broadcom's

7    infringement is ongoing. Accordingly, QUALCOMM reserves the right to modify, amend, or

8    supplement this disclosure, including but not limited to the right to add or delete asserted claims or

9    accused products and the right to modify or amend these contentions, in light of any facts learned

10   during further investigation or discovery.

11   **I.      ASSERTED CLAIMS**

12       Based on information obtained to date, the importation, manufacture, use, sale, or offer for

13   sale of the following Broadcom devices infringe the QUALCOMM patents-in-suit. The asserted

14   claims for each patent are identified in the claim charts attached hereto as Exhibits 1-2.

15   **II.     ACCUSED BROADCOM PRODUCTS**

16       The Broadcom encoder products accused of infringing U.S. Patent Nos. 5,576,767 and

17   5,452,104, referred to collectively as the "Broadcom AVC Encoder Products," include, without

18   limitation, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of

19   the BCM27xx family of mobile multimedia processors, together with its H.264 codec software,

20   conform to, comply with, and/or support H.264. See Product Briefs for each product, available at

21   www.broadcom.com.

22       The Broadcom decoder products accused of infringing U.S. Patent Nos. 5,576,767 and

23   5,452,104, referred to collectively as the "Broadcom AVC decoder Products," include, without

24   limitation, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and

25   other members of the BCM74xx family of digital video decoders, BCM97395 reference platform,

26   and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of

27   mobile multimedia processors, together with its H.264 codec software, conform to, comply with,

28   and/or support H.264. See Product Briefs for each product, available at www.broadcom.com.

QUALCOMM's INITIAL DISCLOSURE OF ASSERTED    1              CASE NO. 05 CV 1958 B (BLM)
CLAIMS & ACCUSED PRODUCTS RELATING TO
PATENT NOS. 5,576,767 & 5,452,104                        **Exhibit A-2**

312590_1

1    QUALCOMM's infringement contentions, including QUALCOMM's contentions for claim

2   elements governed by 35 U.S.C. § 112 ¶ 5, with respect to the accused products and the asserted

3   claims of the QUALCOMM patents-in-suit, are set forth in the claim charts attached hereto as

4   Exhibits 1-2.

5   **III.    PRIORITY DATES**

6    QUALCOMM's contentions concerning the priority dates to which the asserted claims are

7   entitled are set forth in QUALCOMM's response to Broadcom's Interrogatory No. 1, and all

8   supplements thereto, which are expressly incorporated herein by reference.

9   **IV.    QUALCOMM PRODUCTS THAT PRACTICE THE CLAIMED INVENTIONS**

10    The following QUALCOMM decoder products practice one or more of the inventions

11   claimed in the QUALCOMM patents-in-suit:  QDEC 1000 (also known as Digital Cinema Decoder).

12   The following QUALCOMM encoder products practice one or more of the inventions claimed in the

13   QUALCOMM patents-in-suit:  various Digital Cinema encoders, sold to Technicolor, which do not

14   have formal product names.

15    QUALCOMM's investigations regarding products that incorporate or reflect this claim are

16   ongoing and QUALCOMM reserves the right to supplement its response as warranted by its

17   investigation.

18   Dated:  March 10, 2006                    DAY CASEBEER
                                              MADRID & BATCHELDER LLP
19

20

21                                            By:
22                                                   Christian E. Mammen

23                                            Attorneys for Plaintiff and Counterdefendant
                                              QUALCOMM Incorporated
24

25

26                                 **Exhibit A-3**

27

28

03/10/06  17:37 FAX 408 873 0220          DAY CASEBEER                    ☒005/087

# Exhibit 1

**Exhibit A-4**

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| 3 pre | 3. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and constituent sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, an apparatus for compressing said DC DCT coefficient values comprising: | The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC encoder products satisfy the preamble both literally and under the doctrine of equivalents.

The system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 ("the H.264 Standard"), together with H.264/AVC Reference Software Encoder Documentation, available at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed March 10, 2006) ("Encoder Reference Software") (collectively, the H.264 Standard and the Encoder Reference Software are referred to herein as "H.264"), and/or any device implementing or practicing H.264, is an "adaptive block size compression system."

There are numerous instances in H.264 where a block of pixel data is transformed to AC and DC DCT coefficient data, or its equivalent, and where AC and DC DCT coefficient values of a composite block, or their equivalents, are provided for transmission. E.g., ITU-T Recommendation H.264 § 0.6 at pp. 2-4; H.264 Reference Software Encoder: block.c Source File; H.264 Reference Software Encoder: transform8x8.c Source File.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |

1

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this preamble. If the accused Broadcom AVC encoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC encoder products satisfy the preamble under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this preamble are insubstantial differences at most, One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this preamble. |
| 3a | discrete quadtree means for receiving at least one block of data representing said block of pixel data, performing a plurality of DCT operations to provide AC and DC DQT coefficient values, with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values, performing at least one additional DCT operation wherein each of said at least one additional DCT operation is performed on resultant DC DQT coefficient data of a preceding DCT operation, and selecting ones of AC and DC DQT coefficient values to provide a DQT composite block of AC and DC coefficient values; and | This limitation is a means-plus-function limitation within the meaning of 35 U.S.C. § 112, ¶6. The functions performed by this limitation are: (1) receiving at least one block of data representing said block of pixel data, (2) performing a plurality of DCT operations to provide AC and DC DQT coefficient values, with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values, performing at least one additional DCT operation wherein each of said at least one additional DCT operation is performed on resultant DC DQT coefficient data of a preceding DCT operation, and (3) selecting ones of AC and DC DQT coefficient values to provide a DQT composite block of AC and DC coefficient values.  The corresponding structure(s) for each function are found in the specification of the '104 patent, and set forth more fully in QUALCOMM's portion of the Joint Claim Construction Chart for the '104 patent, QUALCOMM's arguments to the Court in support of claim construction, and the Court's rulings concerning corresponding structure. |

2

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | The "receiving at least one block of data ..." function is performed in H.264 systems by ITU-T Recommendation H.264 § 6, pp 17-35; H.264/AVC Reference Software Encoder: block.c Source File e.g., lines 511 et seq., 1129 et seq.; see also ITU-T Recommendation H.264 § 8.5, pp 159-178.<br><br>The "performing a plurality of DCT operations ..." function is performed in H.264 by H.264/AVC Reference Software Encoder: block.c Source File lines e.g., 511 et seq., 605 et seq., 885 et seq., 1129 et seq., 1202 et seq., 1328 et seq., 1439 et seq., 2241 et seq., 2379 et seq., 2385 et seq.; see also ITU-T Recommendation H.264 § 8.5, pp 159-178; see also H.264/AVC Reference Software Encoder: transform8x8.c Source File.<br><br>The "selecting ..." function is performed in H.264 systems by H.264/AVC Reference Software Encoder: block.c Source File; H.264/AVC Reference Software Encoder: rdopt.c Source File (e.g., coded block pattern); see also ITU-T Recommendation H.264 § 8.5, pp 159-178.<br><br>On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."<br><br>Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC |

3

Ex. 1-3     Exhibit A-7

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 3b | encoding means for receiving said DQT composite block, selecting values from said DQT composite block and encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient values, | This limitation is a means-plus-function limitation within the meaning of 35 U.S.C. § 112, ¶ 6. The functions performed by this limitation are: (1) receiving said DQT composite block, (2) selecting values from said DQT composite block and (3) encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient values. The corresponding structure(s) for each function are found in the specification of the '104 patent, and set forth more fully in QUALCOMM's portion of the Joint Claim Construction Chart for the '104 patent, QUALCOMM's arguments to the Court in support of claim construction, and the Court's rulings concerning corresponding structure.

The "receiving ...," "selecting values ...," and "encoding ..." functions are performed in H.264 systems by H.264/AVC Reference Software Encoder: vlc.c Source File; H.264/AVC Reference Software Encoder: cabac.c Source File; *see also* ITU-T Recommendation H.264 § 8.5, pp 159-178, § 9, pp 194-248.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |

4

Ex. 1-4          Exhibit A-8

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 4 pre | 4. The apparatus of claim 3 wherein said discrete quadtree means comprises: | This language is not limiting. |
| 4a | at least one DCT means for receiving said at least one block of data and performing a series of DCT operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data and with additional DCT operations performed on sub-blocks of selected DC DQT coefficient values; and | This limitation is a means-plus-function limitation within the meaning of 35 U.S.C. § 112, ¶ 6. The functions performed by this limitation are: (1) receiving said at least one block of data and (2) performing a series of DCT operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data and with additional DCT operations performed on sub-blocks of selected DC DQT coefficient values. The corresponding structure(s) for each function are found in the specification of the '104 patent, and set forth more fully in QUALCOMM's portion of the Joint Claim Construction Chart for the '104 patent, QUALCOMM's arguments to the Court in support of claim construction, and the Court's rulings concerning corresponding structure.

The "receiving said at least one block of data ..." function is performed in H.264 systems by ITU-T Recommendation H.264 § 6, pp 17-35; |

5

303547_3

Ex. 1-5          Exhibit A-9

03/10/06   17:39 FAX 408 873 0220          DAY CASEBEER                    ☒011/087

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | H.264/AVC Reference Software Encoder: block.c Source File lines 511 *et seq.; see also* ITU-T Recommendation H.264 § 8.5, pp 159-178. |
| | | The "performing a series of DCT operations ..." function is performed in H.264 by H.264/AVC Reference Software Encoder: block.c Source File lines *e.g.*, 511 *et seq.*, 605 *et seq.*, 1129 *et seq.*, 1202 *et seq.*, 1328 *et seq.*, 1439 *et seq.*, 2241 *et seq.*, 2379 *et seq.*, 2385 *et seq.*; *see also* ITU-T Recommendation H.264 § 8.5, pp 159-178; *see also* H.264/AVC Reference Software Encoder: transform8x8.c Source File. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |

6

303547_3

Ex. 1-6

Exhibit A-10

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| 4b | selector means for receiving said AC and DC DQT coefficient values selecting ones of said AC and DC DQT coefficient values to provide said sub-blocks of selected DC DQT coefficient values in accordance with a predetermined selection format. | This limitation is a means-plus-function limitation within the meaning of 35 U.S.C. § 112, ¶ 6. The functions performed by this limitation are: (1) receiving said AC and DC DQT coefficient values and (2) selecting ones of said AC and DC DQT coefficient values to provide said sub-blocks of selected DC DQT coefficient values in accordance with a predetermined selection format.  The corresponding structure(s) for each function are found in the specification of the '104 patent, and set forth more fully in QUALCOMM's portion of the Joint Claim Construction Chart for the '104 patent, QUALCOMM's arguments to the Court in support of claim construction, and the Court's rulings concerning corresponding structure.

The "receiving ..." function is performed in H.264 systems by ITU-T Recommendation H.264 § 6, pp 17-35; H.264/AVC Reference Software Encoder: block.c Source File; H.264/AVC Reference Software Encoder: rdopt.c Source File (e.g., coded block pattern); *see also* ITU-T Recommendation H.264 § 8.5, pp 159-178.

The "selecting ..." function is performed in H.264 systems by H.264/AVC Reference Software Encoder: block.c Source File lines e.g., 605 *et seq.*, 1283 *et seq.*, 1328 *et seq.*; H.264/AVC Reference Software Encoder: rdopt.c Source File (e.g., coded block pattern); *see also* ITU-T Recommendation H.264 § 8.5, pp 159-178.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this |

7

303547_3

Ex. 1-7          **Exhibit A-11**

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 5 | 5. The apparatus of claim 4 wherein said at least one DCT means comprises a plurality of single DCT means wherein each of said single DCT means is for performing a corresponding one of said series of DCT operations. | This limitation is a means-plus-function limitation within the meaning of 35 U.S.C. § 112, ¶ 6. The function performed by this limitation is: performing a corresponding one of said series of DCT operations. The corresponding structure(s) for each function are found in the specification of the '104 patent, and set forth more fully in QUALCOMM's portion of the Joint Claim Construction Chart for the '104 patent, QUALCOMM's arguments to the Court in support of claim construction, and the Court's rulings concerning corresponding structure.

This function is performed in H.264 by H.264/AVC Reference Software Encoder: block.c Source File lines e.g., 511 et seq., 605 et seq., 885 et seq., 1129 et seq., 1202 et seq., 1328 et seq., 1439 et seq., 2241 et seq., 2379 et seq., 2385 et seq.; see also ITU-T Recommendation H.264 § 8.5, pp 159-178; see also H.264/AVC Reference Software Encoder: transform8x8.c Source File.

On information and belief, at least Broadcom's BCM2702, BCM2705, |

8

303547_3

Ex. 1-8            Exhibit A-12

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 7 | 7. The apparatus of claim 3 wherein said at least one block of data comprises pixel data. | The at least one block of data identified above with reference to claim 3 comprises pixel data, as that term has been construed by the Court.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |

9

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 13 pre | 13. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and at least one constituent level of sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, a method for compressing said DC DCT coefficient values comprising: | The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC encoder products satisfy the preamble both literally and under the doctrine of equivalents.

The system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 ("the H.264 Standard"), together with H.264/AVC Reference Software Encoder Documentation, available at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed March 10, 2006) ("Encoder Reference Software") (collectively, the H.264 Standard and the Encoder Reference Software are referred to herein as "H.264"), and/or any device implementing or practicing H.264, is an "adaptive block size compression system." |

10

303547_3

Ex. I-10          Exhibit A-14

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | There are numerous instances in H.264 where a block of pixel data is transformed to AC and DC DCT coefficient data, or its equivalent, and where AC and DC DCT coefficient values of a composite block, or their equivalents, are provided for transmission. *E.g.*, ITU-T Recommendation H.264 § 0.6 at pp. 2-4; H.264 Reference Software Encoder: block.c Source File. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this preamble. If the accused Broadcom AVC encoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC encoder products satisfy the preamble under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this preamble are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this preamble. |
| 13a | receiving at least one block of data; | This limitation is satisfied in H.264 systems by ITU-T Recommendation H.264 § 6, pp 17-35; H.264/AVC Reference Software Encoder: block.c |

11

Ex. 1-11

Exhibit A-15

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Source File lines 511 et seq.; see also ITU-T Recommendation H.264 § 8.5, pp 159-178. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation.  If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents.  As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 13b | performing a series of discrete cosine transformation (DCT) operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC | This limitation is satisfied in H.264 by H.264/AVC Reference Software Encoder: block.c Source File lines e.g., 511 et seq., 605 et seq., 885 et seq., 1129 et seq., 1202 et seq., 1328 et seq., 1439 et seq., 2241 et seq., 2379 et seq., 2385 et seq.; see also ITU-T Recommendation H.264 § 8.5, pp 159-178; see also H.264/AVC Reference Software Encoder: transform8x8.c Source File. |

12

Ex. 1-12          Exhibit A-16

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | and DC DQT coefficient values and at least one additional DCT operations is performed on sub-blocks of selected DC DQT coefficient values resultant from a preceding DCT operation of said series of DCT operations; and | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation.  If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents.  As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most.  One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 13e | selecting ones of AC and DC DQT coefficient values resultant from said first DCT operation and said at least one additional DCT operation to provide a DQT composite block of AC and DC DQT coefficient values. | This limitation is satisfied in H.264 systems by H.264/AVC Reference Software Encoder: block.c Source File; H.264/AVC Reference Software Encoder: rdopt.c Source File (e.g., coded block pattern); *see also* ITU-T Recommendation H.264 § 8.5, pp 159-178.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each |

13

Ex. 1-13          Exhibit A-17

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|-----------|----------------|--------------|
|  |  | product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 59 pre | 59. In an image decoder wherein an image block of pixel data is processed by performing a discrete cosine transform (DCT) operation on said block of pixel data and on at least one predetermined level of constituent sub-blocks of pixel data thereof, and providing corresponding block and sub-blocks of AC and DC DCT coefficient values and wherein said DC DCT coefficient values is further processed by performing a series of at least one additional DCT operation on said sub-blocks of DC DCT coefficient | The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC decoder products satisfy the preamble both literally and under the doctrine of equivalents.

