| | |
|---|---|
| 1 | **QUALCOMM INCORPORATED v. BROADCOM CORPORATION**<br>**United States District Court Case No. 05-CV-1958 B (BLM)** |
| 2 | |
| 3 | **CERTIFICATE OF SERVICE** |
| 4 | I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s): |

- **BROADCOM CORPORATION'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

- **[PROPOSED] ORDER GRANTING BROADCOM CORPORATION'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

- **BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES [REDACTED PUBLIC VERSION]**

- **BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES [FILED UNDER SEAL]**

- **DECLARATION OF LOUIS W. TOMPROS IN SUPPORT OF BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES**

- **EXHIBITS E, F, H, J, T, V, KK, LL, MM, NN, OO, AND PP TO THE DECLARATION OF LOUIS W. TOMPROS IN SUPPORT OF BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES [FILED UNDER SEAL]**

- **[PROPOSED] ORDER GRANTING DEFENDANT BROADCOM CORPORATION ATTORNEYS' FEES PURSUANT TO 35 U.S.C. SECTION 285 FINDING OF EXCEPTIONAL CASE**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

William Boggs, Esq.  *Attorneys for Plaintiff*
Timothy Blackford, Esq.
Christopher Beal, Esq.
John Allcock, Esq.
Kathryn B. Riley, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel:  (619) 669-2700/**Fax:  (619) 699-2701**
william.boggs@dlapiper.com
tim.blackford@dlapiper.com
cris.beal@dlapiper.com
john.allcock@dlapiper.com
kathryn.riley@dlapiper.com

**Via Personal Delivery**

05CV1958

| | | |
|---|---|---|
| 1 | Barry Jerome Tucker, Esq.<br>HELLER EHRMAN LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122<br>Tel.: (858) 450-8478/**Fax: (858) 450-8499**<br>**barry.tucker@hellerehrman**.com | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

| | | |
|---|---|---|
| | James R. Batchelder, Esq.<br>Adam A. Bier, Esq.<br>Kevin K. Leung, Esq.<br>Lee Patch, Esq.<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Tel: (408) 873-0110/**Fax: (408) 873-0220**<br>**jbatchelder@daycasebeer.com**<br>**cmammen@daycasebeer.com**<br>**abier@daycasebeer.com**<br>**kleung@daycasebeer.com**<br>**lpatch@daycasebeer.com** | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

| | | |
|---|---|---|
| | Geoffrey M. Howard, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel: (415) 393-2000/**Fax: (415) 393-2286**<br>geoff.howard@bingham.com | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

  Pursuant to the Joint Discovery Plan dated January 30, 2006 a courtesy copy of the Replies described above will be provided Via Facsimile

  Executed on **June 19, 2007,** in San Diego, California.

                    s/James S. McNeill
                     James S. McNeill