WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
CHRISTOPHER J. BEAL (Bar No. 215679)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | 05 CV 1958 B (BLM)<br><br>**DECLARATION OF CHRISTOPHER J. BEAL IN OPPOSITION TO BROADCOM CORPORATION'S MOTION FOR SANCTIONS** |
| BROADCOM CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Counterdefendant. | Date: July 10, 2007<br>Time: 10:30 a.m.<br>Ctrm: 2<br>Judge: Hon. Barbara J. Major |

DLA PIPER US LLP
SAN DIEGO

GT\6536094.1

05 CV 1958 B(BLM)

I, Christopher J. Beal, hereby declare as follows:

1. I am an attorney licensed to practice in the state of California and am an associate at the law firm of DLA Piper US LLP, counsel of record for Plaintiff QUALCOMM Incorporated ("QUALCOMM"). I have personal knowledge of each of the facts set forth in this declaration and if required, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the relevant portions of the transcript of the December 5, 2006 summary judgment hearing in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the relevant portions of Defendant Broadcom Corporation's Third Supplemental Objections and Responses to Qualcomm Incorporated's First Set of Interrogatories (Nos. 1-11.) **[FILED UNDER SEAL.]**

4. Attached hereto as Exhibit C is a true and correct copy of QUALCOMM's Memorandum of Points and Authorities in Support of Its Motion for Summary Adjudication as to Broadcom's Defenses of Equitable Estoppel, Implied License, Fraud, Unclean Hands, Breach of Contract, Laches and Waiver. **[FILED UNDER SEAL.]**

5. Attached hereto as Exhibit D is a true and correct copy of the relevant portions of the transcript of the August 22, 2006 deposition of James Determan taken in this matter. **[FILED UNDER SEAL.]**

6. Attached hereto as Exhibit E is a true and correct copy of the relevant portions of the transcript of the August 29, 2006 deposition of Gary Sullivan taken in this matter.

7. Attached hereto as Exhibit F is a true and correct copy of a February 16, 2007 letter from Adam Bier, counsel for QUALCOMM, to Louis Tompros, counsel for Broadcom.

8. Attached hereto as Exhibit G is a true and correct copy of the relevant portions of the transcript of the trial in this matter for January 24, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Cliff Reader, Ph.D., without attachments, in this matter.

10. Attached hereto as Exhibit I is a true and correct copy of a July 14, 2006 letter from Kate Saxton, counsel for Broadcom, to Kevin Leung, counsel for QUALCOMM.

/////

-1-

DLA PIPER US LLP
SAN DIEGO

GT\6536094.1

05 CV 1958 B(BLM)

11. Attached hereto as Exhibit J is a true and correct copy of an August 21, 2003 QUALCOMM press release, titled "Thomson and QUALCOMM Restructure Technicolor Digital Cinema Joint Venture."

12. Attached hereto as Exhibit K is a true and correct copy of Broadcom Corporation's Reply in Support of Its Motion for an Award of Attorneys' Fees, filed on June 19, 2007, in this matter before Judge Brewster. **[FILED UNDER SEAL.]**

13. Attached hereto as Exhibit L is a true and correct copy of the relevant portions of the transcript of the trial in this matter for January 10, 2007.

14. Attached hereto as Exhibit M is a true and correct copy of the First Supplemental Declaration of Dr. Iain Richardson Regarding Broadcom's Infringement of U.S. Patent Nos. 5,576,767 and 5,452,104.

15. Attached hereto as Exhibit N is a true and correct copy of a February 8, 2002 email by Chris Irvine. **[FILED UNDER SEAL.]**

16. Attached hereto as Exhibit O is a true and correct copy of a February 28, 2002 email by Chris Irvine. **[FILED UNDER SEAL.]**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on June 22, 2007, in San Diego, California.

/s/ Christopher J. Beal