The decoder system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 ("the H.264 Standard"), together with H.264/AVC Reference Software Encoder Documentation, available at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed March 10, 2006) ("Encoder Reference Software") (collectively, the H.264 Standard and the Encoder Reference Software are referred to herein as |

14

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | values, a subsystem for decoding said processed DC DCT coefficient values comprising; | "H.264", and/or any decoder device implementing or practicing H.264, is an "image decoder." |
| | | There are numerous instances in H.264 where DCT operations, or their equivalents, are performed, and where AC and DC DCT coefficient values, or their equivalents, are further processed by performing at least one additional DCT operation on the DCT coefficient values. *E.g.*, ITU-T Recommendation H.264 §0.6 at pp. 2-4; H.264 Reference Software Encoder: block.c Source File. |
| | | On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products." |
| | | Thus, the accused Broadcom AVC decoder products literally satisfy this preamble. If the accused Broadcom AVC decoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC decoder products satisfy the preamble under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this preamble are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC |

15

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | decoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this preamble. |
| 59a | decoder means having an input for receiving a signal indicative of said processed DC DCT coefficient values and having an output; and | This limitation is satisfied in H.264 systems by the decoders disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178, § 9, pp 194-248.

On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."

Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 59b | inverse discrete quadtree means having | This limitation is satisfied by the inverse transforms and associated |

16

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | an input coupled to said decoder means output, wherein said inverse discrete quadtree means comprises: | elements disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178. On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products." |
| | | Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 59c | plurality of separator means with a first separator means having an input for receiving said signal indicative of said processed DC DCT coefficient values and additional separator means having | This limitation is satisfied by the separators disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178. On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and |

17

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | an input and an output; | BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."

Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 59d | at least one inverse discrete means disposed between said plurality of separator means having an input coupled to a corresponding separator means output. | This limitation is satisfied by the inverse transforms disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178. On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. |

18

303547_3

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Collectively, such products are the "accused Broadcom AVC decoder products." |
| | | Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 60 pre | 60. The apparatus of claim 59 wherein said separator means further having a second output and wherein said discrete quadtree means further comprises; | This limitation is satisfied by the separators disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178. On information and belief, at least Broadcom's BCM7400, BCM7401, BCM7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products." Thus, the accused Broadcom AVC decoder products literally satisfy this |

19

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 60a | at least one multiplexer means having an input for receiving a timing signal, a second input coupled to a corresponding inverse cosine transform means output and a third input coupled to a corresponding second separator means output. | This limitation is satisfied by the multiplexers disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178.

On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."

Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC |

20

303547_3

Exhibit A-24

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 61 pre | 61. The apparatus of claim 60 wherein said decoder means comprises: | This claim language is not limiting. |
| 61a | decode lookup table means having an input for receiving signal indicative of said processed DC DCT coefficient values and having an output; | This limitation is satisfied by the decode lookup tables disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178, § 9, pp 194-248.

On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264, See Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."

Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In |

21

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 61b | value insertion logic means having a first input coupled to said decode lookup table means output, a second input for receiving a selection signal, and having an output; | This limitation is satisfied by the value insertion logic disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178, pp 194-248.<br><br>On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."<br><br>Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC |

22

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 61c | inverse zig-zag scan insertion logic means having a first input coupled to said value insertion logic means output an a second input for receiving a selection signal, and having an output; and | This limitation is satisfied by the inverse zig-zag scan insertion logic disclosed in ITU-T Recommendation H.264 § 8.5, pp 159-178, pp 194-248. On information and belief, at least Broadcom's BCM7400, BCM 7401, BCM 7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products." <br><br> Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |
| 61d | inverse quantizer means having an input | This limitation is satisfied by the inverse quantizers disclosed in ITU-T |

23

303547_3

Ex. 1-23        Exhibit A-27

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,452,104

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | coupled to said inverse zig-zag scan insertion logic means output and having an output. | Recommendation H.264 § 8.5, pp 159-178, pp 194-248.<br><br>On information and belief, at least Broadcom's BCM7400, BCM7401, BCM7402, BCM7411, BCM7411D and other members of the BCM74xx family of digital video decoders, BCM97395 reference platform, and BCM2702, BCM2705, BCM2722, BCM2724 and other members of the BCM27xx family of mobile multimedia processors, together with its H.264 codec software, conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at www.broadcom.com. Collectively, such products are the "accused Broadcom AVC decoder products."<br><br>Thus, the accused Broadcom AVC decoder products literally satisfy this limitation. If the accused Broadcom AVC decoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC decoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC decoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC decoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC decoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC decoder products do not play a role that is substantially different from this limitation. |

24

Ex. 1-24          Exhibit A-28

03/10/06   17:47 FAX 408 873 0220       DAY CASEBEER                                    Ø030/087

# Exhibit 2

03/10/06  17:47 FAX 408 873 0220      DAY CASEBEER                    ☒031/087

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| 1 pre | 1. An interframe video compression system comprising: | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC encoder products satisfy the preamble both literally and under the doctrine of equivalents.

The system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 [hereinafter H.264 Standard], together with H.264/AVC Reference Software Encoder Documentation, as viewed at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed March 10, 2006) [hereinafter Reference Software], and/or any device implementing or practicing H.264, is an interframe video compression system.

H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures."); § 8.4 ("Inter prediction process").

Thus, the accused Broadcom AVC encoder products literally satisfy this preamble. If the accused Broadcom AVC encoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC encoder products satisfy the preamble under the doctrine of equivalents. As |

1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | shown by al least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this preamble are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this preamble. |
| 1a | a first motion predictor having an input for receiving a block of pixel data and having an output for providing a first image prediction; | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture."); ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder); *Text Description of Joint Model Reference Encoding Methods and Decoding Concealment Methods*, Document No. JVT-N046 [hereinafter JVT-N046] at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed |

2

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No.: | Claim Language | Infringement |
|---|---|---|
| | | first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |

3

313016_1

Ex. 2-3                    Exhibit A-32

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| 1b | a first distortion calculator having a first input for receiving said block of pixel data and having a second input for receiving said first image prediction and having an output for providing a first distortion value; | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" … "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3… Use the results of a), b), and c) to determine the prediction mode for the current macroblock.") § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock…. SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$"-"$J_{m}$ $J_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) … the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value SA(T)D$_{min}$[] is chosen."). *H.264/AVC Reference Software* [hereinafter Reference Software] available at http://iphome.hhi.de/suehring/tml/doc/lenc/html/files.html (last viewed March 10, 2006) at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589.

On information and belief, at least Broadcom's BCM2702, BCM2705, |

4

313016_1

Ex. 2-4     Exhibit A-33

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 1e | at least one additional motion predictor provided in parallel with said first motion predictor having an input for receiving said block of pixel data and having an output for providing additional image predictions; | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... |

5

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."; § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder); JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition … Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" … "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC |

6

313016_1

Ex. 2-6                Exhibit A-35

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 1d | a second distortion calculator having a first input for receiving said block of pixel data and having a second input for receiving said additional image predictions and having a first output for providing a second distortion value; | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" … "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3… Use the results of a), b), and c) to determine the prediction mode for the current macroblock."); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock… SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.2.2 ("$J_{pred}$" = "$J_{fm}$, $λ_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) … the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value $SA(T)D_{min}$ is chosen."). Reference Software at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; |

7

Ex. 2-7          Exhibit A-36

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 1e | an encoding format selector having a first input coupled to said first distortion calculator output and having a second input coupled to said second distortion | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder ... "macroblock partition mbPartIdx... sub-macroblock partition subMbPartIdx... sub-macroblock |

8

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | calculator output and having an output for providing a selected encoding format; and | partition motion vector count subMvCnt ... MvCnt"); JVT-N046 at §2.1.1.1 ("The best mode will be the one that gives small distortion and less bits to code the macroblock... The above rate-distortion method is also used for choosing the best reference frame, motion vector and direction of prediction in B slice by using different lambda values and distortion measurement."); § 2.1.1.2 ("Note that the Inter modes are related to the partitioning possibilities of a 16x16 luma macroblock... When mode 4 is considered, then modes 5, 6, and 7 must be considered for each of the four individual 8x8 sub- macroblocks. Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition."); Figure 2-1 ("Different partition sizes in a macroblock"); § 2.1.2 ("The mode corresponding to the smallest Lagrangian cost will be the mode selected for the macroblock."); § 2.1.4.3 ("The prediction mode that results in the minimum value $SA(T)D_{min} = min(SA(T)D+SA(T)D0)$ is chosen").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. |

9

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 1f | encoder having a first input coupled to said encoding format selector output and having an output for providing a selectively encoded residual frame, having a second input for receiving a first displaced frame difference generated in accordance with said first image prediction and having a third input for receiving a second displaced frame difference generated in accordance with said second image prediction and for selectively encoding said first displaced frame difference and said second displaced frame difference in accordance with said selected encoding format. | This limitation is satisfied by H.264-compliant products.  H.264 Standard § 0.6 ("prediction residual."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4.2 (Decoding process for Inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. |

10

**Exhibit A-39**

Ex. 2-10

313016_1

03/10/06   17:51 FAX 408 873 0220        DAY CASEBEER                                    ☒041/087

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 2 | 2. The system of claim 1 wherein said first motion predictor compares an N x N block of pixel data, where N is an integer, with N x N blocks of pixel data in a first reference block of data. | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction.  The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2.  JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"); § 2.1.2.1 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. |

11

313016_1

Ex. 2-11

Exhibit A-40

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 3 | 4. The system of claim 2 wherein said at least one additional motion predictor compares N/2 x N/2 sub-blocks of pixel data with N/2 x N/2 sub-blocks of data in said additional reference blocks of data. | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6.3 ("A macroblock can be further partitioned for inter prediction.  The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2. JVT-N046 at § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation.  If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC |

12

Ex. 2-12

Exhibit A-41

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|-----------|----------------|--------------|
|  |  | encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 5 | 5. The system of claim 1 wherein said first motion predictor has a second input for receiving a first reference block of data comprising pixel data from a previous frame of pixel data. | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("The process for inter prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures."). JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"). On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally |

13

313016_1

Ex. 2-13

Exhibit A-42

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 6 | 6. The system of claim 1 wherein said first motion predictor has a second input for receiving a combination block of data determined in accordance with previous frames of pixel data. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("The process for inter prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures."); JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"). On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." Thus, the accused Broadcom AVC encoder products literally satisfy this |

14

313016_1

Ex. 2-14        Exhibit A-43

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 7 | 7. The system of claim 1 wherein said first motion predictor has a second output for providing a first motion vector. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder); JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); |

15

313016_1

Ex. 2-15                                          Exhibit A-44

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |

16

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| 8 | 8. The system of claim 1 wherein said at least one additional motion predictor has a second output for providing additional motion vectors. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures… Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture."); ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. … Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 6.4.2 (inter mode block and sub-block partitions);  § 8.4 (describing recovery of motion vectors in the decoder), JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition … Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" … "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). <br><br> On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused |

17

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 9. | 9. The system of claim 1 further comprising a weighting value multiplier disposed between said first distortion calculator and said encoding format selector. | This limitation is satisfied by H.264-compliant products. IVT-N046 at § 2.1.1.1 ("J = Distortion + $\lambda_{MODE}$*Rate"); § 2.1.1.3 ("J = Distortion + $\lambda_{MOTION}$*Rate"); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock ... R(s,c,MOD|QP) is the number of bits associated with choosing MODE, including the bits for the macroblock mode, the motion vector and reference picture, and the transformed blocks.... The cost for each sub block is then sum together to give the Lagrangian cost of the P8x8 mode.") (2-21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J(m, \lambda_{MOTION})$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference |

18

313016_1

# QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | (SAD) ... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); §§ 2.1.3, 2.1.3.1.2.2, 2.1.3.2. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As above by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 10 pre | 10. An interframe video compression system comprising: | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused |

19

313016_1

Ex. 2-19

Exhibit A-48

03/10/06   17:55 FAX 408 873 0220          DAY CASEBEER                    ☒050/087

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Broadcom AVC encoder products." |
| | | The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC encoder products satisfy the preamble both literally and under the doctrine of equivalents. |
| | | The system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 [hereinafter H.264 Standard], together with H.264/AVC Reference Software Encoder Documentation, as viewed at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed March 10, 2006) [hereinafter Reference Software], and/or any device implementing or practicing H.264, is an interframe video compression system. |
| | | H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures."); § 8.4 ("Inter prediction process"). |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this preamble. If the accused Broadcom AVC encoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC encoder products satisfy the preamble under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this preamble are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would |

20

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this preamble. |
| 10a | first motion compensation means for receiving a block of video data and for comparing said block of video data with blocks of pixel data of a first block size to provide displaced frame difference (DFD) blocks, and for measuring distortion values for said DFD blocks, and for selecting a most similar block of pixel data of said first block size in accordance with said distortion values for said DFD blocks to provide a first motion vector, a first DFD block and a first distortion value; | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures.... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 6.4.2 (inter mode block and sub-block partitions); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4 (describing recovery of motion vectors in the decoder); § 8.4.2 (Decoding process for Inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12. JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first"... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); |

21

Ex. 2-21

Exhibit A-50

313016_1

# QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" ... "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks.... Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3 ... Use the results of a), b), and c) to determine the prediction mode for the current macroblock.") § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock ... SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("*J*$_{pred}$" "*J*$_m$, *λ*$_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) ... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value SA(T)D$_{min}$[] is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589. |

22

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264, *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18b | additional motion compensation means for receiving said block of video data and for comparing said block of video data with a plurality blocks of pixel data of a second block size to provide second DFD blocks, and for measuring distortion values for said second DFD blocks, and for selecting a set of most | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the |

23

313016_I

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
|  | similar block of pixel data of said second block size in accordance with said distortion values for said second DFD blocks to provide a set of additional motion vectors, a set of additional second DFD blocks, and a second distortion value; | quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 6.4.2 (inter mode block and sub-block partitions); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4 (describing recovery of motion vectors in the decoder); § 8.4.2 (Decoding process for Inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12. JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" ... "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.2.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks... Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3 ... Use the results of a), b), and c) to determine the prediction mode for the current macroblock.") § 2.1.2.2.2 |

24

313016_1

Exhibit A-53

Ex. 2-24

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|-----------|----------------|--------------|
| | | ("Determining the Best Inter Modes for each sub macroblock ... SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J_{int}$, $A_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) ... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value SA(T)D$_{min}$[] is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In |

25

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 10c | decision means for comparing said first distortion value and said second distortion value and for selecting an encoding format in accordance with said comparison; and | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder ... "macroblock partition mbPartIdx... sub-macroblock partition subMbPartIdx... sub-macroblock partition motion vector count subMvCnt .. MvCnt"); JVT-N046 at § 2.1.1.1 ("The best mode will be the one that gives small distortion and less bits to code the macroblock... The above rate-distortion method is also used for choosing the best reference frame, motion vector and direction of prediction in B slice by using different lambda values and distortion measurement."); § 2.1.1.2 ("Note that the inter modes are related to the partitioning possibilities of a 16x16 luma macroblock... When mode 4 is considered, then modes 5, 6, and 7 must be considered for each of the four individual 8x8 sub-macroblocks. Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition."); Figure 2-1 ("Different partition sizes in a macroblock"); § 2.1.2 ("The mode corresponding to the smallest Lagrangian cost will be the mode selected for the macroblock."); § 2.1.4.3 ("The prediction mode that results in the minimum value $SA(T)D_{min} = min(SA(T)D + SA(T)D0)$ is chosen").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply |

26

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 10d | encoding means for selectively encoding said first motion vector and said first DFD block and said set of additional motion vectors and said second DFD blocks in accordance with said selected encoding format. | This limitation is satisfied by H.264-compliant products.  H.264 Standard § 0.6 ("prediction residual."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4.2 (Decoding process for inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12. |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply |

27

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 11 | 11. The system of claim 10 wherein said block of video data is an N x N block where N is an integer, and wherein said first block size is N x N. | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2.  JVT-N046 at § 2.12.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"); § 2.1.2.1 ("Perform motion estimation and reference frame selection for Inter modes |

28

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 13 | 13. The system of claim 11 wherein said second block size is N/2 = N/2. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2. JVT-N046 at § 2.1.2.2 ("Perform motion |

29

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 14 | 14. The system of claim 10 wherein said blocks of pixel data of a first block size comprise pixel data from a previous frame of pixel data. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("The process for inter prediction of a sample block can also involve the selection of the picture to |

30

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | be used as the reference picture from a number of stored previously decoded pictures."). JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 15 | 15. The system of claim 10 wherein said blocks of pixel data of a first block size are combinations of pixel data from previous frames of pixel data. | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("The process for inter |

31

313016_1

Ex. 2-31

**Exhibit A-60**

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures."). JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 16 | 16. The system of claim 10 wherein said decision means performs said comparison responsive to a weighing | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 ("J = Distortion + $\lambda_{MODE}$*Rate"); § 2.1.1.3 ("J = Distortion + $\lambda_{MOTION}$*Rate"); § 2.1.2.2 ("Determining the Best Inter Modes for each |

32

313016_1

Ex. 2-32              Exhibit A-61

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | format. | sub macroblock ... R(s,c,MODE|QP) is the number of bits associated with choosing MODE, including the bits for the macroblock header, the motion vector and reference picture, and the transformed blocks.... The cost for each sub block is then summed together to give the Lagrangian cost of the P8x8 mode.") (2-21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J(m, \lambda_{MOTION})$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized, way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) ... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); §§ 2.1.3, 2.1.3.1.2.2, 2.1.3.2.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC |

33

313016_1

Ex. 2-33                    Exhibit A-62

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 17 | 17. The system of claim 10 further comprising a weighting means for receiving said additional distortion value by a predetermined weighting format. | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 ("J = Distortion + $\lambda_{MODE}$*Rate"); § 2.1.1.3 ("J = Distortion + $\lambda_{MOTION}$*Rate"); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock … R($s$,$c$,MOD|QP) is the number of bits associated with choosing MODE, including the bits for the macroblock header, the motion vector and reference picture, and the transformed blocks…. The cost for each sub block is then sum together to give the Lagrangian cost of the P8x8 mode.") (2-21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J(m, \lambda_{MOTION})$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) … the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); §§ 2.1.3, 2.1.3.1.2.2, 2.1.3.2.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC |

34

03/10/06   18:01 FAX 408 873 0220        DAY CASEBEER        ☑065/087

# QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18 pre | 18. An interframe video compression method for compressing a block of video data comprising the steps of: | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."<br><br>The preamble of this claim is not limiting, in whole or in part. However, assuming for present purposes (without admitting) that the preamble is a limitation of this claim, the accused Broadcom AVC encoder products satisfy the preamble both literally and under the doctrine of equivalents.<br><br>The system described and/or defined in ITU-T Recommendation H.264: Advanced Video Coding for Generic Audiovisual Services (03/2005), also known as MPEG-4 Part 10 and/or ISO/IEC 14496-10 [hereinafter H.264 Standard], together with H.264/AVC Reference Software Encoder Documentation, as viewed at http://iphome.hhi.de/suehring/tml/doc/lenc/html/index.html (last viewed |

35

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | March 10, 2006) [hereinafter Reference Software], and/or any device implementing or practicing H.264, is an interframe video compression system. |
| | | H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures."); § 8.4 ("Inter prediction process"). |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this preamble. If the accused Broadcom AVC encoder products do not literally satisfy this preamble then at a minimum the accused Broadcom AVC encoder products satisfy the preamble under the doctrine of equivalents.  As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this preamble. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this preamble are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this preamble, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this preamble. |
| 18a | comparing said block of video data with blocks of pixel data of a first block size to provide displaced frame difference (DFD) blocks; | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures.… Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction.  The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain |

36

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 6.4.2 (inter mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder). JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially |

37

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18b | measuring distortion values for said DFD blocks; | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" … "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3… Use the results of a), b), and c) to determine the prediction mode for the current macroblock.") § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock… SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$" "$J_m$, $\lambda_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD)… the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that |

38

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | results in the minimum value SA(T)Dmin[] is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com.  Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation.  If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents.  As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most.  One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18e | selecting a most similar block of pixel data of said first block size in | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to |

39

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | accordance with said distortion values to provide a first motion vector, a first DFD block and a first distortion value; | exploit temporal statistical dependencies between different pictures…. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. … Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 6.4.2 (inter mode block and sub-block partitions); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4 (describing recovery of motion vectors in the decoder). § 8.4.2 (Decoding process for inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12. JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" … "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition … Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3… Use the results of a), b), and c) to determine the prediction mode for the current macroblock"); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock… SSD is the sum of the squared differences between the original block s and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J(m, \lambda_{MOTION})$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); *id.* ("As indicated in Figure 2-3, inter mode prediction is |

40

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | executed first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."), Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value SA(T)Dₘᵢₙ[] is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC |

41

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18d | comparing said block of video data with a plurality blocks of pixel data of a second block size to provide additional DFD blocks; | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures... Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture."); ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction.  The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ... Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 6.4.2 (inter mode block and sub-block partitions);  JVT-N046 at § 2.1.2.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition ... Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."); § 2.1.3.4 ("As indicated in Figure 2-3, inter mode prediction is executed first" ... "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."); Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard |

42

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | transformed coefficients of the difference as shown in Figure 2-8"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18e | measuring distortion values for said DFD blocks; | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" ... "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks,"); |

43

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|-----------|----------------|--------------|
|           |                | § 2.1.2.2 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks.… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3 … Use the results of a), b), and c) to determine the prediction mode for the current macroblock."); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock …. SSD is the sum of the squared differences between the original block's and its reconstruction c") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J_{FM}$, $λ_{MOTION}$"); § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) … the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value $SA(T)D_{min}[]$ is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC |

44

Exhibit A-73

Ex. 2-44

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| | selecting a set of most similar block of pixel data of said second block size in accordance with said additional distortion values for said additional DFD blocks to provide a set of additional motion vectors, a set of additional DFD blocks and a second distortion value; | This limitation is satisfied by H.264-compliant products.  H.264 Standard at § 0.6 ("Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures...  Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture.") ("prediction residual."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction.  The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. ...  Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream."); § 3.127 ("residual:  The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 6.4.2 (inter mode block and sub-block partitions); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4 (describing recovery of motion vectors in the decoder); § 8.4.2 (Decoding process for inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12.  JVT-N046 at § 2.1.1.1 (cost function "J" includes "Distortion" ... |

45

Exhibit A-74

Ex. 2-45

31301_6_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | "The Distortion measurement quantifies the quality of the reconstructed pictures"); § 2.1.1.3-4 (distortion is calculated using SSD, SAD, or SA(T)D functions); § 2.12.2 ("Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition … Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks… Perform motion estimation and reference frame selection for Inter modes 1, 2, and 3 … Use the results of a), b), and c) to determine the prediction mode for the current macroblock."); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock … SSD is the sum of the squared differences between the original block s and its reconstruction cᵣ") (2-20, 21, 24, 25, 29) ("SSD"); § 2.1.3 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$J_{fm}$, $\lambda_{MOTION}$"); § 2.1.3.4 ("Under the first high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); id. ("As indicated in Figure 2-3, inter mode prediction is executed first" … "To choose the best macroblock mode under the high complexity mode, the encoder needs to calculate the RDcost (rate distortion cost) of every possible mode and chooses the mode having the minimum value."; Figure 2-5 ("Decide the best inter mode using fast inter mode decision"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) of either the prediction errors or the Hadamard transformed coefficients of the difference as shown in Figure 2-8… the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); § 2.1.4.3 ("The prediction mode that results in the minimum value SA(T)D_min[] is chosen."). *Reference Software* at fast_me.c 00661-728, 00869; mode_decision.c 00417, 01599; macroblock.c 04289; rdopt.c 00381; rdopt.c 01849; mv-search.c 00240-00304; mv-search.c 00311; mv-search.c 01032-01258, 01464-01543; rdopt.c 00630, 03039-03050; fast_me.c 00572, 00589. |

46

Exhibit A-75

Ex. 2-46

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 18g | selecting an encoding format in accordance with said first distortion value and said second distortion value; and | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 6.4.2 (intra mode block and sub-block partitions); § 8.4 (describing recovery of motion vectors in the decoder ... "macroblock partition mbPartIdx ... sub-macroblock partition subMbPartIdx ... sub-macroblock partition motion vector count subMvCnt ... MvCnt"); JVT-N046 at § 2.1.1.1 ("The best mode will be the one that gives small distortion and less bits to code the macroblock...  The above rate-distortion method is also used for choosing the best reference frame, motion vector and direction of |

Exhibit A-76

Ex. 2-47

47

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | prediction in B slice by using different lambda values and distortion measurement."); § 2.1.1.2 ("Note that the Inter modes are related to the partitioning possibilities of a 16x16 luma macroblock… When mode 4 is considered, then modes 5, 6, and 7 must be considered for each of the four individual 8x8 sub- macroblocks. Note that each partition has its own unique motion vector for the use of motion-compensated prediction of the partition."); Figure 2-1 ("Different partition sizes in a macroblock"); § 2.1.2 ("The mode corresponding to the smallest Lagrangian cost will be the mode selected for the macroblock."); § 2.1.4.3 ("The prediction mode that results in the minimum value $SA(T)D_{min} = min(SA(T)D+SA(T)D0)$ is chosen").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is |

48

Exhibit A-77

Ex. 2-48

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | substantially different from this limitation. |
| 18h | selectively encoding said first motion vector and said first DFD block and said set of additional motion vectors and said set of additional DFD blocks in accordance with said selected encoding format. | This limitation is satisfied by H.264-compliant products. H.264 Standard § 0.6 ("prediction residual."); § 3.127 ("residual: The decoded difference between a *prediction* of a sample or data element and its decoded value."); § 7.3.5.1 ("Macroblock prediction syntax"); § 7.4.5.3; § 8.4.2 (Decoding process for Inter prediction samples); § 8.5 (decoding the residual); § 8.5.9 (Scaling and transformation process for chroma DC transform coefficients); § 8.5.12.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is |

49

Exhibit A-78

Ex. 2-49

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | substantially different from this limitation. |
| 19 | 19. The method of claim 18 wherein said block of video data is an N x N block, where N is an integer, and wherein said first block size is N x N. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2. JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"); § 2.1.2.1 ("Perform motion estimation and reference frame selection for Inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks.").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC |

Exhibit A-79

Ex. 2-50

50

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|-----------|----------------|--------------|
| | | encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 21 | 21. The method of claim 19 wherein said second block size is N/2 x N/2. | This limitation is satisfied by H.264-compliant products. H264 Standard at § 0.6.3 ("A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation."); § 6.4.2. JVT-N046 at § 2.1.2.2 ("Perform motion estimation and reference frame selection for inter modes 4, 5, 6, and 7 for each of the four 8x8 sub-macroblocks."). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In |

Exhibit A-80

Ex. 2-51

51

313016_1

QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 22 | 22. The method of claim 18 wherein said blocks of pixel data of a first block size comprise pixel data from a previous frame of video data. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 6.3 ("The process for inter prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures."). JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame").

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products."

Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially |

Exhibit A-81

Ex. 2-52

52

313016_1

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim language | Infringement |
|---|---|---|
| | | the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 23 | 23. The method of claim 18 wherein said blocks of pixel data of a first block size are combinations of blocks of data from previous frames of video data. | This limitation is satisfied by H.264-compliant products. H.264 Standard at § 0.6.1 ("Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder."); § 0.6.3 ("The process for inter prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures."). JVT-N046 at § 2.1.2.1 ("The above rate-distortion optimisation method is also used for choosing the best reference frame"). |
| | | On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. *See* Product Briefs for each product, available at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
| | | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC |

Exhibit A-82

Ex. 2-53

53

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
| | | encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |
| 24. The method of claim 18 further comprising the step of weighting said additional distortion value by a predetermined weighting format. | | This limitation is satisfied by H.264-compliant products. JVT-N046 at § 2.1.1.1 ("J = Distortion + $\lambda_{MODE}$*Rate"); § 2.1.1.3 ("J = Distortion + $\lambda_{MOTION}$*Rate"); § 2.1.2.2.2 ("Determining the Best Inter Modes for each sub macroblock ... R(s,c,MOD|QP) is the number of bits associated with choosing MODE, including the bits for the macroblock header, the motion vector and reference picture, and the transformed blocks.... The cost for each sub block is then sum together to give the Lagrangian cost of the P8x8 mode.") (2-21, 24, 25, 29) ("SSD"); § 2.13 ("compute the Lagrangian cost for all possible modes"); § 2.1.3.1.2.2 ("$J_{pred}$," "$f_m$, $\lambda_{MOTION}$") § 2.1.3.4 ("Under the fast high-complexity mode, macroblock mode decision is made in rate-distortion optimized way"); § 2.1.3.4.3.2 ("RD optimization on 16x16, 16x8, 8x16 and 8x8 block sizes are used."); § 2.1.4 ("The cost of each mode is computed using some biases and Sum of Absolute Difference (SAD) ... the distortion term of the Lagrange cost function is actually SAD or SATD in low complexity mode."); §§ 2.1.3, 2.1.3.1.2.2, 2.1.3.2.

On information and belief, at least Broadcom's BCM2702, BCM2705, BCM2722, BCM2724, other members of the BCM27xx family of mobile multimedia processors, and associated codec software conform to, comply with, and/or support H.264. See Product Briefs for each product, available |

54

03/10/06  18:11 FAX 408 873 0220       DAY CASEBEER                      ☑085/087

## QUALCOMM's Preliminary Infringement Contentions for U.S. Patent No. 5,576,767

| Claim No. | Claim Language | Infringement |
|---|---|---|
|  |  | at http://www.broadcom.com. Collectively, such products are the "accused Broadcom AVC encoder products." |
|  |  | Thus, the accused Broadcom AVC encoder products literally satisfy this limitation. If the accused Broadcom AVC encoder products do not literally satisfy this limitation then at a minimum the accused Broadcom AVC encoder products satisfy the limitation under the doctrine of equivalents. As shown by at least the evidence cited above the accused Broadcom AVC encoder products perform substantially the same function, in substantially the same way, to achieve substantially the same result as this limitation. In addition, the differences, if any, between the accused Broadcom AVC encoder products and this limitation are insubstantial differences at most. One of ordinary skill in the art to which this patent pertains would understand that corresponding elements of the accused Broadcom AVC encoder products are interchangeable or substitutable for this limitation, and the accused Broadcom AVC encoder products do not play a role that is substantially different from this limitation. |

55

Exhibit A-84

Ex. 2-55

313016_1

1  David E. Kleinfeld (Bar No. 110734)
   Barry J. Tucker (Bar No. 164163)
2  HELLER EHRMAN LLP
   4350 La Jolla Village Drive, 7th Floor
3  San Diego, CA  92122
   Telephone: (858) 450-8400
4
   Robert T. Haslam (Bar No. 71134)
5  Nitin Subhedar (Bar No. 171802)
   HELLER EHRMAN LLP
6  275 Middlefield Road
   Menlo Park, CA  94025
7  Telephone: (650) 324-7000

8  James R. Batchelder (Bar No. 136347)
   DAY CASEBEER MADRID & BATCHELDER LLP
9  20300 Stevens Creek Blvd., Suite 400
   Cupertino, CA  95014
10 Telephone: (408) 873-0110

11 Louis M. Lupin (Bar No. 120846)
   Alexander H. Rogers (Bar No. 131879)
12 Roger Martin (Bar No. 195003)
   QUALCOMM INCORPORATED
13 5775 Morehouse Drive
   San Diego, CA  92121
14 Telephone: (858) 658-1121

15 Attorneys for Plaintiff and Counterdefendant
   QUALCOMM INCORPORATED
16

17               UNITED STATES DISTRICT COURT

18              SOUTHERN DISTRICT OF CALIFORNIA

19 QUALCOMM INCORPORATED,            05 CV 1958 B (BLM)

20              Plaintiff,           PROOF OF SERVICE

21         v.

22 BROADCOM CORPORATION,

23              Defendant.

24 BROADCOM CORPORATION,

25              Counterclaimant,

26         v.

27 QUALCOMM INCORPORATED,

28              Counterdefendant.

                                    **Exhibit A-85**

PROOF OF SERVICE                              CASE NO. 05 CV 1958 B (BLM)

313171_1

# Exhibit B

1  ROBERT S. BREWER, JR. (SBN 65294)
   JAMES MCNEILL (SBN. 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, CA  92101
   Telephone:    (619) 595-5400
4  Facsimile:    (619) 595-5450

5  WILLIAM F. LEE (admitted *pro hac vice*)
   MARK D. SELWYN (admitted *pro hac vice*)
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  60 State Street
   Boston, MA 02109
8  Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000

9

10  Attorneys for Defendant/Counterclaimant
    BROADCOM CORPORATION

11                 UNITED STATES DISTRICT COURT

12             SOUTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| QUALCOMM INCORPORATED, | Case No.  05 CV 1958 B (BLM) |
| Plaintiff, | **BROADCOM CORPORATIONS'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-88)** |
| v. | |
| BROADCOM CORPORATION, Defendant. | Judge:      Hon. Rudi M. Brewster |
| AND RELATED COUNTERCLAIMS | |

20        Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules

21  of this Court, the defendant Broadcom Corporation ("Broadcom") requests that the plaintiff,

22  Qualcomm, Incorporated ("Qualcomm"), produce the following documents and things for

23  inspection and copying within thirty (30) days of service hereof.  Production of responsive

24  documents and things is to occur at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60

25  State Street, Boston, Massachusetts 02109, or at such other place as may be mutually agreeable to

26  counsel.

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

## INSTRUCTIONS

1.     The document requests herein shall be deemed to include any and all documents and things within the actual or constructive possession, custody or control of Qualcomm, including documents located in the personal files of any and all past and present directors, officers, agents, representatives, employees, attorneys and accountants of Qualcomm.

2.     The following requests are continuing and Qualcomm is reminded of its obligation for its timely supplementation pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

3.     If the production of any documents responsive to these requests is objected to on the ground of privilege or work product, or for any other reason, with respect to each such document state:

     (a)     the date appearing on such document, or if no date appears, the date on which such document was prepared;

     (b)     the name of each person to whom such document was addressed;

     (c)     the name of each person, other than the addressee(s) identified in subparagraph (b) above, to whom such document or copy thereof was sent, or with whom such document was discussed;

     (d)     the name of each person who signed such document or, if not signed, the name of each person who prepared it;

     (e)     the name of each person making any contribution to the authorship of such document;

     (f)     the job title or position of each person identified in subparagraph (b), (c), (d), and (e) above;

     (g)     the date such document was received or discussed by each person identified in subparagraphs (b) or (c) above;

     (h)     the general nature or description of such document, and its number of pages;

     (i)     the name of each person who currently has custody of such document; and

     (j)     the specific ground(s) upon which the privilege or work product rests.

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

05 CV 1958

1    4.    If Qualcomm objects or otherwise refuses to respond or produce documents in

2  response to any portion of a document request, Qualcomm shall (1) state the objection or reason

3  for such refusal, and (2) provide all documents and information called for by that portion of the

4  request for production that Qualcomm does not object to and/or which Qualcomm does not refuse

5  to respond as follows:

6         (a)    If Qualcomm objects to a document request on the ground that it is too

7         broad (i.e., if Qualcomm believes it calls for information, documents or things that are

8         both (i) relevant to the claim or defense of any party and/or reasonably calculated to lead

9         to the discovery of admissible evidence and (ii) not relevant to the claim or defense of any

10        party and/or otherwise not reasonably calculated to lead to the discovery of admissible

11        evidence), Qualcomm shall produce documents and things in response to that request by

12        producing all documents and things that are relevant and/or reasonably calculated to the

13        discovery of admissible evidence and identify all categories of documents being withheld

14        on the ground of relevance;

15        (b)    If Qualcomm objects to a document request on the ground that to produce

16        documents and things would constitute an undue burden, then Qualcomm shall produce as

17        many of the requested documents and things as can be provided without undertaking an

18        undue burden;

19        (c)    If Qualcomm objects to any portion of a document request on the ground

20        that it is vague or indefinite, then Qualcomm shall set forth its understanding of the

21        allegedly vague or indefinite term and shall then produce documents and things based

22        upon that stated understanding.

23    5.    In the event that multiple copies of a document exist, produce every copy on which

24  appear any notations or markings of any sort not appearing on any other copy.

25    6.    If any of the documents requested herein are no longer in Qualcomm's possession,

26  custody or control, Qualcomm is requested to identify each such requested document by date,

27  type of document, person(s) from whom sent, person(s) to whom sent, and person(s) receiving

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 3 -                                            05 CV 1958

**Exhibit B-4**

1  copies, and to provide a summary of its pertinent contents.  Please also identify the Person or

2  Entity in whose possession, custody, or control the document was last known to reside.

3         7.     If any document responsive to these requests has been destroyed, describe the

4  content of such document, the location of any copies of such document, the date of such

5  destruction and the name of the person who ordered or authorized such destruction.

6         8.     The documents produced in response to these Requests shall be organized and

7  designated to correspond to the categories in these Requests or, if not, produced as they are

8  maintained in the normal course of business, and in either case:

9             (a)     all associated file labels, file headings, and file folders shall be produced

10  together with the responsive documents from each file and each file shall be identified as to its

11  owner or custodian;

12             (b)     all documents that cannot be legibly copied shall be produced in their

13  original form; otherwise, you may produce photocopies;

14             (c)     all photocopies shall be stapled or clipped as the originals; and

15             (d)     each page shall be given a discrete production number.

16         9.     Produce documents responsive to individual specifications as soon as possible and

17  without waiting to produce documents responsive to other specifications whenever possible.

18        10.    The singular form of a word shall be interpreted as plural, and the plural form of a

19  word shall be interpreted as singular, whichever makes the Request most broad.

20        11.    As used herein, "any" and "all" shall each be construed to mean "any and all," so

21  as to acquire the broadest meaning possible.

22        12.    As used herein the present tense shall also include the past tense.

23        13.    "And" and "or" when used herein shall be construed conjunctively or disjunctively

24  as necessary to make the request inclusive rather than exclusive.

25        14.    "Each" shall be construed to include and encompass "all."

26        15.    As used herein, "including" means including without limitation.

27        16.    Any pronoun shall be construed to refer to the masculine, feminine or neutral

28  gender, in singular or plural, as in each case is most appropriate.

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 4 -

05 CV 1958

Exhibit B-5

1       17.    Words and phrases are to be given their ordinary meaning consistent with Federal

2 Rule of Civil Procedure 1 and shall not be unduly or restrictively construed so as to avoid

3 responding to the fair scope of the interrogatories.

4       18.    None of the definitions or Requests set forth below shall be construed as an

5 admission relating to the existence of any evidence, to the relevance or admissibility of any

6 evidence, or to the truth or accuracy of any statement or characterization in the definition or

7 Request.

8 **DEFINITIONS**

9       The following definitions apply to the requests set forth below and to the

10 instructions provided heretofore.

11       1.    "Communication" means any transmission of information by any means, including

12 without limitation telephone conversations, letters, telegrams, teletypes, telexes, telecopies,

13 facsimiles, electronic mail, other computer linkups, written memoranda, and face-to-face

14 conversations.

15       2.    "Concern" or "concerning" means relating to, referring to, regarding, mentioning,

16 reflecting, pertaining to, evidencing, involving, describing, depicting, discussing, commenting on,

17 embodying, responding to, supporting, contradicting, or constituting (in whole or part), as the

18 context makes appropriate.

19       3.    "Document" and/or "thing" is synonymous in meaning and equal in scope to the

20 usage of this term in Fed. R. Civ. P. 34(a) and shall be construed to mean, without limitation any

21 written, printed, typed, stored, photostated, photographed, recorded or otherwise reproduced

22 communication, compilation or reproduction including computer or electronically generated or

23 stored information or data, whether assertedly privileged or not. "Document" specifically

24 includes all forms of electronic data. A draft or nonidentical copy is a separate document within

25 the meaning of this term. As used herein, "thing" also means any tangible item(s), other than a

26 "document" as defined herein, which constitute or contain matters within the scope of Federal

27 Rule of Civil Procedure 26(b).

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 5 -

05 CV 1958

Exhibit B-6

1    4.    "Broadcom" means Broadcom Corporation and/or all its past or present

2  predecessors, successors, partners, investors, corporate parents, affiliated companies or

3  corporations, divisions, departments, direct or indirect subsidiaries, officers, directors, employees,

4  principals, agents, attorneys, servants, representatives, and all other persons acting, or purporting

5  to act, on its or their behalf.

6    5.    "Qualcomm," "You," and "Your" means Qualcomm Incorporated and/or all its

7  past or present predecessors, successors, partners, investors, corporate parents, affiliated

8  companies or corporations, divisions, departments, direct or indirect subsidiaries, officers,

9  directors, employees, principals, agents, attorneys, servants, representatives, and all other persons

10  acting, or purporting to act, on its or their behalf.

11    6.    "Person" means any natural person, legal entity, governmental entity, or business

12  entity, including without limitation any corporation, partnership, unincorporated association, joint

13  venture, sole proprietorship, or any and/or all other organization or group of individuals together

14  with the employees, agents, consultants and attorneys thereof.

15    7.    "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms,

16  corporations, public corporations, municipal corporations, governments, including foreign

17  national governments, the government of the U.S. or any state or local government, and all

18  departments and agencies thereof, political subdivisions, groups, associations, or organizations.

19    8.    "License" or "licensee" means and includes each and every license, licensee, sub-

20  license and/or sub-licensee.

21    9.    "'104 patent" means U.S. Patent No. 5,452,104, entitled "Adaptive Block Size

22  Image Compression Method and System."

23    10.    "'767 patent" means U.S. Patent No. 5,576,767, entitled "Interframe Video

24  Encoding and Decoding System."

25    11.    "Qualcomm Patents" means both individually and/or collectively the '104 and

26  '767 patents. Any request for documents that concerns the "Qualcomm Patents" is meant to

27  cover the Qualcomm Patents as a whole plus each and every individual Qualcomm Patent.

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

-6-

Exhibit B-7

05 CV 1958

1      12.    "Qualcomm Patent Family Tree" means any provisional, continuation,

2   continuation-in-part, divisional, reexamination, or reissue patents or applications (regardless of

3   their status: i.e. including without limitation pending, published, issued and abandoned

4   applications), whether domestic or foreign (and however denominated), that claim priority to any

5   of the applications for any Qualcomm Patent(s) or to which the applications for such patents

6   claim priority.  This includes without limitation each and every Qualcomm Patent as well as each

7   and every application for such patent.  Any request for documents that concerns the "Qualcomm

8   Patent Family Tree" is meant to cover the Qualcomm Patent Family Tree as a whole plus each

9   and every individual patent and/or patent application in the Qualcomm Patent Family Tree.

10     13.    "Related Qualcomm Patent" means any United States patent or patent application

11   for which any applicant is also a named inventor on any Qualcomm Patent and/or which concerns

12   the same or similar subject matter as any Qualcomm Patent, as well as any continuation,

13   continuation in part, divisional, provisional, reexamination, reissue, or any other patent or patent

14   application (including rejected, abandoned, or pending applications) derived in whole or in part

15   from said applications, and all foreign counterpart patents or patent applications (including

16   rejected, abandoned, or pending applications).  Any request for documents that concerns the

17   "Related Qualcomm Patents" is meant to cover the Related Qualcomm Patents as a whole plus

18   each and every individual patent and/or patent application in the Related Qualcomm Patents.

19     14.    "Qualcomm Product, Process, or Instrumentality" means any product, device,

20   apparatus, process, method, act, or other instrumentality that, when made, used, offered for sale,

21   sold, or practiced (either by itself or in conjunction with other products, methods, or processes) by

22   or on behalf of Qualcomm or any of its Licensee(s), allegedly constitutes, practices, incorporates

23   or embodies a product, method or process claimed in one or more of the Qualcomm Patents.

24     15.    "Accused Broadcom Product, Process, or Instrumentality" means any product,

25   device, apparatus, process, method, act, or other instrumentality that, when made, used, offered

26   for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or

27   processes) by or on behalf of Broadcom, allegedly constitutes, practices, incorporates or

28   embodies a product, method or process claimed in one or more of the Qualcomm Patents.  This

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 7 -

05 CV 1958

Exhibit B-8

1    definition includes without limitation any Broadcom product, system, method, process, or act that

2    is accused of directly or indirectly infringing any Qualcomm Patent.

3         16.    "Accused Other Products, Processes, or Instrumentalities" means any product,

4    device, apparatus, process, method, act, or other instrumentality that, when made, used, offered

5    for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or

6    processes) by or on behalf of any person other than Broadcom, allegedly constitutes, practices,

7    incorporates or embodies a product, method or process claimed in one or more of the Qualcomm

8    Patents.

9         17.    "Other Litigation" means any litigation or proceeding of any kind commenced by

10   or against Qualcomm or any other Person other than Broadcom relating to any of the Qualcomm

11   Patents, the Qualcomm Patent Family Tree, or the Related Qualcomm Patents.

12        18.    "Prior art" means any patent, publicly available patent application, publication,

13   use, sale, offer for sale, or other thing that qualifies as prior art under 35 U.S.C. §§ 102 and/or 103

14   (including any amendments to these statutes) that Qualcomm contends relates to the scope or

15   validity of one or more claims of any of the Qualcomm Patents, Qualcomm Patent Family Tree,

16   or Related Qualcomm Patents.

17        19.    "Infringe" and "infringement" refer to direct infringement, contributory

18   infringement, inducement, literal infringement, and/or infringement under the doctrine of

19   equivalents.

20        20.    "Claim chart" shall mean a chart or table that correlates each element of any

21   asserted claim of each identified patent with the alleged corresponding element disclosed in the

22   prior art or in each Qualcomm product.

23        21.    The term "Complaint" shall mean as originally filed or as amended or

24   supplemented throughout the progression of the case.

25        22.    The term "processing of digital video signals" shall be given the meaning that it

26   has in paragraphs 9 of the Complaint.

27        23.    The term "H.264" shall be given the meaning it has in paragraph 10 of the

28   Complaint.

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 8 -

05 CV 1958

Exhibit B-9

24.     The terms "standard" and "standards" shall each be given the meaning, inclusively, of the terms "standards" and "technical specifications" in paragraph 10 of the Complaint.

25.     The term "MPEG video processing" refers to processing of digital video signals using an "MPEG" standard.  "MPEG" refers any of the family of standards of the same name used for coding audio-visual information in a digital compressed format, and includes but is not limited to the ISO/IEC MPEG-4 Part 10 standard referenced at paragraph 10 of the Complaint.

## REQUESTS

### Request for Production No. 1

All documents constituting or concerning any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent (or the subject matter disclosed therein).

### Request for Production No. 2

All communications within Qualcomm, and/or between Qualcomm and any Person, concerning any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent.  This request includes without limitation all minutes, memoranda, reports or other documents or prepared or received by any of Qualcomm's employees, officers, agents, consultants, and/or board of directors.

### Request for Production No. 3

All documents and things concerning the conception and/or reduction to practice of any invention or subject matter disclosed or claimed by any Qualcomm Patent or the Qualcomm Patent Family Tree.  This request includes without limitation, all documents and things concerning the conception, creation, design, development, testing, assembly, manufacture, actual or constructive reduction to practice, or diligence toward reduction to practice of the subject matter disclosed or claimed in any Qualcomm Patent or Qualcomm Patent Family Tree, including but not limited to, engineering notebooks, laboratory notes or reports, invention disclosures, internal memoranda, test reports, correspondence, articles, or other publications.

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 9 -

05 CV 1958

Exhibit B-10

**Request for Production No. 4**

    All documents concerning the decision by Qualcomm or any other Person to seek patent coverage of the subject matter of any of the claims of any Qualcomm Patent.

**Request for Production No. 5**

    All documents concerning the preparation, filing, or prosecution of any Qualcomm Patent, the Qualcomm Patent Family Tree and the Related Qualcomm Patents, including but not limited to (a) the prosecution history files for the Qualcomm Patents, the Qualcomm Patent Family Tree, and Related Qualcomm Patents; (b) all references cited during the prosecution of such patent applications; (c) every Office Action and paper filed or served in the course of the prosecution thereof; (d) all correspondence, memoranda, notes, and other documents concerning the prosecution thereof; (e) all prior art cited; and (f) any and all documents relating to any opposition to such applications.

**Request for Production No. 6**

    All documents concerning the filing, preparation, and/or prosecution of any <u>other</u> patent or patent application that discloses or concerns (in whole or in part) the subject matter disclosed in or claimed by any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent.

**Request for Production No. 7**

    All prior art or possible prior art to any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 10 -

05 CV 1958

Exhibit B-11

1   **Request for Production No. 8**

2       All communications within Qualcomm, and/or between Qualcomm and any Person,

3   concerning actual or possible prior art to any Qualcomm Patent, the Qualcomm Patent Family

4   Tree, or any Related Qualcomm Patent.  For purposes of this request, "Qualcomm" includes any

5   and all inventors and any other Person involved in the application and/or prosecution of any

6   Qualcomm Patent, Qualcomm Patent Family Tree, and/or Related Qualcomm Patent.

7       **Request for Production No. 9**

8       All documents and things constituting or concerning any prior art search, investigation,

9   and/or analysis for any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related

10  Qualcomm Patent.  This request includes without limitation all materials or things discovered,

11  collected, or found during or as a result of any such searches, investigations, and/or analyses.

12      **Request for Production No. 10**

13      All documents constituting or concerning any document that has been considered or

14  evaluated as to its potential effect upon (i) the patentability of the subject matter of any

15  Qualcomm Patent and/or (ii) the validity or scope of the claims of any Qualcomm Patent.

16      **Request for Production No. 11**

17      All documents concerning the scope, validity and/or patentability of any Qualcomm

18  Patent.  This request includes without limitation documents constituting or concerning: (a) any

19  validity studies or opinions regarding validity and (b) any assertion by any Person that any

20  Qualcomm Patent is valid or invalid.

21      **Request for Production No. 12**

22      All documents concerning the enforceability or unenforceability of any Qualcomm Patent,

23  including without limitation all documents constituting or concerning (a) any enforceability

24  studies or opinions and (b) any assertion by any Person that any Qualcomm Patent is enforceable

25  or unenforceable.

26      **Request for Production No. 13**

27      With respect to any Qualcomm Patent and/or the Qualcomm Patent Family Tree, all

28  documents referring to or concerning any decision by any Person to disclose or not to disclose to

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 11 -

05 CV 1958

**Exhibit B-12**

1  any patent examiner or office any reference, document, or information. This request includes

2  without limitation: (a) any opinions or advice of counsel concerning the same; (b) any document

3  concerning the applicant, licensee, or assignee's knowledge or understanding of disclosure

4  obligations; and (c) a copy of the reference, document, or information that was not disclosed.

5  **Request for Production No. 14**

6  All documents concerning secondary considerations or other objective evidence of non-

7  obviousness concerning any Qualcomm Patent (e.g., commercial success, long-felt need,

8  commercial acquiescence, expressions of skepticism, copying, teaching away, successful or failed

9  attempts by others, or simultaneous development).

10  **Request for Production No. 15**

11  All documents concerning any unique or specialized meaning (different from its everyday

12  common use) of any word or phrase contained in any of the claims of any Qualcomm Patent.

13  **Request for Production No. 16**

14  All documents concerning any mode of practicing the subject matter of any Qualcomm

15  Patent, including but not limited to the best mode.

16  **Request for Production No. 17**

17  All documents constituting or concerning the first written description of any and all of the

18  alleged inventions claimed in any Qualcomm Patent.

19  **Request for Production No. 18**

20  All documents constituting or concerning the first disclosure to a Person other than an

21  alleged inventor of the alleged inventions claimed in any Qualcomm Patent, the Qualcomm

22  Patent Family Tree, and/or any Related Qualcomm Patent.

23  **Request for Production No. 19**

24  All documents constituting or concerning the first public disclosure, first public use or

25  demonstration, first offer for sale, and/or first sale of the subject matter claimed by each claim of

26  any Qualcomm Patent, the Qualcomm Patent Family Tree, and/or any Related Qualcomm Patent.

27

28

McKenna Long &
Aldridge LLP
ATTORNEYS AT LAW
SAN DIEGO

- 12 -

05 CV 1958

Exhibit B-13

1    **Request for Production No. 20**

2        All documents and things concerning the level of ordinary skill in the art potentially

3    applicable for each claim of the Qualcomm Patents.

4    **Request for Production No. 21**

5        Documents sufficient to identify and show in detail each design around, alternative

6    manufacturing process, and/or alternative technology or method that can be used as a commercial

7    alternative to the patented technology of any Qualcomm Patent.

8    **Request for Production No. 22**

9        All documents and things produced by Qualcomm or by any other Person in an Other

10   Litigation.  This request includes, without limitation, any third-party discovery.

11   **Request for Production No. 23**

12       With respect to Other Litigation, all documents served, filed, and/or exchanged, including

13   without limitation: all pleadings; all applications, motions, supporting documents, and exhibits;

14   all written discovery requests and responses thereto; all privilege logs; all deposition, trial,

15   hearing, or other testimony; all deposition, trial, hearing or other exhibits; all expert reports and

16   materials; all memoranda and points of authorities, including all supporting documents and

17   exhibits; all rulings or orders; and all hearing transcripts.

18   **Request for Production No. 24**

19       All documents constituting or concerning communications, discussions, or analyses

20   within Qualcomm that relate in any way to Other Litigation or any fact or issue litigated in or

21   concerning such litigation.

22   **Request for Production No. 25**

23       All documents concerning the infringement or non-infringement by any party to Other

24   Litigation (including without limitation, all allegations, contentions, denials, investigations,

25   examination, or studies relating to such infringement or non-infringement).

26   **Request for Production No. 26**

27       To the extent not previously requested, all documents referring to or concerning Other

28   Litigation.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 13 -

05 CV 1958

Exhibit B-14

**Request for Production No. 27**

To the extent not previously requested, all documents concerning any legal proceeding or threatened legal proceeding, whether inter parte or ex parte, involving any Qualcomm Patent, the Qualcomm Patent Family Tree, and/or any Related Qualcomm Patent.

**Request for Production No. 28**

All documents constituting or concerning any right, title, or interest in this litigation, including without limitation the transfer of any such right, title or interest.

**Request for Production No. 29**

Documents sufficient to show the complete ownership, right, title, and interest to the Qualcomm Patents.

**Request for Production No. 30**

All documents concerning the ownership, title, chain-of-title, right, or interest (including transfer, sale, or assignment of any such interest) of or in any Qualcomm Patent, including without limitation any such right, title, or interest that exists or ever existed among or between Qualcomm and any Person.

**Request for Production No. 31**

All documents concerning the ownership, title, chain-of-title, right, or interest (including transfer, sale, or assignment of any such interest) of or in the Qualcomm Patent Family Tree or any Related Qualcomm Patent, including without limitation any such right, title, or interest that exists or ever existed among or between Qualcomm and any other Person.

**Request for Production No. 32**

All documents concerning indemnity agreements or any agreements of any kind concerning (a) any Qualcomm Patent or (b) this litigation.

**Request for Production No. 33**

All documents constituting or concerning any license, sub-license, settlement, covenant not to sue, or any other agreement under which Qualcomm or any other Person has granted or received any rights concerning any Qualcomm Patent, including without limitation documents

1   sufficient to identify any and all royalty or other payments made to Qualcomm under such

2   license, sub-license, settlement, covenant, or other agreement.

3      **Request for Production No. 34**

4       All documents constituting or concerning any license, sub-license, settlement, covenant

5   not to sue, or any other agreement under which Qualcomm or any other Person has granted or

6   received any rights concerning the Qualcomm Patent Family Tree or any Related Qualcomm

7   Patent, including without limitation documents sufficient to identify any royalty or other

8   payments made to Qualcomm under such license, sub-license, settlement, covenant, or other

9   agreement.

10      **Request for Production No. 35**

11       Documents sufficient to identify each product sold and/or process performed under license

12   of any Qualcomm Patent, and the remuneration Qualcomm receives for such sale or performance.

13      **Request for Production No. 36**

14       Documents sufficient to identify each product sold and/or process performed under license

15   of any patent in the Qualcomm Patent Family Tree or any Related Qualcomm Patent, and the

16   remuneration Qualcomm receives for such sale or performance.

17      **Request for Production No. 37**

18       All documents concerning the valuation of any Qualcomm Patent, the Qualcomm Patent

19   Family Tree, or any Related Qualcomm Patent.

20      **Request for Production No. 38**

21       All documents concerning the promotion, marketing, or advertising of the alleged

22   inventions claimed in any Qualcomm Patent, or any resulting product or process, including but

23   not limited to interviews, speeches, press releases, trade releases, and web pages.

24      **Request for Production No. 39**

25       All documents constituting or concerning negotiations, discussions, consideration and/or

26   communications about a potential, prospective, or actual license or similar agreement under any

27   Qualcomm Patent.

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

05 CV 1958

Exhibit B-16

**Request for Production No. 40**

All documents constituting or concerning negotiations, discussions, consideration and/or communications about a potential, prospective, or actual license or similar agreement involving the Qualcomm Patent Family Tree or any Related Qualcomm Patent.

**Request for Production No. 41**

All documents constituting or concerning licenses to (a) H.264 standards (b) MPEG video processing, or (c) any other standard relating to the processing of digital video signals. This request includes without limitation all Qualcomm licenses (whether granted to or form Qualcomm) concerning the processing of digital video signals.

**Request for Production No. 42**

All documents regarding any and all licensing customs, practices or policies of Qualcomm.

**Request for Production No. 43**

All documents regarding licensing customs, practices, or policies in the wireless communication industry.

**Request for Production No. 44**

All documents authored, presented, or published (in whole or part) by or on behalf of any named inventor of any Qualcomm Patent concerning any Qualcomm Patent, the subject matter of any Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent, including but not limited to articles, publications, internal memoranda, and reports.

**Request for Production No. 45**

. For each Person who is a named inventor or applicant of any Qualcomm Patent or the Qualcomm Patent Family Tree, all diaries, day-planners, calendars or similar documents concerning that Person containing any entry falling within the date range (a) beginning three years before the date of filing of the earliest application for which the Person was an applicant and to which any Qualcomm Patent claim priority, and (b) ending on the date of issuance of the latest Patent in the Qualcomm Patent Family Tree.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 16 -

05 CV 1958

Exhibit B-17

1    **Request for Production No. 46**

2        All documents concerning any conferences, trade shows, or meetings attended by any

3    named inventor of any Qualcomm Patent that concerned or in any way pertained to any

4    Qualcomm Patent, or the subject matter of any Qualcomm Patent, the Qualcomm Patent Family

5    Tree, or any Related Qualcomm Patent that occurred within the date range (a) beginning three

6    years before the date of filing of the earliest application for which the Person was an applicant

7    and to which any Qualcomm Patent claim priority, and (b) ending on the date of issuance of the

8    latest issued Qualcomm Patent.

9    **Request for Production No. 47**

10       All documents concerning the retention and/or participation of any named inventor of any

11   Qualcomm Patent as a consultant, expert, or witness in any proceeding, including without

12   limitation any proceeding that concerns any Qualcomm Patent, or the subject matter of any

13   Qualcomm Patent, the Qualcomm Patent Family Tree, or any Related Qualcomm Patent.

14   **Request for Production No. 48**

15       All documents concerning all past and present legal and business relationships between

16   Qualcomm and any named inventor of any Qualcomm Patent.

17   **Request for Production No. 49**

18       All documents given to or received from a standards setting body or group that concern

19   any standard relating to the processing of digital video signals that pertains in any way to any

20   Qualcomm Patent, including without limitation communications, proposals, presentations,

21   agreements, commitments, or contracts to or from such bodies.

22   **Request for Production No. 50**

23       All documents concerning any Qualcomm membership, participation, interaction, and/or

24   involvement in setting any standard relating to the processing of digital video signals that pertains

25   in any way to any Qualcomm Patent. This request also covers all proposed or potential standards,

26   whether or not actually adopted.

27

28

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 17 -

Exhibit B-18

05 CV 1958

1    **Request for Production No. 51**

2         All documents concerning communications with, or communications regarding, any entity

3    that acts as a patent pool for licensing standards relating to the processing of digital video signals

4    that pertain in any way to any Qualcomm Patent.

5    **Request for Production No. 52**

6         All documents concerning any investigation or analysis of any standard relating to the

7    processing of digital video signals that pertains in any way to any Qualcomm Patent.

8    **Request for Production No. 53**

9         All documents concerning the research, design, development, structure, operation, or

10   performance of any Qualcomm Product, Process, or Instrumentality, including without limitation,

11   engineering notebooks, laboratory reports, test results, internal memoranda, correspondence,

12   articles or other publications.

13   **Request for Production No. 54**

14        All documents concerning advertising, marketing, and/or distribution of any Qualcomm

15   Product, Process, or Instrumentality.

16   **Request for Production No. 55**

17        All documents constituting or concerning business plans, strategic plans, forecasts,

18   strategies, and budgets for any Qualcomm product or service pertaining to the claims and

19   defenses of this lawsuit, including without limitation any Qualcomm Product, Process, or

20   Instrumentality.

21   **Request for Production No. 56**

22        All documents constituting or concerning market analysis or market share analysis of any

23   Qualcomm product or service pertaining to the claims and defenses of this lawsuit, including

24   without limitation any Qualcomm Product, Process, or Instrumentality.

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 18 -

05 CV 1958

Exhibit B-19

1   **Request for Production No. 57** .

2       All documents concerning any competition between any Qualcomm Product and any

3   Broadcom Product.  This request includes without limitation any and all market analysis and

4   market share analysis.

5       **Request for Production No. 58**

6       All documents concerning any competition between any Qualcomm Product, Process, or

7   Instrumentality and the product or process of any other Person.  This request includes without

8   limitation any and all market analysis and market share analysis.

9       **Request for Production No. 59**

10      All documents constituting or concerning pricing decisions or price lists for any

11  Qualcomm product or service pertaining to the claims or defenses of this lawsuit, including

12  without limitation any Qualcomm Product, Process, or Instrumentality.

13      **Request for Production No. 60**

14      All documents concerning any alleged damage or injury that Qualcomm has suffered or

15  will suffer as a consequence of Broadcom testing, using, manufacturing, employing, or selling

16  any and all Accused Broadcom Product, Process, or Instrumentality.

17      **Request for Production No. 61**

18      All documents concerning any alleged reasonable royalty for any Accused Broadcom

19  Product, Process, or Instrumentality, including without limitation all documents concerning:  (a)

20  royalties received by Qualcomm for licensing any Qualcomm Patent or any related patent; (b)

21  royalty rates for comparable technologies; (c) Qualcomm's policy and marketing practices for

22  any Qualcomm Patent or any related patent; (d) any evidence of competition between Qualcomm

23  and Broadcom; (e) derivative or convoyed sales; (f) profitability and commercial success (both

24  projected and achieved) of each Qualcomm Product, Process, or Instrumentality; and (g)

25  percentage of profit or selling price normally allowed for use of the invention or analogous

26  inventions in the particular business or in comparable businesses, including the portion of such

27  profit credited or attributable to the alleged invention.

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 19 -

05 CV 1958

**Exhibit B-20**

**Request for Production No. 62**

All documents relevant to Qualcomm's lost profits, if any, or price erosion, if any.  With respect to (a) each Qualcomm Product, Process, or Instrumentality and (b) any product or service for which Qualcomm seeks lost profits, this request includes, without limitation, documents concerning:

    (a) market share, market analysis, market share analysis, and marketing plans and strategies;

    (b) production capacity;

    (c) pricing, price lists, pricing decisions or policies, and discounts;

    (d) price elasticity;

    (e) competing products and services, including non-infringing alternatives; and

    (f) distribution by means other than a sale.

**Request for Production No. 63**

With respect to (a) each Qualcomm Product, Process, or Instrumentality and/or (b) any product or service for which Qualcomm seeks lost profits, documents sufficient to show unit sales, revenues, expenses, profits, and/or losses, including without limitation: (i) gross and net income by product/service line; (ii) sales by product/service line, including without limitation unit sales and dollar amount; (iii) revenue from commissions, royalties or similar source, by product/service line; (iv) cost of sales by product/service line; (v) operating expenses by product/service line; (vi) expenses from commissions, royalties or similar source, by product/service line; (vii) depreciation and/or amortization by product/service line; (viii) taxes by product/service line; (ix) fixed expenses by product/service line; (x) overhead by product/service line; (xi) cost of manufacturing by product/service line; (xii) administrative expenses by product/service line; (xiii) any other revenue received, or expense or cost incurred, by product/service line.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

05 CV 1958

**Exhibit B-21**

**Request for Production No. 64**

If Qualcomm is claiming lost profits, documents sufficient to (a) identify all products and/or services for which lost profits are being claimed; (b) establish that lost profits are warranted for such product or service; and (c) quantify the lost profit for each product or service.

**Request for Production No. 65**

All documents referring to or concerning the marking pursuant to 35 U.S.C. § 287 of any article embodying any alleged invention claimed in any Qualcomm Patent.

**Request for Production No. 66**

All audited and un-audited income statements, balance sheets, and statements of cash flows on a monthly, quarterly and annual basis that concern any product or service at issue in this litigation, including without limitation each Plaintiffs' Product, Process, or Instrumentality.

**Request for Production No. 67**

Documents sufficient to show the organizational structure of Qualcomm from January 1, 1989, to the present, including without limitation organization charts and all documents sufficient to describe and show the names, positions, titles, duties, and reporting relationships of Qualcomm's employees, agents, independent contractors, and other personnel.

**Request for Production No. 68**

Documents sufficient to show the organizational structure of Qualcomm as related to the following: (i) product development, (ii) research and development, (iii) bring-to-market decisions, (iv) sales and marketing, and (v) pricing.

**Request for Production No. 69**

Documents sufficient to identify and describe all of Qualcomm's past and present affiliates, parents, subsidiaries, partnerships, joint ventures, and divisions.

**Request for Production No. 70**

All documents describing Qualcomm's past and present policies, whether formal or informal, regarding (a) document retention or document destruction, (b) disclosure of inventions to patent counsel or patent staff, (c) monitoring third parties' activities and business, and (d)

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 21 -

05 CV 1958

Exhibit B-22

1   awards, incentives or compensations to inventors who become listed on Qualcomm's issued

2   patents.

3   **Request for Production No. 71**

4   All documents constituting or concerning Qualcomm's first awareness of Broadcom's

5   alleged infringement of any Qualcomm Patent, including without limitation Qualcomm's action

6   in response to such awareness.

7   **Request for Production No. 72**

8   All documents constituting or concerning notice Qualcomm gave Broadcom regarding

9   rights to, or alleged infringement of, any Qualcomm Patent or any patent in the Qualcomm Patent

10  Family Tree or any Related Qualcomm Patent.

11  **Request for Production No. 73**

12  All documents concerning any decision or opinion of Qualcomm to file suit, not to file

13  suit, or to delay filing suit against Broadcom for alleged infringement of any patent, including

14  without limitation any Qualcomm Patent.

15  **Request for Production No. 74**

16  All documents and things referring to or concerning (1) any Broadcom product, including

17  without limitation Accused Broadcom Products, Processes, or Instrumentalities; or (2) Accused

18  Other Products, Processes, or Instrumentalities, including without limitation all documents

19  concerning:  (a) the alleged infringement or non-infringement of any Qualcomm Patent by

20  Broadcom or any other Person; (b) the design and operation of such product; (c) any

21  investigation, examination, study, report, reverse engineering, examination, inspection, survey,

22  critique or analysis; and (d) how and when Qualcomm first became aware of the existence of said

23  process, instrumentality, or product.

24  **Request for Production No. 75**

25  All documents constituting or concerning any communication between Qualcomm and

26  any Person (including without limitation Broadcom) with respect to any Accused Broadcom

27  Product, Process, or Instrumentality, or any Accused Other Product, Process, or Instrumentality.

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 22 -

05 CV 1958

Exhibit B-23

**Request for Production No. 76**

All documents concerning any alleged willful infringement of any Qualcomm Patent by any Person.

**Request for Production No. 77**

To the extent not produced in response to other Broadcom document requests, all documents concerning Broadcom and/or any product made or sold by or on behalf of Broadcom.

**Request for Production No. 78**

All documents concerning the transfer or destruction of any of the documents requested by any of the foregoing requests.

**Request for Production No. 79**

All documents that indicate the location or possible location of any documents sought by the foregoing requests, which are not produced in response to those requests.

**Request for Production No. 80**

All documents considered, used, or relied upon by Qualcomm or its counsel to prepare its responses to any Broadcom Interrogatory.

**Request for Production No. 81**

To the extent not produced in response to other Broadcom documents requests, all documents constituting, concerning, or relating to any Topic noticed in a Rule 30(b)(6) deposition notice.

**Request for Production No. 82**

To the extent not produced in response to other Broadcom documents requests, all documents constituting, concerning, or relating to any Broadcom Interrogatory and/or answer thereto.

**Request for Production No. 83**

All documents identified specifically or by category in Qualcomm's initial disclosures or in any supplementation to Qualcomm's initial disclosures.

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 23 -

05 CV 1958

Exhibit B-24

**Request for Production No. 84**

All documents and things considered, relied upon, or referred to in preparing any pleading or filing in this action, and/or any document served in the litigation but not filed (e.g., Initial Disclosures).

**Request for Production No. 85**

All documents Qualcomm intends to use at a hearing, deposition, or trial.

**Request for Production No. 86**

All documents Qualcomm shows to an expert or consultant who is working on or for this litigation.

**Request for Production No. 87**

All documents Qualcomm believes support any of its factual contentions, legal contentions, claims, or defenses in this lawsuit.

**Request for Production No. 88**

All documents Qualcomm believes refute and/or tend to disprove any of Broadcom's factual contentions, legal contentions, claims, or defenses in this lawsuit.

Dated:  January 23, 2006

McKENNA LONG & ALDRIDGE LLP

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Robert S. Brewer, Jr.
Attorneys for Defendant
BROADCOM CORPORATION

SD:22142526.1

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 24 -

05 CV 1958

**Exhibit B-25**

QUALCOMM INCORPORATED V. BROADCOM CORPORATION
United States District Court Case Nos. 05-CV-1958 B (BLM)

## CERTIFICATE OF SERVICE

I, Jim McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **BROADCOM CORPORATION'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-88); AND**

- **BROADCOM CORPORATION'S FIRST SET OF INTERROGATORIES UNDER FED. R. CIV. P. 33 (NOS. 1-16)**

via personal service, overnight mail (VIA UPS), facsimile or first class mail, as indicated below:

Barry Jerome Tucker, Esq.                    *Attorneys for Plaintiff*
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Tel.: (858) 450-8478/Fax: (858) 450-8499
barry.tucker@hellerehrman.com

**Via Facsimile and Personal Delivery**

James R. Batchelder, Esq.                    *Attorneys for Plaintiff*
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110/Fax: (408) 873-0220
jbatchelder@daycasebeer.com
cmammen@daycasebeer.com

**Via Facsimile and UPS Overnight**

Executed on **January 23, 2006**, in San Diego, California.

_____
                                 Jim McNeill

# Exhibit C

Exhibit C-1

1    ROBERT S. BREWER, JR. (SBN 65294)
     JAMES MCNEILL (SBN. 201663)
2    MCKENNA LONG & ALDRIDGE LLP
     750 B Street, Suite 3300
3    San Diego, CA 92101
     Telephone:    (619) 595-5400
4    Facsimile:     (619) 595-5450

5    WILLIAM F. LEE (admitted *pro hac vice*)
     MARK D. SELWYN (admitted *pro hac vice*)
6    WILMER CUTLER PICKERING
      HALE AND DORR LLP
7    60 State Street
     Boston, MA 02109
8    Telephone:  (617) 526-6000
     Facsimile:  (617) 526-5000

9

10   Attorneys for Defendant/Counterclaimant
     BROADCOM CORPORATION

11

12            **UNITED STATES DISTRICT COURT**

           **SOUTHERN DISTRICT OF CALIFORNIA**

13

14

15   QUALCOMM INCORPORATED,       Case No.  05 CV 1958 B (BLM)

16          Plaintiff,      **BROADCOM CORPORATIONS'S FIRST SET OF INTERROGATORIES UNDER FED. R. CIV. P. 33 (NOS. 1-16)**

17       v.

18   BROADCOM CORPORATION,       Judge:     Hon. Rudi M. Brewster
           Defendant.

19   AND RELATED COUNTERCLAIMS

20

21        Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules

22   of this Court, defendant Broadcom Corporation ("Broadcom") requests that the plaintiff,

23   Qualcomm Incorporated ("Qualcomm"), answer the following interrogatories within 30 days

24   from the date of service hereof.

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

05 CV 01958

Exhibit C-2

## INSTRUCTIONS

1.     Separate and complete sworn responses (or, as the case may be, separate objections) are required for each interrogatory.

2.     Qualcomm shall produce all responsive information.  Should Qualcomm withhold any requested information for any reason, Qualcomm is requested to state the basis for withholding the information in a manner sufficient to enable Broadcom and the Court to adjudicate the validity of its withholding, including at least the following information for anything withheld on the grounds of privilege, work product, or other alleged protection against disclosure:

       (a)     a description of the information withheld;

       (b)     the asserted claim of privilege or protection; and

       (c)     all persons with knowledge of the information, including each such person's position, the entity with which each such person is employed or associated, and whether such person is an attorney or a foreign patent agent (and if the latter, the relevant country).

3.     If you object to any portion of any interrogatory, respond to the portions to which your objection does not apply.

4.     If you are unable to answer any of the following interrogatories fully and completely, after exercising due diligence to secure the information necessary to make full and complete answers, so state.  In addition, answer each such interrogatory to the fullest extent possible, specifying your knowledge and your inability to answer the remainder, and state whatever information or knowledge you may have concerning the unanswered portions of the interrogatory.

5.     If in answering these interrogatories you claim any ambiguity in either the interrogatory or an applicable definition or instruction, identify in your response the language you consider ambiguous and state the interpretation of the language you used to respond.

6.     These interrogatories are continuing in nature and require supplemental or additional responses in accordance with Federal Rule of Civil Procedure 26(e).

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

05 CV 1958

Exhibit C-3

7.     As used herein, "any" and "all" shall each be construed to mean "any and all," so as to acquire the broadest meaning possible.

8.     As used herein the present tense shall also include the past tense.

9.     "And" and "or" when used herein shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

10.     "Each" shall be construed to include and encompass "all."

11.     As used herein, "including" means including without limitation.

12.     Words and phrases are to be given their ordinary meaning consistent with Federal Rule of Civil Procedure 1 and shall not be unduly or restrictively construed so as to avoid responding to the fair scope of the interrogatories.

13.     None of the definitions or interrogatories set forth below shall be construed as an admission relating to the existence of any evidence, to the relevance or admissibility of any evidence, or to the truth or accuracy of any statement or characterization in the definition or interrogatory.

## DEFINITIONS

1.     "Communication" means any transmission of information by any means, including without limitation telephone conversations, letters, telegrams, teletypes, telexes, telecopies, facsimiles, electronic mail, other computer linkups, written memoranda, and face-to-face conversations.

2.     "Concern" or "concerning" means relating to, referring to, regarding, mentioning, reflecting, pertaining to, evidencing, involving, describing, depicting, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or part), as the context makes appropriate.

3.     "Document" and/or "thing" is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a) and shall be construed to mean, without limitation any written, printed, typed, stored, photostated, photographed, recorded or otherwise reproduced communication, compilation or reproduction including computer or electronically generated or stored information or data, whether assertedly privileged or not. "Document" specifically

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 3 -

05 CV 1958

Exhibit C-4

1   includes all forms of electronic data.  A draft or nonidentical copy is a separate document within

2   the meaning of this term.  As used herein, "thing" also means any tangible item(s), other than a

3   "document" as defined herein, which constitute or contain matters within the scope of Federal

4   Rule of Civil Procedure 26(b).

5       4.   The terms "identify," "specify," and "state" mean:

6           (a)   when applicable to a document, to provide at least:

7               (i)   the date appearing on the document, and if no date appears thereon,

8           the answer shall so state and shall give the date or approximate date such

9           document was prepared;

10              (ii)   the identifying or descriptive code number, file number, title or

11          label of such document;

12              (iii)   the general nature or descriptive of such document (i.e., whether it

13          is a letter, memorandum, drawings, etc.) and the number of pages of which

14          it consists;

15              (iv)   the name of the person who signed such document, and if it was not

16          signed, the answer shall so state and shall give the name of each person or

17          persons who prepared it;

18              (v)   any other authors and/or recipients;

19              (vi)   the name of the person to whom such document was addressed and

20          the name of each person other than such addressee to whom such document

21          or copies thereof were given or sent;

22              (vii)   the name of the person having possession, custody or control of

23          such document;

24              (viii)   whether or not any draft, copy or reproduction of such document

25          contains any postscript, notation, change, or addendum not appearing on

26          the original of said document, and if so, the answer shall give the

27          description as herein defined of each such draft, copy, or reproduction;

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 4 -

05 CV 1958

Exhibit C-5

(ix)    if any such document was but is no longer in Qualcomm's possession or subject to its control, state what disposition was made of it and when and explain the subject matter as described more fully in Instruction 4 below;

(x)     if any such document is claimed to be privileged, state the basis on which the claim of privilege is asserted and explain the subject matter covered in the document as described more fully in Instruction 6 below; and

(xi)    if any such document is presently located in the hands of legal counsel, the term "identify" additionally means to state the location of the document immediately prior to its coming into the hands of legal counsel and to identify the person who had prior custody of the document;

(b)    when applicable to a natural person, to provide at least:

    (i)     the person's full name and last known residential address;

    (ii)    the name, and address of the person's last known employer; and

    (iii)   the person's last known title or position of employment;

(c)    when applicable to a Person or entity, to provide at least:

    (i)     the full name of the entity;

    (ii)    the last known address of its principal office or place of business;

    (iii)   the type of entity (i.e., whether it is a corporation, partnership, or other type of entity, etc.); and

    (iv)    the state, commonwealth, or territory of the United States, or other governmental body in which it is registered to do business, together with the dates of such registration; and

(d)    when applicable to an oral communication, to provide at least:

    (i)     the date, time, and place of the communication,

    (ii)    the manner and substance of the communication,

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 5 -

05 CV 1958

Exhibit C-6

(iii)   the names of all persons who participated in, listened to, or had access to transcripts or summaries of the communication, and

(iv)   the identity of all documents that memorialize, commemorate, summarize, record, or directly refer or relate in whole or in part to such communication.

5.    "Broadcom" means Broadcom Corporation and/or all its past or present predecessors, successors, partners, investors, corporate parents, affiliated companies or corporations, divisions, departments, direct or indirect subsidiaries, officers, directors, employees, principals, agents, attorneys, servants, representatives, and all other persons acting, or purporting to act, on its or their behalf.

6.    "Qualcomm," "You," and "Your" mean Qualcomm Incorporated and/or all its past or present predecessors, successors, partners, investors, corporate parents, affiliated companies or corporations, divisions, departments, direct or indirect subsidiaries, officers, directors, employees, principals, agents, attorneys, servants, representatives, and all other persons acting, or purporting to act, on its or their behalf.

7.    "Person" means any natural person, legal entity, governmental entity, or business entity, including without limitation any corporation, partnership, unincorporated association, joint venture, sole proprietorship, or any and/or all other organization or group of individuals together with the employees, agents, consultants and attorneys thereof.

8.    "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms, corporations, public corporations, municipal corporations, governments, including foreign national governments, the government of the U.S. or any state or local government, and all departments and agencies thereof, political subdivisions, groups, associations, or organizations.

9.    "License" or "licensee" means and includes each and every license, licensee, sub-license and/or sub-licensee.

10.   "'104 patent" means U.S. Patent No. 5,452,104, entitled "Adaptive Block Size Image Compression Method and System."

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 6 -

05 CV 1958

Exhibit C-7

1      11.    "'767 patent" means U.S. Patent No. 5,576,767, entitled "Interframe Video

2  Encoding and Decoding System."

3      12.    "Qualcomm Patents" means both individually and/or collectively the '104 and

4  '767 patents. <u>Any interrogatory that concerns the "Qualcomm Patents" is meant to cover the</u>

5  <u>Qualcomm Patents as a whole plus each and every individual Qualcomm Patent.</u>

6      13.    "Qualcomm Patent Family Tree" means any provisional, continuation,

7  continuation-in-part, divisional, reexamination, or reissue patents or applications (regardless of

8  their status: i.e. including without limitation pending, published, issued and abandoned

9  applications), whether domestic or foreign (and however denominated), that claim priority to any

10  of the applications for any Qualcomm Patent(s) or to which the applications for such patents

11  claim priority.  This includes without limitation each and every Qualcomm Patent as well as each

12  and every application for such patent. <u>Any interrogatory that concerns the "Qualcomm Patent</u>

13  <u>Family Tree" is meant to cover the Qualcomm Patent Family Tree as a whole plus each and every</u>

14  <u>individual patent and/or patent application in the Qualcomm Patent Family Tree.</u>

15      14.    "Related Qualcomm Patent" means any United States patent or patent application

16  for which any applicant is also a named inventor on any Qualcomm Patent and/or which concerns

17  the same or similar subject matter as any Qualcomm Patent, as well as any continuation,

18  continuation in part, divisional, provisional, reexamination, reissue, or any other patent or patent

19  application (including rejected, abandoned, or pending applications) derived in whole or in part

20  from said applications, and all foreign counterpart patents or patent applications (including

21  rejected, abandoned, or pending applications). <u>Any interrogatory that concerns the "Related</u>

22  <u>Qualcomm Patents" is meant to cover the Related Qualcomm Patents as a whole plus each and</u>

23  <u>every individual patent and/or patent application in the Related Qualcomm Patents.</u>

24      15.    "Qualcomm Product, Process, or Instrumentality" means any product, device,

25  apparatus, process, method, act, or other instrumentality that, when made, used, offered for sale,

26  sold, or practiced (either by itself or in conjunction with other products, methods, or processes) by

27  or on behalf of Qualcomm or any of its Licensee(s), allegedly constitutes, practices, incorporates

28  or embodies a product, method or process claimed in one or more of the Qualcomm Patents.

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 7 -

05 CV 1958

Exhibit C-8

16. "Accused Broadcom Product, Process, or Instrumentality" means any product, device, apparatus, process, method, act, or other instrumentality that, when made, used, offered for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or processes) by or on behalf of Broadcom, allegedly constitutes, practices, incorporates or embodies a product, method or process claimed in one or more of the Qualcomm Patents. This definition includes without limitation any Broadcom product, system, method, process, or act that is accused of directly or indirectly infringing any Qualcomm Patent.

17. "Accused Other Products, Processes, or Instrumentalities" means any product, device, apparatus, process, method, act, or other instrumentality that, when made, used, offered for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or processes) by or on behalf of any person other than Broadcom, allegedly constitutes, practices, incorporates or embodies a product, method or process claimed in one or more of the Qualcomm Patents.

18. "Other Litigation" means any litigation or proceeding of any kind commenced by or against Qualcomm or any other Person other than Broadcom relating to any of the Qualcomm Patents, the Qualcomm Patent Family Tree, or the Related Qualcomm Patents.

19. "Prior art" means any patent, publicly available patent application, publication, use, sale, offer for sale, or other thing that qualifies as prior art under 35 U.S.C. §§ 102 and/or 103 (including any amendments to these statutes) that Qualcomm contends relates to the scope or validity of one or more claims of any of the Qualcomm Patents, Qualcomm Patent Family Tree, or Related Qualcomm Patents.

20. "Infringe" and "infringement" refer to direct infringement, contributory infringement, inducement, literal infringement, and/or infringement under the doctrine of equivalents.

21. "Claim chart" means a chart or table that correlates each element of any asserted claim of each identified patent with the alleged corresponding element disclosed in the prior art or in each Qualcomm product.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 8 -

05 CV 1958

Exhibit C-9

22.     The term "Complaint" shall mean as originally filed or as amended or supplemented throughout the progression of the case.

23.     The term "processing of digital video signals" shall be given the meaning that it has in paragraphs 9 of the Complaint.

24.     The term "H.264" shall be given the meaning it has in paragraph 10 of the Complaint.

25.     The terms "standard" and "standards" shall each be given the meaning, inclusively, of the terms "standards" and "technical specifications" in paragraph 10 of the Complaint.

26.     The term "MPEG video processing" refers to processing of digital video signals using an "MPEG" standard.  "MPEG" refers any of the family of standards of the same name used for coding audio-visual information in a digital compressed format, and includes but is not limited to the ISO/IEC MPEG-4 Part 10 standard referenced at paragraph 10 of the Complaint.

## INTERROGATORIES

### Interrogatory No. 1

Separately with regard to each claim of each Qualcomm Patent, state and/or identify in detail the basic background facts relevant to the alleged invention, including facts concerning its initial disclosure, publication, and/or sale.  Please include in Your answer at least the following information:

(a)     when, where, and by whom the alleged invention was first conceived and reduced to practice, and all documents constituting or concerning the conception and reduction to practice;

(b)     when, where, and to whom the alleged invention was first confidentially and non-confidentially disclosed by the inventor or any other person, and all documents constituting or referring to such disclosure;

(c)     the first written description, and all documents constituting or referring to such first written description;

(d)     the earliest date(s) of alleged invention to which each claim is entitled;

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 9 -

05 CV 1958

Exhibit C-10

1      (e)     the alleged priority date for each claim, i.e., the date upon which You contend that

2   subsequent knowledge or use by others in this country, patents, printed publications in this or

3   foreign countries, or public use would not constitute prior art; and,

4      (f)     when, where, by whom, and to whom any alleged invention related to each claim

5   was first publicly demonstrated/used, disclosed, sold, and offered for sale, and all documents

6   constituting or referring to same.

7   **Interrogatory No. 2**

8      Separately with regard to each asserted claim of each Qualcomm Patent, please state the

9   basic facts relevant to Your infringement allegations.  Please include in Your answer at least the

10  following information:

11     (a)     Please identify as specifically as possible each Accused Broadcom Product,

12  Process, or Instrumentality.  Each Accused Broadcom Product, Process, or Instrumentality must

13  be identified by name, model number, and all other designations or descriptions used to identify

14  such Accused Broadcom Product, Process, or Instrumentality, whether formal or informal, current

15  or past.

16     (b)     Please provide a chart identifying specifically where each element of each asserted

17  claim is found within each Accused Broadcom Product, Process, or Instrumentality, and how

18  such Accused Broadcom Product, Process, or Instrumentality embodies, practices, incorporates,

19  or reflects such claim, including for each element governed by 35 U.S.C. § 112(6), the identity of

20  the claimed function, the structure(s), act(s), or material(s) disclosed in the specification for

21  performing the claimed function, and the structure(s), act(s), or material(s) in the Accused

22  Broadcom Product, Process, or Instrumentality that performs the claimed function.

23     (c)     Please state whether each element of each asserted claim is claimed to be literally

24  present or present under the doctrine of equivalents in the Accused Broadcom Product, Process,

25  or Instrumentality, and explain the basis of how each claim limitation that is allegedly met under

26  the doctrine of equivalents is so met.

27     (d)     Please identify as specifically as possible each process, method, product, system,

28  device, apparatus, act, or other instrumentality of Qualcomm, or any of its licensee(s), that

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 10 -

05 CV 1958

**Exhibit C-11**

1  practices, incorporates, or reflects that claim. Each process, method, product, system, device,

2  apparatus, act, or other instrumentality must be identified by name, model number, and all other

3  designations or descriptions used to identify such process, method, product, device, apparatus,

4  act, or other instrumentality, whether formal or informal, current or past.

5        (e)     Separately for each asserted claim and each Accused Broadcom Product, Process,

6  or Instrumentality:  to the extent Qualcomm makes any contention of infringement other than

7  direct infringement under 35 U.S.C. § 271(a), please so state, and identify with particularity the

8  section and subparagraph of Title 35 under which infringement is alleged, and state in detail the

9  basis of such contention.  To the extent Qualcomm contends that the conduct of any third party

10 Person is relevant to any portion of this answer, please identify such Person and explain in detail

11 that Person's relevant conduct.

12 **Interrogatory No. 3**

13      Separately for each process, method, product, system, device, apparatus, act, or other

14 instrumentality identified in response to Interrogatory No. 2(d), please identify three Qualcomm

15 employees who are most knowledgeable about the conception, development, design, engineering,

16 operation, and manufacture of such process, method, product, system, device, apparatus, act, or

17 other instrumentality.

18 **Interrogatory No. 4**

19      For each Accused Broadcom Product, Process, or Instrumentality identified in response to

20 Interrogatory No. 2(a), set forth detailed information concerning Your first awareness of such

21 Accused Broadcom Product, Process, or Instrumentality.  Please include in Your answer at least

22 the following information:

23       (a)     the date(s) of such first awareness;

24       (b)     each person at Qualcomm who first became aware of such Accused Broadcom

25 Product, Process, or Instrumentality;

26       (c)     a description of the circumstances under which those persons first became aware

27 of the Accused Broadcom Product, Process, or Instrumentality;

28       (d)     a description of the relevant acts taken after gaining such awareness;

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 11 -

05 CV 1958

Exhibit C-12

(e)    a description of all tests and analyses performed on or related to such Accused Broadcom Product, Process, or Instrumentality for the purposes of determining infringement; and the date(s) of the first awareness of its alleged infringement; and

(f)    the identity of all documents memorializing or referring to such first awareness.

**Interrogatory No. 5**

Separately for each product (but omitting information already provided), please identify and describe in detail Qualcomm's reverse engineering, testing or analysis of any Broadcom product that pertains in any way to any claim or defense in this lawsuit.  For purposes of this Interrogatory, "product" includes without limitation (a) any Accused Broadcom Product, Process, or Instrumentality, (b) any Broadcom product and/or process of any kind that Qualcomm has compared to any Qualcomm patent, and/or (c) any Broadcom product and/or process Qualcomm believes to relate to practicing any standard relating to the processing of digital video signals. Please include in Your answer, without limitation, the identity of each person at Qualcomm who was involved, the circumstances and results of the testing/analyses, a detailed description of all tests and analyses performed, and the identity of all documents memorializing or referring to such testing/analyses and/or the results thereof.

**Interrogatory No. 6**

Separately for each Qualcomm Patent, each Related Qualcomm Patent, and each patent in the Qualcomm Patent Family Tree, identify and describe in detail (including, without limitation, identification by date, persons involved, and patent claims at issue) each analysis of such patent conducted by or for Qualcomm, or otherwise in Your possession or known to Qualcomm, including without limitation identifying all prior art searches, validity studies, and infringement analyses, and identifying all prior art found, learned about, considered, or identified in the course of such analyses.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 12 -

05 CV 1958

Exhibit C-13

**Interrogatory No. 7**

Please separately identify and describe in detail each offer, discussion, and/or negotiation to license (in part or in whole) any Qualcomm Patent, Related Qualcomm Patent, or any patent or application in the Qualcomm Patent Family Tree.  Please include in Your answer at least the following information:

(a)    the identity of each Person with whom or to whom You have offered, discussed, and/or negotiated;

(b)    the identity of each Person who participated on Your behalf;

(c)    the beginning and ending dates of such offers, discussions, or negotiations;

(d)    the identity of the patent(s), application(s), and claim(s) at issue;

(e)    the outcome and/or pending status of the offer, discussion, and/or negotiation;

(f)    the terms of any resulting license(s), including the patents or parts thereof licensed; and,

(g)    identify all documents (including license(s)) constituting or referring to such offer, discussion, or negotiation.

**Interrogatory No. 8**

Please identify by Person and Bates number each of Your Licenses relating to the right to make use of any standard related to the processing of digital video signals, including without limitation H.264.  Identify not only licenses granted by Qualcomm, but also licenses conveying rights to Qualcomm.

**Interrogatory No. 9**

Please separately identify and describe in detail each judicial, administrative, or similar action, case, or proceeding in which You or anyone else has asserted or has attempted to assert that any Person other than Broadcom infringed or infringes (in part or in whole) any Qualcomm Patent, any Related Qualcomm Patent, or any patent in the Qualcomm Patent Family Tree, or in which the subject matter of such patents was or is at issue.   Please include in Your answer at least the following information:

(a)    the identity of the parties;

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 13 -

05 CV 1958

Exhibit C-14

1    (b)    the identity of each Person who participated on Your behalf;

2    (c)    the court, administrative agency, or other forum;

3    (d)    the civil action or docket number, or other means of case-identification;

4    (e)    the patent(s) at issue and the patent claim(s) at issue; and,

5    (f)    a description of the proceedings, the issues litigated or otherwise contested, and

6    the result and/or pending status.

7    **Interrogatory No. 10**

8    Omitting information already provided in response to Interrogatories Nos. 7-9, separately

9    identify and describe in detail each instance in which You have ever charged, accused, or

10    otherwise asserted that any Person was infringing (in part or in whole) any Qualcomm Patent,

11    Related Qualcomm Patent, or any patent in the Qualcomm Patent Family Tree.  Please include in

12    Your answer at least the following information:

13    (a)    the identity of the Person accused;

14    (b)    the identity of each Person who participated on Your behalf;

15    (c)    the date of such accusation;

16    (d)    the patent(s) at issue and the claims at issue;

17    (e)    a description of the resulting actions, the issues contested, and the result and/or

18    pending status; and,

19    (f)    the identity of all documents that constitute or refer to such charge, accusation, or

20    assertion.

21    **Interrogatory No. 11**

22    Separately identify and describe in detail each instance in which any Person has charged,

23    asserted, opined, stated, or otherwise suggested that any Qualcomm Patent, Related Qualcomm

24    Patent, or any patent in the Qualcomm Patent Family Tree, was invalid or unenforceable for any

25    reason (in part or in whole).  Please include in Your answer at least the following information:

26    (a)    the identity of the Person raising the charge (including any person representing

27    You, if applicable);

28    (b)    the identity of each Person who participated on Your behalf;

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 14 -

05 CV 1958

Exhibit C-15

1        (c)    the date of such charge;

2        (d)    the patent(s) at issue and the patent claim(s) at issue;

3        (e)    a description of the resulting actions, the issues contested, and the result and/or

4    pending status; and

5        (f)    the identity of all documents that constitute or refer to such charge.

6    **Interrogatory No. 12**

7        Separately for each claim of each Qualcomm Patent, identify each secondary

8    consideration or other objective evidence of non-obviousness (e.g., commercial success, long-felt

9    need, commercial acquiescence, expressions of skepticism, copying, teaching away, failed

10   attempts by others, or simultaneous development), and for each such alleged secondary

11   consideration or other objective evidence of non-obviousness describe in detail the facts

12   underlying the alleged secondary consideration or other objective evidence of non-obviousness.

13   **Interrogatory No. 13**

14       Please identify and describe in detail Qualcomm's membership, participation, interaction,

15   and/or involvement in setting any standard relating to the processing of digital video signals that

16   pertains in any way to any Qualcomm Patent.  This interrogatory also covers all proposed or

17   potential standards, whether or not actually adopted.  This interrogatory includes without

18   limitation any MPEG video processing standard, and expressly includes H.264.  Please include in

19   Your answer at least the following information:

20       (a)    the standard at issue;

21       (b)    the standards setting body at issue;

22       (c)    the time period(s) at issue;

23       (d)    the nature, purpose, effect, and sum and substance of Qualcomm's participation

24   and/or involvement;

25       (e)    the identity of each Person who participated or was involved on behalf of

26   Qualcomm;

27       (f)    the particular standard(s), or portions thereof, at issue, including standards raised

28   but never adopted;

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 15 -

05 CV 1958

Exhibit C-16

1   (g)  the particular standard(s) that resulted from Qualcomm's involvement;

2   (h)  the identity of any contract, agreement, or commitment entered by or received by

3 Qualcomm;

4   (i)  the relevance, if any, of any Qualcomm Patent to such standard; and

5   (j)  the identity of any other Qualcomm patent related to such standard, and a brief

6 description of how such other patent is related.

7 **Interrogatory No. 14**

8   State Qualcomm's contentions regarding the theories, amounts and methods of calculating

9 its damages for Broadcom's alleged infringement of the Patent, including without limitation,

10 Qualcomm's contentions, if any, regarding the proper royalty base, royalty rate and reasonable

11 royalty for assessing damages for Broadcom's alleged infringement, and any facts that Qualcomm

12 believes support each contention.

13 **Interrogatory No. 15**

14   Separately for each Interrogatory propounded by Broadcom, identify each person who

15 supplied information used in preparing the response.

16 **Interrogatory No. 16**

17   Identify the source of each document produced by You to Broadcom in this litigation,

18 including the following information for each such document:

19   (a)  Bates number or, where appropriate, range of Bates numbers;

20   (b)  the employee, former employee, and/or other individual person from whose files

21 or office the document came;

22   (c)  the title and company affiliation of said individual; and,

23   (d)  all information contained on any files, file folders, file drawer, boxes, envelopes

24 and/or other container from which the document was obtained, to the extent that such information

25 is not discretely, fully, and accurately contained on or in the documents produced and identified

26 by Bates number.

27

28

McKenna Long &
Aldridge LLP
Attorneys at Law
San Diego

- 16 -

05 CV 1958

Exhibit C-17

1    Dated:  January 23, 2006          McKENNA LONG & ALDRIDGE LLP

2                                      WILMER CUTLER PICKERING
                                       HALE AND DORR LLP
3

4                                      By
                                          Robert S. Brewer, Jr.
5                                         Attorneys for Defendant
                                          BROADCOM CORPORATION
6    SD:22142533.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 17 -

05 CV 1958

Exhibit C-18

# Exhibit D

1   ROBERT S. BREWER, JR. (SBN 65294)
    JAMES S. MCNEILL (SBN 201663)
2   MCKENNA LONG & ALDRIDGE LLP
    750 B Street, Suite 3300
3   San Diego, CA  92101
    Telephone:   (619) 595-5400
4   Facsimile:   (619) 595-5450

5   WILLIAM F. LEE (admitted *pro hac vice*)
    JOHN J. REGAN (admitted *pro hac vice*)
6   WILMER CUTLER PICKERING
      HALE AND DORR LLP
7   60 State Street
    Boston, MA 02109
8   Telephone:   (617) 526-6000
    Facsimile:   (617) 526-5000
9
    MARK D. SELWYN (admitted *pro hac vice*)
10  WILMER CUTLER PICKERING
      HALE AND DORR LLP
11  1117 California Avenue
    Palo Alto, California 94304
12  Phone: (650) 858-6000
    Fax: (650) 858-6100
13
    Attorneys for Defendant/Counterclaim Plaintiff
14  BROADCOM CORPORATION

15              **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  QUALCOMM INCORPORATED, | Case No.  05 CV 01958 B (BLM) |
| 18           Plaintiff, | **DEFENDANT BROADCOM CORPORATION'S NOTICE OF RULE 30(B)(6) DEPOSITION TO PLAINTIFF QUALCOMM INCORPORATED** |
| 19      v. | |
| 20  BROADCOM CORPORATION, | |
| 21           Defendant. | |
| 22  AND RELATED COUNTERCLAIMS | [NOTICE NO. 1: QUALCOMM PRODUCTS, PROCESSES, AND INSTRUMENTALITIES] |
| 23 | |
| 24 | |

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

Exhibit D-2

05 CV 1958

US1DOCS 5668387v1

1    PLEASE TAKE NOTICE that Broadcom Corporation ("Broadcom") will take the

2    deposition upon oral examination of Qualcomm Incorporated ("Qualcomm") pursuant to Rule

3    30(b)(6) of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on June 13, 2006 at

4    the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 1117 California Avenue, Palo Alto,

5    California 94304, or such other time and place as agreed by counsel.  The testimony shall be

6    before a notary public or other person authorized to administer oaths.  Testimony shall be

7    recorded by stenographic means, and will also be videotaped.

8    Pursuant to Fed. R. Civ. P 30(b)(6), Qualcomm is required to produce one or more

9    officers, directors, managing agents, or other persons who are designated and consent to testify on

10   its behalf as to each of the subject matters set forth in Schedule A, attached hereto.  The

11   deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue

12   from day to day until completed, unless otherwise agreed.

13   Qualcomm is requested to identify in writing to Broadcom, on or before June 6, 2006, the

14   one or more officers, directors, managing agents, or other persons who consent to testify on its

15   behalf and the subject matters on which each person will testify.

16   You are invited to attend and cross-examine.

17   Dated: May 23, 2006

18                                            By: _Kate Saxton_____

19                                                 Kate Saxton (admitted *pro hac vice*)
                                                  MCKENNA LONG & ALDRIDGE LLP

20                                                WILMER CUTLER PICKERING
21                                                  HALE AND DORR LLP

22                                                Attorneys for
                                                  BROADCOM CORPORATION

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

USIDOCS 5668387v1

i

Exhibit D-3

05 CV 1958

## SCHEDULE A

The following definitions apply to the requests set forth below and to the instructions provided heretofore.

1.    "Communication" means any transmission of information by any means, including without limitation telephone conversations, letters, telegrams, teletypes, telexes, telecopies, facsimiles, electronic mail, other computer linkups, written memoranda, and face-to-face conversations.

2.    "Concern" or "concerning" means relating to, referring to, regarding, mentioning, reflecting, pertaining to, evidencing, involving, describing, depicting, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or part), as the context makes appropriate.

3.    "Document" and/or "thing" is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a) and shall be construed to mean, without limitation any written, printed, typed, stored, photostated, photographed, recorded or otherwise reproduced communication, compilation or reproduction including computer or electronically generated or stored information or data, whether assertedly privileged or not. "Document" specifically includes all forms of electronic data. A draft or nonidentical copy is a separate document within the meaning of this term. As used herein, "thing" also means any tangible item(s), other than a "document" as defined herein, which constitute or contain matters within the scope of Federal Rule of Civil Procedure 26(b).

4.    "Broadcom" means Broadcom Corporation and/or all its past or present predecessors, successors, partners, investors, corporate parents, affiliated companies or corporations, divisions, departments, direct or indirect subsidiaries, officers, directors, employees, principals, agents, attorneys, servants, representatives, and all other persons acting, or purporting to act, on its or their behalf.

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

USIDOCS 5668387v1

ii

Exhibit D-4

05 CV 1958

1    5.    "Qualcomm," "You," and "Your" means Qualcomm Incorporated and/or all its

2    past or present predecessors, successors, partners, investors, corporate parents, affiliated

3    companies or corporations, divisions, departments, direct or indirect subsidiaries, officers,

4    directors, employees, principals, agents, attorneys, servants, representatives, and all other persons

5    acting, or purporting to act, on its or their behalf.

6    6.    "Person" means any natural person, legal entity, governmental entity, or business

7    entity, including without limitation any corporation, partnership, unincorporated association, joint

8    venture, sole proprietorship, or any and/or all other organization or group of individuals together

9    with the employees, agents, consultants and attorneys thereof.

10    7.    "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms,

11    corporations, public corporations, municipal corporations, governments, including foreign

12    national governments, the government of the U.S. or any state or local government, and all

13    departments and agencies thereof, political subdivisions, groups, associations, or organizations.

14    8.    "License" or "licensee" means and includes each and every license, licensee, sub-

15    license and/or sub-licensee.

16    9.    "'104 patent" means U.S. Patent No. 5,452,104, entitled "Adaptive Block Size

17    Image Compression Method and System."

18    10.    "'767 patent" means U.S. Patent No. 5,576,767, entitled "Interframe Video

19    Encoding and Decoding System."

20    11.    "Qualcomm Patents" means both individually and/or collectively the '104 and

21    '767 patents. Any request for documents that concerns the "Qualcomm Patents" is meant to

22    cover the Qualcomm Patents as a whole plus each and every individual Qualcomm Patent.

23    12.    "Qualcomm Patent Family Tree" means any provisional, continuation,

24    continuation-in-part, divisional, reexamination, or reissue patents or applications (regardless of

25    their status: i.e. including without limitation pending, published, issued and abandoned

26    applications), whether domestic or foreign (and however denominated), that claim priority to any

27    of the applications for any Qualcomm Patent(s) or to which the applications for such patents

28    claim priority. This includes without limitation each and every Qualcomm Patent as well as each

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

1   and every application for such patent.  Any request for documents that concerns the "Qualcomm

2   Patent Family Tree" is meant to cover the Qualcomm Patent Family Tree as a whole plus each

3   and every individual patent and/or patent application in the Qualcomm Patent Family Tree.

4        13.    "Related Qualcomm Patent" means any United States patent or patent application

5   for which any applicant is also a named inventor on any Qualcomm Patent and/or which concerns

6   the same or similar subject matter as any Qualcomm Patent, as well as any continuation,

7   continuation in part, divisional, provisional, reexamination, reissue, or any other patent or patent

8   application (including rejected, abandoned, or pending applications) derived in whole or in part

9   from said applications, and all foreign counterpart patents or patent applications (including

10  rejected, abandoned, or pending applications).  Any request that concerns the "Related Qualcomm

11  Patents" is meant to cover the Related Qualcomm Patents as a whole plus each and every

12  individual patent and/or patent application in the Related Qualcomm Patents.

13       14.    "Qualcomm Product, Process, or Instrumentality" means any product, device,

14  apparatus, process, method, act, or other instrumentality that, when made, used, offered for sale,

15  sold, or practiced (either by itself or in conjunction with other products, methods, or processes) by

16  or on behalf of Qualcomm or any of its Licensee(s), allegedly constitutes, practices, incorporates

17  or embodies a product, method or process claimed in one or more of the Qualcomm Patents.

18       15.    "Accused Broadcom Product, Process, or Instrumentality" means any product,

19  device, apparatus, process, method, act, or other instrumentality that, when made, used, offered

20  for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or

21  processes) by or on behalf of Broadcom, allegedly constitutes, practices, incorporates or

22  embodies a product, method or process claimed in one or more of the Qualcomm Patents.  This

23  definition includes without limitation any Broadcom product, system, method, process, or act that

24  is accused of directly or indirectly infringing any Qualcomm Patent.

25       16.    "Accused Other Products, Processes, or Instrumentalities" means any product,

26  device, apparatus, process, method, act, or other instrumentality that, when made, used, offered

27  for sale, sold, or practiced (either by itself or in conjunction with other products, methods, or

28  processes) by or on behalf of any person other than Broadcom, allegedly constitutes, practices,

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

iv                                                    05 CV 1958

USIDOCS 5668387v1                          Exhibit D-6

1  incorporates or embodies a product, method or process claimed in one or more of the Qualcomm

2  Patents.

3       17.    "Other Litigation" means any litigation or proceeding of any kind commenced by

4  or against Qualcomm or any other Person other than Broadcom relating to any of the Qualcomm

5  Patents, the Qualcomm Patent Family Tree, or the Related Qualcomm Patents.

6       18.    "Prior Art" means any patent, publicly available patent application, publication,

7  use, sale, offer for sale, or other thing that qualifies as prior art under 35 U.S.C. §§ 102 and/or 103

8  (including any amendments to these statutes) that Qualcomm contends relates to the scope or

9  validity of one or more claims of any of the Qualcomm Patents, Qualcomm Patent Family Tree,

10  or Related Qualcomm Patents.

11       19.    "Infringe" and "infringement" refer to direct infringement, contributory

12  infringement, inducement, literal infringement, and/or infringement under the doctrine of

13  equivalents.

14       20.    "Claim chart" shall mean a chart or table that correlates each element of any

15  asserted claim of each identified patent with the alleged corresponding element disclosed in the

16  prior art or in each Qualcomm product.

17       21.    The term "Complaint" shall mean as originally filed or as amended or

18  supplemented throughout the progression of the case.

19       22.    The term "processing of digital video signals" shall be given the meaning that it

20  has in paragraphs 9 of the Complaint.

21       23.    The term "H.264" shall be given the meaning it has in paragraph 10 of the

22  Complaint.

23       24.    The terms "standard" and "standards" shall each be given the meaning,

24  inclusively, of the terms "standards" and "technical specifications" in paragraph 10 of the

25  Complaint.

26       25.    The term "MPEG video processing" refers to processing of digital video signals

27  using an "MPEG" standard. "MPEG" refers any of the family of standards of the same name

28

McKenna Long &
Aldridge LLP
ATTORNEYS AT LAW
SAN DIEGO

US1DOCS 5668387v1

v

Exhibit D-7

05 CV 1958

1   used for coding audio-visual information in a digital compressed format, and includes but is not

2   limited to the ISO/IEC MPEG-4 Part 10 standard referenced at paragraph 10 of the Complaint.

3

4   <u>**Subject Matters**</u>

5        1.      The identity of any and all Qualcomm Products, Processes, and/or

6   Instrumentalities, either currently on sale or in development, that Qualcomm alleges practice the

7   inventions claimed in the '104 and '767 patents.

8        2.      The research, design, development, and manufacturing of any Qualcomm Product,

9   Process or Instrumentality.

10

11       3.      The operation, structure, and functions of any Qualcomm Product, Process or

12   Instrumentality.

13       4.      Qualcomm's expenditures related to the research, design and development for any

14   Qualcomm Product, Process or Instrumentality.

15       5.      The identity and content of technical and engineering literature and documentation

16   describing any Qualcomm Product, Process or Instrumentality.

17

18       6.      Studies, analyses or reports regarding any Qualcomm Product, Process or

19   Instrumentality.

20       7.      The identity of any Accused Broadcom Product, Process, or Instrumentality that

21   Qualcomm alleges infringe the '104 and '767 patents, either directly or indirectly, and the facts

22   and circumstances supporting Qualcomm's allegations of infringement.

23       8.      Studies, analyses or reports regarding any Accused Broadcom Product, Process, or

24   Instrumentality.

25

26       9.      The factual basis for any claim of non-obviousness of the inventions claimed in

27   each of the Qualcomm Patents including, but not limited to, contentions of commercial success of

28   the invention and/or products embodying the inventions, long-felt but unresolved needs met by

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

USIDOCS 5668387v1                                    vi                              05 CV 1958

Exhibit D-8

1   those products and/or the inventions, failure of others to meet those needs, the scope of licensing

2   of the Qualcomm Patents, industry recognition of the invention and/or products embodying the

3   inventions, and deliberate copying of the inventions or laudatory statements by accused

4   infringers.

5

6   10.     The attendance or participation by any Qualcomm principal, employee, or

7   representative at any H.264 standards committee meetings, including, but not limited to, the

8   dates, locations and agendas of such meetings, notes taken at such meetings, membership of any

9   Qualcomm principal, employee, or representative in any H.264 standards committees, and any

10  actions taken by Qualcomm or any of its principals, employees, or representatives as a result of

11  such meetings.

12

13  11.     Qualcomm's knowledge regarding the development and promulgation of the

14  H.264 standard, and any actions taken Qualcomm or any of its principals, employees, or

15  representatives as a result of such knowledge.

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

USIDOCS 5668387v1

Exhibit D-9

## **PROOF OF SERVICE**

1

2       I, Kate Saxton, hereby certify that I caused a true and correct copy of the foregoing

3  document to be served on the following counsel of record on this 23rd day of May 2003:

4       **Via Federal Express and Facsimile:**

5       James R. Batchelder, Esq.
        Day Casebeer Madrid & Batchelder LLP
6       2300 Stevens Blvd., Suite 400
        Cupertino, California 95014
7       Tel.: (408) 873-0110 / **Fax: (408) 873-0220**

8       Kevin Leung, Esq.
        Day Casebeer Madrid & Batchelder LLP
9       2300 Stevens Blvd., Suite 400
        Cupertino, California 95014
10      Tel.: (408) 873-0110 / **Fax: (408) 873-0220**

11      Barry J. Tucker, Esq.
        Heller Ehrman LLP
12      4350 La Jolla Village Drive, 7th Floor
        San Diego, California 92122
13      Tel.: (858) 450-8478 / **Fax: (858) 450-8499**

14

15

16                                              Kate Saxton

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

US1DOCS 5668387v1

viii

05 CV 1958

Exhibit D-10

# Exhibit E

# EXHIBIT
# FILED UNDER SEAL

# Exhibit F

# EXHIBIT
# FILED UNDER SEAL