# EXHIBIT M

1

2

3

4

5

6

7

8         UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10

11    QUALCOMM INCORPORATED,          | 05 CV 1958 B (BLM)

12              Plaintiff,            | **FIRST SUPPLEMENTAL DECLARATION OF DR.
                                      | IAIN RICHARDSON REGARDING BROADCOM'S
13         v.                         | INFRINGEMENT OF U.S. PATENT NOS. 5,576,767
                                      | AND 5,452,104**
14    BROADCOM CORPORATION,

15              Defendant.

16    BROADCOM CORPORATION,

17              Counterclaimant,

18         v.

19    QUALCOMM INCORPORATED,

20              Counterdefendant.

21

22

23

24

25

26

27

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT** M **PAGE** 124

**TABLE OF CONTENTS**

PAGE NO.

I.      QUALIFICATIONS ...........................................................................................1

II.     DESCRIPTION OF ASSIGNMENT AND UNDERSTANDING OF
        APPLICABLE LAW ........................................................................................1

III.    SCOPE OF REPORT AND RESERVATION OF RIGHT.................................2

IV.     THE AVC STANDARD ....................................................................................2

V.      BROADCOM AVC PRODUCTS ......................................................................3

VI.     BROADCOM'S COMPLIANCE WITH THE AVC STANDARD ....................4

        A.     Toshiba Creation System (TCS) .........................................................5

        B.     TIVR Software, BCM2133, and BCM2152 ........................................7

        C.     BCM7118 ...........................................................................................10

        D.     BCM7412 ...........................................................................................12

        E.     BCM7440 ...........................................................................................14

        F.     VideoCore III .....................................................................................15

        G.     FPGA Emulation ................................................................................17

VII.    BROADCOM'S INFRINGEMENT OF CLAIMS 59 & 60 OF THE '104
        PATENT ..........................................................................................................19

        A.     Claim 59 ............................................................................................19

               [59pre] "59. In an image decoder wherein and image block of
                       pixel data is processed by performing a discrete cosine
                       transform (DCT) operation on said block of pixel data and
                       on at least one predetermined level of constituent sub-
                       blocks of pixel data thereof, and providing corresponding
                       block and sub-blocks of AC and DC DCT coefficient
                       values and wherein said DC DCT coefficient values is
                       further processed by performing a series of at least one
                       additional DCT operation on said sub-blocks of DC DCT
                       coefficient values, a subsystem for decoding said processed
                       DC DCT coefficient values comprising:"........................................ 19

               [59a] "decoder means having an input for receiving a signal
                       indicative of said processed DC DCT coefficient values
                       and having an output; and" ............................................................ 22

**EXHIBIT** _M_  **PAGE** 125

[59b] "inverse discrete quadtree means having an input coupled to said decoder means output, wherein said inverse discrete quadtree means comprises:" ............................................. 27

[59c] "plurality of separator means with a first separator means having an input for receiving said signal indicative of said processed DC DCT coefficient values and additional separator means having an input and an output;" ...................... 36

**B.     Claim 60** ................................................................................................................. 43

[60a] "60. The apparatus of claim 59 wherein said separator means further having a second output and wherein said discrete quadtree means further comprises:" ............................... 43

[60b] "at least one multiplexer means having an input for receiving a timing signal, a second input coupled to a corresponding inverse discrete transform means output and a third input coupled to a corresponding second separator means output." ................................................................. 45

**VIII.     BROADCOM'S INFRINGEMENT OF CLAIM 13 OF THE '104 PATENT** ................... 50

**A.     Claim 13** ................................................................................................................. 50

[13pre] "13. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and at least one constituent level of sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, a method for compressing said DC DCT coefficient values comprising:" ....................................................... 50

[13a] "receiving at least one block of data;" ............................................... 52

[13b] "performing a series of discrete cosine transformation (DCT) operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values and at least one additional DCT operations is performed on sub-blocks of selected DC DQT coefficient values resultant from a preceding DCT operation of said series of DCT operations; and" .............. 54

[13c] "selecting ones of AC and DC DQT coefficient values resultant from said first DCT operation and said at least one additional DCT operation to provide a DQT composite block of AC and DC DQT coefficient values." ............ 61

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                   II

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT M   PAGE 126

IX.  BROADCOM'S INFRINGEMENT OF CLAIMS 3-5 AND 7 OF THE '104 PATENT ........................................................................................... 63

    A.  Claim 3 ................................................................................................ 63

        [3pre]  "3. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and constituent sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, an apparatus for compressing said DC DCT coefficient values comprising:" ....................... 63

        [3a]  "discrete quadtree means for receiving at least one block of data representing said block of pixel data, performing a plurality of DCT operations to provide AC and DC DQT coefficient values, with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values, performing at least one additional DCT operation wherein each of said at least one additional DCT operation is performed on resultant DC DQT coefficient data of a preceding DCT operation, and selecting ones of AC and DC DQT coefficient values to provide a DQT composite block of AC and DC coefficient values; and" ........................ 64

        [3b]  "encoding means for receiving said DQT composite block, selecting values from said DQT composite block and encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient values." ........................................................... 73

    B.  Claim 4 ................................................................................................ 77

        [4pre]  "4. The apparatus of claim 3 wherein said discrete quadtree means comprises:" ........................................................ 77

        [4a]  "at least one DCT means for receiving said at least one block of data and performing a series of DCT operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data and with additional DCT operations performed on sub-blocks of selected DC DQT coefficient values; and" ............ 78

        [4b]  "selector means for receiving said AC and DC DQT coefficient values selecting ones of said AC and DC DQT, coefficient values to provide said sub-blocks of selected DC DQT coefficient values in accordance with a

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

III

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE __124__

predetermined selection format." ................................................. 80

    C.    Claim 5 ....................................................................................... 83

        "5. The apparatus of claim 4 wherein said at least one DCT
        means comprises a plurality of single DCT means wherein
        each of said single DCT means is for performing a
        corresponding one of said series of DCT operations." ................. 83

    D.    Claim 7 ....................................................................................... 84

        "7. The apparatus of claim 3 wherein said at least one block of
        data comprises pixel data." ................................................. 84

X.     BROADCOM'S INFRINGEMENT OF THE '767 PATENT ............................................. 85

    A.    Claim 1 ....................................................................................... 85

        [1pre] "1. An interframe video compression system comprising:" ........ 85

        [1a] "a first motion predictor having an input for receiving a
        block of pixel data and having an output for providing a
        first image prediction;" ................................................. 85

        [1b] "a first distortion calculator having a first input for
        receiving said block of pixel data and having a second
        input for receiving said first image prediction and having
        an output for providing a first distortion value;" ........................ 92

        [1c] "at least one additional motion predictor provided in
        parallel with said first motion predictor having an input
        for receiving said block of pixel data and having an output
        for providing additional image predictions;" ........................... 97

        [1d] "a second distortion calculator having a first input for
        receiving said block of pixel data and having a second
        input for receiving said additional image predictions and
        having a first output for providing a second distortion
        value;" ................................................. 99

        [1e] "an encoding format selector having a first input coupled to
        said first distortion calculator output and having a second
        input coupled to said second distortion calculator output
        and having an output for providing a selected encoding
        format; and" ................................................. 100

        [1f] "encoder having a first input coupled to said encoding
        format selector output and having an output for providing
        a selectively encoded residual frame, having a second
        input for receiving a first displaced frame difference
        generated in accordance with said first image prediction

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

IV

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

and having a third input for receiving a second displaced frame difference generated in accordance with said second image prediction and for selectively encoding said first displaced frame difference and said second displaced frame difference in accordance with said selected encoding format." .................................................. 103

B.   Claim 2 .................................................................. 108

"2. The system of claim 1 wherein said first motion predictor compares an N x N block of pixel data, where N is an integer, with N x N blocks of pixel data in a first reference block of data." ............................................... 108

C.   Claim 5 .................................................................. 109

"5. The system of claim 1 wherein said first motion predictor has a second input for receiving a first reference block of data comprising pixel data from a previous frame of pixel data." ............................................................ 109

D.   Claim 6 .................................................................. 110

"6. The system of claim 1 wherein said first motion predictor has a second input for receiving a combination block of data determined in accordance with previous frames of pixel data." ............................................................ 110

E.   Claim 7 .................................................................. 111

"7. The system of claim 1 wherein said first motion predictor has a second output for providing a first motion vector." ................ 111

F.   Claim 8 .................................................................. 112

"8. The system of claim 1 wherein said at least one additional motion predictor has a second output for providing additional motion vectors." ........................................... 112

G.   Claim 9 .................................................................. 113

"9. The system of claim 1 further comprising a weighting value multiplier disposed between said first distortion calculator and said encoding format selector." ............................... 113

H.   Claim 18 ................................................................. 113

[18pre] "18. An interframe video compression method for compressing a block of video data comprising the steps of:" ............................................................... 114

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

v

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __129__

[18a] "comparing said block of video data with blocks of pixel
data of a first block size to provide displaced frame
difference (DFD) blocks;" ............................................. 114

[18b] "measuring distortion values for said DFD blocks;" ................ 116

[18c] "selecting a most similar block of pixel data of said first
block size in accordance with said distortion values to
provide a first motion vector, a first DFD block and a first
distortion value;" ..................................................... 117

[18d] "comparing said block of video data with a plurality blocks
of pixel data of a second block size to provide additional
DFD blocks;" ........................................................... 118

[18e] "measuring distortion values for said DFD blocks;" ................ 120

[18f] "selecting a set of most similar block of pixel data of said
second block size in accordance with said distortion values
for said additional DFD blocks to provide a set of
additional motion vectors, a set of additional DFD blocks
and a second distortion value;" ........................................ 123

[18g] "selecting an encoding format in accordance with said first
distortion value and said second distortion value; and" ............... 124

[18h] "selectively encoding said first motion vector and said first
DFD block and said set of additional motion vectors and
said set of additional DFD blocks in accordance with said
selected encoding format." ............................................. 126

I.      Claim 19 ........................................................ 127

       "19. The method of claim 18 wherein said block of video data is
       an N x N block, where N is an integer, and wherein said
       first block size is N x N." ..................................... 127

J.      Claim 21 ........................................................ 128

       "21. The method of claim 19 wherein said second block size is N/
       2 x N/2. " ..................................................... 128

K.      Claim 22 ........................................................ 129

       "22. The method of claim 18 wherein said blocks of pixel data of
       a first block size comprise pixel data from a previous
       frame of video data." .......................................... 129

L.      Claim 23 ........................................................ 129

       "23. The method of claim 18 wherein said blocks of pixel data of

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          VI

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___130___

a first block size are combinations of blocks of data from previous frames of video data." .................................................. 129

M.   Claim 24 ..................................................................................... 130

"24. The method of claim 18 further comprising the step of weighting said additional distortion value by a predetermined weighting format." ............................................ 130

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          VII

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __131__

I, Iain Richardson, declare:

1.      I make this declaration of my own personal knowledge.  If called to testify as to the truth of the matters stated herein, I could and would do so competently.

## I.      QUALIFICATIONS

2.      My qualifications are set forth in my opening declaration regarding Broadcom's infringement of U.S. Patent Nos. 5,576,767 and 5,452,104.

## II.      DESCRIPTION OF ASSIGNMENT AND UNDERSTANDING OF APPLICABLE LAW

3.      I have been asked to assess whether Broadcom or certain of its products infringe the Asserted Claims of U.S. Patent Nos. 5,576,767 (the "'767 Patent") and 5,452,104 (the "'104 Patent"), either literally or under the doctrine of equivalents.  I have been asked to base that assessment on the Court's claim construction orders of May 1, 2006 and June 19, 2006, for the '767 and '104 Patents, respectively.  I therefore have been asked to assume that the Asserted Claims have only the meanings and limitations set forth in those claims construction orders.  I also have been informed that the Court has not ruled that any preamble language in the Asserted Claims limits the scope of those claims.  To the extent that the Court rules that the Asserted Claims have different or additional meanings or limitations, I reserve the right to supplement this declaration to address them.

4.      My understanding of applicable law is set forth in my opening declaration regarding infringement.

5.      In forming the opinions expressed below regarding the '767 and '104 Patents, I have reviewed and considered the '104 Patent and its file history, the Court's Claim Construction Order for United States Patent Number 5,452,104, the Court's Claim Construction Order for United States Patent Number 5,576,767, the H.264/AVC Standard, and various Broadcom documents identified herein.

6.      If called to testify at trial, I may provide a tutorial to explain and provide context for the invention, including the rudiments of video encoding/decoding technology, basic hardware and software design concepts, information on the video encoding/decoding industry, and industry

EXHIBIT _M_ PAGE _132_

1  standards relating to video encoding/decoding. I also may address any noninfringement arguments

2  or technical points raised by Broadcom or its experts and use demonstratives to illustrate my

3  opinions.

4  **III.    SCOPE OF REPORT AND RESERVATION OF RIGHT**

5       7.    I understand that Broadcom produced design documentation, including source code,

6  for certain of its AVC/H.264 products and provided deposition testimony regarding its products,

7  including products in development, subsequent to my opening declaration regarding infringement

8  which I submitted on August 10, 2006. I also understand that some of the source code and

9  documents produced by Broadcom were tendered shortly before that date. Accordingly, I had

10  insufficient time to analyze them for inclusion in my opening declaration. This first supplemental

11  declaration addresses the discovery that Broadcom provided too late to be addressed in my opening

12  declaration.

13       8.    Before making this declaration, I reviewed the documents referenced herein and

14  attached hereto. I understand that in the future Broadcom may produce design documents (including

15  source code) relevant to whether its products infringe the '767 and '104 Patents. As this case

16  progresses, I expect to review additional documents. I may rely on these documents, as well as any

17  documents that have been marked as exhibits by QUALCOMM or Broadcom, or any transcripts of

18  deposition testimony in this case, to support my opinions at trial. I reserve the right to supplement

19  my opinions expressed herein in light of any additional materials, including opinions expressed by

20  other witnesses retained by Broadcom, or other evidence that may be provided to me after

21  submission of this declaration.

22  **IV.    THE AVC STANDARD**

23       9.    In this declaration I will use the terms "AVC" or "AVC Standard" to refer to the

24  video compression standard developed jointly by the International Telecommunications Union and

25  the International Standards Organization that is commonly known as ITU-T Rec. H.264/ISO/IEC

26  14496-10.[1]  AVC is sometimes called "H.264," the recommendation number associated with the

27

28  _____
[1] Ex. 3 to the Declaration of Dr. Iain Richardson Regarding Broadcom's Infringement of U.S. Patent

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S               CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS     2         OUTSIDE ATTORNEYS' EYES ONLY
                                             SUBJECT TO PROTECTIVE ORDER

443196_12

ITU, or "MPEG-4 Part 10," a reference to the ISO/IEC standard 14496-10.[2]  An overview of the AVC Standard and my opinions about it appear in my book *H.264 and MPEG-4 Video Compression*.[3]

## V.   BROADCOM AVC PRODUCTS

10.    This declaration addresses the following Broadcom products, each of which provides AVC encoding and/or decoding functionality:

- The Toshiba Creation System (TCS), a High Definition H.264 DVD mastering system comprising multiple computer servers loaded with AVC encoding software.[4]

- Integrated circuits ("chips") that incorporate the VideoCore III architecture, Broadcom's third-generation multimedia processor, including the BCM2707 and BCM2750.  I will refer collectively to the VideoCore III architecture and implementations thereof simply as "VideoCore III" in this declaration.

- The BCM7118, BCM7412, and BCM7440 AVC decoders.

- The AVC decoder software purchased from TIVR, which I will refer to as the "TIVR AVC decoder software" or "TIVR software."

- The BCM2152 and BCM2133 cellular baseband processor chips when loaded with and/or executing the TIVR software.

- Emulations of the above products using hardware and/or software emulation tools including FPGAs.

- Emulations of AVC-compliant modules or portions of the above using hardware and/or software emulation tools including FPGAs.

11.    I understand that Broadcom did not produce its TIVR source code until August 1, 2006, just 7 business days prior to the deadline of August 10, 2006 for submitting my opening

---

Nos. 5,576,767 and 5,452,104 [hereinafter 8/10/06 Decl.], *ITU-T rec. H.264/ISO/IEC 14496-10*.

[2] *See, e.g.*, Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at 1 (BCM2_SD3 70142) ("**H.264/AVC/MPEG-4 Part 10**: Synonymous terms for a high efficiency video compression algorithm, also referred to as ISO/IEC 14496-10 and ITU-T Rec. H.264") (emphasis original).

[3] Ex. 1 to 8/10/06 Decl., Iain E.G. Richardson, *H.264 and MPEG-4 Video Compression Video Coding for Next-Generation Multimedia* (John Wiley & Sons 2003) (hereinafter *H.264 and MPEG-4 Video Compression*).

[4] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at 1-3.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          3          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __134__

1    report. Consequently, I did not have sufficient time to analyze and address the TIVR source code in

2    that report. I further understand that Broadcom did not complete production of TCS source code

3    until August 25, 2006. As a result, I was unable to fully address infringement of the TCS in my

4    opening infringement report. Finally, I understand that Broadcom has not produced design

5    documents for various products in development, including the VideoCore III and various AVC

6    decoders. If Broadcom does provide further discovery regarding any of those products, I reserve the

7    right to submit a second supplemental declaration addressing any infringement of those products.

8    **VI.    BROADCOM'S COMPLIANCE WITH THE AVC STANDARD**

9        12.    The AVC Standard is organized into various "Profiles" that describe its functionality.

10   Each Profile incorporates a number of tools and features that may be necessary or useful for a

11   particular class of applications. Each Profile is associated with multiple numbered "Levels" that

12   describe a particular set of operating characteristics, such as screen size. A listing of these Profiles

13   and associated Levels can be found in the AVC Standard,[5] and my book, *H.264 and MPEG-4 Video*

14   *Compression*,[6] also summarizes and explains them.

15       13.    In this report, I characterize several of Broadcom's products as complying with the

16   AVC Standard. By that, I mean that each such product complies or, synonymously, conforms, with

17   at least one Profile, at one or more Levels, of the AVC Standard.[7]

18       14.    Based on my review of discovery provided by Broadcom, and as explained below, I

19   conclude that the TCS software, TIVR software, BCM7118, BCM7412, and BCM7440 comply with

20   the AVC Standard. I also conclude that the AVC encoder module and AVC decoder module of the

21   VideoCore III, and thus any FPGA emulation of either module, complies with the AVC Standard.

22   _____

23   [5] Ex. 3 to 8/10/06 Decl. at Annex A (*ITU-T Rec. H.264 | ISO/IEC 14496-10*).

24   [6] Ex. 1 to 8/10/06 Decl. (*H.264 and MPEG-4 Video Compression*).

     [7] An AVC-compliant bitstream is one that follows the requirements of the AVC Standard for
25   bitstreams. An AVC-compliant (or AVC-conformant) encoder is one that is capable of producing
     an AVC-compliant bitstream. An AVC-compliant decoder is one that is capable of decoding an
26   AVC-compliant bitstream. Broadcom uses the term "comply" synonymously. *See, e.g.*, Title
     Creation System H.264 High Definition Video Encoder Application Programmer's Interface
27   (Revision 1.9), BCM2_SD3 70137 at 16 (if certain bit streams are "decodable," then they are
     "compliant": "SandVideo Compliant Decode Stream – A flag that if true, i.e., 1, results in a
28   bitstream decodable by the SandVideo decoder.").

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                                    CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS        4                 OUTSIDE ATTORNEYS' EYES ONLY
443196_12                                                              SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __135__

A.    **Toshiba Creation System (TCS)**

15.    For the following reasons, I conclude that the Toshiba Creation System (TCS) DVD mastering system provides an AVC-compliant decoder.

16.    First, Broadcom witness Stephen Gordon testified that the TCS is a DVD creation system that performs AVC encoding.[8]

17.    Also, Broadcom's *Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface* [hereinafter "TCS API"] document characterizes TCS as a system "for High Definition H.264 DVD mastering" and describes the architecture and functionality of the TCS software.[9,10]   As the TCS API document explains, the TCS system includes an encoder DLL, a set of PC blade servers, and codec software for each blade server.[11]   The encoder DLL is designed to run on a standalone PC, serving as an interface between Toshiba's PC interface software and the codec software.[12]   The TCS API document repeatedly describes TCS as an "H.264 encoder."[13]

18.    The Figure below is a block diagram of the TCS encoding system illustrated in the TCS API document.

---

[8] 6/28/06 Gordon Depo. Tr. at 94:13-95:23, 97:1-8, 97:24-98:2; 8/4/06 Gordon Depo. Tr. at 108:10-117:21, 148:22-149:3; 8/22/06 Gordon Depo. Tr. at 87:21-88:5.

[9] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137; *id.* at 1 ("This document describes the basic functionality and the Application Programmer's Interface for the hardware and software that Broadcom will supply as part of Toshiba's Title Creation System for High Definition H.264 DVD mastering.").

[10] I infer that the Toshiba Creation System referenced by Mr. Gordon is the same product as the Title Creation System referenced by Broadcom's documents, because (1) the architecture and functionality of the Title Creation System matches that of the Toshiba Creation System as described by Mr. Gordon, (2) Broadcom's documents clearly indicate that the Title Creation System is a custom product for Toshiba, and (3) the names "Title Creation System" and "Toshiba Creation System" are nearly identical and share the same acronym.  Accordingly, I will use the terms "Title Creation System" and "Toshiba Creation System" interchangeably in this declaration.

[11] *See also* 6/28/06 Gordon Depo. Tr. at 95:16-101:13.

[12] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at § 1.4, Figure 1.

[13] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at 1-4 (characterizing TCS as an "H.264 encoder" 13 times).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          5

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12



**Figure 1 - TCS System Logical Block Diagram**

19. As explained in the TCS API document, the TCS software complies with the Baseline, Main, Extended, and High Profiles of the AVC Standard and can encode video data under any one of these Profiles at a time.[14,15,16] Under a given Profile, the TCS software can operate at

---

[14] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at 4-5 ("The Broadcom Encoder DLL is the interface point between the Toshiba TCS application software and the rest of the Broadcom Encoder System... At system power-up, the InitEncoder() function should be called... Then at the beginning of each sequence the StartSequence() function should be called. This function prepares the encoder system to begin an encoding operation and sets the parameters that will not change during the sequence."); 6 ("3.3 StartSequence() Function ... This function sets the sequence level parameters for the encoding operation. These include the parameters that will not change during the course of the sequence and the parameters needed to start the encoding process."); 7, 15, 28 (listing various parameters supplied to the Encoder DLL for the StartSequence() function, including the "Profile" parameter "used to define a set of coding tools used to generate a conforming bit stream," and identifying the four options of the "Profile" parameter as Baseline, Main, Extended, and High).

[15] *See* Broadcom TCS AVC Encoder Status, BCM2_SD3 0435977 (describing file "Inputs.txt" as specifying TCS input parameters, and setting the Profile to High ("4") and the Level to 4.1 ("41")); Inputs.txt, BCM2_SD3 0436177 (setting the Profile to High ("4") and the Level to 4.1 ("41"); Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface (Revision 1.9), BCM2_SD3 70137 at 15 (identifying "4" as the value for setting the "Profile" parameter to "High" and "41" as the value for setting the "Level" parameter to "4.1.").

[16] *See also* 8/4/06 Gordon Depo. Tr. at 117:3-5 (confirming that TCS supports the AVC High Profile).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                6

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE __137__

1    any Level, as specified by Toshiba's PC interface.[17]

2        20.    Broadcom's *Sand Video[18] Internal Program Review* identifies Broadcom's goal to

3    "[i]mplement a software H.264 compliant codec"[19] for use in its "TCS – High Quality Encoder

4    Station."[20]  That document also characterizes TCS as including a Baseline Profile encoder and a

5    decoder.[21]

6        21.    The "Test Methodology/Conformance Plan" page of the *Sand Video Internal*

7    *Program Review* indicates that Broadcom tested the AVC software in TCS using "JVT bitstreams"

8    to ensure its compliance with the AVC standard.[22]  I understand "JVT bitstreams" to refer to AVC

9    bitstreams because JVT is the body formed solely for the purpose of developing the AVC standard,

10   and it is common practice to test the conformance, *i.e.* compliance of software to the AVC standard

11   by processing bitstreams, such as widely-available ones from JVT, and evaluating the resulting

12   output.[23]

13   **B.    TIVR Software, BCM2133, and BCM2152**

14       22.    For the following reasons, I conclude that the TIVR Software provides an AVC-

15   compliant decoder.  In forming my opinions regarding the TIVR software, I consulted the July 27,

16   2006 deposition transcript of Karl Paulsen, other documents referenced herein, and the source code

17

---

18   [17] Title Creation System H.264 High Definition Video Encoder Application Programmer's Interface
19   (Revision 1.9), BCM2_SD3 70137 at 15, 28 (identifying "Level" parameter for the
     StartSequence() function).

20   [18] The name "Sand Video" refers to a company that Broadcom acquired in 2004.  6/28/06 Gordon
     Depo. Tr. at 6:6-9.

21   [19] *Sand Video Internal Program Review*, BCM2_SD3 69748 at 69767 (part of "Encoder Algorithms
22   Program Review" starting at BCM2_SD3 69761); *Sand Video Internal Program Review*
     BCM2_SD3 69808 at 69827.

23   [20] *Sand Video Internal Program Review*, BCM2_SD3 69748 at 69762, 69768 (part of "Encoder
     Algorithms Program Review" starting at BCM2_SD3 69761); *Sand Video Internal Program*
24   *Review* BCM2_SD3 69808 at 69822, 69828.

25   [21] *Sand Video Internal Program Review*, BCM2_SD3 69748 at 69770 (part of "Encoder Algorithms
     Program Review" starting at BCM2_SD3 69761); *Sand Video Internal Program Review*
26   BCM2_SD3 69808 at 69830.

     [22] *Sand Video Internal Program Review*, BCM2_SD3 69748 at 69771; *Sand Video Internal Program*
27   *Review* CM2_SD3 69808 at 69831.

28   [23] 6/28/06 Gordon Depo. Tr. at 106:19-107:6.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S            CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS        7        OUTSIDE ATTORNEYS' EYES ONLY
                                                    SUBJECT TO PROTECTIVE ORDER

443196_12

produced by Broadcom associated with the TIVR software, identified by Bates numbers:

| File Name: | Bates No.: |
|---|---|
| H264BpDecBitInput.c | BCM2-SD3-SC-05038 - 05044 |
| H264BpDecBitInput_AnsiC.c | BCM2-SD3-SC-05034 - 05037 |
| H264BpDecDeBlock.c | BCM2-SD3-SC-05020 - 05033 |
| H264BpDecDeBlock_AnsiC.c | BCM2-SD3-SC-05007 - 05019 |
| H264BpDecDecodeNalu.c | BCM2-SD3-SC-05000 - 05006 |
| H264BpDecFillUmvBuffer_AnsiC.c | BCM2-SD3-SC-04998 - 04999 |
| H264BpDecFmo.c | BCM2-SD3-SC-04993 - 04997 |
| H264BpDecInterIqIdctRecon.c | BCM2-SD3-SC-04977 - 04992 |
| H264BpDecInterIqIdctPredRecon.c | BCM2-SD3-SC-04946 - 04976 |
| H264BpDecMbDecode.c | BCM2-SD3-SC-04916 - 04945 |
| H264BpDecMc.c | BCM2-SD3-SC-04911 - 04915 |
| H264BpDecMc_AnsiC.c | BCM2-SD3-SC-04899 - 04910 |
| H264BpDecMc_Arm9t.c | BCM2-SD3-SC-04858 - 04898 |
| H264BpDecoder.c | BCM2-SD3-SC-04842 - 04857 |
| H264BpDecParseMb.c | BCM2-SD3-SC-04813 - 04841 |
| H264BpDecPicPar.c | BCM2-SD3-SC-04810 - 04812 |
| H264BpDecRecon_Ansi.c | BCM2-SD3-SC-04804 - 04809 |
| H264BpDecSeqPar.c | BCM2-SD3-SC-04797 - 04803 |
| H264BpDecSliceDecode.c | BCM2-SD3-SC-04775 - 04796 |

23.     The TIVR source code corresponds to the software that Broadcom deposition witness Karl Paulsen testified Broadcom purchased from TIVR for use with the BCM2133 chip.[24]  First, most if not all of the above-listed source code files contain TIVR's copyright notice.  Second, that

---

[24] 7/27/06 Paulsen (afternoon) Depo. Tr. at 9:12-10:21.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

8

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT _M_ PAGE _139_

1    source code references the ARM9 processor, the processor that Mr. Paulsen testified is contained in

2    the BCM2133.[25]

3        24.    I understand that Broadcom has not produced any source code that it has identified as

4    associated with the BCM2152. I further understand that Broadcom deposition witness Karl Paulsen

5    expressed the opinion that Broadcom has not yet purchased an AVC codec that is optimized for, *i.e.*,

6    compatible with, the BCM2152.[26] Based on my analysis of the TIVR source code, however, I

7    conclude that it could be compiled and loaded for execution onto the BCM2152 chip as well as the

8    BCM2133 chip because none of the TIVR software instructions I reviewed appear to be

9    incompatible with the ARM11. In general, the ARM11 processor is backward-compatible with

10   ARM9 software, meaning that ARM9 software can be loaded onto and executed by the ARM11.[27]

11   It may be possible for a relatively small number of ARM9-optimized source code instructions to be

12   incompatible with the ARM11. In reviewing various TIVR source code files for my analysis herein,

13   however, I did not find any such instructions.

14       25.    Furthermore, I find it very likely that TIVR's ARM11-optimized version of its AVC

15   software is the same in relevant part as its ARM9-optimized version because it is standard industry

16   practice to reuse the same source code across multiple products, optimizing only where necessary,

17   and I am aware of no reason why TIVR would have proceeded otherwise. Thus, I conclude that it is

18   very likely that an ARM11-optimized version of the TIVR source code would infringe the '104

19   Patent for the same reasons I conclude that the TIVR source code produced by Broadcom infringes

20   the '104 Patent.

21       26.    I understand that, at the time Mr. Paulsen's deposition was taken on August 8, 2006,

22   Broadcom had a contractual option to purchase an ARM11-optimized version of the TIVR AVC

23   decoder software for the BCM2152.[28] Thus, and given that Broadcom's documentation consistently

24

25   ───────────────────

26   [25] 7/27/06 Paulsen (afternoon) Depo. Tr. at 43:19-44:1.

     [26] 7/27/06 Paulsen (afternoon) Depo. Tr. at 42:5-23.

27   [27] http://www.arm.com/pdfs/ARM11%20Microarchitecture%20White%20Paper.pdf

28   [28] 7/27/06 Paulsen Depo. Tr. (morning) at 58:22-5; 7/27/06 Paulsen Depo. Tr. (afternoon) at 43:7-14.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          9          OUTSIDE ATTORNEYS' EYES ONLY
443196_12                                                  SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __140__

1  describes the BCM2152 as having AVC video decoding capability,[29] it is possible that Broadcom

2  has since exercised that option or may do so in the near future.  If it has, or if it ever does, acquire

3  that software, I would consider any act of compiling that software or loading a compiled version of it

4  onto the BCM2152 to constitute infringement of the '104 Patent for the same reasons I discuss

5  below regarding the infringement by the TIVR software produced by Broadcom.

6  **C.    BCM7118**

7       27.    For the following reasons, I conclude that the BCM7118 provides an AVC-compliant

8  decoder.

9       28.    First, the *BCM7118 Product Brief*[30] makes clear that the BCM7118 is AVC-

10  compliant.  The first page, under the "Features" column, describes the BCM7118 as an "HD

11  AVC/VC-1/MPEG2 decoder."  Under the "Summary of Benefits column," it states that the

12  BCM7118 has "Features such as HD AVC decode."  The description that appears above the block

13  diagram of the BCM7118 again refers to it as "HD AVC/VC-1/MPEG2 Decode."[31]

14       29.    The second page of the *BCM7118 Product Brief* explains that "[t]he BCM7118 is a

15  single-chip set-top box IC that combines the key aspects required for the next-generation of set-top

16  boxes including cost-effective single-chip design, HD AVC/VC-1/MPEG2 decode with SD output"

17  and states that "[t]he BCM7118 includes an HD AVC/VC-MPEG2 decoder.  This allows boxes

18  based on the BCM7118 to be tuned to receive HD content (cable network or home network server)

19  and decode and display this content."[32]

20       30.    Also, Broadcom's *General Information (Preliminary Hardware Data Module*

21  *BCM7118)* [hereinafter *BCM7118 General Information*] document describes the BCM7118 as "a

22  cable set-top box solution offering integrated high-definition AVC (H.264/MPEG-4 Part 10, MPEG-

23  2, and VC-1) video decoding technology.  It combines a data transport processor, high-definition

24

---

25  [29] *BCM2152 Product Brief, at* http://www.broadcom.com/collateral/pb/2152-PB03-R.pdf (last
      visited November 3, 2006), a true and correct copy of which is attached hereto as Exhibit 1.

26  [30] BCM7118 Product Brief, BCM2_SD3 0426924-925.

27  [31] BCM7118 Product Brief, BCM2_SD3 0426924-925.

28  [32] BCM7118 Product Brief, BCM2_SD3 0426924-925.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                10

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT  M  PAGE  141

1  AVC/MPEG-2/VC-1 video decoder, advanced-audio decoder, 2D graphics processing, high-quality

2  video scaling, six video DACs, stereo high-fidelity audio DACs, a MIPS32™/16-e class CPU, and a

3  peripheral control unit providing a variety of set-top box control functions." That document goes on

4  to explain:

5      An advanced video decoder is featured in the BCM7118, capable of supporting high-
        definition AVC, VC-1, and ATSC MPEG-2 streams. AVC support is up to Main Profile
6      Level 4.1. New tools in the AVC Fidelity Range extensions are supported, including 8x8
        transform and spatial prediction modes, and adaptive quantization matrix.[33]
7

8      31.    The *BCM7118 General Information* document also lists the "Features" of the

9  BCM7118 as including:

10     Advanced high-definition AVC/MPEG-2/VC-1 video decoder supporting the following:
        H.264/AVC main [Profile] to level 4.1.[34]
11

12     32.    The Functional Block Diagram of Figure 1-1 in the *BCM7118 General Information*

13  document depicts the BCM7118 as containing a module entitled "High Definition H.264/VC-

14  1/MPEG-2 Video Decoder," and the Video Data Flow Diagram of Figure 1-2 depicts two sub-blocks

15  labeled "AVC/MPEG/VC-1 Video Decoder" and "AVC/MPEG," respectively.[35] That document

16  also states "[d]ecompression of digital video is performed by the AVC/MPEG-2/VC-1 processor."[36]

17     33.    The *BCM7118 General Information* document also states that "The AVD module can

18  decode ..... H.264/AVC main to level 4.1,"[37] that it "supports tools added in the AVC Fidelity

19  Range Extensions (FRExt) amendment ... required for High Profile Support,"[38] and that the

20

---

21  [33] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
        1-4.

22  [34] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
23      1-5.

24  [35] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
        1-7, 1-8.

25  [36] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
        1-9.

26  [37] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
27      1-13.

28  [38] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at
        1-14.

EXHIBIT ___M___ PAGE __142__

1    "Supported Picture Sizes" include "H.264:From 64x16 to 720x576."[39]   That document also explains

2    that "[t]he video and graphics module accepts decoded AVC/MPEG/VC-1 or analog video and

3    performs professional quality compositing of text and graphics with video."[40]

4        **D.**    **BCM7412**

5        34.    For the following reasons, I conclude that the BCM7412 provides an AVC-compliant

6    decoder.

7        35.    The Broadcom *High Definition Advanced Video/Audio Decoder* document for the

8    BCM7412 states "[t]he BCM7412 is an H.264/MPEG-2/VC-1 decoder chip, capable of full HD real-

9    time decoding… The BCM7412's H.264 Compression Advantage™ architecture provides three

10    times the compression power of MPEG-2.  Systems incorporating the BCM7412 will have superior

11    image quality, improved system performance, and larger storage capacity with the reduced bit rates

12    of H.264, also known as MPEG-4 Advanced Video Coding (AVC)."  That document further

13    identifies the following as "Features" of the BCM7412:

14           • Real-time H.264, VC-1 and MPEG-2 decoding

15           • Fully compliant with H.264, Level 4.1, 40 Mbps

16           • CABAC and CAVLC decoding[41]

17        36.    The *High Definition Advanced Video/Audio Decoder* document also depicts a block

18    diagram of the BCM7412 as including an "H.264/VC-1/MPEG-2 Decoder"[42] and, under the

19    "Functional Description" of the BCM7412, states:

20           • Support for H.264 High Profile Level 4.1 up to 40 Megabits per second

21           • Support for AVC Amendment 1, Fidelity Range Extensions (FRExt), High Profile

22        37.    The *High Definition Advanced Video/Audio Decoder* document also explains "the

23    BCM7412 may be used as an additional H.264 video decoder.  HD-capable systems can also be

---

[39] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at 1-14.

[40] General Information (Preliminary Hardware Data Module BCM7118), BCM2_SD3 0426780 at 1-17.

[41] High Definition Advanced Video/Audio Decoder, BCM2_SD3 0431443 at 1.

[42] High Definition Advanced Video/Audio Decoder, BCM2_SD3 0431443 at 2.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          12          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___143___

1  designed around the BCM7412 as the primary MPEG-2 and H.264 decoder engines."[43]

2      38.    Broadcom's *BCM7412 Data Sheet*[44] provides further confirmation that the BCM7412

3  complies with the AVC Standard.  The "General Description" section at page 1 begins "[t]he

4  BCM7412 is an H.264/MPEG-2/VC-1 decoder chip, capable of full HD real-time decoding" and

5  uses the phrase "H.264 Compression Advantage™" to describe the BCM7412.  The "Features"

6  section of page 1 describes the BCM7412 as providing "Real-time H.264, VC-1, and MPEG-2

7  decoding" and being "Fully compliant with H.264, Level 4.1."  Figure 1 on page 1 of the Data Sheet

8  includes a sub-block labeled "H.264/VC-1/MPEG Decoder."[45]

9      39.    The *BCM7412 Data Sheet* includes numerous other statements confirming that the

10  BCM7412 complies with AVC.  The "BCM7412 Functional Description" page describes the

11  BCM7412 as having "[s]upport for H.264 High Profile Level 4.1,"[46] and the section titled "Target

12  Applications" describes the BCM7412 as providing an "H.264 decoder engine[]."[47]  In the section

13  titled "Decoder Code Stream Input Ports," the *BCM7412 Data Sheet* also states unambiguously:

14      The BCM decodes compliant data streams of the following types:
   - Transport or program stream, MPEG-2 format with any of the following embedded:
     - MPEG-2 elementary stream
     - H.264 elementary stream
     - Audio elementary stream
   - Packetized elementary stream (PES), MPEG-2, H.264 or audio
   - MPEG-2 elementary stream
   - H.264 elementary stream

   The BCM7412 has dual code ports (A and B) that can be used to input compliant code streams of any type listed above.[48]

20      40.    Other statements in the *BCM7412 Data Sheet* confirming that the BCM7412 provides

21  an AVC-compliant decoder include:

---

24  [43] High Definition Advanced Video/Audio Decoder, BCM2_SD3 0431443 at 5.

25  [44] BCM7412 Data Sheet, BCM2_SD3 0431333.

   [45] BCM7412 Data Sheet, BCM2_SD3 0431333.

26  [46] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431345.

27  [47] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431347.

28  [48] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431363.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS    13

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT  M   PAGE 144

• "correct operation with the following higher-level formats is supported … H.264 video."[49]

• "The BCM7412 supports component resolutions of 8 bits for H.264, VC-1 and MPEG-2 operations."[50]

• "The BCM7412 is a compliant MPEG-4 AVC/H.264 decoder.  As such, it can decode any legal H.264 bit streams generated by a compliant encoder operated at the specified profile and at or below the specified level.  The BCM7412 is also Annex B-compliant."[51]

• "The BCM7412 decodes any bit stream coded with any combination of tools allowed under the High Profile as defined in the ISO standard 14496-10, (MPEG-4 Part 10).  This includes any stream encoded by a baseline encoder with the appropriate compatibility flag set for main profile operation.  The BCM7412 includes support for AVC Amendment 1, Fidelity Range Extensions, High Profile."[52]

**E.      BCM7440**

41.      For the following reasons, I conclude that the BCM7440 A0 provides an AVC-compliant decoder.

42.      The *BCM7440 A0 Programmer's Register Reference Guide* shows that Broadcom's BCM7440 A0 product [hereinafter BCM7440] contains Broadcom's Advanced Video Decoder (AVD) Core.[53]  The AVD Core, as I explained in my opening infringement report, provides an AVC-compliant decoder.

43.      The *High Definition DVD System Chip (BCM7440 Technical Manual)* document states that the BCM7440 contains a video decoder that supports the H.264 Standard High Profile Level 4.1 at up to 40 megabits per second (Mbps).[54]  That document also states:

The video and graphics module accepts decoded AVC/MPEG/VC-1 video and performs professional quality compositing of text and graphics with video.  The video subsystem takes in uncompressed video from the AVE/MPEG/VC-1 [sic] decoder.[55]

44.      That document further describes the BCM7440 as containing, among other

---

[49] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431386.

[50] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431389.

[51] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431389.

[52] BCM7412 Data Sheet, BCM2_SD3 0431333 at BCM2_SD3 431390.

[53] BCM7440 A0 Programmer's Register Reference Guide, BCM2_SD3 0431577 at BCM2_SD3 0431583.

[54] High Definition DVD System Chip, BCM2_SD3 0431485 at 5.

[55] High Definition DVD System Chip, BCM2_SD3 0431485 at 12.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                14

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___145___

1    components, "AVC/MPEG/VC-1 feeders,"[56] and states "[a]ll AVC Main Profile at Level 4 formats

2    can be decoded in the BCM7440."[57]  Among the "Video Decoder Features" listed in that document

3    is "AVC/H.264 High Profile at L[evel] 4.1."[58]

4       **F.   VideoCore III**

5       45.    For the following reasons, I conclude that the VideoCore III architecture includes an

6    encoder that complies with the AVC Standard and a decoder that complies with the AVC Standard.

7       46.    Broadcom's March 2006 *Introduction to VideoCore®* "presentation pack"[59]

8    illustrates and describes its VideoCore III design.  That presentation includes a block diagram of the

9    VideoCore III, an integrated circuit in which an AVC encoder and an AVC decoder are implemented

10   as hardware modules.[60]

11      47.    The *Introduction to VideoCore®* presentation states that the VideoCore III supports

12   "30fps HD 720p H.264 encoding and decoding."[61]  Specifically, that presentation states that the

13   "Video Decode" module in the VideoCore III complies with the High Profile of H.264[62] and that the

14

---

15   [56] High Definition DVD System Chip, BCM2_SD3 0431485 at 12.

16   [57] High Definition DVD System Chip, BCM2_SD3 0431485 at 14.

17   [58] High Definition DVD System Chip, BCM2_SD3 0431485 at 37.

     [59] 8/18/06 Barlow Depo. Tr. at 182:17-1.

18
     [60] Introduction to VideoCore®, March 2006, BCM2_SD3 0031852 at 0031994 (depicting
19   "VideoCore® III Core Block Diagram" as including an "H.264/MPEG-4/VC-1 Encode/Decode"
     module).  It is clear from the block diagram at BCM2_SD3 0031994 that the VideoCore III is an
20   integrated circuit and that the H.264 encoder and decoder contained therein are hardware modules.
     That block diagram depicts structures that are exclusively associated with hardware, such as
21   various buses, an L2 cache, a direct memory access (DMA) block, and "working memory."  In
     fact, the H.264 encoder and decoder are depicted as containing a distinct "working memory"
22   module, further indicating that the H.264 encoder/decoder is a hardware module.  The H.264
     encoder and decoder are drawn in the same manner as the other modules in that block diagram,
23   which strongly suggests that they are, too, hardware modules.  Also, the repeated use of the word
     "Core" in the title of the block diagram (VideoCore® III Core Block Diagram) further suggests
24   that the diagram illustrates hardware because the term "core" is ordinarily associated with
     hardware, not software.
25   [61] Introduction to VideoCore®, March 2006, BCM2_SD3 0031852 at BCM2_SD3 0031992.  *See
     also* 8/18/06 Barlow Depo. Tr. at 187:18-25 (confirming that the phrase "[t]he core supports" at
26   BCM2_SD3 0031992 refers to the VideoCore III).

27   [62] Introduction to VideoCore®, March 2006, BCM2_SD3 0031852 at BCM2_SD3 0031993.  *See
     8/18/06 Barlow Depo. Tr. at 190:15-191:1 (confirming that the "HP" under "Video Decode"
28   stands for "High Profile").

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                    CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          15           OUTSIDE ATTORNEYS' EYES ONLY
                                                           SUBJECT TO PROTECTIVE ORDER

443196_12

**EXHIBIT** ___M___ PAGE ___146___

"Video Encode" module in the VideoCore III complies with both the High Profile and Main Profile of H.264.[63]   A similar presentation entitled *Mark Casey Introduction* dated March 29, 2006 describes the VideoCore III as an "[a]dvanced, high performance core," *i.e.*, a hardware module for an integrated circuit, that supports "HD 720p H.264 encoding and decoding."[64]   That same document confirms that the VideoCore III video decoder module is to comply with the High Profile "HP" of H.264 and that the VideoCore III video encoder module is to comply with the Main Profile ("MP") and High Profile ("HP") of H.264.[65]   That document also includes a page entitled "Core Size Estimate," which again confirms that the VideoCore III contains an H.264 encoder and decoder.[66]

48.    Moreover, Broadcom's witnesses have confirmed that the VideoCore III is being designed to comply with H.264.  Broadcom witness Robert Swann admitted in deposition that the VideoCore III is anticipated to support H.264.[67]   Moreover, Broadcom deposition witness Stephen Barlow admitted that Broadcom has already emulated a VideoCore III H.264 decoder module on an FPGA.[68]

49.    Broadcom deposition witness Robert Swann admitted that Broadcom plans to fabricate a chip called the BCM2707 that will contain the VideoCore III architecture.[69]   The "Product Comparison" page of the *Introduction to VideoCore®* presentation confirms that the BCM2707 will contain the VideoCore III and that its decoder will comply with the High Profile of

---

[63] Introduction to VideoCore®, March 2006, BCM2_SD3 0031852 at BCM2_SD3 0031993.  *See* 8/18/06 Barlow Depo. Tr. at 191:2-14 (confirming that the "HP" and the "MP" under "Video Encode" stand for "High Profile" and "Main Profile, respectively").

[64] Mark Casey Introduction, 29 March 2006, BCM2_SD3 0032135 at BCM2_SD3 0032175.

[65] Mark Casey Introduction, 29 March 2006, BCM2_SD3 0032135 at BCM2_SD3 0032176.

[66] Mark Casey Introduction, 29 March 2006, BCM2_SD3 0032135 at BCM2_SD3 0032181 (describing the "H.264 Encode/Decode" module as comprising 925,000 "gates," or physical logic circuits, and occupying 3.39 square millimeters ($mm^2$) of area on the VideoCore III integrated circuit).

[67] 8/15/06 Swann Depo. Tr. at 173:7-9.

[68] 8/18/06 Barlow Depo. Tr. at 189:19-22 (answering "yes" to the question "Has any portion of the VideoCore III been emulated on an FPGA that performed H.264 decoding?").

[69] *See* 8/16/06 Swann Depo. Tr. at 72:3-8, 166:16-167:2 (testifying that the VideoCore III is expected to be taped out in March 2007).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS            16

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1  H.264.[70]

2  **G.  FPGA Emulation**

3  50.   As the following deposition testimony of Broadcom witnesses Robert Swann and

4  Stephen Barlow show, Broadcom has created a prototype of its VideoCore III AVC decoder module

5  using Field Programmable Gate Array (FPGA) emulation:

6  Q.  Okay.  Has the Videocore III architecture been emulated on an
   FPGA?

7

8  A.  Not as a whole.

9  Q.  Have certain parts of the Videocore III architecture been
   emulated on a FPGA?

10  A.  Yes.[71]

11  _____

12  MR WAUGH:  Has any portion of the Videocore III been
   emulated on an FPGA?

13

14  MS FERRERA:  Objection.  You can answer "Yes" or "No", if you
   know.

15  A.  Yes.

16  MR WAUGH:  Has any portion of the Videocore -- scratch that.
   Strike that.  Does any of the -- portion of the Videocore III design

17  that has been emulated on an FPG[A] perform either H.264
   encoding or H.264 decoding?

18

19  MS FERRERA:  Objection.

20  A.  Yes.

21  MR WAUGH:  So has any portion of the Videocore III been
   emulated on an FPGA that performs H.264 encoding?

22  MS FERRERA:  Objection.

23  A.  No.

24  MR WAUGH:  Has any portion of the Videocore III that has been

25

26  _____
   [70] Introduction to VideoCore®, March 2006, BCM2_SD3 0031852 at BCM2_SD3 0031998

27  (illustrating a table in which the description at the row labeled "H.264 Decode" and the column
   labeled "BCM2702" reads "HD 720p 30fps (1280x720) High Profile").

28  [71] 8/16/06 Swann Depo. Tr. at 167:3-8.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          17          OUTSIDE ATTORNEYS' EYES ONLY
                                                      SUBJECT TO PROTECTIVE ORDER

443196_12

emulated on an FPGA performed H.264 decoding?

MS FERRERA:  Objection.

A. Is that objection because you don't want me answering these or --

Q. No.  You can answer "Yes" or "No", if you know.

A. So the question was ...?  Say it again.

MR WAUGH:  Has any portion of the Videocore III been emulated on an FPGA that performed H.264 decoding?

MS FERRERA:  And again I'll object to the question.

A. Yes.[72]

51.     As described in my opening infringement report, FPGAs are chips that can be used to create a prototype of an integrated circuit design in order to verify its functionality prior to fabrication at the foundry,[73] and the creation of such prototypes is called "FPGA emulation."[74] Because FPGA emulation creates a physical, working prototype of a design, and because, as described above, the VideoCore III AVC decoder is designed to comply with the AVC Standard, it is clear from the deposition testimony of Dr. Swann and Mr. Barlow set forth above that the prototype created from the VideoCore III AVC decoder module constituted the making of a physical, working AVC-compliant decoder.

52.     Assuming that the VideoCore III AVC decoder design generally worked as expected when it was emulated, I conclude that that FPGA emulation included the elements recited in claim 59 of the '104 Patent.  As described in my opening report on infringement, claim 59 recites fundamental structures that must be present in any decoder implementation of the AVC Standard. Because FPGA emulation is ordinarily used to create a prototype of a design, i.e., a physical embodiment of that design, I find it very unlikely that Broadcom would have emulated its VideoCore III AVC decoder module unless those fundamental structures had been incorporated into

---

[72] 8/18/06 Barlow Depo. Tr. at 188:22-189:22.

[73] See 6/21/06 Swann Depo. Tr. at 74:16-76:8, 96:23-97:2, 99:22-100:1.

[74] See 6/28/06 Gordon Depo. Tr. at 130:19-131:13.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                18

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __149__

1   the design.

2   **VII.   BROADCOM'S INFRINGEMENT OF CLAIMS 59 & 60 OF THE '104 PATENT**

3

4       53.    The following opinions supplement those provided in my opening infringement

5   declaration regarding infringement of the '104 Patent by the TIVR software, BCM7118, BCM7412,

6   BCM7440, and VideoCore III. As explained below, I conclude that Broadcom's TIVR software,

7   BCM7118, BCM7412, and BCM7440 each meets every limitation of, and therefore infringes, claims

8   59 and 60 both literally and under the doctrine of equivalents. Also, I conclude that Broadcom's

9   VideoCore III meets every limitation of, and therefore infringes, claim 59 both literally and under

10  the doctrine of equivalents. Furthermore, I conclude that Broadcom's VideoCore III meets claim

11  element 60a both literally and under the doctrine of equivalents. I intend to form an opinion

12  regarding whether the VideoCore III meets claim element 60b if sufficient further discovery is made

13  available for the VideoCore III.

14     **A.   Claim 59**

15     54.    The preamble of claim 59 of the '104 Patent recites:

16        **[59pre]  "59. In an image decoder wherein and image block of pixel data is
17        processed by performing a discrete cosine transform (DCT) operation on said
block of pixel data and on at least one predetermined level of constituent sub-
18        blocks of pixel data thereof, and providing corresponding block and sub-blocks
of AC and DC DCT coefficient values and wherein said DC DCT coefficient
19        values is further processed by performing a series of at least one additional DCT
operation on said sub-blocks of DC DCT coefficient values, a subsystem for
20        decoding said processed DC DCT coefficient values comprising:"**

21     55.    I understand that the Court construed certain terms in the preamble of claim 59 to

22  provide context for the jury but did not rule that the preamble is a limitation. I have reviewed claim

23  59 along with the Court's constructions thereof and explain below why the preamble of claim 59

24  does not limit the claim. Accordingly, I need not analyze whether the preamble of claim 59 is met

25  by the TCS software or VideoCore III.

26     56.    I will refer to the following portion of the preamble as the "encoder operations" since

27  it recites operations that occur in video encoders: "wherein and image block of pixel data is

28  processed by performing a discrete cosine transform (DCT) operation on said block of pixel data and

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     19     CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

**EXHIBIT** _M_ **PAGE** _150_

1   on at least one predetermined level of constituent sub-blocks of pixel data thereof, and providing

2   corresponding block and sub-blocks of AC and DC DCT coefficient values and wherein said DC

3   DCT coefficient values is further processed by performing a series of at least one additional DCT

4   operation on said sub-blocks of DC DCT coefficient values."

5         57.    The encoder operations of the preamble of claim 59 do not limit that claim.  The

6   encoder operations of the preamble merely set forth a context or intended use for limitations that

7   follow by describing an example of the type of data that the decoder structures in the body of the

8   claim can process:  AC coefficients resulting from a first DCT operation on image data (*i.e.*, a block

9   of pixel data and at least one predetermined level of constituent sub-blocks of pixel data thereof),

10   and "processed" DC coefficients (*i.e.*, coefficients resulting from a second DCT operation on DC

11   coefficients produced by the first DC operation).  The difference in nature of the encoder operations,

12   which are method steps, from the claim limitations, which are elements of an apparatus, further

13   convinces me that the encoder operations are described only for context and should not be limiting.

14         58.    Furthermore, to conclude that claim 59 recites an encoder subsystem within a decoder

15   defies common sense.  I can think of no reason for performing forward transform operations within a

16   block-based image or video decoder and am unaware of any such decoder that has ever performed

17   such operations.  Moreover, the specification of the '104 Patent does not teach or suggest a decoder

18   that performs any encoding operations, let alone forward transform operations.

19         59.    Although the phrase "said processed DC DCT coefficient values" in the body of

20   claim 59 may have antecedent basis in the preamble, I do not believe that such antecedent basis

21   would render the entire preamble limiting.  I understand that certain portions of preambles may limit

22   claims, while other portions of the same preambles may be not limiting.[75]  Thus, even if the phrase

23   "said processed DC DCT coefficient values" in the preamble of claim 59 were limiting on the

24   grounds that it provided antecedent basis for a portion of the claim body, I see no reason why such

25   antecedent basis would render the remainder of the preamble limiting because the remainder of the

26   preamble does not provide antecedent basis for any part of the claim body.  For example, the

27

28   [75] *Loctite Corp. v. Ultraseal, Ltd.*, 781 F.2d 861, 866-868 (Fed. Cir. 1985).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      20      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___15___

1  following terms from the preamble of claim 59 appear nowhere in the body of claim 59 or in claim

2  60 or 61:  image, image block, pixel data, block of pixel data, [forward] DCT operation, sub-block,

3  constituent sub-block, corresponding block and sub-blocks, AC, and AC coefficient values.

4  Notably, the body of claim 59 does not find antecedent basis in the encoding operations of the

5  preamble, *i.e.*, the DCT operations.

6       60.     Nor do I believe that the provision of antecedent basis in the preamble for the phrase

7  "processed DC DCT coefficient values" would render any portion of the preamble limiting because

8  the body of claim 59 is structurally complete.  If "signal indicative of *said* processed DC DCT

9  coefficient values" in the claim body were changed to "signal indicative of processed DC DCT

10 coefficient values," for example, the claim body would still make sense and the meaning of the claim

11 would not change.

12      61.     Neither the phrase "[i]n an image decoder" nor the phrase "a subsystem for decoding

13 said processed DC DCT coefficient values comprising" in the preamble of claim 59 limits the claim.

14 Neither phrase provides antecedent basis for the body of claim 59 or breathes life or any particular

15 meaning into the claim body.  Moreover, it would not make sense for either phrase to limit claim 59,

16 since they are redundant with the body of claim 59.  The phrase "[i]n an image decoder" is

17 redundant with the body of claim 59 because elements such as the "decoder means" would, within

18 the context of the '104 Patent, inherently be found "in an image decoder."  Similarly, the limitations

19 in the body of claim 59 already recite a subsystem, *i.e.*, a subset of the structures for decoding

20 processed DC DCT coefficient values in an image decoder, including without limitation the decoder

21 means and the inverse discrete quadtree means.[76]  Claims 60 and 61 recite additional structures

22 ordinarily present in a decoder subsystem.[77]

23      62.     Since the preamble of claim 59 is not a limitation of the claim, I need not address in

24

---

25 [76] As is evident from the '104 Patent specification and figures, *inverse* structures are ordinarily
26 associated with decoder subsystems.  *See, e.g.*, '104 Patent at Fig. 8 (IDCT elements 116A-D),
   Fig. 9 (IDCT elements 130 and 136), and Fig. 11 "INVERSE QUANTIZE" and "INVERSE
27 DQT."

   [77] '104 Patent at 38:1-24 (reciting "decoder lookup table means," "inverse zig-zag scan insertion
28 logic means," and "inverse quantizer means").

443196_12   RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          21          CASE NO. 05CV1958 B(BLM)
                                                          OUTSIDE ATTORNEYS' EYES ONLY
                                                          SUBJECT TO PROTECTIVE ORDER

EXHIBIT _M_  PAGE _152_

1   this report whether the TIVR software meets that preamble.  In the event that the Court rules that the

2   preamble of claim 59 is limiting, I reserve the right to supplement my opinions regarding claim 59.

3        63.     Claim 59 of the '104 Patent covers an apparatus comprising the following limitations.

4           **[59a]  "decoder means having an input for receiving a signal indicative of said**
        **processed DC DCT coefficient values and having an output; and"**

5

6        64.     As explained below, I conclude that the TIVR software meets claim element 59a both

7   literally and under the doctrine of equivalents.  Accordingly, I conclude that the BCM2133 chip

8   when loaded with the TIVR software meets claim element 59a both literally and under the doctrine

9   of equivalents, and I conclude that the BCM2152 chip when loaded with the TIVR software meets

10  claim element 59a both literally and under the doctrine of equivalents.  I also conclude hat the

11  BCM7118, BCM7412, and BCM7440 each meets claim element 59a both literally and under the

12  doctrine of equivalents.

13       65.     I understand that the Court has construed the term "decoder means" to mean "an

14  element capable of translating coded data to unencoded data," and I adopt that construction in this

15  declaration.  I understand that the Court has construed the term "discrete cosine transform (DCT)" to

16  mean "a mathematical transform that converts data into a set of coefficients that are derived from

17  equations (1), (2) and (3) set forth in the '104 patent in col. 4, line 60 to col. 5, line 4," and I adopt

18  that construction in this declaration.  I understand that the Court has construed the term "DC DCT

19  coefficient" to mean "the weighted average of the data input into the DCT," and I adopt that

20  construction in this declaration.

21       ***Infringement Based On Compliance With AVC Standard***

22       66.     As explained in my opening infringement report, I conclude that an entropy decoder,

23  which is required in all AVC decoders, meets limitation 59a literally and under the doctrine of

24  equivalents.[78]

25       • **VideoCore III**

26       67.     As explained above, the VideoCore III is an AVC decoder that complies with the

27  _____

28  [78] 8/10/06 Decl. ¶ 55-62.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     22

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

**EXHIBIT** ___M___ PAGE ___153___

1  AVC Standard.  As explained in my opening infringement report, any decoder that complies with the

2  AVC Standard infringes claim element 59a both literally and under the doctrine of equivalents.

3  Accordingly, and for the same reasons, the VideoCore III infringes claim element 59a.  Similarly,

4  any chip that contains the VideoCore III infringes claim element 59a both literally and under the

5  doctrine of equivalents.

6  • **74xx Products**

7  68.    As explained above, the BCM7118, BCM7412, and BCM7440 are AVC decoders,

8  and each complies with the AVC Standard.  As explained in my opening infringement report, any

9  decoder that complies with the AVC Standard infringes claim element 59a both literally and under

10  the doctrine of equivalents.  Accordingly, and for the same reasons, the BCM7118, BCM7412, and

11  BCM7440 each infringes claim element 59a both literally and under the doctrine of equivalents.

12  ***Infringement Based On Product Design Documentation***

13  69.    As a general matter, I note that, in the following discussion of claim 59, and in the

14  discussions regarding subsequent claims, including those of the '767 Patent, I may describe a given

15  software function as satisfying multiple distinct limitations or structures of a claim or claims.

16  Because software functions are composed of multiple instructions, there is no reason that a single

17  software function cannot carry out two, or any number of, different tasks.  Each task could be carried

18  out by a different instruction or set of instructions, for example.  In fact, some instructions can carry

19  out multiple tasks.  The instruction from Broadcom's TIVR source code that appears below, for

20  example, carries out five tasks, or operations.[79]

21  
22  ```
aResd[0]          = (tInt16) (((lIdct0 + lIdct2) * aScale)>>lShift);
```

23  70.    The TIVR software instruction set forth above causes the processor that is executing

    it to (1) add the variables *lIdct0* and *lIdct2*, (2) multiply the resulting sum by the variable *aScale*, (3)
24  
    shift the resulting product to the right by a number of bits specified by the variable *lShift*,[80] (4)
25  
26  convert the result to a 16-bit integer, and (5) store the result in the memory location corresponding to

27  ───────────────
   [79] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 836.

28  [80] The shift operation effects a division of that product by $2^{lShift}$.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS              23

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1    the *aResd[0]* variable.

2         • **TIVR Software, BCM2133, and BCM2152**

3         71.    As explained below, I have verified that the TIVR software includes an entropy

4    decoder that translates entropy-coded data to unencoded data. I have further verified that that

5    entropy decoder has an input for receiving a signal indicative of processed DC DCT coefficient

6    values and an output.

7         72.    Entropy-encoded data representing AC and processed DC coefficients for luma and

8    chroma data enters the TIVR software via the *Ch264BpDecoder_DecodeFrame* function,[81]

9    evidenced by the fact that Broadcom's test application calls that function to decode a single Network

10   Abstraction Layer (NAL) Unit.[82]

11        73.    Following a series of function calls, the *H264BpDecResidual* function decodes the

12   entropy-encoded data. First, the *Ch264BpDecoder_DecodeFrame* function calls the

13   *H264BpDecDecodeNALU* function, passing it a reference to the entropy-encoded data from the NAL

14   Unit.[83] For each image slice, the *H264BpDecDecodeNALU* function calls the

15   *H264BpDecGetSliceData* function,[84] which calls the *H264BpDecDecodeMacroblock* function for

16   each macroblock,[85] which extracts macroblock type information from the data[86] and then calls the

17   *H264BpDecResidual* function for entropy decoding of the data representing the residual image.[87]

18        74.    At its input, the *H264BpDecResidual* function receives a signal indicative of

19   processed DC DCT coefficients, *i.e.*, the entropy-encoded DC DCT coefficients, by way of the

20   _____

21   [81] *H264BpDecoder*.c, BCM2-SD3-SC-04854-04856 at 630-726.

     [82] *H264BpDecTestApp*.c, BCM2-SD3-SC-05130 at 233.

22   [83] H264BpDecoder.c, BCM2-SD3-SC-04854 at 645 (lpDecObj->iPtrBitIn is the pointer to the
23        compressed "Bit Input Structure").

     [84] H264BpDecDecodeNalu.c, BCM2-SD3-SC-05004 at 273.
24
     [85] H264BpDecSliceDecode.c, BCM2-SC3-SC-04795 at 1109.
25
     [86] Calls to H264BpDecPullUEvlc, H264BpDecPullUEvlcShort, and H264BpDecPullSEvlc in
26        H264BpDecMbDecode.c. BCM2-SD3-SC-04921 – 04923 at 280, 347, 366, and 405. These
          functions and others related to entropy decoding are defined in H264BpDecBitInput.c, BCM2-
27        SD3-SC-05038 – 05044; H264BpDecBitInput_AnsiC.c, BCM2-SD3-SC-05034 – 05037; and
          H264BpDecBitInput_Arm9e.s, BCM2-SD3-SC-05136 – 05137.

     [87] H264BpDecMbDecode.c, BCM2-SD3-SC-04923 at 432.
28

EXHIBIT __M__ PAGE __155__

1  function call from *H264BpDecDecodeMacroblock*.[88]  The *H264BpDecDecodeMacroblock* function

2  calls the *H264BpDecResidual* function to decode the AC and processed DC DCT coefficients.[89]

3      75.    The *H264BpDecResidual* function decodes the chroma AC and processed DC

4  coefficients as illustrated in Exhibit 2, a true and correct copy of which is attached hereto.

5      76.    First, the chroma U processed DC DCT coefficients are decoded.  In the

6  *H264BpDecResidual* function, a pointer to the offset in memory of the chroma U coefficient storage

7  area in the *ipMbBuff* memory buffer (*ipMbBuff* + 1344 bytes) is passed to the

8  *H264BpDecResidualBlock* function as the *coeffLevel* argument, along with the chroma U processed

9  DC DCT coefficients.[90]  The *H264BpDecResidualBlock* function then uses the

10  *H264BpDecGetLevelPrefix* and *H264BpDecGetBits* functions to decode the CAVLC-encoded

11  coefficients[91]  which are stored in *ipMbBuff* at offsets of 0, 16, 32, and 48, respectively, from

12  *coeffLevel*.[92]

13      77.    Next, the chroma V processed DC DCT coefficients are decoded.  In the

14  *H264BpDecResidual* function, a pointer to the offset in memory of the chroma V coefficient storage

15  area (*ipMbBuff* + 1344 bytes + 64 coefficient offsets) is passed to *H264BpDecResidualBlock* as the

16  *coeffLevel* argument, along with the chroma V processed DC DCT coefficients.[93]  The

17  *H264BpDecResidualBlock* function then uses *H264BpDecGetLevelPrefix* and *H264BpDecGetBits* to

18  decode the coefficients.[94]  The decoded coefficients are stored in *ipMbBuff* at offsets of 0, 16, 32,

19  and 48, respectively, from *coeffLevel*.[95]

20      78.    Then, the first sub-block of chroma U AC coefficients are decoded.  In the

21

22  [88] Via the *aBitIn* argument in the call to *H264BpDecResidual* at H264BpDecMbDecode.c:, BCM2-SD3-SC-04923 at 432.

23  [89] Via the *aBitIn* argument in the call to *H264BpDecResidual* at H264BpDecMbDecode.c:, BCM2-SD3-SC-04923 at 432.

24  [90] H264BpDecParseMb.c, BCM2-SD3-SC-04837 at 1499.

25  [91] H264BpDecParseMb.c, BCM2-SD3-SC-04840 at 1654-1685.

26  [92] H264BpDecParseMb.c, BCM2-SD3-SC-04841 at 1724-1737.

  [93] H264BpDecParseMb.c, BCM2-SD3-SC-04837 at 1504.

27  [94] H264BpDecParseMb.c, BCM2-SD3-SC-04840 at 1654-1685.

28  [95] H264BpDecParseMb.c, BCM2-SD3-SC-04841 at 1724-1737.

EXHIBIT __M__ P^GE __156__

1   *H264BpDecResidual* function, (*ipMbBuff* + 1344 bytes) is passed to *H264BpDecResidualBlock* as

2   *coeffLevel*, along with the chroma U AC coefficients.[96]   The *H264BpDecResidualBlock* function

3   then uses the *H264BpDecGetLevelPrefix* and *H264BpDecGetBits* functions to decode the

4   coefficients.[97]   The decoded coefficients are stored in *ipMbBuff* at offsets of 1-15, respectively, from

5   *coeffLevel*.[98]

6        79.     The second, third, and fourth sub-blocks of chroma U AC coefficients are entropy-

7   decoded similarly to the first sub-block, but with *coeffLevel* set to (*ipMbBuff* + 1344 bytes + 16

8   coefficient offsets) for the second sub-block,[99] (*ipMbBuff* + 1344 bytes + 32 coefficient offsets) for

9   the third sub-block,[100] and (*ipMbBuff* + 1344 bytes + 48 coefficient offsets) for the fourth sub-

10   block.[101]   The four sub-blocks of chroma V AC coefficients are entropy-decoded similarly to sub-

11   blocks of chroma V AC Coefficients, but with *coeffLevel* set to (*ipMbBuff* + 1344 bytes + 64

12   coefficient offsets) for the first sub-block,[102] (*ipMbBuff* + 1344 bytes + 80 coefficient offsets) for the

13   second sub-block,[103] (*ipMbBuff* + 1344 bytes + 96 coefficient offsets) for the third sub-block,[104] and

14   (*ipMbBuff* + 1344 bytes + 112 coefficient offsets) for the fourth sub-block.[105]

15

---

16   [96] H264BpDecParseMb.c, BCM2-SD3-SC-04837 at 1528.

17   [97] *H264BpDecParseMb.c*, BCM2-SD3-SC-04840 at 1654-1685.

18   [98] *H264BpDecParseMb.c*, BCM2-SD3-SC-04840 at 1724-1737. The decoded AC coefficients are stored in *ipMbBuff* in a manner that removes the zigzag scan ordering, by taking the coefficients in the order they appear in the bitstream and storing them in the following order (specified as offsets from *coeffLevel*): 1, 4, 8, 5, 2, 3, 6, 9, 12, 13, 10, 7, 11, 14, and 15 (BCM2-SD3-SC-04841).

19   [99] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1536 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1533).

20   [100] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1545 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1542).

21   [101] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1553 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1550).

22   [102] H264BpDecParseMb.c, BCM2-SD3-SC-04837 at 1528 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1559).

23   [103] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1536 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1533).

24   [104] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1545 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1542).

25   [105] H264BpDecParseMb.c, BCM2-SD3-SC-04838 at 1553 (as a result of the incrementing of the *lpResidualBlockArray* pointer at 1550).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     26

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT M  PAGE 157

80.     The entropy decoder in the TIVR software also meets claim element 59a under the doctrine of equivalents because it performs the same function in the same way to produce the same result. The TIVR entropy decoder performs the same function because it translates coded data (entropy-coded data) to unencoded data (AC and processed DC DCT coefficients). The TIVR entropy decoder performs in substantially the same way because it receives an input signal, decodes that input signal, and provides the result at an output. Finally, the TIVR entropy decoder provides the same result: unencoded data.

- **74xx Products**

81.     As explained above, the BCM7118, BCM7412, and BCM7440 each contains the AVD Core which, as explained in my opening infringement report, infringes claim element 59a both literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the BCM7118, BCM7412, and BCM7440 each infringes claim element 59a both literally and under the doctrine of equivalents.

82.     Because, as described above, the VideoCore III, TCS software, TIVR software, BCM7118, BCM7412, and BCM7440 each performs operations identical to those recited in claim element 59a, there exist no substantial differences between those products and claim element 59a. If any differences were found to exist, they would be inherently insubstantial. Each of those products thus satisfies claim element 59a under the doctrine of equivalents.

> **[59b] "inverse discrete quadtree means having an input coupled to said decoder means output, wherein said inverse discrete quadtree means comprises:"**

83.     As explained below, I conclude that the TIVR software meets claim element 59b both literally and under the doctrine of equivalents. Accordingly, I conclude that the BCM2133 chip when loaded with the TIVR software meets claim element 59b both literally and under the doctrine of equivalents. and I conclude that the BCM2152 chip when loaded with the TIVR software meets claim element 59b both literally and under the doctrine of equivalents. I also conclude that the BCM7118, BCM7412, and BCM7440 each meets claim element 59b both literally and under the doctrine of equivalents.

84.     I understand that the Court has construed the term "inverse discrete quadtree means"

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          27

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT _M_ PAGE _158_

to mean "an element capable of determining the inverse of a discrete quadtree transform, by using a sequence of two or more inverse discrete cosine transform operations to convert a block of DQT coefficients into a block of pixel data," and I adopt that construction in this declaration. I understand that the Court has construed the term "DQT" to mean "(discrete quadtree transform): a sequence of two or more two-dimensional discrete cosine transforms that operate on a quadtree structure of a block of pixel data and/or coefficient data derived from a block of pixel data. A quadtree is a division of a block into one or more levels of four sub-blocks ('nodes'), such that each could be, but is not required to be, further sub-divided into four further nodes," and I adopt that construction in this declaration. I understand that the Court has construed the term "block of pixel data" to mean "a set of values specifying the brightness and/or color of pixels in a rectangular array of pixels [A pixel is a contraction of "picture element," the smallest addressable element in an electronic display.]," and I adopt that construction in this declaration. I understand that the Court has construed the term "comprises" to mean includes but is not limited to,[106] and I adopt that construction in this declaration. As noted above, I understand and adopt the Court's constructions of "discrete cosine transform" and "decoder means."

### Infringement Based On Compliance With AVC Standard

85.     As explained in my opening infringement report, claim element 59b is satisfied both literally and under the doctrine of equivalents in all AVC decoders by a structure that performs a 2x2 inverse Hadamard transform that operates on the processed DC DCT coefficients, combines each of the four resulting coefficients with associated AC coefficients to create a sub-block of AC and DC coefficients, and then performs a 4x4 inverse integer transform on each of the four resulting sub-blocks.[107] As explained in that report, the 2x2 inverse Hadamard transform and 4x4 inverse integer transform are types of inverse discrete cosine transform for the same reasons the 2x2 Hadamard transform and 4x4 integer transform are types of discrete cosine transform (i.e., because both fall

---

[106] *See* Claim Construction Order for United States Patent Number 5,452,104 at 11-12 (defining "comprises" as "[s]ee definition of 'comprising'" and defining "comprising" as "including but not limited to.").

[107] 8/10/06 Decl. ¶ 60.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    28

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1    within the Court's construction of the term DCT).[108]

2        • **VideoCore III**

3        86.    As explained above, the VideoCore III is an AVC decoder that complies with the

4    AVC Standard. As explained in my opening infringement report, any decoder that complies with the

5    AVC Standard infringes claim element 59b both literally and under the doctrine of equivalents.

6    Accordingly, and for the same reasons, the VideoCore III infringes claim element 59b. Similarly,

7    any chip that contains the VideoCore III infringes claim element 59b both literally and under the

8    doctrine of equivalents.

9        • **74xx Products**

10        87.    As explained above, the BCM7118, BCM7412, and BCM7440 are AVC decoders,

11    and each complies with the AVC Standard. As explained in my opening infringement report, any

12    decoder that complies with the AVC Standard infringes claim element 59b both literally and under

13    the doctrine of equivalents. Accordingly, and for the same reasons, the BCM7118, BCM7412, and

14    BCM7440 each infringes claim element 59b both literally and under the doctrine of equivalents.

15    ***Infringement Based On Product Design Documentation***

16        • **TIVR Software, BCM2133, and BCM2152**

17        88.    As the following discussion explains, I have verified that the TIVR software performs

18    a sequence of two inverse discrete cosine transform operations to convert a block of chroma DQT

19    coefficients into a block of pixel data. First, the TIVR software performs a 2x2 inverse transform on

20    the processed chroma DC coefficients. Each of the four resulting DC coefficients is combined into a

21    sub-block of associated AC coefficients. The second inverse discrete cosine transform operation in

22    the TIVR software is a 4x4 inverse transform that is performed on each of the sub-blocks.[109] As

---

[108] 8/10/06 Decl. ¶ 63.

[109] The fact that the second transform operation performed by the TIVR software, an inverse integer transform, is a different type of DCT than the first transform operation performed by the TIVR software, a 2x2 inverse Hadamard transform, does not change my conclusion that the TIVR software performs a sequence of two inverse discrete cosine transforms because the 2x2 inverse Hadamard transform and the 4x4 integer transform are both types of DCTs, as my opening infringement report explains. Thus, just as a mosquito chasing a fly constitutes a sequence of insects, a 2x2 inverse Hadamard transform followed by a 4x4 inverse integer transform constitutes a sequence of discrete cosine transforms.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          29

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

1    explained in my opening infringement report, such sub-blocks in AVC are organized in a quadtree

2    structure.[110]

3         89.    The *H264BpDecodeMacroblock* function calls the *H264BpDecIntraIqIdctPredRecon*

4    function[111] to perform dequantization, inverse Hadamard transform, and inverse integer transform

5    operations on intra-predicted data or the *H264BpDecInterIqIdctRecon* function[112] to perform

6    dequantization, inverse Hadamard transform, and integer transform operations on inter-predicted

7    data.[113]

8         90.    The *H264BpDecIntraIqIdctPredRecon* function calls the *H264BpDecChrIdctDc*

9    function twice, once to perform an inverse 2x2 Hadamard transform on the processed DC DCT

10   coefficients associated with the chroma U data,[114] and again to perform an inverse 2x2 Hadamard

11   transform on the processed DC DCT coefficients associated with the chroma V data.[115]  As

12   explained above, the processed DC DCT coefficients are stored in the *ipMbBuff* buffer after entropy

13   decoding.  Each time it is called, the *H264BpDecChrIdctDc* function takes the processed DC DCT

14   coefficients (either chroma U or chroma V) from *ipMbBuff*,[116] performs an inverse 2x2 Hadamard

15   transform on them,[117] and returns the resulting DC DCT coefficients to the *ipMbBuff* by overwriting

16   the processed DC DCT coefficients.[118]

17        91.    The *H264BpDecInterIqIdctRecon* function calls the *H264BpDecChrIdctDc* function

18   twice, once to perform an inverse 2x2 Hadamard transform on the processed DC DCT coefficients

19

---

20   [110] 8/10/06 Decl. ¶ 110.

21   [111] H264BpDecMbDecode.c, BCM2-SD3-SC-04924 at 467.

     [112] H264BpDecMbDecode.c, BCM2-SD3-SC-04924 at 472.

22   [113] *H264BpDecodeMacroblock* determines whether the current macroblock was produced using
         intra- or inter-prediction in H264BpDecMbDecode.c, BCM2-SD3-SC-04924 at 465.

23   [114] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 188.

24   [115] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 189.

25   [116] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04990 - 04991 at 819-22 (the processed DC
         DCT coefficients selected and extracted from *ipMbBuff* are represented by the variables lIntm0-3,
26       respectively).

27   [117] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 824-39.

     [118] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 836-39 (combining
28       addition/subtraction and storage operations).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          30          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __161__

1  associated with the chroma U data,[119] and again to perform an inverse 2x2 Hadamard transform on

2  the processed DC DCT coefficients associated with either the chroma V data.[120] As explained

3  above, the processed DC DCT coefficients are stored in the *ipMbBuff* buffer after entropy decoding.

4  Each time it is called, the *H264BpDecChrIdctDc* function takes the processed DC DCT coefficients

5  (either chroma U or chroma V) from *ipMbBuff*,[121] performs an inverse 2x2 Hadamard transform on

6  them,[122] and returns the resulting DC DCT coefficients to the *ipMbBuff* by overwriting the processed

7  DC DCT coefficients.[123]

8           92.     The TIVR software also performs a 4x4 inverse integer transform on the sub-blocks

9  of chroma AC and DC coefficients in each macroblock, as described below.

10          93.     For intra-predicted data, the *H264BpDecIntraIqIdctPredRecon* function determines

11 scaling and shifting factors from the QP value associated with that data.[124] Those scaling factors are

12 taken from the array *H264BpDecKLevelScale*,[125] which match the values from Table 6.7 "Scaling

13 Factor V" at p. 195 of my book. *H264BpDecIntraIqIdctPredRecon* then calls the

14 *H264BpDecIntraIdct4x4* function eight times, once for each of the sub-blocks of AC and DC

15 coefficients associated with the chroma U and chroma V data, respectively.[126] For each sub-block of

16 AC and DC coefficients, the *H264BpDecIntraIdct4x4* function scales each row,[127] performs a

17 horizontal transform on each row,[128] and then performs a vertical transform on each column.[129]

18

---

19 [119] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at 203.

20 [120] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at 204.

21 [121] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04990 - 04991 at 819-22 (the processed DC
   DCT coefficients selected and extracted from *ipMbBuff* are represented by the variables lIntm0-3,
   respectively).

22 [122] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 824-34.

23 [123] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 836-39.

24 [124] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 179-81, 184, 192-94.

25 [125] Defined at H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04977 at lines 47-55.

26 [126] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 198-209.

27 [127] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04953 - 04954 at 427-34 (first row), 449-52
   (second row), 467-70 (third row), and 485-88 (fourth row).

28 [128] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04953 - 04954 at 436-44 (first row), 454-62
   (second row), 472-80 (third row), and 490-98 (fourth row).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          31          OUTSIDE ATTORNEYS' EYES ONLY
                                                         SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___   PAGE ___162___

94.    For inter-predicted data, the *H264BpDecInterIqIdctRecon* function determines the scaling and shifting factors.[130]  Those scaling factors are taken from the array *H264BpDecKLevelScale*,[131] which match the values from Table 6.7 "Scaling Factor V" at p. 195 of my book.  *H264BpDecInterIqIdctRecon* then calls the *H264BpDecInterIdctRecon4x4* function eight times, once for each of the sub-blocks of AC and DC coefficients associated with the chroma U and chroma V data, respectively.[132]  For each sub-block of AC and DC coefficients, the *H264BpDecChrInterIdctRecon4x4* function performs coefficient scaling[133] followed by a horizontal transform on each row[134] and then a vertical transform on each column.[135]

95.    In further support of my conclusion that a 2x2 inverse Hadamard transform and 4x4 inverse integer transform are inverse DCTs (IDCTs), it appears that the TIVR developers viewed these transforms as IDCTs since the TIVR source code refers to each several times as an "IDCT."

96.    First, various functions involved in performing the 2x2 inverse Hadamard and 4x4 inverse integer transforms have "IDCT" in their names, including the *H264BpDecIntraIq**Idct**PredRecon*,[136] *H264BpDecInterIq**Idct**Recon*,[137] *H264BpDecChr**Idct**Dc*,[138] *H264BpDecIntra**Idct**4x4*,[139] and *H264BpDecInter**Idct**Recon4x4*[140] functions.  In fact, the principal variables used for the inverse transform calculations in these functions are IIdct0, IIdct1, IIdct2, and

---

[129] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04954 at 501-19 (looping four times, once per column).

[130] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at 189-91, 199, 207-09.

[131] Defined at H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04977 at 47-55.

[132] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at lines 215-26.  Calls to the *H264BpDecInterIdctRecon4x4* function are represented here by pointers contained in elements of the array *H264BpDecKChrInterIdctRecon* that are defined as *H264BpDecInterIdctRecon4x4*, BCM2-SD3-SC-04978 at lines 89-100 of H264BpDecInterIqIdctRecon.c.

[133] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04987 at 601-03.

[134] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04987 – 04989 at 605-707.

[135] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04989 – 04990 at 710-87.

[136] H264BpDecIntraIqIdctPredReconc., BCM2-SD3-SC-04948 at line 112.

[137] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04978 at 119.

[138] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04990 at 813.

[139] H264BpDecIntraIqIdctPredRecon.c, BCM-SD3-SC-049453 at 413.

[140] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04987 at 589.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS               32

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __163__

1    lIdct3, which contain "Idct" in their names.[141]  Moreover, the filenames in which these functions

2    reside contain "Idct" in their names (H264BpDecIntraIq*Idct*PredRecon.c[142] and

3    H264BpDecInterIq*Idct*Recon.c[143]).

4          97.    Furthermore, numerous comments in the source code use "IDCT" to refer to the 2x2

5    inverse Hadamard transform or 4x4 inverse integer transform.

6          98.    For example, the "Description" included at the top of the

7    *H264BpDecInterIqIdctRecon* function, which performs inverse quantization, 2x2 inverse Hadamard

8    transform, and reconstruction for inter-predicted data, reads "[t]his function performs Inverse

9    Quantization, *IDCT* and Reconstruction for an Inter Macroblock."[144]  In that function, the comment

10   preceding the function calls to *H264BpDecChrIdctdc* reads "Cb IQ/*IDCT*/RECON."[145]

11         99.    Similarly, the "Description" included at the top of the *H264BpDecChrIdctDc*

12   function reads "[t]his function performs *IDCT* and Inverse quantsation [sic] for a 2x2 Chroma DC

13   block of an Inter Macroblock."[146]

14         100.   The "Description" included at the top of the *H264BpDecIntraIqIdctPredRecon*

15   function reads "[t]his function performs Inverse Quantization, *IDCT*, Intra Prediction and

16   Reconstruction for an Intra Macroblock."[147]  In that function, the comment preceding the function

17   calls to *H264BpDecChrIdctdc* reads "Cb IQ/*IDCT*."[148]

18         101.   The "Description" included at the top of the *H264BpDecIntraIdct4x4* function, which

19   performs the inverse integer transform on intra-predicted chroma data, reads "[t]his function

20

---

21   [141] H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04990 – 04991 at 816-39 (*H264BpDecChrIdctDc*
     variables); *id.*, BCM-SD3-SC-04953 – 04954 at 436-511) (*H264BpDecIntraIdct4x4*variables);
22   H264BpDecInterIqIdctRecon.c, BCM-SD3-SC-04987 – 04990 at 605-787
     (*H264BpDecInterIdctRecon4x4* variables).

23   [142] BCM2-SD3-SC-04946 – 76 at line 11 (emphasis added).

24   [143] BCM2-SD3-SC-04977 – 92 at line 11 (emphasis added).

25   [144] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04978 at lines 108-10 (emphasis added).

     [145] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at line 188 (emphasis added).
26
     [146] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04990 at 801-03 (emphasis added).
27
     [147] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04947 at 101-03 (emphasis added).
28
     [148] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 178 (emphasis added).

EXHIBIT M PAGE 164

1  performs Inverse Quantization and *IDCT* for 4x4 block of an Inter Macroblock."[149]  A comment just

2  preceding the vertical inverse transform operations reads "Vertical *IDCT*."[150]

3      102.    The "Description" included at the top of the *H264BpDecChrInterIdctRecon4x4*

4  function, which performs the inverse integer transform on inter-predicted chroma data, reads "[t]his

5  function performs *IDCT*, Inverse Quantization and Reconstruction for a Chroma 4x4 block of an

6  Inter Macroblock."[151]  Comments preceding the vertical IDCT operations in that function read

7  "Vertical *IDCT* 0," "Vertical *IDCT* 1," "Vertical *IDCT* 2," and "Vertical *IDCT* 3."[152]

8      103.    The TIVR software also meets claim element 59b under the doctrine of equivalents

9  because it performs the same function in the same way to produce the same result.  The TIVR

10  software performs the same function because it determines the inverse of a discrete quadtree

11  transform.  The TIVR software performs in the same way because it uses a sequence of two or more

12  inverse discrete cosine transform operations to convert a block of DQT coefficients into a block of

13  pixel data.  Finally, the TIVR software provides the same result, the inverse of a discrete quadtree

14  transform.

15      104.    Furthermore, the 4x4 inverse integer transform and 2x2 inverse Hadamard transform

16  provided by the TIVR software are, if at all different from the inverse DCT, insubstantially so.

17      105.    The TIVR 4x4 inverse integer transform performs the same function as the inverse

18  DCT, *i.e.*, inverting transformed AC and DC coefficients.  The TIVR 4x4 inverse integer transform

19  performs that function in substantially the same way since, as explained in my opening infringement

20  report, the 4x4 inverse integer transform defined by the AVC Standard, which is identical to the

21  TIVR 4x4 inverse integer transform, is derived from the theoretical inverse DCT by rounding some

22  of the matrix coefficients of the theoretical inverse DCT.  Finally, the TIVR 4x4 inverse integer

23  transform provides the same result as the inverse DCT, *i.e.*, pixel data values.

24

---

25  [149] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04953 at 401-03 (emphasis added).

26  [150] H264BpDecIntraIqIdctPredRecon, BCM2-SD3-SC-04954 at 501 (emphasis added).

27  [151] *H264BpDecChrInterIdctRecon4x4,* BCM2-SD3-SC-04987 at 575-77.

28  [152] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04989 – 04990 at 709, 729, 749, and 769
    (emphasis added).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          34          OUTSIDE ATTORNEYS' EYES ONLY
443196_12                                                SUBJECT TO PROTECTIVE ORDER

1    106.    In fact, the results of the TIVR 4x4 inverse integer transform are less different from

2    the results of a "theoretical" inverse DCT,[153] and therefore less substantial in difference, than are

3    some implementations of the inverse DCT.[154]

4    107.    The TIVR 2x2 inverse Hadamard transform performs the same function as the inverse

5    DCT, *i.e.*, inverting transformed coefficient values.  The TIVR 2x2 inverse Hadamard transform

6    performs that function in substantially the same way since, as explained in my opening infringement

7    report, the 2x2 inverse Hadamard transform defined by the AVC Standard, which is identical to the

8    TIVR 2x2 inverse integer transform, is the same as the inverse DCT.  Finally, the TIVR 2x2 inverse

9    Hadamard transform provides substantially the same result as the inverse DCT since its transform

10   matrices are substantially identical.[155]

11        • **74xx Products**

12   108.    As explained above, the BCM7118, BCM7412, and BCM7440 each contains the

13   AVD Core which, as explained in my opening infringement report, infringes claim element 59b both

14   literally and under the doctrine of equivalents.  Accordingly, and for the same reasons, the

15   BCM7118, BCM7412, and BCM7440 each infringes claim element 59b both literally and under the

16   doctrine of equivalents.

17   109.    Because, as described above, the VideoCore III, TCS software, TIVR software,

18   BCM7118, BCM7412, and BCM7440 each performs operations identical to those recited in claim

19   element 59b, there exist no substantial differences between those products and claim element 59b.  If

20   any differences were found to exist, they would be inherently insubstantial.  Each of those products

21   thus satisfies claim element 59b under the doctrine of equivalents.

22   ///

23   ///

24

---

25   [153] By "theoretical" inverse DCT, I mean the inverse of the "theoretical" DCT specified in equations
26   (1), (2), and (3) of the '104 Patent.
     [154] See, for example, the discussion below regarding my computer analysis comparing the integer
27   transform to various n-bit implementations of forward DCTs.
28   [155] H.264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04953 at 0421-423.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          35
443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT _M_   PAGE _1606_

**[59c] "plurality of separator means with a first separator means having an input for receiving said signal indicative of said processed DC DCT coefficient values and additional separator means having an input and an output;"**

110. As explained below, I conclude that the TIVR software meets claim element 59c both literally and under the doctrine of equivalents. Accordingly, I conclude that the BCM2133 chip when loaded with the TIVR software meets claim element 59c both literally and under the doctrine of equivalents, and I conclude that the BCM2152 chip when loaded with the TIVR software meets claim element 59c both literally and under the doctrine of equivalents. I also conclude that the BCM7118, BCM7412, and BCM7440 each meets claim element 59c both literally and under the doctrine of equivalents.

111. I understand the Court has construed the term "separator means" as "an element capable of selecting and extracting coefficients from a stage of an inverse DQT computation," and I adopt that construction in this report. As noted above, I understand and adopt the Court's construction of "DC DCT coefficient."

### *Infringement Based On Compliance With AVC Standard*

- **VideoCore III**

112. As explained above, the VideoCore III is an AVC decoder that complies with the AVC Standard. As explained in my opening infringement report, any decoder that complies with the AVC Standard infringes claim element 59c both literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the VideoCore III infringes claim element 59c. Similarly, any chip that contains the VideoCore III infringes claim element 59c both literally and under the doctrine of equivalents.

- **74xx Products**

113. As explained above, the BCM7118, BCM7412, and BCM7440 are AVC decoders, and each complies with the AVC Standard. As explained in my opening infringement report, any decoder that complies with the AVC Standard infringes claim element 59c both literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the BCM7118, BCM7412, and BCM7440 each infringes claim element 59c both literally and under the doctrine of equivalents.

///

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS    36    CASE NO. 05CV1958 B(BLM) OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT _M_ PAGE _167_

1        ***Infringement Based On Product Design Documentation***

2                   • **TIVR Software, BCM2133, and BCM2152**

3        114.    By its reference to "said signal indicative of said processed DC DCT coefficient

4   values," I do not interpret claim element 59c to require receiving that signal in *en*coded form.  That

5   interpretation does not make sense because it would render the claimed decoder apparently

6   purposeless.  Moreover, an otherwise operational AVC decoder that routed the entropy-encoded DC

7   DCT coefficients to the separator means (and subsequently to the inverse 2x2 Hadamard transform)

8   would not function properly.  Rather, I understand claim element 59c to cover receiving the signal

9   indicative of processed DC DCT coefficient values in *de*coded form, *i.e.*, output by the entropy

10  decoder addressed above.  After all, an entropy-decoded signal containing processed DC DCT

11  coefficient values is indicative of those values.

12       115.    As a general principle, it is common in the art to use one label to refer to the same

13  signal at different stages during its processing, even though the nature and form of that signal may

14  change from stage to stage.  For example, the Background section of the '104 Patent uses the term

15  "video signal" to refer to the same signal in two different forms, analog and digital:  "[t]hese systems

16  all involve digital processing of the [digital] *video signal*, which necessitates analog-to-digital (A/D)

17  conversion of the [analog] *video* signal."[156]   The Background section also explains "[f]urthermore

18  *the* [digital] *signal* is most likely converted back to analog form once more for display."[157]  These

19  examples are analogous to claim element 59c in that a digital signal can be viewed as an encoded

20  form of an analog signal, and vice-versa, just as entropy-decoded processed DC DCT coefficient

21  values are decoded forms of entropy-encoded processed DC DCT coefficient values.

22       116.    In fact, the prior art is replete with publications using terms such as "the signal" to

23  refer to the same signal at different stages of processing, even if those stages of processing

24  fundamentally change the nature of the signal.  For example, the following passage and illustration

25  appear in U.S. Patent No. 5,237,591 ("'591 Patent"):

26  _____

27  [156] '104 Patent at 1:37-40 (emphasis added).

28  [157] '104 Patent at 1:49-50 (emphasis added).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS              37

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

**EXHIBIT** ___M___ **PAGE** ___168___

FIG. 3 illustrates a further embodiment of the invention, which is a distant terminal including means for adding digital loss. **Incoming signals** from a remote terminal are coupled to a transceiver 30. This portion of the distant terminal basically converts from optical to electrical signals and **changes the data (DS1) format** to be compatible with the channel units. **The incoming signal** is then coupled to a digital loss circuit 31. Clock signals for the loss circuit are, again, supplied by a Timing and Synchronization Control Circuit 32. The amount of loss, α, is determined by a microcomputer, 33, which communicates with the channel units through a Serial Control Link Device (SCLD), 34. Once appropriate loss is added, **the signal** is, again, coupled to a trunk processing and parity generator portion, 35, and then on to the channel unit.[158]



*FIG. 3*

117.    The passage set forth above clearly refers to a signal in four very different stages of processing as "the signal,"[159] *i.e.* the **same** signal, even though each processing step substantively changes the signal. For example, that passage refers to signals entering transceiver 30 as incoming signals (represented by "FROM RT" in Fig. 3). It then explains that transceiver 30 **changes the data format** of each incoming signal. Yet, rather than refer to the signals changed by transceiver 30 as "processed" or "different," or even as "changed," the '591 Patent simply continues to refer to each

---

[158] U.S. Patent No. 5,237,591 at 2:45-62 (issued Aug. 17, 1993) (emphasis added), a true and correct copy of which is attached hereto as Exhibit 3.

[159] I am informed and understand that there is no distinction between "the" and "said" in patent claims. Thus, I conclude that "the signal" in a patent has the same meaning as "said signal."

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                38                CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___ PAGE ___

1  such signal as "the" incoming signal. The '591 Patent goes on to refer to that signal as "the signal"

2  even after it has been further processed by digital loss circuit 31. The paragraph concludes by

3  explaining that, after "the signal" is processed by trunk processing and parity generator circuit 35,

4  "the signal" is sent to a channel unit (CU). Thus, from beginning to end, and over the course of

5  three substantial processing changes, the '591 Patent clearly refers to each stage of the incoming

6  signal simply as "the" signal.[160]

7      118.    My interpretation of "said signal" in claim 59 is not only analogous to the passage of

8  the '591 patent quoted above, but it is also consistent with the specification of the '104 Patent. For

9  example, the '104 Patent at Fig. 9, items 120, 122, 124,126, and 128 and col. 21 line 67 through col.

10  22 line 52 describes the decoding and separation of processed DC DCT coefficient values.

11      119.    Accordingly, my infringement analysis of the TIVR software will focus on whether

12  the decoded signal indicative of said processed DC DCT coefficient values are received by the first

13  separator. As explained below, they are.

14      120.    The software instructions that select and extract processed DC DCT coefficients from

15  the *ipMbBuff* memory buffer at the input stage to the 2x2 inverse Hadamard transform, thereby

16  separating them from the AC coefficients which are also in *ipMbBuff*, provide the first separator

17  means. As explained above, the 2x2 inverse Hadamard transform constitutes an inverse DQT. As

18  further explained above, when the *H264BpDecChrIdctDc* function is called to perform the inverse

19  2x2 Hadamard transform, it selects and extracts the processed DC DCT coefficients from *ipMbBuff*

20  at the input stage of, just prior to, the transform.[161]

21      121.    The software instructions that select the DC DCT coefficients at the output stage of

22  the inverse 2x2 Hadamard transform and extract them from each other by storing them in separate

23  locations in *ipMbBuff* constitute additional separator means. As explained above, the

24

---

25  [160] *See also* U.S. Patent No. 6,862,320 (issued Mar. 1, 2005) (a true and correct copy of which is
26  attached hereto as Exhibit 4 ); *See also* U.S. Patent No. 7,084,837 (issued Aug. 1, 2006) (a true and
   correct copy of which is attached hereto as Exhibit 5).

27  [161] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04990 - 04991 at 819-22 (the processed DC
   DCT coefficients selected and extracted from *ipMbBuff* are represented by the variables lIntm0-3,
28  respectively). *Id.* at 824-34 (inverse Hadamard transform).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          39

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __170__

*H264BpDecChrIdctDc* function stores the DC coefficients resulting from the inverse 2x2 Hadamard transform operations in memory locations in *ipMbBuff*[162] that are separated from each other by 16 memory locations.[163] Sets of 15 AC coefficients corresponding to 4x4 sub-blocks of chroma data are located between each DC component.[164]

122.   The TIVR software also meets claim element 59c under the doctrine of equivalents because it performs the same function in the same way to produce the same result. The TIVR software performs the same function because it separates processed DC coefficients from other data within an AVC bitstream and then, after performing an inverse Hadamard transform on the processed DC coefficients, separates them from each other. The TIVR software performs that function in the same way because, as explained above, it performs the separation via selection and extraction of the data being separated. Finally, the TIVR software provides the same result, namely, separate inverse transforms of the incoming AC transform and processed DC transform coefficients.

- **74xx Products**

123.   As explained above, the BCM7118, BCM7412, and BCM7440 each contains the AVD Core which, as explained in my opening infringement report, infringes claim element 59c both literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the BCM7118, BCM7412, and BCM7440 each infringes claim element 59c both literally and under the doctrine of equivalents.

> **[59d]  "at least one inverse discrete means disposed between said plurality of separator means having an input coupled to a corresponding separator means output."**

124.   As explained below, I conclude that the TIVR software meets claim element 59d both

---

[162] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 836-39.

[163] The *H264BpDecGetLevelPrefix()* and *H264BpDecGetBits()* functions are used to decode coefficients in the *H264BpDecResidualBlock* function, where they are stored in *ipMbBuff* at offsets of 0, 16, 32, and 48, respectively, from *coeffLevel*. *H264BpDecParseMb.c*, BCM2-SD3-SC-04841 at 1724-1737.

[164] H264BpDecParseMb.c, BCM2-SD3-SC-04841 at 1724-1737. The decoded AC coefficients are stored in *ipMbBuff* in a manner that removes the zigzag scan ordering, by taking the coefficients in the order they appear in the bitstream and storing them in the following order (specified as offsets from *coeffLevel*):  1, 4, 8, 5, 2, 3, 6, 9, 12, 13, 10, 7, 11, 14, and 15.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    40

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__   PAGE __171__

1  literally and under the doctrine of equivalents.  Accordingly, I conclude that the BCM2133 chip,

2  when loaded with the TIVR software, meets claim element 59d both literally and under the doctrine

3  of equivalents; and I conclude that the BCM2152 chip when loaded with the TIVR software meets

4  claim element 59d both literally and under the doctrine of equivalents.  I also conclude that the

5  BCM7118, BCM7412, and BCM7440 each meets claim element 59d both literally and under the

6  doctrine of equivalents.

7    125.    I understand that the Court has construed "inverse discrete means" to mean "an

8  element capable of performing an inverse discrete cosine transform," and I adopt that construction

9  herein.  As explained in my opening infringement report, I understand an inverse discrete cosine

10  transform to be any transform that inverts a discrete cosine transform.  As noted above, I understand

11  and adopt the Court's construction of discrete cosine transform.[165]  I understand that the Court has

12  construed the term "plurality" to mean "two or more," and I adopt that construction in this

13  declaration.  As noted above, I understand and adopt the Court's construction of "separator means."

14    ***Infringement Based On Compliance With AVC Standard***

15        • **VideoCore III**

16    126.    As explained above, the VideoCore III is an AVC decoder that complies with the

17  AVC Standard.  As explained in my opening infringement report, any decoder that complies with the

18  AVC Standard infringes claim element 59d both literally and under the doctrine of equivalents.

19  Accordingly, and for the same reasons, the VideoCore III infringes claim element 59d.  Similarly,

20  any chip that contains the VideoCore III infringes claim element 59d both literally and under the

21  doctrine of equivalents.

22        • **74xx Products**

23    127.    As explained above, the BCM7118, BCM7412, and BCM7440 are AVC decoders,

24  and each complies with the AVC Standard.  As explained in my opening infringement report, any

25  decoder that complies with the AVC Standard infringes claim element 59d both literally and under

26  the doctrine of equivalents.  Accordingly, and for the same reasons, the BCM7118, BCM7412, and

27

28  [165] Claim Construction Order For United States Patent Number 5,452,104 at 9.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

41

CASE NO. 05cv1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

1   BCM7440 each infringes claim element 59d both literally and under the doctrine of equivalents.

2   ***Infringement Based On Product Design Documentation***

3   **• TIVR Software, BCM2133, and BCM2152**

4   128.   For the following reasons, I conclude that the Broadcom's TIVR software meets

5   claim element 59d both literally and under the doctrine of equivalents. As explained above and in

6   my opening infringement report in the discussion of claim 59b, a 2x2 inverse Hadamard transform

7   constitutes a type of inverse discrete cosine transform. As explained above with respect to claim

8   element 59c, the TIVR software includes 2x2 inverse Hadamard transform instructions disposed

9   between the plurality of separator means. Accordingly, each 2x2 inverse Hadamard transform

10  performed by the TIVR software literally satisfies claim element 59d.

11  129.   The TIVR software also meets claim element 59d under the doctrine of equivalents

12  because, as explained above, the 2x2 inverse Hadamard transform is insubstantially different, if at

13  all, from an inverse discrete cosine transform.

14  **• 74xx Products**

15  130.   As explained above, the BCM7118, BCM7412, and BCM7440 each contains the

16  AVD Core which, as explained in my opening infringement report, infringes claim element 59d both

17  literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the

18  BCM7118, BCM7412, and BCM7440 each infringes claim element 59d both literally and under the

19  doctrine of equivalents.

20  131.   Because, as described above, the VideoCore III, TCS software, TIVR software,

21  BCM7118, BCM7412, and BCM7440 each performs operations identical to those recited in claim

22  element 59c, there exist no substantial differences between those products and claim element 59c. If

23  any differences were found to exist, they would be inherently insubstantial. Each of those products

24  thus satisfies claim element 59c under the doctrine of equivalents.

25  132.   For the reasons explained above, the VideoCore III, TCS software, TIVR software,

26  BCM7118, BCM7412, and BCM7440 each literally meets each element of claim 59 and therefore

27  literally infringes it. In addition, TCS is insubstantially different as a whole from claim 59 and thus

28  infringes claim 59 under the doctrine of equivalents.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                42

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___ PAGE ___

**B.     Claim 60**

133.    Claim 60 of the '104 Patent covers an apparatus comprising the following limitations.

> **[60a] "60. The apparatus of claim 59 wherein said separator means further having a second output and wherein said discrete quadtree means further comprises:"**

134.    As explained below, I conclude that the TIVR software meets claim element 60a both literally and under the doctrine of equivalents.  Accordingly, I conclude that the BCM2133 chip when loaded with the TIVR software meets claim element 60a both literally and under the doctrine of equivalents, and I conclude that the BCM2152 chip when loaded with the TIVR software meets claim element 60a both literally and under the doctrine of equivalents.  I also conclude that the BCM7118, BCM7412, and BCM7440 each meets claim element 60a both literally and under the doctrine of equivalents.  I also conclude that the VideoCore III meets claim element 60a both literally and under the doctrine of equivalents.

135.    I understand and adopt herein the Court's constructions of the terms separator means and discrete quadtree means.

### *Infringement Based On Compliance With AVC Standard*

#### • **VideoCore III**

136.    As explained above, the VideoCore III is an AVC decoder that complies with the AVC Standard.  As explained in my opening infringement report, any decoder that complies with the AVC Standard infringes claim element 60a both literally and under the doctrine of equivalents.  Accordingly, and for the same reasons, the VideoCore III infringes claim element 60a.  Similarly, any chip that contains the VideoCore III infringes claim element 60a both literally and under the doctrine of equivalents.

#### • **74xx Products**

137.    As explained above, the BCM7118, BCM7412, and BCM7440 are AVC decoders, and each complies with the AVC Standard.  As explained in my opening infringement report, any decoder that complies with the AVC Standard infringes claim element 60a both literally and under the doctrine of equivalents.  Accordingly, and for the same reasons, the BCM7118, BCM7412, and

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                43                CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __174__

1   BCM7440 each infringes claim element 60a.

2   ***Infringement Based On Product Design Documentation***

3   • **TIVR Software, BCM2133, and BCM2152**

4   138.   For the reasons that follow, the TIVR software satisfies claim element 60a both

5   literally and under the doctrine of equivalents. As described above with respect to claim elements

6   59b and 59c, the additional separator means in the TIVR code separates the four DC DCT

7   coefficients from each other following the 2x2 inverse Hadamard transform and stores each one in

8   the *ipMbBuff* memory buffer via a series of four software instructions.[166] Because each of the four

9   instructions constitutes a distinct output, the additional separator means of the TIVR software has (at

10  least) two outputs.[167]

11  139.   The TIVR software also meets claim element 60a under the doctrine of equivalents

12  because it performs the same function in the same way to produce the same result. The TIVR

13  software performs the same function because it provides, in addition to a first output for storing the

14  first coefficient output from the 2x2 inverse Hadamard transform, a second output for storing the

15  second coefficient output from the 2x2 inverse Hadamard transform. The TIVR software performs

16  that function in the same way because by providing two distinct outputs (software instructions that

17  store the coefficient values in memory). Finally, the TIVR software provides the same result, *i.e.*,

18  first and second output coefficients.

19  • **74xx Products**

20  140.   As explained above, the BCM7118, BCM7412, and BCM7440 each contains the

21  AVD Core which, as explained in my opening infringement report, infringes claim element 60a both

22  literally and under the doctrine of equivalents. Accordingly, and for the same reasons, the

23  BCM7118, BCM7412, and BCM7440 each infringes claim element 60a both literally and under the

---

[166] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04991 at 836-839 (*H264BpDecChrIdctDc* function; the assignment/storage instruction on each line constitutes an output).

[167] To simplify the discussion herein, I will treat the instruction at line 836 of *H264BpDecChrIdctDc* as the first output of the separator means and the instruction at line 837 as the second output. As one of ordinary skill in the art would understand, this assignment is arbitrary. The first output of the separator could be any of the four instructions at lines 836-39, for example, with the second output being any of those instructions other than the one corresponding to the first output.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          44

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__  PAGE __175__

1    doctrine of equivalents.

2        141.    Because, as described above, the VideoCore III, TCS software, TIVR software,

3    BCM7118, BCM7412, and BCM7440 each performs operations identical to those recited in claim

4    element 60a, there exist no substantial differences between those products and claim element 60a.  If

5    any differences were found to exist, they would be inherently insubstantial.  Each of those products

6    thus satisfies claim element 60a under the doctrine of equivalents.

7             **[60b]  "at least one multiplexer means having an input for receiving a timing**
         **signal, a second input coupled to a corresponding inverse cosine transform**

8             **means output and a third input coupled to a corresponding second separator**
         **means output."**

9

10        142.    As explained below, I conclude that the TIVR software meets claim element 60b both

11    literally and under the doctrine of equivalents.  Accordingly, I conclude that the BCM2133 chip

12    when loaded with the TIVR software meets claim element 60b both literally and under the doctrine

13    of equivalents, and I conclude that the BCM2152 chip when loaded with the TIVR software meets

14    claim element 60b both literally and under the doctrine of equivalents.  I also conclude that the

15    BCM7118, BCM7412, and BCM7440 each meets claim element 60b both literally and under the

16    doctrine of equivalents.

17        143.    I understand that the Court has construed "multiplexer means" as "an element capable

18    of selecting one of a number of input signals and routing that input signal's information to the

19    multiplexer's output," and I adopt that construction.  I understand that the Court has construed

20    "timing signal" as "a signal capable of conveying timing information," and I adopt that construction.

21    I understand that the Court has construed "inverse cosine transform means" as "an element capable

22    of performing an inverse discrete cosine transform," and I adopt that construction.  I understand and

23    adopt the Court's construction of "separator means."

24        ***Infringement Based On Product Design Documentation***

25            • **TIVR Software, BCM2133, and BCM2152**

26        144.    For the reasons that follow, the TIVR software satisfies claim element 60b both

27    literally and under the doctrine of equivalents.

28        145.    As described above with respect to claim elements 59b and 59c, the instructions of

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      45      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __176__

1   lines 198-206 of the *H264BpDecIntraIqIdctPredRecon* function in the TIVR software call the

2   *H264BpDecIntraIdct4x4* function eight times for intra-predicted data, in each case performing a 4x4

3   inverse integer transform of a 4x4 sub-block of AC and DC coefficients associated with the chroma

4   U or chroma V data.[168]  Each time the *H264BpDecIntraIdct4x4* function is called, the coefficient

5   data associated with one sub-block of AC and DC coefficients is retrieved from memory by the

6   *H264BpDecIntraIdct4x4* function.[169]

7       146.   The eight function calls to *H264BpDecIntraIdct4x4* are governed as a sequence of

8   four distinct function calls through which the *H264BpDecIntraIdct4x4* function runs twice under a

9   "for" loop governed by the value of the variable $i$, whose value times the function calls by counting

10  from 0 to 1.[170]  Thus, either the variable $i$, which governs the "for" loop, or any clock signal that

11  causes the four distinct function calls to be fetched for execution on a processor, constitutes a timing

12  signal.  Additionally, their sequential location in the source code constitutes a timing signal because

13  it governs the order in which they will be fetched.

14      147.   As noted above, the Court has construed the term "multiplexer" as an element capable

15  of selecting one of a number of input signals, having an input for receiving a timing signal, a second

16  input coupled to a corresponding inverse transform means output, and a third input coupled to a

17  corresponding second separator means output.  The instructions of lines 198-209 of the

18  *H264BpDecIntraIqIdctPredRecon* function provide such a structure.  Those instructions are capable

19  of selecting one of eight signals because each of the four instructions at lines 202-05, each of which

20  is executed twice, selects one sub-block of AC and DC coefficients to be passed to

21  *H264BpDecIntraIdct4x4*.  An input for receiving a timing signal is provided by the $i$ variable which

22  governs the for loop or, alternatively, any clock signal that causes successive instructions in the

23  *H264BpDecIntraIqIdctPredRecon* function to be fetched for execution on a processor.

24  Alternatively, the input for receiving a timing signal is inherent based on the sequential arrangement

25

26  [168] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 198-209.

27  [169] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04953 at 405-13 (the *aResd* variable
      represents a sub-block of AC and DC coefficients).

28  [170] H264BpDecIntraIqIdctPredRecon.c, BCM2-SD3-SC-04949 at 198-209.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          46

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __177__

1    of these instructions.  A second input is provided by the first call to *H264BpDecIntraIdct4x4*, which

2    receives a sub-block of AC and DC coefficients from memory.  A third input is provided by the

3    second call to *H264BpDecIntraIdct4x4*, which also receives a sub-block of AC and DC coefficients

4    from memory.  Because the third input receives the second sub-block of AC and DC coefficients

5    from memory, it corresponds to the second output of the additional separator means described above,

6    which outputs the second sub-block of AC and DC coefficients.  This third input is coupled to the

7    second output of the additional separator means because the DC coefficient entering the third input

8    was generated by the second output of the additional separator means after the 2x2 inverse

9    Hadamard transform operation, as described above.[171]

10        148.    As described above with respect to claim elements 59b and 59c, the instructions of

11   lines 215-26 of the *H264BpDecInterIqIdctRecon* function in the TIVR software calls the

12   *H264BpDecInterIdctRecon4x4* function eight times for inter-predicted data, each time to perform a

13   4x4 inverse integer transform of a 4x4 sub-block of AC and DC coefficients associated with the

14   chroma U or chroma V data.[172]  Each time the *H264BpDecInterIdctRecon4x4* function is called, the

15   coefficient data associated with one sub-block of AC and DC coefficients is retrieved from memory

16   by the *H264BpDecInterIdctRecon4x4* function.[173]

17        149.    The eight function calls to *H264BpDecInterIdctRecon4x4* are governed by an

18   inherent timing in that they are fetched one at a time from memory to be executed.  Thus, any clock

19   signal that causes the four distinct function calls to be fetched for execution on a processor

20   constitutes a timing signal.  Additionally, their sequential location in the source code constitutes a

21

---

22   [171] As a general matter, the third input to the multiplexer is whichever input corresponds to the
23   second output of the separator means which, as I note above, can be arbitrarily selected.

24   [172] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at 215-26.  Calls to the
     *H264BpDecInterIdctRecon4x4* function are represented here by pointers contained in elements of
25   the array *H264BpDecKChrInterIdctRecon* that are defined as *H264BpDecInterIdctRecon4x4*,
     BCM2-SD3-SC-04978 at 89-100 of H264BpDecInterIqIdctRecon.c.

26   [173] H264BpDecInterIqIdctRecon.c, BCM2-SD3-SC-04980 at 215-26.  Calls to the
     *H264BpDecInterIdctRecon4x4* function are represented here by pointers contained in elements of
27   the array *H264BpDecKChrInterIdctRecon* that are defined as *H264BpDecInterIdctRecon4x4*,
     BCM2-SD3-SC-04978 at 89-100 of H264BpDecInterIqIdctRecon.c (the sum of the *lResd* variable
28   plus various offsets each represent a sub-block of AC and DC coefficients).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS      47      OUTSIDE ATTORNEYS' EYES ONLY
                                                  SUBJECT TO PROTECTIVE ORDER

443196_12

1    timing signal because it governs the order in which they will be fetched.

2    150.    As noted above, the Court has construed the term "multiplexer" as an element capable

3    of selecting one of a number of input signals, having an input for receiving a timing signal, a second

4    input coupled to a corresponding inverse transform means output, and a third input coupled to a

5    corresponding second separator means output.  The instructions of lines 215-26 of the

6    *H264BpDecInterIqIdctRecon* function provide such a structure.  Those instructions are capable of

7    selecting one of eight signals because each selects one sub-block of AC and DC coefficients to be

8    passed to *H264BpDecInterIdctRecon4x4*.  An input for receiving a timing signal is provided by any

9    clock signal that causes successive instructions in the *H264BpDecInterIqIdctRecon* function to be

10    fetched for execution on a processor.  Alternatively, the input for receiving a timing signal is

11    inherent based on the sequential arrangement of these instructions.  A second input is provided by

12    the first call to *H264BpDecInterIdctRecon4x4*, which receives a sub-block of AC and DC

13    coefficients from memory.  A third input is provided by the second call to

14    *H264BpDecInterIdctRecon4x4*, which also receives a sub-block of AC and DC coefficients from

15    memory.  Because the third input receives the second sub-block of AC and DC coefficients from

16    memory, it corresponds to the second output of the additional separator means described above,

17    which outputs the second sub-block of AC and DC coefficients.  This third input is coupled to the

18    second output of the additional separator means because the DC coefficient entering the third input

19    was generated by the second output of the additional separator means after the 2x2 inverse

20    Hadamard transform operation, as described above.[174]

21    151.    The TIVR software also meets claim element 60b under the doctrine of equivalents

22    because it performs the same function in the same way to produce the same result.  The TIVR

23    software performs the same function because it selects one of a number of input signals (sub-blocks

24    of AC and DC coefficients) and routes the selected sub-block to the *H264BpDecIntraIdct4x4*

25    function (in intra mode) or the *H264BpDecInterIdctRecon4x4* function (in inter mode).  The TIVR

26

27    _____

[174] As a general matter, the third input to the multiplexer is whichever input corresponds to the
second output of the separator means which, as I note above, can be arbitrarily selected.

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          48

1  software performs that function in substantially the same way because, just as a multiplexer selects

2  one out of a plurality of possible input signals, only one of the of the plurality of available sub-

3  blocks is passed to a function at lines 198-209 and 215-26.  Finally, the TIVR software provides the

4  same result, the selection and output of one of a plurality of possible input signals, *i.e.*, the sub-

5  blocks of AC and DC coefficients.

6  • **74xx Products**

7  152.    As explained above, the BCM7118, BCM7412, and BCM7440 each contains the

8  AVD Core which, as explained in my opening infringement report, infringes claim element 60b both

9  literally and under the doctrine of equivalents.  Accordingly, and for the same reasons, the

10  BCM7118, BCM7412, and BCM7440 each infringes claim element 60b both literally and under the

11  doctrine of equivalents.

12  153.    Because, as described above, the TCS software, TIVR software, BCM7118,

13  BCM7412, and BCM7440 each performs operations identical to those recited in claim element 60b,

14  there exist no substantial differences between those products and claim element 60b.  If any

15  differences were found to exist, they would be inherently insubstantial.  Each of those products thus

16  satisfies claim element 60b under the doctrine of equivalents.

17  154.    For the reasons explained above, the TCS software, TIVR software, BCM7118,

18  BCM7412, and BCM7440 each literally meets each element of claim 60 and therefore literally

19  infringes it.  In addition, TCS is insubstantially different as a whole from claim 60 and thus infringes

20  claim 60 under the doctrine of equivalents.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     49

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___ PAGE ___180___

## VIII.   BROADCOM'S INFRINGEMENT OF CLAIM 13 OF THE '104 PATENT

155.   The following opinions supplement those provided in my opening infringement declaration regarding infringement by Broadcom's TCS software of claim 13 of the '104 Patent.  In forming my opinions regarding the TCS software, I consulted the June 21, 2006, August 4, 2006, and August 22, 2006 deposition transcripts of Stephen Gordon, other documents referenced herein, and the source code produced by Broadcom associated with the TCS software, identified by Bates numbers:

| Bates Number | File Name |
|---|---|
| BCM2-SD3-SC-04238-04271 | CABACEncoder.cpp |
| BCM2-SD3-SC-04272-04275 | CABACEncoder.h |
| BCM2-SD3-SC-04443-04496 | Macroblk_IntraPred.cpp |
| BCM2-SD3-SC-04556-04557 | XQ.h |
| BCM2-SD3-SC-04558-04583 | XQfwd.cpp |
| BCM2-SD3-SC-04584-04622 | XQinv.cpp |
| BCM2-SD3-SC-04631-04652 | hwMvp.cpp |
| BCM2-SD3-SC-04659-04676 | motionCommon.cpp |
| BCM2-SD3-SC-04677-04679 | motionCommon.h |
| BCM2-SD3-SC-04680-04694 | motionPred.cpp |
| BCM2-SD3-SC-04695-04697 | motionPred.h |
| BCM2-SD3-SC-04720-04732 | motionEst.h |
| BCM2-SD3-SC-06045-06048 | encoder.cpp |
| BCM2-SD3-SC-06049-06055 | main.cpp |
| BCM2-SD3-SC-05999-06025 | picture.cpp |
| BCM2-SD3-SC-05978-05998 | slice.cpp |

### A.   Claim 13

156.   The preamble of claim 13 of the '104 Patent recites:

> **[13pre]  "13. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and at least one constituent level of sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, a method for compressing said DC DCT coefficient**

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    50

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__   PAGE __181__

1   **values comprising:"**

2   157.    I understand that the Court construed certain terms in the preamble of claim 13 to

3   provide context for the jury but did not rule that the preamble is a limitation. I have reviewed claim

4   13 along with the Court's constructions thereof and explain below why the preamble of claim 13

5   does not limit the claim. Accordingly, I need not analyze whether the preamble of claim 13 is met

6   by the TCS software or VideoCore III.

7   158.    I conclude that the preamble of claim 13 does not limit the claim for the following

8   reasons. First, the preamble does not limit the claim because it merely sets forth a context or

9   intended use for the limitations that follow. Notably, the body of the claim is structurally complete

10  because it defines algorithmic structure that operates and can be understood without reference to the

11  preamble. Moreover, the body of claim 13 does not refer to or rely on the preamble for antecedent

12  basis. For example, there is no reference in the body, either implicit or explicit, to an "adaptive

13  block size compression system."[175]  Aside from that phrase, the preamble is redundant of the claim

14  body. For example, both the preamble and body reference the DCT coefficient data/values and the

15  formation of a composite block,[176] though, again, the body does not rely on the preamble for

16  antecedent basis for such terms. If the preamble were meant to be limiting, then these limitations in

17  the body would not need to be set forth anew.

18  159.    Since the preamble of claim 13 is not a limitation of the claim, I need not address in

19  this report whether the TCS software or VideoCore III meets that preamble. In the event that the

---

21  [175] Thus, even if other portions of the preamble were found to be limiting, there would be no reason
    to also find "[i]n an adaptive block size compression system" as limiting.

22  [176] *See* Merriam-Webster Inc., *Webster's Ninth New Collegiate Dictionary* 270 (Frederick C. Mish
23  ed., 1998) ("**composite** *adj* 1 : made up of distinct parts") (a true and correct copy of which is
    attached hereto as Exhibit 6)  Although both the preamble and body of the claim use the term
24  "composite block," I note that the preamble and body use that phrase slightly differently in the
    sense that they refer to composites of different things. In the preamble, that term appears in the
25  phrase "composite block of selected ones of said block and constituent sub-blocks of pixel data,"
    which one of ordinary skill in the art would have understood to mean a block of data consisting of
26  either a block of data alone, one or more constituent sub-blocks, or a combination of a block with
    one or more constituent sub-blocks. In the claim body, that term appears in the phrase "composite
27  block of AC and DC DQT coefficient values," which one of ordinary skill in the art would have
    understood to mean a block of data consisting of either one or more DC coefficients, one or more
28  AC coefficients, or a combination of one or more AC with one or more DC coefficients.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S          CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS       51      OUTSIDE ATTORNEYS' EYES ONLY
443196_12                                         SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __182__

1  Court rules that the preamble of claim 13 is limiting, I reserve the right to supplement my opinions

2  regarding claim 13.

3  <center>**[13a]  "receiving at least one block of data;"**</center>

4      160.  As explained below, I conclude that Broadcom's TCS software meets claim element

5  13a both literally and under the doctrine of equivalents.

6      *Infringement Based On Compliance With AVC Standard*

7      161.  As explained in my opening infringement report, it is extremely unlikely that a

8  commercial AVC encoder could be implemented without practicing claim element 13a either

9  literally or under the doctrine of equivalents.  As set forth above, I conclude that the VideoCore III

10  and TCS products each contain an AVC-compliant encoder.  For at least this reason, I conclude that

11  the VideoCore III and TCS products each meet claim element 13a literally, or if not literally, then

12  under the doctrine of equivalents.

13      *Infringement Based On Product Design Documentation*

14        • **Toshiba Creation System**

15      162.  In the TCS source code, the "method"[177] named *SPredEnc::SPred8x8*[178] receives at

16  least one block of data via the arguments *UInputBM*[179] and *VInputBM*,[180] which are passed in when

17  the method is called.  The *UInputMB* variable represents an 8x8 block of chroma U data, while the

18  *UInputMB* variable represents an 8x8 block of chroma V data.

19      163.  Next, *SPredEnc::SPred8x8* calls *FormResidual* to create an 8x8 block of chroma U

20  residual data by subtracting an 8x8 block of predicted chroma U pixel data from *UInputMB*.

21  *FormResidual* stores the resulting 8x8 block of chroma U residual data in the *UBestMBResidual*

22  variable.[181]  *SPredEnc::SPred8x8* also calls *FormResidual* to create an 8x8 block of chroma V

23

---

24  [177] I mean "method" in the programming sense, *i.e.*, a software function that is a member of a
25     particular class.

26  [178] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04466 at 1328 *et seq.*

   [179] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04467 at 1334 (type MacroblockData <UINT8>).

27  [180] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04467 at 1335 (type MacroblockData <UINT8>).

28  [181] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04470 at 1558.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      52      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

<center>**EXHIBIT** M  ᴾᴬGE 183</center>

1    residual data by subtracting an 8x8 block of predicted chroma V pixel data from *VInputMB*.

2    *FormResidual* stores the resulting 8x8 block of chroma V residual data in the *VBestMBResidual*

3    variable.[182]

4          164.    *SPredEnc::SPred8x8* then calls *MBsChromaXform_SaQ* twice, once passing it the

5    8x8 block of chroma U residual data in *UBestMBResidual*,[183] and again passing it the 8x8 block of

6    chroma V residual data in *VBestMBResidual*.[184] Thus, *MBsChromaXform_SaQ* receives at least one

7    block of data when *UBestMBResidual* is passed to it.  *MBsChromaXform_SaQ* also receives at least

8    one block of data when *VBestMBResidual* is passed to it.  Accordingly, the calls to

9    *MBsChromaXform_SaQ*, either alone or in combination, literally satisfy claim element 13a.

10          165.    In the context of the operation of the TCS software, the receipt by a function of an

11    argument is the same as receiving a signal.  Arguments *are* signals because they hold information

12    and/or data.[185]  Similarly, the receipt by a function of an argument is insubstantially different from,

13    and thus equivalent to, receiving a signal.  Calls to software functions in TCS operate the same way

14    in software calls in general, which cause the processor on which the instructions are executing to

15    configure various registers and circuits in a specific way, including designating one or more registers

16    or local memory locations to store arguments passed to the called function.  Such function calls also

17    cause the processor to retrieve the arguments from main memory and load them into the designated

18    registers and/or local memory locations.  Because the arguments are themselves signals, and also

19    because electrical signals carry the argument values from the main memory to the processor, the

20    processor actually receives a signal representing argument values each time the function is called.

21

22    [182] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04471 at 1574.

23    [183] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04470 at 1559.

24    [184] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04471 at 1575.

25    [185] I do not mean to imply that signals must hold information or data.  A random "noise" signal, for
      example holds no information.  But anything that holds or conveys information or data is a signal.

26    *The New IEEE Standard Dictionary of Electrical and Electronics Terms* 1218 (Christopher J.
      Booth ed., 5th ed. 1993) (defining "signal" in the context of microcomputers as "[t]he physical

27    representation of data," and defining "signal" in the context of "computing systems" as "[t]he
      event or phenomenon that conveys data from one point to another.") (a true and correct copy of

28    which is attached as Exhibit 7)

EXHIBIT _M_ PAGE _184_

166.   Because, as described above, the TCS software performs operations identical to those recited in claim element 13a, there exist no substantial differences between TCS and claim element 13a.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 13a under the doctrine of equivalents.

> **[13b]  "performing a series of discrete cosine transformation (DCT) operations to provide AC and DC DQT coefficient values with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values and at least one additional DCT operations is performed on sub-blocks of selected DC DQT coefficient values resultant from a preceding DCT operation of said series of DCT operations; and"**

167.   As explained below, I conclude that Broadcom's TCS software meets claim element 13b both literally and under the doctrine of equivalents.

168.   I understand and adopt the Court's construction of the term "AC and DC discrete cosine transform (DCT)," as set forth below:

> DCT is a mathematical transform that converts data into a set of coefficients that are derived from equations (1), (2) and (3) set forth in the '104 patent in col. 4, line 60 to col. 5, line 4. DC DCT coefficient is the weighted average of the data input to the DCT.  The AC DCT coefficient is any DCT coefficient other than a DC DCT coefficient.

169.   I understand that the Court has construed the term "AC and DC DQT coefficient values" as follows:  "A DC DQT coefficient is the coefficient output from a DCT operation in the DQT that is a weighted average of the data input into that DCT operation.  An AC DQT coefficient is any coefficient output from a DCT operation in the DQT other than the DC DQT coefficient."  I understand that the Court has construed the term "DQT" to mean "discrete quadtree transform:  a sequence of two or more two-dimensional discrete cosine transforms that operate on a quadtree structure of a block of pixel data and/or coefficient data derived from a block of pixel data.  A quadtree is a division of a block into one or more levels of four sub-blocks ("nodes"), such that each could be, but is not required to be, further sub-divided into four further nodes."  I understand that the Court has construed the term "block of pixel data" to mean "a set of values specifying the brightness and/or color of pixels in a rectangular array of pixels.  A pixel is a contraction of "picture element," the smallest addressable element in an electronic display."  I adopt those constructions herein.  As explained above, I understand and adopt the Court's construction of "DCT."

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                54

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___ PAGE ___185___

*Infringement Based On Compliance With AVC Standard*

170.    As explained in my opening infringement report, it is extremely unlikely that a commercial AVC encoder could be implemented without practicing claim element 13b literally.  As set forth above, I conclude that the VideoCore III and TCS products each contain an AVC-compliant encoder.  For at least this reason, I conclude that the VideoCore III and TCS products each meet claim element 13b literally, or if not literally, then under the doctrine of equivalents.

*Infringement Based On Product Design Documentation*

• **Toshiba Creation System**

171.    The TCS software meets claim element 13b literally because, as that claim element requires, TCS provides AC and DC DQT coefficient values by performing a series of at least two DCT operations:  a first DCT operation on a block of data and then an additional DCT operation on sub-blocks of selected DC DQT coefficient values resultant from the first, *i.e.*, preceding, DCT operation.  The first of the series of DCT operations is a 4x4 integer transform, and the additional DCT operation is a 2x2 Hadamard transform.  As described in my opening infringement report, the 4x4 integer transform and 2x2 Hadamard transform are types of discrete cosine transforms.[186]  TCS performs the claimed series of DCT operations via the *MBsChromaXform_SaQ* function.[187]

172.    As explained above in conjunction with claim element 13a, *MBsChromaXform_SaQ* receives an 8x8 block of chroma data each time it is called.  *MBsChromaXform_SaQ* performs a 4x4 integer transform on each sub-block of the 8x8 residual data by calling *MBsChromaXform*,[188] which performs the "core" part of the integer transform on each sub-block, and then by performing the

---

[186] The fact that the second transform operation performed by the TCS software on chroma data, a 2x2 Hadamard transform, is a different type of DCT than the first transform operation performed by the TCS software on chroma data, a 4x4 integer transform, does not change my conclusion that the TCS software performs a series of two discrete cosine transforms because the 2x2 Hadamard transform and the 4x4 integer transform are both types of DCTs, as my opening infringement report explains.  Thus, just as a mosquito chasing a fly constitutes a sequence of insects, a 4x4 integer transform followed by a 2x2 Hadamard transform constitutes a sequence of discrete cosine transforms.

[187] XQfwd.cpp, BCM2-SD3-SC-04563 at 285 (annotated with the comment "4 4x4 Integer Transforms and 1 2x2 Hadamard transform and AC and DC Scaling and Quantization for 8x8 residual").

[188] *MBsChromaXform* is called at line 303 of XQfwd.cpp (BCM2-SD3-SC-04563).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS          55          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT M  PAGE 186

1  scaling and quantization operations in accordance with the AVC Standard.[189]  As explained in my

2  opening infringement report and in my book, the core transform operation followed by the scaling

3  and quantization operations results in an integer transform.

4        173.    *MBsChromaXform* carries out the core 4x4 integer transform operations by calling

5  the *TwoD_ForT_Res* function once for each of the four 4x4 sub-blocks of residual data.[190]

6  *TwoD_ForT_Res* determines the core transform values for each 4x4 sub-block by performing a

7  series of one-dimensional integer core transform operations on the rows of that sub-block,[191]

8  followed by a series of one-dimensional integer core transform operations on the columns of the

9  row-transformed values.[192]  *TwoD_ForT_Res* calls the *OneD_ForT_Res* function to perform each

10  one-dimensional integer core transform operation.[193]  The comment "[s]hould match what is

11  normatively defined for the inverse transform," which appears in both *TwoD_ForT_Res*[194] and

12  *OneD_ForT_Res*,[195] confirms that the TCS integer transform operations correspond to the reverse

13  operations specified by the AVC Standard and confirms that TCS complies with the AVC Standard.

14        174.    *MBsChromaXform* performs the 2x2 Hadamard transform, *i.e.*, the additional DCT

15  operation, on the DC DQT coefficients of the integer transform via the *TwoD_ForT_ChromaDC*

16  function.  The DC DQT coefficient values are passed to *TwoD_ForT_ChromaDC* via the *inbuf*

17  array.[196]  Thus, all four of the DC DQT coefficients generated by the 4x4 integer transform

18  operations are selected for input to the 2x2 Hadamard transform in the TCS software.

---

[189] XQfwd.cpp, BCM2-SD3-SC-04563 at 314-18 (AC scaling via *Scale4x4ResBlkfE()*) and 323-24 (DC scaling via *Scale2x2ChromaDCBlkfE()*).

[190] XQfwd.cpp, BCM2-SD3-SD-04571 at 741-743 (following comment "take 4 4x4 Integer Transforms").

[191] XQfwd.cpp, BCM2-SD3-SD-04572-73 at 803-06.

[192] XQfwd.cpp, BCM2-SD3-SD-04573 at 809-20.

[193] XQfwd.cpp, BCM2-SD3-SD-04572-73 at 803-06, 809-20.  *OneD_ForT_Res* is defined at XQfwd.cpp, BCM2-SD3-SC-04572 at 771.

[194] XQfwd.cpp, BCM2-SD3-SC-04572 at 792.

[195] XQfwd.cpp, BCM2-SD3-SC-04572 at 767.

[196] XQfwd.cpp, BCM2-SD3-SC-04571 at 751 (following comment "take 1 2x2 Hadamard Transform on the DC coefficients" and followed by comment "copy the Hadamard Transform result back into OutputMB").  The *TwoD_ForT_ChromaDC* function is defined at XQfwd.cpp, BCM2-SD3-SC-04571 at line 906.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS                56

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT _M_ PAGE _187_

1        175.    For the following reasons, each sequence of 4x4 integer transforms followed by 2x2

2   Hadamard transform in the TCS software forms a discrete quadtree transform.  First, that sequence

3   operates on quadtree-structured pixel data and/or coefficient data derived from a block of pixel data.

4   The 4x4 integer transforms operate on residual data which, as described above, is pixel data, and

5   outputs coefficient data.  The 2x2 Hadamard transform then operates on that coefficient data which,

6   because it was produced by transforming pixel data, is derived from pixel data.  The DC coefficients

7   output from the 4x4 integer transforms and input to the 2x2 Hadamard transform are DC DQT

8   coefficients because the 4x4 integer transform is a DCT.  For similar reasons, the other, AC,

9   coefficients output from the 4x4 integer transforms and input to the 2x2 Hadamard transform are AC

10  DQT coefficients.

11       176.    In addition to the DCT operations performed on chroma data, the TCS software

12  performs DCT operations on the luma data.[197]  The luma data and chroma data, however, are

13  organized into different block sizes.  As noted above, each block of chroma data in the TCS software

14  is organized into an 8x8 block as specified by the AVC Standard.  In the TCS software, the luma

15  data is organized into 16x16 blocks as specified by the AVC Standard.  In TCS, each of the sixteen

16  4x4 sub-blocks of each 16x16 luma block is subjected to a discrete cosine transform.  Specifically,

17  the TCS performs a 4x4 integer transform on each 4x4 sub-block of luma residual data.[198]  As

18  explained in my opening infringement report, the 4x4 integer transform is a type of discrete cosine

19  transform.  Thus, the set of sixteen 4x4 integer transforms of luma data in TCS produce AC and DC

20  DCT coefficient data.

21       177.    As explained above, I conclude that TCS literally meets claim element 13b because it

22  performs two successive DCTs, the most that 13b requires.  Even if the claim were construed to

23  require three transforms rather than two,[199] however, TCS would still meet claim element 13b

24

---

25  [197] In accordance with the inter prediction and intra prediction modes of the AVC Standard, and as
    explained in more detail below in conjunction with my analysis of the '767 Patent, the TCS
26  software is capable of creating luma data that is organized in different block sizes, including
    16x16, 16x8, 8x16, 8x8, 8x4, 4x8, and 4x4 block sizes.
27
    [198] XQfwd.cpp, BRCM2-SD3-SC-04564 at 340-371.
28
    [199] Regardless of how many transforms are required by the claim, no more than two such transforms

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          57
CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT _M_ PAGE _188_

1   literally because TCS, as do all AVC encoders, performs five DCTs:  four integer transforms on the

2   4x4 sub-blocks that comprise each chroma component, followed by a Hadamard transform on the

3   DC coefficients generated by the integer transforms.  And because the four integer transforms

4   operate on all sub-blocks of the chroma data block, the result is a transform of both the block as a

5   whole and its constituent sub-blocks.

6         178.   The TCS software also meets claim limitation 13b under the doctrine of equivalents

7   because TCS is insubstantially different, if at all, from claim limitation 13b.

8         179.   For reasons explained in my opening infringement report, the AVC integer transform

9   is a type of DCT, and even if it were not it would be equivalent to a DCT.  This is equally true for

10   the AVC integer transform performed by the TCS as for the AVC integer transform performed by

11   the products addressed in my opening infringement report.  Moreover, implementations of the AVC

12   integer transform use and implement the DCT equations in the same way that implementations of the

13   MPEG-2 and MPEG-4 Part 2 standards use and implement the DCT equations.  All of these

14   implementations use rounding to truncate values in the DCT equations, which must be done in any

15   real-world implementation of the DCT equations because those equations contain infinite-precision

16   values.  Coefficients output from an implementation of the AVC integer transform are therefore

17   derived from the DCT equations for the same reasons that coefficients output from an

18   implementation of the MPEG-2 and MPEG-4 Part 2 standards are derived from the DCT equations,

19         180.   The DCT transform consists of two parts:  (1) the core part, and (2) the scaling part.

20   An implementation of the DCT transform can either integrate these two parts, or it can separate

21   them.[200]  Accordingly, the fact that the AVC integer transform separates these two parts does not in

22   any way distinguish the AVC transform from the DCT transform.

23         181.   Even if the AVC integer transform were not an example of the DCT transform, the

24   _____

25   need be successive.  If, for example, the "at least one DCT" were construed as being in addition to
    the plurality (as opposed to in addition to the first of the plurality), then the claim would have the
26   strange quality of addressing only the first of the items in the plurality.  Accordingly, I conclude
    that three successive transforms are not required by claim 13, so I do not address in this report
27   whether TCS performs three successive DCTs.

    [200] See Yukihiro Arai et a., A Fast DCT-SQ Scheme for Images, The Transactions of the IEICE, Vol.
28   E, No. 11 (November 1988) (a true and correct copy of which is attached hereto as Exhibit 8).

RICHARDSON 1ST SUPP. RE DECL. RE BROADCOM'S                              CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS              58              OUTSIDE ATTORNEYS' EYES ONLY
443196_12                                                       SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __189__

1  integer transform would be equivalent to the DCT transform.  The two transforms perform

2  substantially the same function, in substantially the same way, to achieve substantially the same

3  result.  Any differences between them also would be insubstantial.

4       182.    Even if the AVC integer transform were not an example of the DCT transform, the

5  AVC integer transform would fall well within the distortion range associated with various

6  implementations of the DCT transform.  One demonstration of this is a comparison of the distortion

7  associated with (1) the integer transform and (2) DCT implementations of varying levels of

8  precision.  I have undertaken such a comparison using a computer program that I created for this

9  purpose, a true and correct copy of which is attached hereto as Exhibit 9.  My analysis demonstrates

10  that, as compared to the theoretical DCT equations (which recite infinite precision values and

11  therefore never could be implemented in practice), the distortion associated with the AVC integer

12  transform is far greater than the distortion associated with some DCT implementations, far less than

13  the distortion associated with other DCT implementations, and quite close to the distortion

14  associated with other DCT implementations.  For example, using the "sum of squared differences"

15  (SSD) measure of distortion, the distortion associated with the AVC integer transform is more than

16  400 times greater than the distortion associated with 12-bit DCT implementations, more than thirty-

17  two times less than the distortion associated with 3-bit DCT implementations, and virtually identical

18  to the distortion associated with 8-bit DCT implementations.  The SDD measurements resulting from

19  my analysis appear in Table I, below.[201]

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

---

28  [201] The SSD values in Table I is provided to four significant digits.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    59

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT _M_ PAGE_190_

| Transform | SSD |
|---|---|
| 1-Bit DCT Implementation | 1524.0 |
| 2-Bit DCT Implementation | 1442.8 |
| 3-Bit DCT Implementation | 1272.4 |
| 4-Bit DCT Implementation | 898.90 |
| 5-Bit DCT Implementation | 427.88 |
| 6-Bit DCT Implementation | 27.869 |
| 7-Bit DCT Implementation | 5.3059 |
| Integer Transform | 2.3228 |
| 8-Bit DCT Implementation | 1.2058 |
| 9-Bit DCT Implementation | 0.26471 |
| 10-Bit DCT Implementation | 0.05020 |
| 11-Bit DCT Implementation | 0.01611 |
| 12-Bit DCT Implementation | 0.00510 |

**Table I:  SSD of the theoretical DCT compared to the AVC integer transform and various *n*-bit DCT implementations.**

183.    It is my understanding that interchangeability is one factor relevant to assessing equivalence.  Applying this factor to analyze whether an implementation of the AVC integer transform within an implementation of the AVC Standard is equivalent to an implementation of the MPEG-2 or MPEG-4 Part 2 DCT, the proper inquiry is *not* whether the same hardware blocks or software routines would be used to process those two different implementations; hardware blocks and software routines vary from implementation to implementation, whether or not implementations are equivalent.  The proper inquiry *is* whether an implementation of the AVC Standard could be used in place of an implementation of the MPEG-2 or MPEG-4 Part 2 standard, and vice versa, such that the functionality provided by the compression transforms would be acceptably interchangeable.  The answer to that question is "yes."  For these reasons, the transforms implemented by the TCS software are equivalent to the DCT.

184.    Because, as described above, the TCS software performs operations identical to those recited in claim element 13b, there exist no substantial differences between TCS and claim element 13b.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 13b under the doctrine of equivalents.

///

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    60                    CASE NO. 05CV1958 B(BLM)
                                                                            OUTSIDE ATTORNEYS' EYES ONLY
                                                                            SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __191__

**[13c] "selecting ones of AC and DC DQT coefficient values resultant from said first DCT operation and said at least one additional DCT operation to provide a DQT composite block of AC and DC DQT coefficient values."**

185.    As explained below, I conclude that Broadcom's TCS software meets claim element 13c both literally and under the doctrine of equivalents.

186.    I understand that the Court has construed the phrase "DQT composite block of AC and DC DQT coefficient values" to mean "a series of AC and DC coefficient values determined from successive stages of the DQT," and I adopt that construction in this report. I understand and adopt herein the Court's constructions of the terms "AC and DC DQT coefficient," "DCT."

### *Infringement Based On Compliance With AVC Standard*

187.    As explained in my opening infringement report, the AVC Standard requires each AVC encoder to meet claim element 13c literally.[202] As set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder. For at least this reason, the VideoCore III and TCS products each meet claim element 13c literally, or if not literally, then under the doctrine of equivalents.

### *Infringement Based On Product Design Documentation*

#### • Toshiba Creation System

188.    As explained above, Broadcom's TCS software generates AC and DC DQT coefficient values from the 8x8 blocks of chroma U and chroma V pixel data. For each of the chroma U and chroma V data, a total of 68 coefficients are generated: 64 coefficients resulting from the four 4x4 integer transform operations (4x4x4 = 64) plus 4 coefficients resulting from the Hadamard transform.[203]

189.    I have determined that the TCS software selects ones, specifically 64, of those 68 AC and DC DQT coefficient values to provide a DQT composite block of AC and DC DQT coefficient values. First, after calculating the 64 coefficients resulting from the 4x4 integer transform

---

[202] The word "decoder" in ¶ 205 of my opening report is a typo and should read "encoder."

[203] This behavior was expected for compliance with the AVC Standard, which, as explained in my opening infringement report, specifies an opposite process for AVC decoders in which the inverse Hadamard transform on chroma data generates 4 coefficients and the inverse integer transform on chroma data generates 64 pixel data values.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          61          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __192__

operations, the *MBsChromaXform* function stores them into array *OutputMB*.[204]  Next, after the 2x2

Hadamard transform is performed, the resulting coefficients reside in the *outputbuf* array.[205]

Accordingly, at that stage of the processing, 68 transform coefficients are stored in memory:  64

integer transform coefficients stored in *OutputMB*, and 4 Hadamard transform coefficients stored in

*outputbuf*.  Finally, TCS selects 64 of the 68 coefficients by replacing 4 of the integer transform

coefficients in *OutputMB* with a respective Hadamard transform coefficient from *outputbuf*, forming

an array of 64 selected coefficient values in *OutputMB*.[206]  *OutputMB* thus comprises a composite[207]

block because it includes AC and DC coefficient values determined from successive stages of the

DQT.  Specifically, the AC DQT coefficients in the composite block are determined from the integer

transform stage, and the DC DQT coefficients in the composite block are determined from the

succeeding Hadamard transform stage.  As explained below in conjunction with claim 3, the TCS

software subsequently provides the composite block of AC and DC DQT coefficients in *OutputMB*

to an entropy encoder.[208]

190.    Because, as described above, the TCS software performs operations identical to those

recited in claim element 13c, there exist no substantial differences between TCS and claim element

13c.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus

satisfies claim element 13c under the doctrine of equivalents.

191.    For the reasons explained above, TCS literally meets each element of claim 13 and

therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 13

---

[204] XQfwd.cpp, BCM2-SD3-SC-04571 at 745 (storing the 16 coefficient associated with one 4x4 sub-block into *OutputMB*, and repeating three times due to the "for" loop at line 741).

[205] XQfwd.cpp, BCM2-SD3-SC-04571 at 751-53 (passing the pointer variable *outbuf* as the second argument to *TwoD_ForT_ChromaDC*); XQfwd.cpp, BCM2-SD3-SC-04571 at line 908 (explaining that the second argument passed to *TwoD_ForT_ChromaDC* corresponds to the memory location in which the output values, *i.e.*, the 2x2 Hadamard transform coefficients, reside when the function terminates).

[206] XQfwd.cpp, BCM2-SD3-SC-04571 at 753.

[207] *See* Merriam-Webster Inc., *Webster's Ninth New Collegiate Dictionary* 270 (Frederick C. Mish ed., 1998) ("**composite** *adj* 1 : made up of distinct parts") (Ex. 6).

[208] As noted above, the integer transform operations, Hadamard transform operations, and selection of AC and DC DQT coefficient values into a composite block occurs in the same manner for each type (U, V) of chroma data.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          62          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__  PAGE __1a3__

and thus infringes claim 13 under the doctrine of equivalents.

## IX.   BROADCOM'S INFRINGEMENT OF CLAIMS 3-5 AND 7 OF THE '104 PATENT

192.   The following opinions supplement those provided in my opening infringement declaration regarding infringement by Broadcom's TCS software of claims 3-5 and 7 of the '104 Patent.

### A.   Claim 3

193.   The preamble of claim 3 of the '104 Patent recites:

> **[3pre] "3. In an adaptive block size compression system wherein a block of pixel data is transformed to AC and DC discrete cosine transform (DCT) coefficient data for a block and constituent sub-blocks of pixel data, and wherein the AC and DC DCT coefficient values of a composite block of selected ones of said block and constituent sub-blocks of pixel data are provided for transmission, an apparatus for compressing said DC DCT coefficient values comprising:"**

194.   I understand that the Court construed certain terms in the preamble of claim 13 to provide context for the jury but did not rule that the preamble is a limitation.  I have reviewed claim 13 along with the Court's constructions thereof and explain below my opinion that the preamble of claim 13 does not limit the claim.  Accordingly, I need not analyze whether the preamble of claim 13 is met by the TCS software or VideoCore III.

195.   I conclude that the preamble of claim 13 does not limit the claim for the following reasons.  First, the preamble does not limit the claim because it merely sets forth a context or intended use for the limitations that follow.  Notably, the body of the claim is structurally complete because it defines an apparatus that operates and can be understood without reference to the preamble.  Further, although the phrase "said block of pixel data" in the body of the claim refers back to the phrase "a block of pixel data" in the preamble, the preamble does not impose any limitations on that block of data.  Otherwise, nothing in the body of claim 3 refers to the preamble or relies on it for antecedent basis.  For example, there is no reference in the body, either implicit or explicit, to an "adaptive block size compression system."[209]  Aside from that phrase, the preamble is

_____

[209] Thus, even if other portions of the preamble were found to be limiting, there would be no reason to also find "[i]n an adaptive block size compression system" as limiting.

443196_12

EXHIBIT __M__ PAGE __194__

1   redundant of the claim body.  For example, both the preamble and body reference the DCT

2   coefficient data/values and the formation of a composite block,[210] though, again, the body does not

3   rely on the preamble for antecedent basis for such terms.  If the preamble were meant to be limiting,

4   then these limitations in the body would not need to be set forth anew.

5       196.    Since the preamble of claim 3 is not a limitation of the claim, I need not address in

6   this report whether the TCS software or VideoCore III meets that preamble.  In the event that the

7   Court rules that the preamble of claim 3 is limiting, I reserve the right to supplement my opinions

8   regarding claim 3.

9       197.    Claim 3 of the '104 Patent covers an apparatus comprising the following limitations.

> **[3a]  "discrete quadtree means for receiving at least one block of data representing said block of pixel data, performing a plurality of DCT operations to provide AC and DC DQT coefficient values, with a first DCT operation performed on said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient values, performing at least one additional DCT operation wherein each of said at least one additional DCT operation is performed on resultant DC DQT coefficient data of a preceding DCT operation, and selecting ones of AC and DC DQT coefficient values to provide a DQT composite block of AC and DC coefficient values; and"**

15      198.    As explained below, I conclude that Broadcom's TCS software meets claim element

16  3a both literally and under the doctrine of equivalents.

17      199.    I understand that the Court has construed "block of pixel data" to mean "a set of

18  values specifying the brightness and/or color pixels in a rectangular array of pixels.  A pixel is a

19  contraction of 'picture element,' the smallest addressable element in an electronic display."

20  Accordingly, I adopt that construction in this declaration.  I understand that the Court has construed

21  "plurality" to mean "two or more," and I adopt that construction in this declaration.  I understand

22  that the Court has construed "DCT" to mean "a mathematical transform that converts data into a set

23  of coefficients that are derived from equations (1), (2) and (3) set forth in the '104 patent in col. 4

24  line 60 to col. 5 line 4," and I adopt that construction in this declaration.  I understand that the Court

25  has construed "DC DQT coefficient" as "the coefficient output from a DCT operation in the DQT

---

[210] *See* Merriam-Webster Inc., *Webster's Ninth New Collegiate Dictionary* 270 (Frederick C. Mish ed., 1998) ("**composite** *adj* 1 : made up of distinct parts") (a true and correct copy of which is attached as Ex. 6).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS        64

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT** _M_ PAGE _195_

1    that is a weighted average of the data input into that DCT operation," and I adopt that construction in

2    this declaration. I understand that the Court has construed "AC DQT coefficient" as "any coefficient

3    output from a DCT operation in the DQT other than the DC DQT coefficient," and I adopt that

4    construction in this declaration. I understand that the Court has construed "DQT composite block of

5    AC and DC coefficient values" to mean "a series of AC and DC coefficient values determined from

6    successive stages of the DQT," and I adopt that construction in this declaration.

7    ***Infringement Based On Compliance With AVC Standard***

8         200.    As explained in my opening infringement report, it is extremely unlikely that a

9    commercial AVC encoder could be implemented without practicing claim element 3a literally. As

10   set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder. For

11   at least this reason, that the VideoCore III and TCS products each meet claim element 3a literally, or

12   if not literally, then under the doctrine of equivalents.

13   ***Infringement Based On Product Design Documentation***

14        • **Toshiba Creation System**

15        201.    I understand that the Court has construed claim element 3a as a means-plus-function

16   limitation under 35 U.S.C. § 112 ¶ 6 having four functions, so I will address each function, along

17   with its corresponding structure, in turn.

18                    **(1)  "receiving at least one block of data representing said**
                          **block of pixel data"**
19

20        202.    As explained below, I conclude that Broadcom's TCS software performs the first

21   function of claim element 3a using the same or equivalent structure as the corresponding structure

22   identified by the Court.

23        203.    I understand that the Court has defined the first function of claim element 3a as

24   "receiving at least one block of data representing said block of pixel data" and determined the

25   corresponding structure to be "an input into the DQT subsystem or an input into the DCT element of

26   a DQT subsystem." I adopt that construction in this declaration. I also understand that the Court has

27   construed the term "block of pixel data" to mean "a set of values specifying the brightness and/or

28   color of pixels in a rectangular array of pixels," and I adopt that construction in this declaration.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS            65

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ P: :5 _196_

1    204.    As described above in conjunction with claim 13, the variables *UBestMBResidual* and

2    *VBestMBResidual* represent 8x8 blocks of chroma U and V residual data, respectively, within the

3    *SPredEnc::SPred8x8* method of the TCS software. *UBestMBResidual* constitutes a block of data

4    representing a block of pixel data, for two reasons. First, as explained in my opening infringement

5    report, residual data *is* pixel data; so the residual data values of *UBestMBResidual* certainly represent

6    pixel values.[211]    Second, *UBestMBResidual* represents the chroma U pixel data from which it was

7    derived via the *FormResidual* function.[212]    For the same reasons, *VBestMBResidual* constitutes a

8    block of data representing a block of pixel data.

9    205.    Data generated by an interframe compression process are a special kind of pixel data

10    sometimes referred to as "residual" data. Residual data are unquestionably pixel data, and fall

11    within the Court's definition of pixel data: "values specifying the brightness and/or color of one or

12    more pixels." The fact that, for example, residual data specify the brightness of pixels is illustrated

13    on page 172 of my book in Figure 6.12. That image is displayed using pixels whose brightness is

14    specified by the intensity values of residual data. Such intensity values are the units of measure for

15    all pixel data, including residual data. Residual data are representative of non-residual pixel data,

16    both in the sense (described above) that residual data specify the brightness of pixels, and in the

17    sense that residual data are derived from pixels.

18    206.    As I mentioned in my opening infringement report, "pixel data" and "residual data"

19    are sometimes used interchangeably in the literature. The *IEEE Standard Specifications for the*

20    *Implementations of 8x8 Inverse Discrete Cosine Transform (IEEE Std. 1180)*,[213] which establishes

21    accuracy guidelines for implementations of the 8x8 DCT, provides an insightful example. First,

22    *IEEE Std. 1180* illustrates an interframe coding system, which it describes as performing a DCT on

23

---

24    [211] *See* '104 Patent at 26:48-49 (claim 7, reciting "[t]he apparatus of claim 3 wherein said at least one

25    block of data comprises pixel data" implies that the block of data recited in independent claim 3
     need not be pixel data).

26    [212] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04470 at 1558.

27    [213] *IEEE Standard Specifications for the Implementations of 8x8 Inverse Discrete Cosine Transform*
     (IEEE Std. 1180-1990, Approved December 6, 1990) (a true and correct copy of which is attached
28    hereto as Exhibit 10).

EXHIBIT __M__ PAGE __197__

1    the differences between the current frame and the reconstructed previous frame,[214] *i.e.*, on residual

2    data. *IEEE Std. 1180* proceeds to explain how a problem called "mismatch" is caused by the

3    interframe mode, as opposed to the intraframe mode. As the document describes, one way to reduce

4    the mismatch problem in encoding systems is to periodically switch to the intraframe mode, which

5    clears out the accumulated error that causes mismatch. Another way to reduce the mismatch

6    problem is to set accuracy bounds on the forward and inverse DCTs. *IEEE Std. 1180* recommends a

7    hybrid approach.[215]

8        207.    At the bottom of the left column on page 9, *IEEE Std. 1180* defines the input values

9    to the DCT as "pixel value[s]."[216]  Given the context of *IEEE Std. 1180* and the very nature of the

10   problem that it addresses, *i.e.*, the processing of residual values via the discrete cosine transform,

11   *IEEE Std. 1180* obviously is using "pixel value[s]" synonymously with residual values. Next, *IEEE*

12   *Std. 1180* defines a "Procedure for Accuracy Measurement," in which random "pixel data values"

13   are generated, transformed via DCT, and the inverse-transformed through an IDCT (with some

14   intermediate rounding steps). *IEEE Std. 1180* later refers to the DCT input as "pixel values" in

15   several other places.[217]  That the procedure standardized by the IEEE for testing the transforms that

16   are to be used on residual data are specified in terms of pixel data, and that *IEEE Std. 1180*

17   repeatedly refers to residual data as pixel data, makes it clear that residual data are a type of pixel

18   data.

19       208.    The intraframe compression system disclosed in the written description of the '104

20   patent is capable of operating on residual data, such as the residual data generated by the interframe

21   compression system disclosed in the '767 patent. This is stated in Column 4, lines 10-30 of the '767

22   patent, which, by reference to the '104 continuation grandparent application ("Ser. No. 07/710,216,

23   filed Jun.4, 1991"), identifies the written description of the '104 patent as disclosing "one of many

24   possible intraframe compression techniques" that could be used by "intraframe encoder 10" in

25   ───────────────

26   [214] *Id.* at 7-8, Fig. 1.

     [215] *Id.* at 8-9.

27   [216] *Id.* at 9.

28   [217] *Id.* at 9-10.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          67          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT  M  Page  198

1   Figure 1 of the '767 patent. As Figure 1 reflects, "intraframe encoder 10" operates on a DFD

2   ("displaced frame difference"), which is residual data generated from an interframe compression

3   process. The '104 patent's encoder operating on residual data also is consistent with the first

4   sentences in the '104 Abstract and Summary Of The Invention, both of which refer to a "method and

5   system for further compressing the image data for transmission." In that phrase, the word "further"

6   reflects the '104 compression system's operation on data that already has been compressed, such as

7   by a previous compression system resulting in residual data.

8        209.    AVC itself provides an example of an intraframe compression system in which

9   transforms operate on residual data. AVC's "intra prediction" mode generates residual data, which

10  in turn is subjected to further compression via transform operations.[218]

11       210.    The TCS encoder could be re-constructed so that it would operate directly on non-

12  residual pixel data, rather than on residual pixel data but that would still provide the same encoding

13  results. Imagine that TCS input the non-residual pixel values associated with the current macroblock

14  into a motion predictor but that, instead of subtracting the image prediction pixels from the current

15  macroblock pixels to create residual pixels, TCS input the non-residual pixel values into a first 4x4

16  integer transform and the image prediction into a second 4x4 integer transform. Imagine next that

17  the DC coefficients generated by the first 4x4 integer transform were input to a first 2x2 Hadamard

18  transform, and that the DC coefficients generated by the second 4x4 integer transform were input to

19  a second 2x2 Hadamard transform. If the output coefficients of the second Hadamard transform

20  were subtracted from the output coefficients of the first Hadamard transform, then the resulting

21  values would precisely match the DC DQT coefficients output by the 2x2 Hadamard transform in

22  TCS. Likewise, if the AC coefficients output from the second integer transform were subtracted

23  from the AC coefficients output from the first integer transform, then the resulting values would

24  precisely match the AC DQT coefficients output by the 4x4 integer transform in TCS.[219] Note that

25  _____

[218] Ex. 3 to 8/10/06 Decl., *ITU-T rec. H.264/ISO/IEC 14496-10* § 8.3.

[219] This follows from the linearity property possessed by each of the 4x4 integer transform, the 2x2 Hadamard transform, and subtraction operation. The linearity property is a common technique that can be applied to numerous systems to show that various processing blocks and/or steps can be arranged with little or no impact on the output or effect of the processing.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    68

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT M ꜱᴀɢᴇ 199

1  such a hypothetical encoder would both receives and outputs identical data but does so by inputting

2  the non-residual pixel data for the current macroblock data directly to the 4x4 integer transform.

3  Accordingly, the transforming of residual pixel data by TCS is literally the same as or insubstantially

4  different from the transforming of non-residual pixel data.  This further supports my conclusion that

5  residual data is a type of pixel data.

6       211.    As explained above in conjunction with claim 13, *SPredEnc::SPred8x8* calls

7  *MBsChromaXform_SaQ* twice, once passing it *UBestMBResidual*,[220] and again passing it

8  *VBestMBResidual*.[221]  Thus, *MBsChromaXform_SaQ* receives at least one block of data representing

9  pixel data when *UBestMBResidual* is passed to it.  *MBsChromaXform_SaQ* also receives at least one

10  block of data representing pixel data when *VBestMBResidual* is passed to it.  Because

11  *MBsChromaXform_SaQ* performs the 4x4 integer transform and 2x2 Hadamard transform, as

12  explained above in conjunction with claim 13, it represents a DQT subsystem.  Accordingly, the

13  calls to *MBsChromaXform_SaQ*, either alone or in combination, literally satisfy the first function of

14  claim element 3a because each of those function calls results in the receiving of at least one block of

15  data representing a block of pixel data at an input to the DQT subsystem.

16                  **(2) "performing a plurality of DCT operations to provide AC**
                **and DC DQT coefficient values, with a first DCT operation**

17                  **performed on said at least one block of data to provide first**
                **sub-blocks of AC and DC DQT coefficient values"**

18

19                  **(3) "performing at least one additional DCT operation**
                **wherein each of said at least one additional DCT operation is**

20                  **performed on resultant DC DQT coefficient data of a**
                **preceding DCT operation"**

21       212.    As explained below, I conclude that Broadcom's TCS software performs the second

22  and third functions of claim element 3a using the same or equivalent structure as the corresponding

23  structure identified by the Court.

24       213.    I understand that the Court has construed the second function of claim element 3a as

25  "performing a plurality of DCT operations to provide AC and DC DQT coefficient values, with a

26

---

27  [220] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04470 at 1559.

28  [221] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04471 at 1575.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS       69

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __200__

first DCT operation performed on said at least one block of data to provide first sub-blocks of AC

and DC DQT coefficient values" and the third function of claim element 3a as "performing at least

one additional DCT operation wherein each of said at least one additional DCT operation is

performed on resultant DC DQT coefficient data of a preceding DCT operation."  I also understand

that the Court has construed the corresponding structure for these functions as "one or more of the

DCT elements of Figure 6 (DCT elements 70, 74, 78, and/or 84) not limited to operation on 2x2

sized sub-blocks."  I adopt that construction in this declaration.  I also understand and adopt the

Court's constructions of the terms DCT, DQT, quadtree, AC DQT coefficient, and DC DQT

coefficient.

214.    The TCS software performs the second and third functions of claim element 3a using

structures identical or equivalent to those identified by the Court as corresponding because, as

explained above in conjunction with claim 13, TCS performs a plurality of DCT operations to

provide AC and DC DQT coefficient values:  a first DCT (integer transform) operation performed

on at said at least one block of data to provide first sub-blocks of AC and DC DQT coefficient

values, and an additional DCT (Hadamard transform) operation on resultant DC DQT coefficient

data of a preceding DCT operation.[222]

215.    Viewed another way, the plurality of DCT operations is satisfied in TCS by any two

of the eight 4x4 integer transform operations performed on the sub-blocks of chroma data because

each 4x4 integer transform constitutes a DCT.  Any one of those 4x4 integer transform operations

provides a "first" DCT operation performed on the block of data because each provides sub-blocks

of AC and DC DQT coefficient values.  The 2x2 Hadamard transform performed by TCS provides

the additional DCT operation because the 2x2 Hadamard transform in TCS constitutes a DCT and is

---

[222] The fact that the "additional" transform operation performed by the TCS software on chroma data, a 2x2 Hadamard transform, is a different type of DCT than the "first" transform operation performed by the TCS software on chroma data, a 4x4 integer transform, does not change my conclusion that the TCS software performs a plurality of DCT because the 2x2 Hadamard transform and the 4x4 integer transform are both types of DCTs, as my opening infringement report explains.  Thus, just as a mosquito chasing a fly constitutes a sequence of insects, a 4x4 integer transform followed by a 2x2 Hadamard transform constitutes a sequence of discrete cosine transforms.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          70

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT _M_        201

1  performed on resultant DC DQT coefficient data of a preceding DCT operation, *i.e.*, the DC

2  coefficients of the 4x4 integer transforms.

3      216.    As explained above, I conclude that TCS literally meets claim element 3a because it

4  performs two successive DCTs, the most that 3a requires.  Even if the claim were construed to

5  require three transforms rather than two,[223] however, TCS would still meet claim element 3a literally

6  because TCS, as do all AVC encoders, performs five DCTs:  four integer transforms on the 4x4 sub-

7  blocks that comprise each chroma component, followed by a Hadamard transform on the DC

8  coefficients generated by the integer transforms.  And because the four integer transforms operate on

9  all sub-blocks of the chroma data block, the result is a transform of both the block as a whole and its

10  constituent sub-blocks.

11          **(4) "selecting ones of AC and DC DQT coefficient values to**

12              **provide a DQT composite block of AC and DC coefficient values"**

13      217.    As explained below, I conclude that Broadcom's TCS software performs the fourth

14  function of claim element 3a using the same or equivalent structure as the corresponding structure

15  identified by the Court.

16      218.    I understand that the Court has defined the fourth function of claim element 3a as

17  "selecting ones of AC and DC DQT coefficient values to provide a DQT composite block of AC and

18  DC coefficient values" and determined the corresponding structure to be a multiplexer.  I adopt that

19  construction in this declaration.  I also understand that the Court has construed "multiplexer means"

20  as "an element capable of selecting one of a number of input signals and routing that input signal's

21  information to the multiplexer's output," and I adopt that construction in this declaration.  As

22  explained above, I understand and adopt the Court's constructions of the terms AC DQT coefficient,

23  DC DQT coefficient, and DQT composite block of AC and DC DQT coefficient values.

24

25  [223] Regardless of how many transforms are required by the claim, no more than two such transforms

26  need be successive.  If, for example, the "at least one DCT" were construed as being in addition to
the plurality (as opposed to in addition to the first of the plurality), then the claim would have the

27  strange quality of addressing only the first of the items in the plurality.  Accordingly, I conclude
that three successive transforms are not required by claim 13, so I do not address in this report

28  whether TCS performs three successive DCTs.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      71      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT__M__ PAGE 202**

219.    As explained above in conjunction with claim 13, the TCS software selects ones, specifically 64, of the 68 AC and DC DQT coefficient values to provide a DQT composite block of AC and DC DQT coefficient values.  As explained above in conjunction with claim 13, AC and DC DQT coefficients are selected individually by storing each, one at a time, into the *OutputMB* array, and the selection of which coefficient to store during a given instruction is regulated by nested "for" loops.[224,225]  I conclude that the assignment command ("=") which stores each coefficient into *OutputMB*, together with the nested "for" loops, constitute a structure that is the same as or equivalent to a multiplexer.  The nested "for" loops select one of a number of input signals, *i.e.*, the AC and DC coefficients, and the assignment command routes the selected input signal's information to the multiplexer's output, *i.e.*, the memory storage operation that causes the selected AC or DC coefficient to be written to *OutputMB*.  Certainly, the nested "for" loops and assignment command perform the fourth function of claim element 3a in the same way and provide the same result as a multiplexer.

220.    In claim 3a's phrase "selecting ones of AC and DC DCT coefficient values," the words "selecting ones" could be satisfied by selecting as few as two, or as many as all, of the available "AC and DC DCT coefficient values."  The words "selecting ones" do not require selecting "some, but not all."  Indeed, I am informed that, in connection with the claim construction proceedings in this matter, Broadcom advocated that "selecting ones" be construed to mean "selecting some, but not all," and that the Court rejected that construction.  Compare the Court's Claim Construction Order at page 4 with page 22 of the parties' Amended Joint Claim Construction Chart, a true and correct copy of which is attached hereto as Exhibit 11.[226]

221.    Claim 3a describes a discrete quadtree means which, among other things, is capable of performing operations to provide a "DQT composite block of AC and DC coefficient values."  The Court's claim construction defines "DQT composite block of AC and DC coefficient values" as

---

[224] XQfwd.cpp, BCM2-SD3-SC-04571 at 745.

[225] XQfwd.cpp, BCM2-SD3-SC-04571 at 753.

[226] *See generally* 3/16/06 Markman Hearing (rejecting construction "some but not all").

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                72                CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12


EXHIBIT M   E 203

1   "a series of AC and DC coefficient values determined from successive stages of the DQT." Nothing

2   about this definition requires either an adaptive block size compression system or the use of both a

3   block and its constituent sub-blocks.  Rather, this definition requires only that an apparatus have

4   means for performing two successive stages of DCT operations, resulting in the generation of AC

5   and DC coefficient values.  TCS meets these requirements.[227]

6       222.    Because, as described above, the TCS software performs operations identical to those

7   recited in claim element 3a, there exist no substantial differences between TCS and claim element

8   3a.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies

9   claim element 3a under the doctrine of equivalents.

10       223.    As described above in conjunction with claim 13, the 4x4 integer transform and 2x2

11   Hadamard performed on chroma data in TCS each is literally the same as, and equivalent to, a

12   discrete cosine transform.  Accordingly, TCS meets claim element 3a under the doctrine of

13   equivalents.

14                 **[3b]  "encoding means for receiving said DQT composite block, selecting values**

15   **from said DQT composite block and encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient**

16   **values."**

17       224.    As explained below, I conclude that Broadcom's TCS software meets claim element

18   3b both literally and under the doctrine of equivalents.

19   ***Infringement Based On Compliance With AVC Standard***

20       225.    As explained in my opening infringement report, it is extremely unlikely that a

21   commercial AVC encoder could be implemented without practicing claim element 3b literally.  As

22   set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder.  For

23   at least this reason, the VideoCore III and TCS products each meet claim element 3b literally, or if

24   not literally, then under the doctrine of equivalents.

25   ///

26   ///

27

28   [227] XQfwd.cpp, BCM2-SD3-SC-04561-04564 at 208-328

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     73

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT M PAGE 204

***Infringement Based On Product Design Documentation***

• **Toshiba Creation System**

226.    I understand that the Court has construed claim element 3b as a means-plus-function limitation under 35 U.S.C. § 112 ¶ 6 having three functions, so I will address each function, along with its corresponding structure, in turn.

### (1) "receiving said DQT composite block"

227.    As explained below, I conclude that Broadcom's TCS software performs the first function of claim element 3b using the same or equivalent structure as the corresponding structure identified by the Court.

228.    I understand that the Court has defined the first function of claim element 3b as "receiving said DQT composite block" and determined the corresponding structure to be "an input into a selector or a multiplexer." I adopt that construction in this declaration. I also understand and adopt the Court's constructions of the terms DQT and DC DCT coefficient values.

229.    The method SPreadEnc::Spread8x8[228] calls the method Sequencer::outputCBPandResidual.[229] outputCBPandResidual calls[230] CCABACEncoder::outputCoeffDCChroma().[231] That function call represents an input to the DQT subsystem because it receives the DQT composite block in the form of the argument *CurrentMBSymbols*.

230.    Claim 3b's encoding means must include a means for receiving a "DQT composite block of AC and DC coefficient values." The Court's claim construction defines "DQT composite block of AC and DC coefficient values" as "a series of AC and DC coefficient values determined from successive stages of the DQT." In claim 3b, this definition requires only that an apparatus have means for receiving AC and DC coefficient values generated by performing two successive stages of

---

[228] Macroblk_IntraPred.cpp, BCM2-SD3-SC-04471 at 1603.

[229] Sequencer.cpp, BCM2-SD3-SC04276 at 3028-3112.

[230] Sequencer.cpp, BCM2-SD3-SC04276 at 3103.

[231] CABACEncoder.cpp, BCM2-SD3-SC-04238 at 547-559.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          74

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___205___

1  DCT operations.  TCS meets these requirements.[232]

2  **(2)  "selecting values from said DQT composite block"**

3  231.    As explained below, I conclude that Broadcom's TCS software performs the second

4  function of claim element 3b using the same or equivalent structure as the corresponding structure

5  identified by the Court.

6  232.    I understand that the Court has defined the second function of claim element 3b as

7  "selecting values from said DQT composite block" and determined the corresponding structure to be

8  "a selector or a multiplexer."  I adopt that construction in this declaration.

9  233.    Claim 3b requires a means capable of "selecting values" from a "DQT composite

10  block of AC and DC coefficient values," and the Court has defined that composite block as "a series

11  of AC and DC coefficient values determined from successive stages of the DQT."  The phrase

12  "selecting values" could be satisfied either by the selection of a subset of the composite block

13  values, or by the selection of all of the composite block values.  Even if the phrase "selecting values"

14  could be satisfied only by the selection of a subset of the composite block values, TCS would meet

15  that requirement.  Specifically, in the first stage DCT transform performed by TCS (and all AVC-

16  compliant devices), called the 4x4 "integer" transform, 64 AC and DC coefficients are generated.  In

17  the second stage DCT transform performed by TCS (and all AVC-compliant devices), called the 2x2

18  "Hadamard" transform, four additional AC and DC coefficients are generated.  Together, these two

19  stages therefore generate 68 AC and DC coefficients.  Only 64 of them are selected for encoding.[233]

20  234.    *CoeffDCChroma()* calls *outputCoeff()* for both U and V data.[234]  *outputCoeff* calls[235]

21  *CABACEncoder::write_significant_coefficients().*[236]  *write_significant_coefficients()* selects

22  processed DC coefficients using the "for" loop beginning at line 1081 of CABACEncoder.cpp.

23  ///

24

25  [232] XQfwd.cpp, BCM2-SD3-SC04561 at 224-277.

26  [233] XQfwd.cpp, BCM2-SD3-SC-04560 at 151-204.

27  [234] CABACEncoder.cpp, BCM2-SD3-SC-04248 at 552 (U data) and 556 (V data).

28  [235] CABACEncoder.cpp, BCM2-SD3-SC-04259 at 1162.

[236] CABACEncoder.cpp, BCM2-SD3-SC-04257-04258 at 1067-1128.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    75

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE _206_

**(3) "encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient values"**

235.    As explained below, I conclude that Broadcom's TCS software performs the third function of claim element 3b using the same or equivalent structure as the corresponding structure identified by the Court.

236.    I understand that the Court has defined the third function of claim element 3b as "encoding said selected values of said DQT composite block to provide a signal indicative of compressed DC DCT coefficient values" and determined the corresponding structure to be "a code lookup table or a code length lookup table." I adopt that construction in this declaration. I also understand and adopt the Court's construction of the term DC DCT coefficient.

237.    As explained below, I have verified in Broadcom's source code that the TCS software performs the function of encoding the selected values of the DQT composite block (the chroma AC and processed DC coefficient) to provide a signal indicative of compressed DC DCT coefficient values, via the implementation of an entropy encoder.[237] Furthermore, that entropy encoder operates using a code lookup table, the structure identified by the Court as corresponding.

238.    CABACEncoder.cpp *outputCoeff()* calls *BinaryArith::biari_encode_symbol()*[238] at line 1152 and *CABACEncoder::write_significant_coefficients()* at line 1162. *biari_encode_symbol()* performs arithmetic encoding of the input coefficients and writes them to the output (encoded) bitstream through the chain of calls *put_one_bit_plus_outstanding()*,[239] *put_one_bit()*,[240] and *put_byte()*.[241] *write_significant_coefficients()* performs additional exponential Golomb encoding of coefficient values by calling, at line 1119 of CABACEncoder.cpp,

---

[237] 8/4/06 Gordon Depo Tr. at 156:3-13 (I have reviewed the 8/4/06 Gordon deposition video and can confirm that Mr. Gordon testified the TCS software entropy-encodes the transformed residual data).

[238] BinaryArith.cpp, BCM2-SD3-SC-4390 at 125-203.

[239] Called at BinaryArith.cpp, [BATES] at 184, 190; defined at *id.* at 63-70.

[240] Called at *id.* at 184, 190; defined at *id.* at 57-61.

[241] Called at *id.* at 60; defined at *id.* at 51-55.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                76

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1   *unary_exp_golomb_level_encode()*.[242]  In *unary_exp_golomb_level_encode()*, the output codes are

2   computed algorithmically for each symbol of input.  I consider that algorithmic approach equivalent

3   to a code lookup table because a code lookup table and an algorithmic implementation perform the

4   same function (outputting a code word based on a code symbol input) and produce identical results

5   (code words) for a given input.  Also, an algorithmic implementation performs that function in

6   substantially the same way as a code lookup table because both undertake the same calculations.

7   The fact that the code lookup method uses a table to store those calculations while the algorithmic

8   method performs those calculations in real-time is not a substantial difference, but rather an ordinary

9   engineering tradeoff.

10       239.    Because, as described above, the TCS software performs operations identical to those

11   recited in claim element 3b, there exist no substantial differences between TCS and claim element

12   3b.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies

13   claim element 3b under the doctrine of equivalents.

14       240.    For the reasons explained above, TCS literally meets each element of claim 3 and

15   therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 3

16   and thus infringes claim 3 under the doctrine of equivalents.

17       **B.     Claim 4**

18       241.    The preamble of claim 4 of the '104 Patent recites:

19           **[4pre]  "4. The apparatus of claim 3 wherein said discrete quadtree means
            comprises:"**

20

21       242.    Accordingly, and because I see no reason why the preamble of claim 4 should be read

22   as a limitation, I need not analyze whether the preamble of claim 4 is met by the TCS software or

23   VideoCore III.

24       243.    I interpret the preamble of claim 4 as merely setting forth a context or intended use

25   for the limitations set forth below, and I understand that the Court construed certain terms in the

26   preamble of claim 4 to provide context for the jury but did not rule that the preamble is a limitation.

27   _____

28   [242] *Id.* at 344-67.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                                     CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS              77              OUTSIDE ATTORNEYS' EYES ONLY
                                                                    SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __208__

1   Accordingly, I conclude that the preamble of claim 4 does not limit the claim, and I thus need not

2   analyze in this report whether the preamble language is met by the TCS software.  In the event that

3   the Court rules that the preamble of claim 4 is limiting, I reserve the right to supplement my opinions

4   regarding claim 4.

5       244.    Claim 4 of the '104 Patent covers an apparatus comprising the following limitations.

6       **[4a]  "at least one DCT means for receiving said at least one block of data and**
        **performing a series of DCT operations to provide AC and DC DQT coefficient**
7       **values with a first DCT operation performed on said at least one block of data**
        **and with additional DCT operations performed on sub-blocks of selected DC**
8       **DQT coefficient values; and"**

9       245.    As explained below, I conclude that Broadcom's TCS software meets claim element

10  4a both literally and under the doctrine of equivalents.

11  ***Infringement Based On Compliance With AVC Standard***

12      246.    As explained in my opening infringement report, it is extremely unlikely that a

13  commercial AVC encoder could be implemented without practicing claim element 4a literally.  As

14  set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder.  For

15  at least this reason, the VideoCore III and TCS products each meet claim element 4a literally, or if

16  not literally, then under the doctrine of equivalents.

17  ***Infringement Based On Product Design Documentation***

18      • **Toshiba Creation System**

19      247.    I understand that the Court has construed claim element 4a as a means-plus-function

20  limitation under 35 U.S.C. § 112 ¶ 6 having two functions, so I will address each function, along

21  with its corresponding structure, in turn.

22              **(1)  "receiving said at least one block of data"**

23      248.    As explained below, I conclude that Broadcom's TCS software performs the first

24  function of claim element 4a using the same or equivalent structure as the corresponding structure

25  identified by the Court.

26      249.    I understand that the Court has defined the first function of claim element 4a as

27  "receiving said at least one block of data" and determined the corresponding structure to be "an input

28  to the DQT subsystem or an input into the DCT element of a DQT subsystem."  I adopt that

EXHIBIT __M__ PAGE 209

1   construction in this declaration. I also understand and adopt the Court's constructions of the terms

2   DQT, DCT, AC DQT coefficient, and DC DQT coefficient.

3       250.   As explained above in conjunction with claim 13, and in conjunction with the second

4   function of claim element 4a, below, TCS comprises a DQT subsystem that operations on chroma

5   AC and DC coefficient values. Inherently, those coefficient values must enter the DQT subsystem

6   via an input or the equivalent. Accordingly, TCS literally meets the first function of claim element

7   4a.

8           **(2) "performing a series of DCT operations to provide AC and
             DC DQT coefficient values with a first DCT operation
9            performed on said at least one block of data and with
             additional DCT operations performed on sub-blocks of
10           selected DC DQT coefficient values"**

11      251.   As explained below, I conclude that Broadcom's TCS software performs the second

12   function of claim element 4a using the same or equivalent structure as the corresponding structure

13   identified by the Court.

14      252.   I understand that the Court has defined the second function of claim element 4a as

15   "performing a series of DCT operations to provide AC and DC DQT coefficient values with a first

16   DCT operation performed on said at least one block of data and with additional DCT operations

17   performed on sub-blocks of selected DC DQT coefficient values." I understand that the Court has

18   determined that the corresponding structure for these functions to be the same corresponding

19   structures identified as corresponding to the second and third functions recited in claim element 3b.

20   I adopt that construction in this declaration.

21      253.   As discussed above in conjunction with claim element 3b, Broadcom's TCS software

22   performs a series of DCT operations to provide AC and DC DQT coefficient values with a first DCT

23   operation performed on said at least one block of data and with additional DCT operations

24   performed on sub-blocks of selected DC DQT coefficient values. Because the Court has construed

25   the corresponding structure for the second function of claim element 4a to be the same structures that

26   correspond to the second and third functions of claim element 3b, I conclude that the second

27   function of claim element 4a is met by Broadcom's TCS software for the same reasons the second

28   and third functions of claim element 3b are met.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          79

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___210___

254.     Claim 4a requires a means capable of performing certain operations on sub-blocks of "selected DC DQT coefficient values." The phrase "selected DC DQT coefficient values" can be satisfied either by the selection of a subset of the available coefficient values, or by the selection of all available coefficient values. In any event, for the reasons explained above, even if the phrase "selected DC DQT coefficient values" could be satisfied only by the selection of a subset of the available coefficient values, that requirement would be satisfied by TCS.

255.     As described above in conjunction with claims 3 and 13, the 4x4 integer transform and 2x2 Hadamard transform each is equivalent to, if not literally the same as, a discrete cosine transform. Accordingly, TCS meets claim element 4a under the doctrine of equivalents.

256.     Claim element 4a does not require the performance of more than two DCTs. But it would be met literally by TCS even if it required three DCTs, for the same reasons claim element 3a would be met if it required three DCTs. TCS, as do all AVC encoders, performs five DCTs: four integer transforms on the 4x4 sub-blocks that comprise each chroma component, followed by a Hadamard transform on the DC coefficients generated by the integer transforms. And because the four integer transforms operate on all sub-blocks of the chroma data block, the result is a transform of both the block as a whole and its constituent sub-blocks.

257.     Because, as described above, the TCS software performs operations identical to those recited in claim element 4a, there exist no substantial differences between TCS and claim element 4a. If any differences were found to exist, they would be inherently insubstantial. TCS thus satisfies claim element 4a under the doctrine of equivalents.

> **[4b]  "selector means for receiving said AC and DC DQT coefficient values selecting ones of said AC and DC DQT, coefficient values to provide said sub-blocks of selected DC DQT coefficient values in accordance with a predetermined selection format."**

258.     As explained below, I conclude that Broadcom's TCS software meets claim element 4b both literally and under the doctrine of equivalents.

### *Infringement Based On Compliance With AVC Standard*

259.     As explained in my opening infringement report, it is extremely unlikely that a commercial AVC encoder could be implemented without practicing claim element 4b literally. As

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     80

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __211__

1    set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder.  For

2    at least this reason, the VideoCore III and TCS products each meet claim element 4b literally, or if

3    not literally, then under the doctrine of equivalents.

4    ***Infringement Based On Product Design Documentation***

5    • **Toshiba Creation System**

6    260.    I understand that the Court has construed claim element 4b as a means-plus-function

7    limitation under 35 U.S.C. § 112 ¶ 6 having two functions, so I will address each function, along

8    with its corresponding structure, in turn.

9    **(1)  "receiving said AC and DC DQT coefficient values"**

10    261.    As explained below, I conclude that Broadcom's TCS software performs the first

11    function of claim element 4b using the same or equivalent structure as the corresponding structure

12    identified by the Court.

13    262.    I understand that the Court has defined the first function of claim element 4b as

14    "receiving said AC and DC DQT coefficient values" and determined the corresponding structure to

15    be "an input into a selector or a multiplexer."  I adopt that construction in this declaration.  I also

16    understand and adopt the Court's constructions of the terms AC DQT coefficient and DC DQT

17    coefficient.

18    263.    As explained below, TCS performs the second function of claim element 4b on AC

19    and DC DQT coefficient values via a software implementation of a selector or multiplexer.

20    Inherently, the first function of claim element 4b, receiving the AC and DC DQT coefficient values,

21    must be performed via an input, the structure construed by the Court as corresponding.

22    **(2)  "selecting ones of said AC and DC DQT coefficient values**
         **to provide said sub-blocks of selected DC DQT coefficient**
23       **values in accordance with a predetermined selection format"**

24    264.    As explained below, I conclude that Broadcom's TCS software performs the second

25    function of claim element 4b using the same or equivalent structure as the corresponding structure

26    identified by the Court.

27    265.    I understand that the Court has defined the second function of claim element 4b as

28    "selecting ones of said AC and DC DQT coefficient values to provide said sub-blocks of selected

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    81                    CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __262__

1   DC DQT coefficient values in accordance with a predetermined selection format" and determined

2   the corresponding structure to be "a selector or multiplexer." I adopt that construction in this

3   declaration.

4   266.   As described above in conjunction with claims 3 and 13, TCS selects the DC

5   coefficients resulting from the 4x4 integer transforms of chroma residual data to be processed via

6   2x2 Hadamard transforms. The selection by TCS of all of the DC coefficients occurs in accordance

7   with a predetermined selection format, *i.e.*, the format specified by the AVC Standard. As explained

8   in my opening infringement report, the AVC Standard requires any AVC-compliant bitstream

9   containing chroma data to include all four of the Hadamard-transformed DC coefficients

10  corresponding to a given 8x8 chroma block. Accordingly, TCS follows the predetermined selection

11  format specified in the AVC Standard in selecting all chroma DC coefficients for the 4x4 integer

12  transform. As explained above in conjunction with claim 3, TCS selects the DC coefficients

13  produced by the 4x4 integer transforms using a selector or multiplexer, the same structure identified

14  by the Court as corresponding.

15  267.   Claim 4b requires a means capable of "selecting ones of said AC and DC DQT

16  coefficient values to provide said sub-block of selected DC DQT coefficient values." TCS satisfies

17  this requirement by constituting a means capable of selecting DC DQT coefficient values from the

18  pool of AC and DC DQT coefficient values.[243]   It would, of course, be nonsensical to read this

19  claim language as requiring that DC DQT coefficient values be selected in part by selecting AC

20  DQT coefficient values.

21  268.   Because, as described above, the TCS software performs operations identical to those

22  recited in claim element 4b, there exist no substantial differences between TCS and claim element

23  4b. If any differences were found to exist, they would be inherently insubstantial. TCS thus satisfies

24  claim element 4b under the doctrine of equivalents.

25  269.   For the reasons explained above, TCS literally meets each element of claim 4 and

26  therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 4

---

[243] XQfwd.cpp, BCM2-SD3-SC04563 at 321-328

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          82          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __213__

1    and thus infringes claim 4 under the doctrine of equivalents.

2        **C.      Claim 5**

3        270.    Claim 5 recites:

4            **"5. The apparatus of claim 4 wherein said at least one DCT means comprises a**
             **plurality of single DCT means wherein each of said single DCT means is for**
5            **performing a corresponding one of said series of DCT operations."**

6        271.    As explained below, I conclude that Broadcom's TCS software meets claim 5 both

7    literally and under the doctrine of equivalents.

8        272.    As explained above, I understand and adopt the Court's construction of the term

9    DCT.

10       *Infringement Based On Compliance With AVC Standard*

11       273.    As explained in my opening infringement report, it is extremely unlikely that a

12   commercial AVC encoder could be implemented without practicing claim 5 literally.  As set forth

13   above, the VideoCore III and TCS products each contain an AVC-compliant encoder.  For at least

14   this reason, the VideoCore III and TCS products each meet claim 5 literally, or if not literally, then

15   under the doctrine of equivalents.

16       *Infringement Based On Product Design Documentation*

17           • **Toshiba Creation System**

18       274.    As explained above in conjunction with claims 3 and 13, the software for performing

19   DCT transforms in Broadcom's TCS software comprises a plurality of single DCT routines, each of

20   which performs a corresponding one of the series of DCT operations.  Specifically, the 4x4 "core"

21   transform, *esp.* in conjunction with the post-scaling operations, comprise a first DCT routine, and the

22   2x2 DC coefficient transform comprises the second DCT routine.  Alternatively, the

23   *MBsChromaXform* function comprises the DCT means because it comprises a set of four function

24   calls to *TwoD_ForT_Res*, each of which provides a single DCT means by performing a 4x4 integer

25   transform.

26       275.    As described above in conjunction with claims 3 and 13, the 4x4 integer transform

27   and 2x2 Hadamard performed on chroma data in TCS each is literally the same as, and equivalent to,

28   a discrete cosine transform.  Accordingly, TCS meets claim 5 under the doctrine of equivalents.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    83                    CASE NO. 05CV1958 B(BLM)
443196_12                                                                    OUTSIDE ATTORNEYS' EYES ONLY
                                                                             SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___ PAGE __214__

276.   Because, as described above, the TCS software performs operations identical to those recited in claim 5, there exist no substantial differences between TCS and claim 5.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 5 under the doctrine of equivalents.

277.   For the reasons explained above, TCS literally meets each element of claim 5 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 5 and thus infringes claim 5 under the doctrine of equivalents.

**D.     Claim 7**

278.   Claim 7 recites:

> **"7. The apparatus of claim 3 wherein said at least one block of data comprises pixel data."**

279.   As explained below, I conclude that Broadcom's TCS software meets claim 7 both literally and under the doctrine of equivalents.

280.   As explained above, I understand and adopt the Court's construction of the terms pixel and pixel data.

***Infringement Based On Compliance With AVC Standard***

281.   As explained in my opening infringement report, it is extremely unlikely that a commercial AVC encoder could be implemented without practicing claim 7 either literally or under the doctrine of equivalents.  As set forth above, the VideoCore III and TCS products each contain an AVC-compliant encoder.  For at least this reason, the VideoCore III and TCS products each meet claim 7 literally, or if not literally, then under the doctrine of equivalents.

***Infringement Based On Product Design Documentation***

• **Toshiba Creation System**

282.   As explained above in the discussion of claim element 3a, Broadcom's TCS software comprises a discrete quadtree means capable of receiving pixel data in the form of chroma residual data.  Thus, I conclude, that Broadcom's TCS software meets claim 7 literally.  Moreover, I conclude that TCS meets claim 7 literally for the same reasons explained previously why residual data is at least equivalent to pixel data.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                84

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __215__

283.    Because, as described above, the TCS software performs operations identical to those recited in claim 7, there exist no substantial differences between TCS and claim 7.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 7 under the doctrine of equivalents.

284.    For the reasons explained above, TCS literally meets each element of claim 7 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 7 and thus infringes claim 7 under the doctrine of equivalents.

## X.    BROADCOM'S INFRINGEMENT OF THE '767 PATENT

285.    It is my opinion that Broadcom's TCS software meets every limitation of, and therefore infringes, claims 1, 2, 5-9, 18, 19, and 21-24 literally and/or under the doctrine of equivalents.

### A.    Claim 1

286.    The preamble of claim 1 recites:

**[1pre]  "1. An interframe video compression system comprising:"**

287.    I interpret the preamble of claim 1 as merely setting forth a context or intended use for the limitations set forth below, and I understand that the Court construed certain terms in the preamble of claim 1 to provide context for the jury but did not rule that the preamble is a limitation. Accordingly, the preamble of claim 1 does not limit the claim, and I thus need not analyze in this report whether the preamble language is met by the TCS software.  In the event that the Court rules that the preamble of claim 1 is limiting, I reserve the right to supplement my opinions regarding claim 1.

288.    Claim 1 covers an apparatus comprising the following limitations.

**[1a]  "a first motion predictor having an input for receiving a block of pixel data and having an output for providing a first image prediction;"**

289.    As explained below, I conclude that Broadcom's TCS software meets claim element 1a both literally and under the doctrine of equivalents.

290.    I understand that the Court has construed the term "motion predictor" to mean "an element capable of finding a block in one or more video frames that is similar to a block in another

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                85

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT  M       PAGE  216

1   video frame," and I adopt that construction in this declaration.  I understand that the Court has

2   construed the term "block of pixel data" to mean "a set of values specifying the brightness and/or

3   color of pixels in a rectangular array of pixels.  A pixel is a contraction of 'picture element,' the

4   smallest addressable element in an electronic display," and I adopt that construction in this

5   declaration.  I understand that the Court has construed the term "image prediction" to mean "data

6   indicating, for a particular block of a video frame, which block(s) of one or more other video frames

7   are similar," and I adopt that construction in this declaration.

8         291.   The *EncodeMacroblock()* function in Broadcom's TCS software provides an

9   interframe compression system, *i.e.*, a system capable of reducing the amount of data used to

10   represent a video frame with reference to the data used to represent one or more other video frames.

11   *EncodeMacroblock()* accepts various arguments that include pixel data to be encoded

12   (*ePictureStructure*), a quantization parameter (*QP*), and a set of reference pictures (*pRefPicList*).[244]

13   After a series of initialization and setup instructions, *EncodeMacroblock()* extracts a macroblock of

14   luma (Y), chroma U, and chroma V data from the frame of pixel data and stores it in the variable

15   *mbYuvData*.[245]  It is clear that *mbYuvData* represents a set of values specifying the brightness and/or

16   color of pixels in a rectangular array of pixels because of its name, which contains the letters Y, U,

17   and V representing luma (brightness), chroma Cb (color), and chroma Cr (color) data; comments in

18   nearby instructions such as "Get the MB out of the input frame";[246] and other factors, including the

19   names of other variables involved in creating *mbYuvData* and whose names also include the letters

20   Y, U, and V, such as *YInputMB*, *UInputMB*, *VInputMB*, *picYUVData*, and others.[247]  Accordingly,

21   the variables *ePictureStructure* , *picYUVData*, *mbYuvData*, *YInputMB*, *UInputMB*, and *VInputMB*

22   represent pixel data.

23

---

24   [244] macroblock.cpp, BCM2-SD3-SC-05938 at 216-1442.

25   [245] macroblock.cpp, BCM2-SD3-SC-05938 at 334-36 (extracting and storing the Y, U, and V pixel
     data constituting one macroblock into the variables *YInputMB*, *UInputMB*, and *VInputMB*,

26        respectively); 496 (creating the *mbYuvData* variable as an array of *YInputMB*, *UInputMB*, and
     *VInputMB*).

27   [246] macroblock.cpp, BCM2-SD3-SC-05938 at 333.

28   [247] macroblock.cpp, BCM2-SD3-SC-05938 at 334-36, 496.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     86

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

292.    *EncodeMacroblock()* calls the function *MbMotionEst()*,[248] passing it a pointer to a macroblock prediction variable (*mbEstData*), a pointer to the pixel data (*mbYuvData*), and the quantization parameter (*QP*), among other variables.[249]  As will be explained below, *mbEstData* points to a macroblock motion prediction generated within *MbMotionEst()*.  *MbMotionEst()* receives as arguments a pointer to the motion prediction (*mbEstData*),[250] a pointer to the YUV pixel data (*mbCurData*),[251] and the quantization parameter (QP).[252]

293.    First, *MbMotionEst()* calls *MbMotionEstDec()*,[253] passing it the current macroblock of pixel data in the form of the local pointer variable *mbCurData*.[254]  *MbMotionEstDec()*, in turn, calls one or more functions depending on the variables *bTwoPass* and *refineStructP2*, the values of which cause the TCS software to follow one of three possible paths.  *MbMotionEstDec()* follows what I will call "path 1" if the variable *bTwoPass* is "true" and if the variable *refineStructP2* is not equal to 0.[255]  *MbMotionEstDec()* follows what I will call "path 2" if *bTwoPass* is "true" and if *refineStructP2* is equal to 0.[256]  Otherwise, if *bTwoPass* is "false," then *MbMotionEstDec()* follows what I will call "path 3."[257]  Under path 1, *MbMotionEstDec()* calls the *MbMotionEstRefineP2()* function.[258]  Under path 2, *MbMotionEstDec()* calls the *MbMotionEstCoarseP2()* function followed by the *MbMotionEstFine()* function.[259]  Under path 3, *MbMotionEstDec()* calls the *MbMotionEstCoarse()* function.[260]  In this report, I will refer to the *MbMotionEstRefineP2()*,

---

[248] *MbMotionEst()* begins at motionEst.cpp, BCM2-SD3-SC-05565 at 1327.

[249] macroblock.cpp, BCM2-SD3-SC-05938 at 500.

[250] motionEst.cpp, BCM2-SD3-SC-05565 at 1327.

[251] motionEst.cpp, BCM2-SD3-SC-05565 at 1328.

[252] motionEst.cpp, BCM2-SD3-SC-05565 at 1333.

[253] motionEst.cpp, BCM2-SD3-SC-05565 at 1497.

[254] motionEst.cpp, BCM2-SD3-SC-05565 at 2544.

[255] motionEst.cpp, BCM2-SD3-SC-05565 at 2732-2733.

[256] motionEst.cpp, BCM2-SD3-SC-05565 at 2741.

[257] motionEst.cpp, BCM2-SD3-SC-05565 at 2783.

[258] motionEst.cpp, BCM2-SD3-SC-05565 at 2732-40.

[259] motionEst.cpp, BCM2-SD3-SC-05565 at 2741-62.

[260] motionEst.cpp, BCM2-SD3-SC-05565 at 2783-804.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                87

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __218__

1  *MbMotionEstCoarseP2()*, *MbMotionEstCoarse()*, and *MbMotionEstFine()* functions as the "motion

2  estimation" functions.

3      294.    The motion estimation functions follow a nested loop structure to produce image

4  predictions. For each reference picture,[261] TCS invokes the functions corresponding to either path 1,

5  2, or 3.[262] For each path, the corresponding motion estimation function takes both the current

6  macroblock of pixel data and the reference frame of pixel data as inputs.[263] The motion estimation

7  function then loops over one or more search positions in the reference frame.[264] For each search

8  position, the motion estimation function fetches the corresponding 16x16 reference block of pixel

9  data. Put another way, the motion estimation function fetches the sixteen 4x4 blocks of pixel data

10  from the reference frame corresponding to the search position.[265] Then, the motion estimation

11  function calculates the sum-of-absolute-differences (SAD) for each 4x4 pixel block[266] and combines

12  those SAD calculations to produce SADs corresponding to various partition and sub-partition sizes.

13  For example, one 16x16 SAD is produced by summing the sixteen 4x4 SADs. Similarly two 16x8

14  SADs are produced, one corresponding to each 16x8 partition, and two 8x16 SADs are produced,

15  one corresponding to each 8x16 partition. Likewise, four 8x8 SADs, eight 8x4 SADs, and eight 4x8

16  SADs are produced, each corresponding to a partition or sub-partition.[267] TCS performs these SAD

17  calculations separately for each search position. Accordingly, for $n$ search positions, TCS produces

18  $n$ 16x16 SADs, $2n$ 16x8 SADs, $2n$ 8x16 SADs, $4n$ 8x8 SADs, $8n$ 8x4 SADs, $8n$ 4x8 SADs, and $16n$

19  4x4 SADs.

20      295.    Next, each motion estimation function determines the motion vector that corresponds

21

22  _____

[261] motionEst.cpp, BCM2-SD3-SC-05565 at 2643 (setting up loop through lists of reference
23  pictures); 2644 (for a given reference list, setting up loop for each reference picture in that list).
[262] motionEst.cpp, BCM2-SD3-SC-05565 at 2735 (path 1); 2742 (path 2); 2785 (path 3).
24  [263] motionEst.cpp, BCM2-SD3-SC04205-04207 at 7286-7851 (path 1), BCM2-SD3-SC04204-205
25  (path 2), BCM2-SD3-SC04187-188 (path 3), where the motion estimation functions are defined.
[264] motionEst.cpp, BCM2-SD3-SC-04183 at 2845.
26  [265] motionEst.cpp, BCM2-SD3-SC-04183 at 2851.
27  [266] The SAD calculation is described in detail in conjunction with claim element 1b.
[267] motionEst.cpp, BCM2-SD3-SC-04191 at 4774-4782.
28

EXHIBIT ___M___ PAGE ___219___

1   to the lowest SAD for each partition.  For example, it compares the *n* 16x16 SADs and outputs the

2   motion vector corresponding to the lowest.[268]  It also outputs the motion vector corresponding to the

3   lowest SAD for a left-side 16x8 partition, as well as the motion vector corresponding to the lowest

4   SAD for a right-side 16x8 partition.[269]  Similarly, it outputs two motion vectors for the 8x16

5   partitions, one each corresponding to the lowest SAD value for the bottom and top partitions,

6   respectively.[270]  It also outputs four motion vectors for the 8x8 case, one each corresponding to the

7   lowest SAD value associated with the top left, top right, bottom left, and bottom right partitions,

8   respectively.[271]  Each motion estimation function then returns to *MbMotionEstModeDec()* the cost

9   associated with each motion vector.[272]

10           296.    Because the motion estimation functions are capable of operating on multiple

11  reference frames, the motion estimation functions may return several sets of costs to

12  *MbMotionEstModeDec()*.  For example, for *m* reference frames, the motion estimation functions

13  return *m* 16x16 Costs, 2*m* 16x8 Costs, 2*m* 8x16 Costs, 4*m* 8x8 Costs, 8*m* 8x4 Costs, 8*m* 4x8 Costs,

14  and 16*m* 4x4 Costs.  *MbMotionEstModeDec()* then identifies the motion vector corresponding to the

15  lowest-cost partition among all of the reference frames.  In other words, *MbMotionEstModeDec()*

16  identifies the motion vectors that correspond to the lowest-cost 16x16 block of reference pixel

17  data,[273] the lowest-cost 16x8 left and right partitions,[274] the lowest-cost 8x16 top and bottom

18  partitions,[275] and the lowest-cost 8x8 partitions (top left, top right, bottom left, and bottom right).[276]

19  The motion vectors identified by *MbMotionEstModeDec()* are stored at the location represented by

20

21  _____

22  [268] motionEst.cpp, BCM2-SD3-SC-04192-04193 at 5083-5165 (mbmodeIdx=0).

23  [269] motionEst.cpp, BCM2-SD3-SC-04192-04193 at 5083-5165 (mbmodIdx=1).

    [270] motionEst.cpp, BCM2-SD3-SC-04192-04193 at 5083-5165 (mbmodIdx=2).

24  [271] motionEst.cpp, BCM2-SD3-SC-04192-04193 at 5083-5165 (mbmodIdx=3).

25  [272] motionEst.cpp, BCM2-SD3-SC-04193 at 5180.

    [273] motionEst.cpp, BCM2-SD3-SC-04183 at 2851.

26  [274] motionEst.cpp, BCM2-SD3-SC-04183 at 2856.

27  [275] motionEst.cpp, BCM2-SD3-SC-04183 at 2861.

28  [276] motionEst.cpp, BCM2-SD3-SC-04183 at 2866.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    89

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __220__

1    the *MbEstdata* pointer and thereby made available to *MbMotionEst()*, the calling function.[277]

2    297.    Next, *MbMotionEst()* calls *MbMotionEstPred()*, passing it the pointer to the lowest-

3    cost motion vectors, *i.e.*, *MbEstdata*.  *MbMotionEstPred()* separately evaluates the lowest-cost

4    motion vector(s) associated with each partitioning mode via a "for" loop,[278] with the iterations of the

5    loop corresponding to 16x16 mode,[279] 16x8 mode,[280] 8x16 mode,[281] and 8x8 mode,[282] respectively.

6    Separately for each partitioning mode, *MbMotionEstPred()* calls

7    *motionCompBase.MbMotionComp()* to retrieve the pixel values corresponding to the motion vectors

8    of that mode, passing *motionCompBase.MbMotionComp()* pointers to both the motion vectors and

9    motion vector predictions (*pMbVecData*) and the corresponding reference pixel values

10   (*pMbPredData*).[283]  Thus, the motion vector is output from *MbMotionEstPred()* to

11   *motionCompBase.MbMotionComp()*, and the corresponding reference pixel values are returned.

12   *MbMotionEstPred()* then outputs those reference pixel values to a distortion calculator, as described

13   below in conjunction with claim elements 1b and 1d.

14   298.    Consequently, for each mode, *MbMotionEstPred()* outputs at least one image

15   prediction because each motion vector, motion vector prediction, and or block(s) of corresponding

16   reference pixels represent a block in one or more reference frames that are similar to a block in the

17   current frame, *i.e.*, the current macroblock.[284]  As described above, the generation of each such

18   image prediction begins in one of the motion estimation functions, specifically, with the instructions

19   associated with one iteration of the loops corresponding to (1) the candidate motion vector

20   associated with the image prediction and (2) the reference frame from which the block of pixel

21

---

22   [277] motionEst.cpp, BCM2-SD3-SC-04178 at 1497.

      [278] motionEst.cpp, BCM2-SD3-SC-05565 at 2364-459.

23   [279] *Id.* at 2370.

24   [280] *Id.* at 2376.

      [281] *Id.* at 2382.

25   [282] *Id.* at 2388.

26   [283] *Id.* at 2417-21.

27   [284] Alternatively, *MbMotionEstCoarse()* constitutes the output for providing a first image prediction
         because it generates and outputs the motion vector and motion vector difference corresponding to
         the associated block of reference pixels.

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                                    CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS              90              OUTSIDE ATTORNEYS' EYES ONLY
                                                                 SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __221__

1   values were taken.

2       299.    For example, let $mv_1$ represent the motion vector associated with the left partition of

3   the 16x8 image prediction, and let $mv_2$ represent a different motion vector that is associated with one

4   partition of the 8x8 image prediction. (For convenience, I will arbitrarily assume $mv_2$ is associated

5   with the top left 8x8 partition.) Accordingly, the first motion predictor comprises instructions for

6   performing the following functions: iterating through the loop of the motion estimation function that

7   retrieved the block(s) of reference pixel values associated with $mv_1$ from the reference frame;

8   calculating the 4x4 SAD values that operated on those pixel values; accumulating selected ones of

9   the 4x4 SAD values into a 16x8 SAD value; selecting that 16x8 SAD value over 16x8 SAD values

10   associated with other motion vectors; calculating the cost of the image prediction associated with

11   $mv_1$; and performing the iteration of *MbEstPred()* that output $mv_1$, the corresponding motion vector

12   difference, and the 16x8 block of reference pixel values corresponding to the left partition of the

13   image prediction.[285]

14       300.    Similarly, a second motion predictor is provided by instructions for performing the

15   following functions: iterating through the loop of the motion estimation function that retrieved the

16   block(s) of reference pixel values associated with $mv_2$ from the reference frame; calculating the 4x4

17   SAD values that operated on those pixel values; accumulating selected ones of the 4x4 SAD values

18   into a 8x8 SAD value; selecting that 8x8 SAD value over 8x8 SAD values associated with other

19   motion vectors; calculating the cost of the image prediction associated with $mv_2$; and performing

20   iteration of *MbEstPred()* that output $mv_2$, the corresponding motion vector difference, and the

21   corresponding 8x8 block of reference pixel values[286] as described above.[287]

22

---

23   [285] Alternatively, the output of the first motion predictor is provided by the iteration of

24   *MbMotionEstModeDec()* corresponding to the 16x8 left partition loop, which, for the reasons described above, outputs both $mv_1$ and the associated motion vector difference. In that case, either

25   $mv_1$, the motion vector difference, or both together constitute the first image prediction.

26   [286] Because any 8x8 block of pixel values constitutes four 4x4 blocks of pixel values, the 4x4 blocks may be viewed as image predictions. Such 4x4 blocks would be directly traceable to the 4x4 SAD

27   calculations described above, which take a 4x4 block of current macroblock data and a 4x4 block of reference pixel data as input.

28   [287] Alternatively, the output of additional motion predictors is provided by the iteration of *MbMotionEstModeDec()* corresponding to the 8x8 top-left and top-right partition loops, which, for

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS    91

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __222__

301.     Note that, though I selected the prediction of the left 16x8 partition and the prediction of the top left 8x8 partition for the example above, the same conclusions would follow if I had chosen any partition from each of two of the partitioning modes, *i.e.*, the 16x16, 16x8, 8x16, and 8x8 modes.  In fact, this logic would show that TCS provides nine distinct motion predictors:  one for the 16x16 partition, two for the 16x8 partitions, two for the 8x16 partitions, and four for the 8x8 partitions.

302.     Thus, TCS provides a plurality of motion predictors each generating one or more image predictions.  Each of those motion predictors individually literally satisfies the "first motion predictor" recited by claim 1.

303.     Because, as described above, the TCS software performs operations identical to those recited in claim element 1a, there exist no substantial differences between TCS and claim element 1a.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 1a under the doctrine of equivalents.

**[1b]  "a first distortion calculator having a first input for receiving said block of pixel data and having a second input for receiving said first image prediction and having an output for providing a first distortion value;"**

304.     As explained below, I conclude that Broadcom's TCS software meets claim element 1b both literally and under the doctrine of equivalents.[288]

305.     I understand that the Court has construed the term "distortion calculator" to mean "an element capable of calculating distortion.  Distortion is a measure of the closeness of the match between two data sets," and I adopt that construction in this declaration.  I understand that the Court has construed the term "distortion value" to mean "a value quantifying the extent of distortion present," and I adopt that construction in this declaration.  As explained above, I understand and adopt the Court's constructions of "block of pixel data" and "image prediction."

---

the reasons described above, output $mv_2$, the motion vector associated with the top-right 8x8 partition, and the associated motion vector differences.  In that case, either the motion vectors, the motion vector difference, or the combination constitute additional image predictions.

[288] *See also* 8/22/04 Gordon Depo Tr. at 88:10-96:21 (admitting that TCS uses distortion to select between different block sizes, *i.e.*, AVC partitioning modes).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS

443196_12

92

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE 223

306.     The *MbMotionPred()* function,[289] which is called in *MbMotionEst()* after *MbMotionEstModeDec()* terminates,[290] provides multiple distortion calculators.  For the reasons explained below, the first such distortion calculator, *i.e.*, the one called to calculate the distortion associated with the first image prediction (*e.g.*, the image prediction corresponding to the left 16x8 partition), literally satisfies the "first distortion calculator" of claim element 1b.

307.     As described above in conjunction with claim element 1a, *MbMotionPred()* provides the output for the first image prediction.  After the reference pixel data associated with the first image prediction is generated by *motionCompBase.MbMotionComp()*, that *MbMotionPred()* calls one of three distortion functions, either *ArraySad()*, *ArraySatd()*, or *ArraySSD()*, depending on the value of the *finalPredictionCost* variable.[291]  Each time *ArraySad()*, *ArraySatd()*, or *ArraySSD()* is called, a distinct structure is formed in the processor executing that function,[292] thereby forming a separate and distinct distortion calculator to calculate the distortion between the current macroblock and the luma pixel values associated with the first image prediction.  Next, *MbMotionPred()* calls *ArraySad()*, which accepts as input the chroma pixel values associated with the first image prediction and returns the distortion between the chroma pixel values of the current macroblock and the chroma pixel values associated with the first image prediction.[293]  *MbMotionEstPred()* provides this "total distortion" value to the calling function, *MbMotionEst()*, by storing it in memory at the location represented by the pointer variable *pMbCost*,[294] which, during any given loop for a particular AVC mode, points to the memory location associated with the "cost" of that mode.[295]

---

[289] *MbMotionPred()* is defined at motionEst.cpp, BCM2-SD3-SC-05565 at 2357.

[290] *MbMotionest()* calls *MbMotionPred()* at line 1546 of motionEst.cpp (BCM2-SD3-SC-04173).

[291] motionEst.cpp, BCM2-SD3-SC-05565 at 2430 (if *finalPredictionCost* equals 0, then *ArraySad()* is called); 2436 (if *finalPredictionCost* equals 1, then *ArraySatd()* is called); 2443 (if *finalPredictionCost* equals 2, then *ArraySSD()* is called).  *See also* motionEst.cpp, BCM2-SD3-SC-05565 at 990-95, 1544 (setting *finalPredictionCost* to default value of 0).

[292] M. Morris Mano, "*Digital Design*", Third Edition, Prentice Hall (2002), a true and correct copy of which is attached as Exhibit 12.

[293] motionEst.cpp, BCM2-SD3-SC-05565 at 2444.

[294] motionEst.cpp, BCM2-SD3-SC-05565 at 2431, 2438, 2444, 2453.

[295] motionEst.cpp, BCM2-SD3-SC-05565 at 2373 (pointing to cost associated with 16x16 mode); 2379 (pointing to cost associated with 16x8 mode); 2385 (pointing to cost associated with 8x16

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS      93      CASE NO. 05CV1958 B(BLM) OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE __224__

1  Thus, the call to a luma distortion function (either *ArraySad()*, *ArraySatd()*, and *ArraySSD()*) alone,

2  the call to the chroma distortion function (*ArraySad()*) alone, or the sequence of those calls together,

3  provides a first distortion calculator.  Consequently, the input recited by claim element 1b is

4  provided by the function call to the first distortion function, and the output recited by claim element

5  1b is provided by the instruction at line 2453 of *MbMotionEstPred()*, which assigns the total

6  distortion sum to *pMbCost*.[296]  Alternatively, the recited input is provided by the function calls to

7  *ArraySad()* at line 2543, and/or the recited output is provided by either the output of any one of the

8  distortion function calls or the output of the *MbMotionEstPred()* function.

9       308.     Some combination of the distortion calculation instructions at lines 2431-56 of

10  *MbMotionEstPred()* are called repeatedly, once for each AVC partitioning mode.  Each iteration of

11  those instructions is a separate and distinct distortion calculator.  Each time a set of software

12  instructions is executed repeatedly within a loop, each iteration of that execution forms a distinct

13  structure because each iteration causes the processor to become separately and distinctly configured

14  to process the associated instructions.  For the same reason, each time a software function is called, it

15  creates a distinct physical configuration in the processor on which its instructions are being

16  executed.  Moreover, any time a function is called multiple times with different data, or each time a

17  set of instructions is executed multiple times within a loop with different data, each function call or

18  iteration is a separate and distinct structure because the different data causes the configuration to

19  change from one function call to the next, or one iteration to the next.[297]

20       309.     Each of these reasons supports my conclusion that the distortion calculation

21  instructions at lines 2431-56 form a separate distortion calculator for each AVC partitioning mode.

22  First, each execution of those instructions comprises one iteration of a loop, each iteration associated

23  with a different partitioning mode.[298]  Second, those instructions result in two function calls:  one

24

25  mode); 2391 (pointing to cost associated with 8x8 mode).

26  [296] motionEst.cpp, BCM2-SD3-SC-05565 at 2453.

27  [297] Ex. 12 (*Digital Design*).

28  [298] motionEst.cpp, BCM2-SD3-SC-05565 at 2364 (*mbModeIdx*, which represents the current partition, is the loop variable).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

94

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT** M **PAGE** 225

1  function call to either *ArraySad()*, *ArraySatd()*, and *ArraySSD()*, and one function call to *ArraySad()*.

2  Third, except under rare circumstances, the pixel values associated with the image predictions input

3  to the distortion instructions are different for each partition.

4      310.  My basis for concluding that the *ArraySad()*, *ArraySatd()*, and *ArraySSD()* functions

5  constitute distortion calculators is as follows.  *MbMotionEstPred()* passes each of the distortion

6  calculator functions both the luma pixel data for the current macroblock (*mbCurData*)[299] and the

7  luma pixel values associated with the prediction data corresponding to the current mode

8  (*pMbPredData*).[300]

9      311.  *ArraySad()* constitutes a distortion calculator because it calculates and returns a

10  measure of the closeness of the match between the two data sets *mbCurData* and *pMbPredData*.

11  Specifically, the distortion metric of *ArraySad()* is the sum-of-absolute-differences, or SAD.  To

12  calculate the SAD metric, *ArraySad()* calculates the element-by-element difference between

13  corresponding values of *mbCurData* and *pMbPredData*[301] and accumulates those differences into a

14  sum.[302]  The SAD metric is a measure of the closeness of the match between two data sets because,

15  the more different the data sets, the higher the accumulated sum.  Put another way, the smaller the

16  SAD sum, the closer the match.  *ArraySad()* returns the value of the SAD metric via the *nSAD*

17  variable.[303]  Because the SAD metric quantifies the extent of distortion present between *mbCurData*

18  and *pMbPredData*, it literally satisfies the "distortion value" language of claim element 1b.

19      312.  *ArraySatd()* constitutes a distortion calculator because it calculates and returns a

20  measure of the closeness of the match between the two data sets *mbCurData* and *pMbPredData*.

21  

---

22  [299] motionEst.cpp, BCM2-SD3-SC-05565 at 2358 (*MbMotionEstPred()* receives *mbCurData* as an argument); *id.* at 2431, 2438, 2444 (passing *mbCurData* to *ArraySad()*, *ArraySatd()*, and *ArraySSD()*, respectively).

23  

24  [300] motionEst.cpp, BCM2-SD3-SC-05565 at 2357 (*MbMotionEstPred()* receives the array of "best" macroblock predictions, *mbEstData*, as an argument); *id.* at 2369-2408 (*MbMotionEstPred()* assigns the "best" macroblock prediction for the current mode to *pMbPredData*); *id.* at 2432, 2439, 2445 (passing *pMbPredData* to *ArraySad()*, *ArraySatd()*, and *ArraySSD()*, respectively).

25  

26  [301] array2d.h, BCM2-SD3-SC-05926 at 348 ("dstStride++ - srcStride++"); *see also id.* at 360-65.

27  [302] *Id.* at 348 ("nSad += abs (…) "); *see also id.* at 360-65.

28  [303] array2d.h, BCM2-SD3-SC-05926 at 367.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS     95     CASE NO. 05CV1958 B(BLM) OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT M PAGE 226

Specifically, the distortion metric of *ArraySatd()* is the sum-of-absolute-transformed-differences, or SATD. To calculate the SATD metric, *ArraySatd()* first calculates the element-by-element difference between corresponding values of *mbCurData* and *pMbPredData*.[304] Next, ArraySatd() calculates the 4x4 integer transform of the resulting differences.[305] Finally, *ArraySatd()* accumulates the Hadamard transform coefficients into a sum[306] and divides the sum by 4.[307] The SATD metric is a measure of the closeness of the match between two data sets because, the more different the data sets, the higher the accumulated sum. Put another way, the smaller the SATD sum, the closer the match. *ArraySatd()* returns the value of the SATD metric via the *nSATD* variable.[308] Because the SATD metric quantifies the extent of distortion present between *mbCurData* and *pMbPredData*, it literally satisfies the "distortion value" language of claim element 1b.

313. *ArraySSD()* constitutes a distortion calculator because it calculates and returns a measure of the closeness of the match between the two data sets *mbCurData* and *pMbPredData*. Specifically, the distortion metric of *ArraySSD()* is the sum-of-squared-differences, or SSD. To calculate the SSD metric, *ArraySSD()* calculates the element-by-element difference between corresponding values of *mbCurData* and *pMbPredData*[309] and accumulates those differences into a sum.[310] The SSD metric is a measure of the closeness of the match between two data sets because the more different the data sets, the higher the accumulated sum. Put another way, the smaller the SSD sum, the closer the match. *ArraySSD()* returns the value of the SSD metric via the *nSSD* variable.[311] Because the SSD metric quantifies the extent of distortion present between *mbCurData* and *pMbPredData*, it literally satisfies the "distortion value" of claim element 1b.

---

[304] array2d.h, BCM2-SD3-SC-05926 at 500-09; *see also id.* at 535-37.

[305] *Id.* at 511; *see also id.* at 540.

[306] *Id.* at 512-15; *see also id.* at 541-45.

[307] array2d.h, BCM2-SD3-SC-05926 at 549.

[308] array2d.h, BCM2-SD3-SC-05926 at 549.

[309] array2d.h, BCM2-SD3-SC-05926 at 414 ("nDiff = *pDst++ - *pSrc++"); *see also id.* at 429-30 ("nDiff = (dst.Value(…) - src.Value(…)").

[310] *Id.* at 415 ("nSSD += nDiff * nDiff"); *see also id.* at 431 ("nSSD += nDiff * nDiff").

[311] array2d.h, BCM2-SD3-SC-05926 at 435.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          96

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

314.    Because, as described above, the TCS software performs operations identical to those recited in claim element 1b, there exist no substantial differences between TCS and claim element 1b. If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 1b under the doctrine of equivalents.

**[1c]  "at least one additional motion predictor provided in parallel with said first motion predictor having an input for receiving said block of pixel data and having an output for providing additional image predictions;"**

315.    As explained below, I conclude that Broadcom's TCS software meets claim element 1c both literally and under the doctrine of equivalents.

316.    I understand that the Court has construed the term "provided in parallel with" to mean "provided to operate independently and in the same step of the process and before the comparison is made," and I adopt that construction in this declaration.  As explained above, I understand and adopt the Court's constructions of "motion predictor," "block of pixel data," and "image predictions."

317.    As explained above in conjunction with claim element 1a, TCS provides multiple motion predictors, one of which generates the first, *e.g.*, 16x8 image prediction, and others that generate image predictions corresponding to respective macroblock partitions.  Accordingly, any of the motion predictors that generates an image prediction corresponding to a macroblock other than that associated with the first image prediction literally satisfies the "at least one additional motion predictor" of claim element 1c.  For example, if the image prediction associated with the left 16x8 partition is chosen as the first image prediction of claim element 1a, then the image predictions corresponding to the partitions of the 8x16 mode literally satisfy the "additional image predictions" of claim element 1c, and the motion predictor that generated those additional image predictions literally satisfies the "additional motion predictor."  Similarly, the image predictions corresponding to the partitions of the 8x8 mode literally satisfy the "additional image predictions," and the motion predictor that generated them literally satisfies the "additional motion predictor."

318.    Alternatively, any set of the 4x4 blocks of pixel data that constitute one or more partitions, other than a partition in the macroblock associated with the first image prediction, satisfies the "additional image predictions."  For example, if the first image prediction is satisfied by a block or sub-block of the 16x16 predicted macroblock, then the additional image predictions can

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS

97

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __228__

1    be literally satisfied by any one of the following:  the two 16x8 blocks of pixel data representing the

2    16x8 partitions; the eight 4x4 blocks of pixel data representing either of the 16x8 partitions; the two

3    8x16 blocks of pixel data representing the 8x16 partitions; the eight 4x4 blocks of pixel data

4    representing either of the 8x16 partitions; the four 8x8 blocks of pixel data representing the 8x8

5    partitions; and the four 4x4 blocks of pixel data representing any one of the 8x8 partitions.[312]

6    Accordingly, the motion predictor that generated any such image prediction constitutes the

7    additional motion predictor.

8            319.    For the reasons explained in conjunction with claim element 1a, and for the reasons

9    that follow, each of these additional motion predictors is provided in parallel with the first motion

10   predictor because each motion predictor operates independently and in the same step of the process

11   and before the comparison of claim element 1e (the "encoding format selector") is made.[313]  As

12   described above, the motion predictors in TCS operates independently of each other motion

13   predictor because each is defined by a separate and distinct set of instructions.  The instructions are

14   separate and distinct either because, as described above, they exist in different functions, they exist

15   in distinct calls to the same function, they exist as the same instructions that are executed during

16   distinct iterations of the program, or some combination of these factors.

17           320.    Also, each motion predictor operates in the same step of the overall encoding process

18   because each is called from within *MbMotionEstModeDec()*.[314]  That step occurs before the

19   comparison is made by the encoding format selector because  *MbMotionEstModeDec()* is called at

20   line 1427 of *MbMotionEst()*[315] whereas, as discussed below in conjunction with claim element 1e,

21

---

22   [312] The preceding are just examples and are not intended to limit the size of the image prediction to
          16x8, 8x16, 8x8, or 4x4 blocks.  Image predictions may be 8x4 or 4x4, for example.

23   [313] I interpret "provided in parallel" consistently with the Court's construction of that term and do
24        not interpret it to require that the first motion predictor operate simultaneously or concurrently
          with the additional motion predictor.  Even if "provided in parallel" did require simultaneous or
25        concurrent operation, however, I would still conclude claim element 1c to be met by TCS, albeit
          under the doctrine of equivalents because, from a software design perspective, there is no
26        substantive difference between operating simultaneously and operating closely in time during the
          same step of a process.

27   [314] motionEst.cpp, BCM2-SD3-SC-04183 at 2735-2959.

28   [315] motionEst.cpp, BCM2-SD3-SC-05565 at 1427.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS            98

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__  PAGE __229__

the encoding format selector is provided by *MbMotionEstModeConsol()*, which is called later, at line 1559 of *MbMotionEst()*.[316]

321.    Even if "parallel" meant "simultaneous" or "concurrent," TCS would still meet claim element 1c literally. It is clear that the first motion predictor and the additional motion predictors operate concurrently because all of the motion predictors share intermediate calculation results. As described above in conjunction with claim element 1a, each motion predictor generates a set of 4x4 SAD values. The 4x4 SAD values are then combined to create 16x16, 16x8, 8x16, 8x8, 8x4, 4x8, and 4x4 SAD values, and are then provided to the other motion predictors for evaluation. Clearly, each motion predictor must begin operation, perform the SAD calculations, and then exchange SAD values with the other motion predictors before the image prediction is complete. For this additional reason, I thus conclude that TCS provides multiple motion predictors both concurrently and in parallel.

322.    Because, as described above, the TCS software performs operations identical to those recited in claim element 1c, there exist no substantial differences between TCS and claim element 1c. If any differences were found to exist, they would be inherently insubstantial. TCS thus satisfies claim element 1c under the doctrine of equivalents.

**[1d]  "a second distortion calculator having a first input for receiving said block of pixel data and having a second input for receiving said additional image predictions and having a first output for providing a second distortion value;"**

323.    As explained below, I conclude that Broadcom's TCS software meets claim element 1d both literally and under the doctrine of equivalents.

324.    As explained above, I understand and adopt the Court's constructions of "distortion calculator," "block of pixel data," and "image predictions."

325.    As described above in conjunction with claim element 1b, *MbMotionEstPred()* provides a distortion calculator for each AVC mode. That is, as *MbMotionEstPred()* loops for each AVC mode, it instantiates a distinct incarnation of the distortion calculator by calling either *ArraySad()*, *ArraySatd()*, or *ArraySSD()* to calculate the distortion of the luma data, in conjunction

---

[316] motionEst.cpp, BCM2-SD3-SC-05565 at 1559.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                99                CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __230__

1   with calling *ArraySad()* to calculate the distortion of the chroma data components.[317]  Because the

2   distortion calculator created in conjunction with any AVC mode provides a distortion calculator, as

3   explained above in conjunction with claim element 1b, any distortion calculator other than the one

4   that serves as the "first distortion calculator" literally meets the recited "second distortion

5   calculator."  In other words, if the distortion calculator associated with the 16x16 mod provides the

6   "first distortion calculator," then any one of the distortion calculators associated with any other mode

7   (16x8, 8x16, 8x8, 8x4, 4x8, or 4x4) literally satisfies the "second distortion calculator" of claim

8   element 1d.

9       326.    Because, as described above, TCS performs operations identical to those recited in

10  claim element 1d, there exist no substantial differences between TCS and claim element 1d.  TCS

11  thus satisfies claim element 1d under the doctrine of equivalents.

12          **[1e] "an encoding format selector having a first input coupled to said first**
            **distortion calculator output and having a second input coupled to said second**
13          **distortion calculator output and having an output for providing a selected**
            **encoding format; and"**
14

15      327.    As explained below, I conclude that Broadcom's TCS software meets claim element

16  1e both literally and under the doctrine of equivalents.

17      328.    I understand that the Court has construed the term "encoding format selector" to

18  mean "an element capable of selecting an encoding format.  An encoding format is a specification of

19  which data associated with the image predictions are to be used in assembling a frame," and I adopt

20  that construction in this declaration.  As explained above, I understand and adopt the Court's

21  constructions of "distortion calculator," "block of pixel data," "image predictions," and "distortion

22  value."

23      329.    After instantiating the distortion calculators via *MbMotionEstPred()*, *MbMotionEst()*

24  calls *MbMotionEstModeConsol()*[318] to select one partitioning mode as the encoding format in

25

26  _____

    [317] Alternatively, either the luma distortion calculation (*ArraySad()*, *ArraySatd()*, or *ArraySSD()*,
27  whichever is chosen), or the chroma distortion calculation (*ArraySad()*) alone comprises the
    second distortion calculator.

28  [318] *MbMotionEstModeConsol()* is defined at line 2057 of motionEst.cpp.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                                    CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS              100              OUTSIDE ATTORNEYS' EYES ONLY
                                                                    SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE 231

accordance with the first and second distortion values.[319]  Then, *MbMotionEstModeConsol()* loops

once for each partitioning mode[320] (including 16x16,[321] 16x8,[322] 8x16,[323] and 8x8[324]).  For each

mode, *MbMotionEstModeConsol()* stores the distortion value for that mode, the same distortion

value calculated in *MbMotionEstPred()*, into the variable *currCost*.[325]  In other words, during the

loop associated with the mode corresponding to the first image prediction,

*MbMotionEstModeConsol()* sets *currCost* to the first distortion value.  Likewise, during the loop

associated with the mode corresponding to the second image prediction, *MbMotionEstModeConsol()*

sets *currCost* to the second distortion value.

330.    At the end of the loop iteration corresponding to each partitioning mode,

*MbMotionEstModeConsol()* determines whether *currCost* represents the lowest distortion value

among the current and previous iterations of the mode loop.  Specifically,

*MbMotionEstModeConsol()* executes the following instructions:[326]

```
2288:    if (bestModeCost > currCost) {
2289:        bestModeIdx  = mbModeIdx;
2290:        bestModeCost = currCost;
2291:    }
```

331.    To interpret the above instructions, it is important to note that, prior to the partitioning

---

[319] motionEst.cpp, BCM2-SD3-SC-05565 at 1559.

[320] motionEst.cpp, BCM2-SD3-SC-05565 at 2104-292.

[321] The 16x16 mode corresponds to *mbModeIdx* = 0, *i.e.*, "case 0" in the switch statement of lines 2106-52.

[322] The 16x8 mode corresponds to *mbModeIdx* = 1, *i.e.*, "case 1" in the switch statement of lines 2106-52.

[323] The 8x16 mode corresponds to *mbModeIdx* = 2, *i.e.*, "case 2" in the switch statement of lines 2106-52.

[324] The 8x8 mode corresponds to *mbModeIdx* = 3, *i.e.*, "case 3" in the switch statement of lines 2106-52.

[325] motionEst.cpp, BCM2-SD3-SC-05565 at 2109 (setting *currCost* to the distortion value calculated for the 16x16 partitioning mode); 2114 (setting *currCost* to the distortion value calculated for the 16x8 partitioning mode); 2119 (setting *currCost* to the distortion value calculated for the 8x16 partitioning mode); 2123 (setting *currCost* to the distortion value calculated for the 8x8 partitioning mode).

[326] motionEst.cpp, BCM2-SD3-SC-05565 at 2288-91.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          101

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1   loop, *bestModeCost* is initialized to a predefined constant value.[327]  Thus, during the first iteration of

2   the loop corresponding to the 16x16 partition, line 2288 queries whether the cost (*currCost*)

3   associated with the 16x16 image prediction is less than *bestModeCost*.  If so, then the variable

4   *bestModeIdx* is set to *mbModeIdx*, the variable that governs the loop, to signify that the current

5   partitioning mode has the lowest cost evaluated so far.  (Prior to the mode loop, *bestModeIdx* is

6   initialized to 0.[328] the value of *mbModeIdx* corresponding to the 16x16 loop iteration.  Thus, these

7   instructions have no real effect during the loop iteration corresponding to the 16x16 partitioning

8   mode.)  Also, if *bestModeCost* is found to be less than *currCost* in line 2288, then *bestModeCost* is

9   updated to hold the cost value corresponding to the 16x16 partitioning mode.

10       332.    During the next iteration of the mode loop, line 2288 queries whether the cost

11   associated with the 16x8 partitioning mode is less than *bestModeCost*.  If so, then *bestModeIdx* is set

12   to the value corresponding to the 16x8 mode, and *bestModeCost* is set to the cost of the 16x8

13   partitioning mode.  These instructions are executed again during the iteration of the mode loop

14   corresponding to 8x16 partitioning, and then again during the iteration corresponding to 8x8

15   partitioning.  Thus, after the mode loop terminates, the value of *bestModeIdx* corresponds to the

16   partitioning mode associated with the lowest cost.

17       333.    As will be explained in greater detail below in conjunction with claim element 1f, the

18   mode identified by *bestModeIdx* determines whether the 16x16, 16x8, 8x16, or 8x8 image prediction

19   is chosen to represent the current macroblock in encoding the current frame.  Thus, *bestModeIdx*

20   represents the selected encoding format because it specifies which data associated with the image

21   predictions are to be used in assembling a frame.  Accordingly, the instructions at lines 2288-90

22   represent the encoding format selector because those instructions select *bestModeIdx*, the encoding

23   format.

24       334.    Because, as described above, the TCS software performs operations identical to those

25   recited in claim element 1d, there exist no substantial differences between TCS and claim element

---

[327] motionEst.cpp, BCM2-SD3-SC-05565 at 2064 (declaring *bestModeCost* and setting it to
MOTION_EST_COST_MAX).

[328] motionEst.cpp, BCM2-SD3-SC-05565 at 2062.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          102

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT** __M__ PAGE __233__

1   1d.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies

2   claim element 1d under the doctrine of equivalents.

3   **[1f]  "encoder having a first input coupled to said encoding format selector output and having an output for providing a selectively encoded residual frame, having a second input for receiving a first displaced frame difference generated in accordance with said first image prediction and having a third input for receiving a second displaced frame difference generated in accordance with said second image prediction and for selectively encoding said first displaced frame difference and said second displaced frame difference in accordance with said selected encoding format."**

8   335.   As explained below, I conclude that Broadcom's TCS software meets claim element

9   1f under the doctrine of equivalents.

10   336.   I understand that the Court has construed the term "encoder" to mean "an element

11   capable of expressing one form of data in another form, including but not limited to compression,"

12   and I adopt that construction in this declaration.  I understand that the Court has construed the term

13   "residual frame" to mean "data remaining after a predicted frame has been subtracted from a current

14   frame of data," and I adopt that construction in this declaration.  I understand that the Court has

15   construed the term "displaced frame difference" to mean "the result of subtracting a block in a

16   reference frame from a block in a current frame, or the result of subtracting a predicted frame from a

17   current frame," and I adopt that construction in this declaration.  As explained above, I understand

18   and adopt the Court's constructions of "distortion calculator" and "encoding format."

19   337.   As a preliminary matter, I interpret the phrase "second image prediction" in claim

20   element 1f to refer to the "additional image predictions" of claim element 1c.  It is clear from the

21   structure of claim 1, especially in light of the specification, that claim 1 represents an encoder that

22   considers two alternative sets of image predictions in determining how to create the selectively

23   encoded residual frame.  Consistent with the teaching of the '767 Patent, claim 1 generates two sets

24   of image predictions, the first and "additional" image predictions, calculates the distortion of each,

25   and then selects an encoding format based on the distortion.  Claim element 1f then creates a residual

26   frame based on displaced frame differences associated with those image predictions.  Not only is that

27   the only logical explanation for the "second image prediction," it is consistent with the teachings of

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

103

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT  M  PH~  234

1  the '767 Patent.[329]

2       338.    Before terminating, *MbMotionEstModeConsol()* invalidates all of the image

3  predictions, except for the image prediction identified by *bestModeIdx*.[330]  The instructions that

4  perform the invalidation are governed by an "if" statement inside of another loop that iterates

5  through the various partitioning modes.  The "if" statement evaluates *bestModeIdx* to determine

6  whether the current loop iteration corresponds to the selected partitioning mode.  If not, then the

7  instructions within the "if" statement invalidate the image prediction associated with the current

8  mode.  If so, then those instructions are not executed, and the image prediction is left intact.

9  Accordingly, only the image prediction associated with *bestModeIdx* remains intact following the

10  loop.

11       339.    Control then passes back to *MbMotionEst()* and then to *EncodeMacroblock()*.

12  *EncodeMacroblock()* next determines whether to encode the current macroblock using intra

13  prediction or inter prediction.[331]  If inter prediction is chosen,[332] then *EncodeMacroblock()* calls the

14  *FormResidual()* function to form a residual, *i.e.*, a subtraction of the pixel data prediction from the

15  data associated with the current macroblock, based on the selected image prediction.[333]  The residual

16  constitutes a displaced frame difference (DFD) because it is the result of subtracting a block in a

17

---

[329] *See, e.g.,* '767 Patent (Abstract), Fig. 7 (selecting a partitioning mode based on distortion), 2:58-67 ("providing a first data prediction by selecting a most similar block of pixel data from a first reference block of data wherein the first reference block of data is a block of data from a previous frame or a combination of blocks of data from previous frames of data, and at least one additional selection means for providing additional predictions of the block of pixel data as combinations of predictions or small sub-blocks of pixel data by selecting sets of most similar sub-blocks of pixel data from additional reference blocks of data").

[330] motionEst.cpp, BCM2-SD3-SC-05565 at 2300-44.

[331] macroblock.cpp, BCM2-SD3-SC-05938 at 513-678 (storing the encoding mode decision in the *BestMBMode* variable).

[332] If inter prediction is chosen, then *pMbPredData* is assigned to point to the pixel data prediction in *mbEstData*. macroblock.cpp, BCM2-SD3-SC-05938 at 724, 730, 786, 804, 821. Then, the Y, U, and V components of the pixel data prediction are stored in *YBestMBResidual*, *UBestMBResidual*, and *VBestMBResidual*, respectively. macroblock.cpp, BCM2-SD3-SC-05938 at 866-68.

[333] macroblock.cpp, BCM2-SD3-SC-05938 at 885-87 (passing pointers for the Y, U, and V residual data as *YBestMBResidual*, *VBestMBResidual*, and *UBestMBResidual*, respectively; passing Y, U, and V pixel data for the current block as *YInputMB*, *UInputMB*, and *UInputMB*, respectively; passing Y, U, and V pixel data predictions to *FormResidual()* as *YBestMBResidual*, *UBestMBResidual*, and *VBestMBResidual*, respectively).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS    104    CASE NO. 05CV1958 B(BLM) OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE _235_

1  reference frame, *i.e.*, the pixel data prediction, from a block in a current frame, *i.e.*, the macroblock

2  of current data. After forming the macroblock DFD, *EncodeMacroblock()* transforms, quantizes,[334]

3  and then entropy-encodes the DFD.[335] Thus, *EncodeMacroblock()* provides a selectively encoded

4  residual macroblock.

5       340.    In the TCS software, *EncodeMacroblock()* is called repeatedly to selectively encode

6  each macroblock, thus providing a selectively encoded residual frame. The entry point to the TCS

7  software is the *main()* function. The *main()* function calls *CreateSystemObjects()*, which creates an

8  encoder thread by calling the *TCS_Encoder_Thread()* function.[336] *TCS_Encoder_Thread()*, in turn,

9  calls *RefEncodePicture()*, which calls *ProcessPicture()*, which calls *EncodePicture()*, which calls

10  either *EncodeSlice()* or *EncodeFmoSlices()* whether Fmo mode is set to 0 or 1.[337] Both

11  *EncodeSlice()* or *EncodeFmoSlices()* then call *EncodeMacroblock()* to process individual

12  macroblocks. *EncodeMacroblock()* may also be invoked via the function

13  *determineFieldOrFrameMBRDO()*, which is called by *EncodeSlice()* (described above).

14       341.    The *EncodePicture()* function encodes frames of macroblocks, also referred to in the

15  art as "pictures."[338] *EncodePicture()* therefore provides a selectively encoded residual frame by

16  invoking *EncodeMacroblock()* (via function calls to *EncodeSlice()* and/or *EncodeFmoSlices()*) to

17  provide each selectively encoded residual macroblock, as described above.[339]

18       342.    For the following reasons, I conclude that the *EncodePicture()* function, in

19  conjunction with selected portions of *EncodeMacroblock()*, meets claim element 1f under the

20  doctrine of equivalents. Specifically, claim element 1f is met by the instructions of *EncodePicture()*

21  that cause the slices for one frame to be encoded, the instructions of *EncodeSlice()* and

---

23  [334] macroblock.cpp, BCM2-SD3-SC-05938 at 899-924.

24  [335] *Id.* at 1111-34.

25  [336] main.cpp, BCM2-SD3-SC-06049 at 212 (passing "TCS_Encoder_Thread" as a function pointer
    argument to *svCreateThread()*).

26  [337] picture.cpp, BCM2-SD3-SC-05999 at 1164.

    [338] picture.cpp, BCM2-SD3-SC-05999 at 798-99.

27  [339] picture.cpp., BCM2-SD3-SC-06019-06020 at 1166-1175, Slice.cpp., BCM2-SD3-SC-05984 at
28      337-373, Slice.cpp., BCM2-SD3-SC-05986-05988 at 496-612.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      105

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAG. 236

1  *EncodeFmoSlices()* that cause each macroblock to be encoded, the instructions of

2  *MbMotionEstModeConsol()* that invalidate all but the selected image prediction, and the instructions

3  of *EncodeMacroblock()* that choose to encode the selected image prediction, calculate the DFD of

4  the selected image prediction, and perform the forward transform, quantization, and entropy-

5  encoding operations on the DFD.

6      343.    First, those TCS functions and instructions that provide the encoder of claim element

7  1f have a first input coupled to the encoder format selector, namely the "if" statement that evaluates

8  *bestModeIdx*, which, as described above in conjunction with claim element 1e, represents the

9  selected encoding format.  Also, those functions and instructions have an output for providing a

10 selectively encoded residual frame, represented by *Picturestructure*.[340]

11     344.    Those functions and instructions provide the equivalent of "a second input for

12 receiving a first displaced frame difference generated in accordance with said first image

13 prediction," of "a third input for receiving a second displaced frame difference generated in

14 accordance with said second image prediction," and of "selectively encoding said first displaced

15 frame difference and said second displaced frame difference in accordance with selected encoding

16 format."  For the following reasons, I conclude that selecting which image prediction is to be

17 encoded and then creating one DFD is equivalent to creating DFDs for multiple image predictions

18 and then selecting which DFD is to be encoded.

19     345.    First, selecting the image prediction and then creating the DFD performs the same

20 function as claim 1f of creating a DFD based on either the first image prediction or the additional

21 image predictions.  Also, TCS performs that function in substantially the same way, as the operation

22 of selecting and then subtracting is insubstantially different from the operation of subtracting

23 followed by selecting.  Moreover, TCS provides exactly the same result as the encoder of claim

24 element 1f, a selectively encoded DFD.  If TCS were reconfigured to calculate DFDs of both the

25 first and additional image predictions before selecting among them, the resulting DFDs output from

26 TCS would be identical to those currently generated by TCS.

27 _____

28 [340] picture.cpp, BRCM2-SD3-SC-06014 at 874, 887

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                106

346.     Alternatively put, the encoder functions and instructions of TCS perform the same operations on the same information to provide the same results, and for the same reasons, as claim element 1f. As explained in the Summary of the Invention of the '767 patent, choosing between multiple partitioning modes, *i.e.*, block sizes based on the cost of one mode versus another provides greater compression performance:

> In the present invention, however, the number and size of the blocks of pixel data varies in response to the amount of information in frame sequences. By employing this technique a high level of data compression can be achieved without picture degradation.[341]

347.     That is exactly how TCS operates.  TCS compares the first image prediction, which corresponds to one partitioning mode, *i.e.*, block size, to additional image predictions, which correspond to a different partitioning mode, and selects the image prediction associated with the lowest cost.   It then encodes the DFD associated with that image prediction, thereby varying the number and size of the blocks of pixel data in response to the amount of information (of which distortion is an indication) in the frame sequences to achieve a higher level of data compression without picture degradation.  Accordingly, that the selection and residual operations occur in a different order in TCS than in claim element 1f is a difference that is insubstantial.  The particular order of selection and residual calculation is merely an ordinary engineering choice that is of no consequence in the context of claim element 1f.[342]

348.     Finally, the selection of image prediction and subsequent calculation of a single residual in TCS is equivalent to the creation of DFDs followed by selection in claim element 1f because the selection in TCS occurs between items, image predictions, that contain the same information as the items between which claim element 1f is selecting, DFDs.  A DFD is simply the difference between the current macroblock and a prediction of that macroblock.[343]  Thus, a DFD

---

[341] '767 Patent at 2:52.

[342] One of ordinary skill in the art would have readily understood that various such engineering choices and tradeoffs can be made to the embodiments set forth in the '767 Patent, including rearranging and reordering certain operations such as the selection and residual calculation operations of claim 1.

[343] Claim Construction Order for United States Patent Number 5,576,767 at 5 (defining "displaced frame difference" as "the result of subtracting a block in a reference frame from a block in a

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S INFRINGEMENT OF '767 & '104 PATENTS          107

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE 235

1  simply represents a lossless-compressed version of an image prediction.  Accordingly, selecting

2  between multiple image predictions is insubstantially different from selecting between multiple

3  DFDs created from those image predictions.

4      349.  For the reasons explained above, TCS is insubstantially different as a whole from

5  claim 1 and thus infringes claim 1 under the doctrine of equivalents.

6  **B.  Claim 2**

7      350.  Claim 2 recites:

8      **"2. The system of claim 1 wherein said first motion predictor compares an N x N**

9      **block of pixel data, where N is an integer, with N x N blocks of pixel data in a first reference block of data."**

10     351.  As explained below, I conclude that Broadcom's TCS software meets claim element

11 2 both literally and under the doctrine of equivalents.

12     352.  I understand that the Court has construed the term "integer" to mean "a whole number

13 as opposed to a fraction," and I adopt that construction in this declaration.  I understand that the

14 Court has construed the term c"reference block" to mean "a block of data from a previous frame or a

15 combination of blocks of data from previous frames of data from which a most similar block of pixel

16 data is selected," and I adopt that construction in this declaration.  As explained above, I understand

17 and adopt the Court's constructions of "encoding format selector," "image prediction," "displaced

18 frame difference," and "encoding format."

19     353.  As explained above in conjunction with claim 1, the first motion predictor is satisfied

20 by an element that compares a 16x16 block of pixel data with a 16x16 block of pixel data in a first

21 reference frame.  Accordingly, TCS literally meets claim 2.  First, 16 is an integer, *i.e.*, a whole

22 number as opposed to a fraction.  Also, the 16x16 block of reference pixel data provided by the

23 reference frame constitutes a "reference block" because it can be taken from one or more of the

24 previous frames of data from which image predictions are selected.

25     354.  Because, as described above, the TCS software performs operations identical to those

26 recited in claim 2, there exist no substantial differences between TCS and claim 2.  If any differences

27

28     current frame, or the result of subtracting a predicted frame from a current frame").

EXHIBIT ___M___ PAGE 239

1    were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 2 under the

2    doctrine of equivalents.

3        355.   For the reasons explained above, TCS literally meets each element of claim 2 and

4    therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 2

5    and thus infringes claim 2 under the doctrine of equivalents.

6    **C.   Claim 5**

7        356.   Claim 5 recites:

8        **"5. The system of claim 1 wherein said first motion predictor has a second input

9        for receiving a first reference block of data comprising pixel data from a previous frame of pixel data."**

10       357.   As explained below, I conclude that Broadcom's TCS software meets claim element

11   5 both literally and under the doctrine of equivalents.

12       358.   I understand that the Court has construed the term "comprising" to mean "including,

13   but not limited to," and I adopt that construction in this declaration. I understand that the Court has

14   construed the term "pixel data" to mean "values specifying the brightness and/or color of one or

15   more pixels," and I adopt that construction in this declaration. As explained above, I understand and

16   adopt the Court's constructions of "motion predictor," "reference block," and "pixel data."

17       359.   TCS is capable of using previous frames (frames preceding the frame to which the

18   current macroblock belongs), as reference frames.[344] In fact, TCS is capable of using multiple

19   previous reference frames, as explained in conjunction with claim 1. TCS manages the multiple

20   reference frames using reference picture "lists," such as the one employed in

21   *MbMotionEstModeDec()* and identified by the pointer *refListMgrBasePtr*.[345] TCS processes such

22   reference frames iteratively, using loop variables such as *listIdx* to index reference picture lists[346]

23   and variables such as *refIdx* to index pictures within those lists.[347] Furthermore, each such frame

24   comprises pixel data, as explained in conjunction with claim 1. Accordingly, TCS literally satisfies

---

25   [344] refList.cpp, BCM2-SD3-SC-04739.

26   [345] motionEst.cpp, BCM2-SD3-SC-05565 at 2567.

27   [346] motionEst.cpp, BCM2-SD3-SC-05565 at 2634.

28   [347] motionEst.cpp, BCM2-SD3-SC-05565 at 2635.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     109      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT** _M_   PAGE 240

1    claim 5.

2         360.    Because, as described above, the TCS software performs operations identical to those

3    recited in claim 5, there exist no substantial differences between TCS and claim 5. If any differences

4    were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 5 under the

5    doctrine of equivalents.

6         361.    For the reasons explained above, TCS literally meets each element of claim 5 and

7    therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 5

8    and thus infringes claim 5 under the doctrine of equivalents.

9         **D.    Claim 6**

10        362.    Claim 6 recites:

11            **"6. The system of claim 1 wherein said first motion predictor has a second input**
             **for receiving a combination block of data determined in accordance with**
12           **previous frames of pixel data."**

13        363.    As explained below, I conclude that Broadcom's TCS software meets claim element

14    6 both literally and under the doctrine of equivalents.

15        364.    I understand that the Court has construed the term "combination block of data" to

16    mean "a block of data from previous frames of data or previous blocks of data," and I adopt that

17    construction in this declaration. As explained above, I understand and adopt the Court's

18    constructions of "motion predictor" and "pixel data."

19        365.    As explained in conjunction with claim 5, TCS is capable of using previous frames of

20    pixel data as reference frames. Accordingly, TCS meets claim 6 literally.

21        366.    Because, as described above, the TCS software performs operations identical to those

22    recited in claim 6, there exist no substantial differences between TCS and claim 6. If any differences

23    were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 6 under the

24    doctrine of equivalents.

25        367.    For the reasons explained above, TCS literally meets each element of claim 6 and

26    therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 6

27    and thus infringes claim 6 under the doctrine of equivalents.

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          110          CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE __241__

**E.    Claim 7**

368.    Claim 7 recites:

> **"7. The system of claim 1 wherein said first motion predictor has a second output for providing a first motion vector."**

369.    As explained below, I conclude that Broadcom's TCS software meets claim element 7 both literally and under the doctrine of equivalents.

370.    I understand that the Court has construed the term "motion vector" to mean "a value or set of values used for motion compensation that provides an offset from the coordinate position in the current frame to the coordinates of a block in one or more reference frames," and I adopt that construction in this declaration.  As explained above, I understand and adopt the Court's construction of "motion predictor."

371.    Each of the motion predictors of claim 1, including the first motion predictor, has at least two outputs:  an output for providing the reference pixels associated with the image prediction, and an output for providing the associated motion vector(s).  TCS uses a structure called *mbEstData* for storing both the reference pixels and the motion vector(s) associated with each prediction.  The reference pixels associated with the 16x16, 16x8, 8x16, and 8x8 partitioning modes are stored in the *mbEstData.pred16x16*, *mbEstData.pred16x8*, *mbEstData.pred8x16*, and *mbEstData.predBest8x8* fields respectively.  The motion vectors associated with those image predictions are stored in the *mbEstData.vec16x16*, *mbEstData.vec16x8*, *mbEstData.vec8x16*, and *mbEstData.vecBest8x8* (and/or *mbEstData.vecStrict8x8*) fields, respectively.[348]  Accordingly, the instruction with which *MbMotionEstModeDec()* assigns the motion vector associated with the first image prediction to the corresponding field of *mbEstData* literally meets the second output of claim 7.[349]

372.    Because, as described above, the TCS software performs operations identical to those recited in claim 7, there exist no substantial differences between TCS and claim 7.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 7 under the

---

[348] motionEst.cpp, BCM2-SD3-SC-05565 at 2850-72.

[349] motionEst.cpp, BCM2-SD3-SC-05565 at 2901-05; 3259-65; 3318-19; 3802-03.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

111

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

1 doctrine of equivalents.

2      373.    For the reasons explained above, TCS literally meets each element of claim 7 and

3 therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 7

4 and thus infringes claim 7 under the doctrine of equivalents.

5      **F.**    **Claim 8**

6      374.    Claim 8 recites:

7           **"8. The system of claim 1 wherein said at least one additional motion predictor**
          **has a second output for providing additional motion vectors."**

8

9      375.    As explained below, I conclude that Broadcom's TCS software meets claim element

10 8 both literally and under the doctrine of equivalents. As explained above, I understand and adopt

11 the Court's constructions of "motion predictor" and "motion vector."

12      376.    In addition to the first output for providing a first motion vector, the 8x8 motion

13 predictor in TCS has a second output for providing additional motion vectors. The first output of the

14 8x8 motion predictor provides the motion vector corresponding to one 8x8 partition, *e.g.*, the top left

15 partition.[350] Accordingly, the second output of the 8x8 motion predictor provides the motion vectors

16 corresponding to the remaining partitions, *e.g.*, the top right, bottom left, and bottom right

17 partitions.[351]

18      377.    Because, as described above, the TCS software performs operations identical to those

19 recited in claim 8, there exist no substantial differences between TCS and claim 8. If any differences

20 were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 8 under the

21 doctrine of equivalents.

22      378.    For the reasons explained above, TCS literally meets each element of claim 8 and

23 therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 8

24 and thus infringes claim 8 under the doctrine of equivalents.

25 ///

26

27 ────────────────
[350] motionEst.cpp, BCM2-SD3-SC-04210 at 8527-8528.

28 [351] motionEst.cpp, BCM2-SD3-SC-04210 at 8529-8530.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS     112      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE 243

**G.     Claim 9**

379.    Claim 9 recites:

> **"9. The system of claim 1 further comprising a weighting value multiplier disposed between said first distortion calculator and said encoding format selector."**

380.    As explained below, I conclude that Broadcom's TCS software meets claim element 9 both literally and under the doctrine of equivalents.

381.    I understand that the Court has construed the term "weighting value multiplier" to mean "an element capable of multiplying the output of the first distortion calculator by a cost factor," and I adopt that construction in this declaration. As explained above, I understand and adopt the Court's constructions of "comprising," "distortion calculator," and "encoding format selector."

382.    The *MbMotionEstModeConsol()* function combines the output of each distortion calculator with weighting factors at lines 2154-283, producing a result that equals the distortion value multiplied by a constant, where the constant is the ratio of the distortion value combined with weighting factors to the distortion value alone. Accordingly, the constant value provides a cost factor. Thus TCS literally infringes claim 9.

383.    Alternatively, TCS infringes claim 9 under the doctrine of equivalents since the cost including the weighting factors is offset by a scaling factor from the distortion value.

384.    Because, as described above, the TCS software performs operations identical to those recited in claim 9, there exist no substantial differences between TCS and claim 9. If any differences were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 9 under the doctrine of equivalents.

385.    For the reasons explained above, TCS literally meets each element of claim 9 and therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 9 and thus infringes claim 9 under the doctrine of equivalents.

**H.     Claim 18**

386.    The preamble of claim 18 of the '767 Patent recites:

///

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                          113

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE __244__

1

**[18pre] "18. An interframe video compression method for compressing a block of video data comprising the steps of:"**

2

3    387.    I interpret the preamble of claim 18 as merely setting forth a context or intended use

4  for the limitations set forth below, and I understand that the Court construed certain terms in the

5  preamble of claim 18 to provide context for the jury but did not rule that the preamble is a limitation.

6  Accordingly, the preamble of claim 18 does not limit the claim, and I thus need not analyze in this

7  report whether the preamble language is met by the TCS software.  In the event that the Court rules

8  that the preamble of claim 18 is limiting, I reserve the right to supplement my opinions regarding

9  claim 18.

10    388.    Claim 18 covers an apparatus comprising the following limitations.

11    **[18a] "comparing said block of video data with blocks of pixel data of a first block size to provide displaced frame difference (DFD) blocks;"**

12

13    389.    As explained below, I conclude that Broadcom's TCS software meets claim element

14  18a both literally and under the doctrine of equivalents.

15    390.    I understand that the Court has construed the term "block of video data" to mean "a

16  set of values representing a rectangular array of pixels of a video image," and I adopt that

17  construction in this declaration.  As explained above, I understand and adopt the Court's

18  constructions of "block of video data," "blocks of pixel data," "pixel data," and "displaced frame

19  difference."

20    391.    As explained above in conjunction with claim 1, TCS compares a "current"

21  macroblock of video data with multiple blocks of reference pixel data in each motion estimation

22  function.  Specifically, TCS compares each 16x16 macroblock of video data with multiple 16x16

23  blocks in a reference frame,[352] one at a time.[353]  As described below, each such comparison

24  generates a 16x16 DFD and a set of distortion values corresponding to 4x4 sub-blocks of the 16x16

25

---

26  [352] As explained above in conjunction with claim 1, TCS invokes one or more motion estimation functions for each reference frame.  Thus, the comparison procedure described here may happen

27  multiple times in TCS, once for each reference frame.

28  [353] motionEst.cpp, BCM2-SD3-SC-04190 at 4397-4408.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS          114

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE 245

1  DFD.

2      392.    Each comparison of the macroblock to 4x4 sub-blocks of the reference frame is

3  performed by the *MbCostCalc()* function, which calls the *MbCost4x4RowCal()* function for certain

4  interim operations.  First, *MbCostCalc()* calls *MbCost4x4RowCalc()* to perform comparisons on four

5  selected 4x4 reference blocks.[354]  Separately for each selected 4x4 block, and separately for each

6  pixel in that block, *MbCost4x4RowCalc()* calculates *abs( pCur – pRef )*, where *pRef* represents the

7  value of a pixel in the reference block, *pCur* represents the value of the corresponding macroblock

8  pixel, and *abs()* results in the absolute value of the difference.  *MbCost4x4RowCalc()* then sums the

9  sixteen absolute difference calculations for each 4x4 block, resulting in a SAD value for that 4x4

10  block.[355]  *MbCostCalc()* then continues, calling *MbCost4x4RowCalc()* to perform the comparisons

11  between the macroblock and four selected 4x4 reference blocks at a time, until the macroblock has

12  been compared to all sixteen 4x4 reference blocks[356] and the sixteen corresponding SAD values are

13  stored in *pCost4x4*.

14      393.    For each 16x16 reference block, the 256 subtractions that *MbCostCalc()* carries out

15  by calling *MbCost4x4RowCalc()* perform the function of comparing the entire 16x16 macroblock to

16  the entire 16x16 reference block because each of the 256 pixels in the 16x16 macroblock is

17  compared to each of the 256 pixels in the reference block.  That process also produces a 16x16 DFD

18  block.  Each of the differences is immediately converted to an absolute value and then added to a

19  distortion (SAD) sum, creating each component of the 16x16 DFD in that process.  So TCS literally

20  provides a DFD block because each component of the DFD block is calculated and therefore

21  provided in that process.

22      394.    Alternatively, that process produces the equivalent of a 16x16 DFD block.  That

23  process is insubstantially different from the process of calculating all 256 differences, then taking the

24  absolute values of those differences, and then summing those absolute values because the function,

25

26  [354] motionEst.cpp, BCM2-SD3-SC-05565 at 4760.

27  [355] motionEst.cpp, BCM2-SD3-SC-05565 at 4811-55.

28  [356] motionEst.cpp, BCM2-SD3-SC-05565 at 4764, 4768, 4772.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                115

443196_12

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

1  way, and result are the same for both processes.  The function performed by TCS is the same as that

2  of claim element 18a, namely comparing the 16x16 macroblock with each 16x16 block of reference

3  pixels.  The way TCS performs that function is substantially the same as that of claim element 18a,

4  because calculating each pixel difference and immediately combining it into a sum entails the same

5  mathematical operations as calculating all pixel differences first and then combining them into a

6  sum.  Also, TCS provides the same result as that of claim element 18a, namely the differences

7  between the 256 pixel values in the 16x16 macroblock and the corresponding pixel values in each

8  16x16 block of reference data.  Moreover, the differences between TCS and claim element 18a are

9  insubstantial at best because both calculate DFDs in the process of comparing a block of video data

10  with a reference block of a first size, *e.g.*, 16x16.  Thus, TCS meets claim element 18a both literally

11  and under the doctrine of equivalents by comparing the 16x16 macroblock of video data with

12  multiple 16x16 blocks of reference data to provide 16x16 DFD blocks.

13       395.  Because, as described above, the TCS software performs operations identical to those

14  recited in claim element 18a, there exist no substantial differences between TCS and claim element

15  18a.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus

16  satisfies claim element 18a under the doctrine of equivalents.

17       396.  Following the same logic, TCS also meets claim element 18a both literally and under

18  the doctrine of equivalents if the "first block size" is 16x8, 8x16, 8x8, 8x4, 4x8, or 4x4.

19       **[18b] "measuring distortion values for said DFD blocks;"**

20       397.  As explained below, I conclude that Broadcom's TCS software meets claim element

21  18b both literally and under the doctrine of equivalents.

22       398.  As explained above, I understand and adopt the Court's construction of "distortion

23  values."

24       399.  Separately for each comparison of a 16x16 macroblock with a 16x16 block of

25  reference data, the resulting sixteen SAD values, each of which represents the distortion between a

26  4x4 sub-block of the macroblock and a 4x4 sub-block of that 16x16 reference block, are summed in

27  *MbCostCalc()* to produce a distortion (SAD) value that quantifies the distortion between the 16x16

28

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

116

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

1  macroblock and that 16x16 reference block.[357]  Accordingly, because *MbCostArrayCoarse()* calls

2  *MbCostCalc()* for each comparison of the 16x16 current macroblock to a 16x16 reference block,

3  TCS literally satisfies claim element 18b.

4      400.    Because, as described above, the TCS software performs operations identical to those

5  recited in claim element 18b, there exist no substantial differences between TCS and claim element

6  18b.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus

7  satisfies claim element 18b under the doctrine of equivalents.

8         **[18c]  "selecting a most similar block of pixel data of said first block size in**
**accordance with said distortion values to provide a first motion vector, a first**
9         **DFD block and a first distortion value;"**

10

11      401.    As explained below, I conclude that Broadcom's TCS software meets claim element

12  18c both literally and under the doctrine of equivalents.  As explained above, I understand and adopt

13  the Court's constructions of "block of pixel data," "distortion value(s)," "motion vector," and

14  "DFD."

15      402.    As described above in conjunction with claim element 1a, each motion estimation

16  function evaluates the 16x16 SAD (distortion) value corresponding to each search position in the

17  reference frame to determine which one is the lowest.  It then generates a motion vector representing

18  the reference pixel values corresponding to that search position, generates a motion vector difference

19  representing the reference pixel values, and outputs the corresponding lowest SAD value.  As

20  described in conjunction with claim 1, *MbMotionEstDec()* compares the cost associated with that

21  SAD value and motion vector to corresponding costs associated with image predictions from other

22  reference frames.  The motion vector associated with the lowest cost across all reference frames is

23  then provided to *MbMotionEstPred()*, which generates the reference pixel values corresponding to

24  that motion vector, *i.e.*, the pixels that are most-similar to those of the current macroblock.

25  *MbMotionEstPred()* then calls either *ArraySad()*, *ArraySatd()*, or *ArraySSD()* to generate a distortion

26  value.  As discussed in conjunction with claim 1, each of these distortion functions first subtracts the

27

28  ---
[357] motionEst.cpp, BCM2-SD3-SC-05565 at 4774-808.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS      117      CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___ PAGE ___248___

1    reference pixel values from the current macroblock pixels, thereby providing the recited first DFD

2    block. Accordingly, TCS literally meets claim element 18c.

3        403.    Alternatively, if the "selecting" step of claim 18c is performed solely by a motion

4    estimation function, then TCS meets claim element 18c at least under the doctrine of equivalents. In

5    that case, the only difference between TCS and claim 18c is that this process of "selecting" that

6    occurs in a motion estimation function in TCS does not provide a first DFD block. That difference,

7    however, is insubstantial because the resulting motion vector represents the same information that

8    the DFD represents – the 16x16 reference pixel block associated with the lowest SAD value. The

9    motion vector represents the 16x16 reference pixel block because its value quantifies the horizontal

10   and vertical offsets associated with the search position in which that reference pixel block is located

11   in the reference frame. The DFD represents the 16x16 reference pixel block because its values

12   comprise the difference between the current macroblock and that 16x16 reference pixel block. Thus,

13   the 16x16 reference pixel block could be generated at any time simply by adding the current

14   macroblock to the DFD and reversing the signs of the resulting pixel values. Accordingly, TCS

15   meets claim element 18c under the doctrine of equivalents.

16       404.    Because, as described above, the TCS software performs operations identical to those

17   recited in claim element 18c, there exist no substantial differences between TCS and claim element

18   18c. If any differences were found to exist, they would be inherently insubstantial. TCS thus

19   satisfies claim element 18c under the doctrine of equivalents.

20       **[18d] "comparing said block of video data with a plurality blocks of pixel data
         of a second block size to provide additional DFD blocks;"**

21

22       405.    As explained below, I conclude that Broadcom's TCS software meets claim element

23   18d both literally and under the doctrine of equivalents for any of the following "second block

24   sizes," with the caveat that the "first block size" is different from the "second block size": 16x8,

25   8x16, 8x8, 8x4, 4x8, and 4x4.

26       406.    I understand and adopt the Court's ruling that "this limitation operates independently

27   and in the same step of the process as 18a before the selection of 18g is made." As explained above,

28

EXHIBIT __M__ PAGE 249

1    I understand and adopt the Court's constructions of "block of video data," blocks of pixel data,"

2    "pixel data," and "DFD."

3        407.    In a manner similar to that described above in conjunction with claim element 18a,

4    TCS compares the 16x16 macroblock of video data with a plurality of blocks of pixel data of various

5    other, *i.e.*, second, block sizes to provide additional DFD blocks.  Thus, the "second block size" may

6    be either 8x16, 8x8, 8x4, 4x8, or 4x4.  As described above in conjunction with claim 1, TCS

7    generates "best" image predictions for a given reference frame, including image predictions for

8    16x8, 8x16, 8x8, 8x4, 4x8, and 4x4 block sizes.  As described above in conjunction with claim

9    element 18a, the comparison operations that result in 16x8, 8x16, and 8x8 image predictions include

10   calculating the difference between each pixel of each 4x4 sub-block of the current macroblock and

11   each pixel of each 4x4 sub-block of the 16x16 reference block, taking the absolute value of each

12   difference, and summing each difference.  The result is a SAD value corresponding to each 4x4 sub-

13   block of the reference pixel block.  Those 4x4 SAD values are then added together to produce a

14   SAD (distortion) value corresponding to each 16x8, 8x16, 8x8, 8x4, 4x8, and 4x4 image

15   prediction.[358]

16       408.    Thus, the comparison operations associated with each 16x8, 8x16, 8x8, 8x4, 4x8, and

17   4x4 image prediction separately satisfy claim element 18d both literally and under the doctrine of

18   equivalents, for the following reasons.

19       409.    For each pair of 16x8 reference blocks, the 256 subtractions that *MbCostCalc()*

20   carries out by calling *MbCost4x4RowCalc()* perform the function of comparing the entire 16x16

21   macroblock to each pair of 16x8 reference blocks because each of the 256 pixels in the 16x16

22   macroblock is compared to each of the 256 pixels in the pair of 16x8 reference blocks.  That process

23   also produces 16x8 DFD blocks.  Each of the differences is immediately converted to an absolute

24   value and then added to a distortion (SAD) sum, creating component of each DFD in that process.

25   So TCS literally provides the recited DFD blocks because each component of each DFD block is

26   calculated and therefore provided in that process.

27

28   [358] motionEst.cpp, BCM2-SD3-SC-05565 at 4774-806.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    119

410.    Alternatively, that process produces the equivalent of the recited DFD blocks.  That process is insubstantially different from the process of calculating all 256 differences, then taking the absolute values of those differences, and then summing those absolute values because the function, way, and result are the same for both processes.  The function performed by TCS is the same as that of claim element 18d, namely comparing the 16x16 macroblock with corresponding 16x8 blocks of reference pixels.  The way TCS performs that function is substantially the same as that of claim element 18d, because calculating each pixel difference and immediately combining it into a sum entails the same mathematical operations as calculating all pixel differences first and then combining them into a sum.  Also, TCS provides the same result as that of claim element 18d, namely the differences between the 256 pixel values in the 16x16 macroblock and the corresponding pixel values in each pair of 16x8 blocks of reference data.  Moreover, the differences between TCS and claim element 18d are insubstantial at best because both calculate DFDs in the process of comparing a block of video data with a reference block of a first size, *e.g.*, 16x8.  Accordingly, TCS meets claim element 18d under the doctrine of equivalents by comparing the 16x16 macroblock of video data with multiple pairs of 16x8 blocks of reference data to provide 16x16 DFD blocks.  For the same reasons, the comparison operations associated with each 8x16, 8x8, 8x4, 4x8, and 4x4 image predictions separately satisfy claim element 18d under the doctrine of equivalents.

411.    Because, as described above, the TCS software performs operations identical to those recited in claim element 18d, there exist no substantial differences between TCS and claim element 18d.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 18d under the doctrine of equivalents.

**[18e]  "measuring distortion values for said DFD blocks;"**

412.    As explained below, I conclude that Broadcom's TCS software meets claim element 18e both literally and under the doctrine of equivalents.

413.    As explained above, I understand and adopt the Court's constructions of "distortion values" and "DFD."

414.    One of ordinary skill in the art would understand that the DFD blocks in claim element 18e refer to the additional DFD blocks provided by claim element 18d, for the following

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

120

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT ___M___ PAGE ___251___

1   reasons.  First, it is clear that "said DFD blocks" in claim element 18b must refer to the DFD blocks

2   provided by claim element 18a because "said" is a reference to a previously-recited term, and the

3   only DFD blocks recited prior to claim element 18b are the DFD blocks of claim element 18a.

4   Second, the DFD blocks recited in claim element 18e must not refer to the DFD blocks of claim

5   element 18a, because then claim elements 18b and 18e would be redundant.  Third, the DFD blocks

6   recited in claim element 18e must not refer to a combination of the DFD blocks of 18a and those of

7   18d because it would not serve any apparent purpose to re-measure any of the distortion values of

8   claim element 18b.  Moreover, it would be clear to one of ordinary skill in the art that the DFD

9   blocks of 18e refer to those of 18d, given the clear teaching of the '767 Patent of comparing image

10  predictions of different block sizes to determine the best block size.  This is illustrated clearly in

11  Figure 7 of the patent, in which a separate distortion calculator measures the distortion

12  corresponding to each block size.  This concept is also described clearly in the specification, which

13  explains:

14          The sub-system of the present invention comprises first selection means for
15      providing a first data prediction by selecting a *most similar block of pixel data
        from a first reference block of data* wherein the first reference block of data is a
16      block of data from a previous frame or a combination of blocks of data from
        previous frames of data, and at least one additional selection means for providing
17      additional predictions of the block of pixel data as combinations of *predictions of
        smaller sub-blocks of pixel data by selecting sets of most similar sub-blocks* of
18      pixel data from additional reference blocks of data and wherein the additional
        reference blocks of data can be data from a previous frame or a combination of
19      blocks of data from previous frames of data.[359]

20          415.    The passage quoted above, which appears in the Summary of the Invention, teaches

21  generating a first image prediction that is "most similar" to, *i.e.*, has the least distortion compared

22  to,[360] the block of data being predicted.  It also teaches generating additional predictions of "smaller"

23  sub-blocks, *i.e.*, sub-blocks of a second size by "selecting sets of most similar sub-blocks," *i.e.*, sub-

24  blocks of a second size having the lowest distortion.  Accordingly, one of ordinary skill in the art

25

26  [359] '767 Patent at 2:57-3:3 (emphases added).

27  [360] '767 Patent at 6:5-8 ("[t]he 'goodness' of the match is often measured by a block matching
    distortion function $F_{BMD}(x, y)$ which for example may be a magnitude difference or squared error,
28  e.g. $F_{BMD}(x, y)=|x-y|$ or $F_{BMD}(x, y)=(x-y)^2$.").

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    121

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT  M  PAGE 252

1  would clearly understand that the "DFD blocks" recited claim element 18e refer to the DFD blocks

2  created in 18d.

3      416.    Separately for each comparison of a 16x16 macroblock with a pair of 16x8 blocks of

4  reference data, the resulting sixteen SAD values, each of which represents the distortion between a

5  4x4 sub-block of the macroblock and a 4x4 sub-block of that 16x16 reference block, are summed in

6  *MbCostCalc()* to produce distortion (SAD) values that quantify the distortion between the 16x16

7  macroblock and that pair of 16x8 reference blocks, respectively.[361]  Accordingly, because

8  *MbCostArrayCoarse()* calls *MbCostCalc()* for each comparison of the 16x16 current macroblock to

9  a pair of 16x8 reference blocks, TCS literally satisfies claim element 18e.

10      417.    Similarly, *MbCostCalc()* sums the 4x4 SAD values to produce 16x8 SAD values

11  quantifying the distortion between the 16x16 macroblock and each pair of 16x8 reference blocks, an

12  8x16 SAD value quantifying the distortion between the 16x16 macroblock and each pair of 8x16

13  reference blocks, an 8x8 SAD value quantifying the distortion between the 16x16 macroblock and

14  each of the 8x8 reference blocks, an 8x4 SAD value quantifying the distortion between the 16x16

15  macroblock and each of the 8x4 reference blocks, a 4x8 SAD value quantifying the distortion

16  between the 16x16 macroblock and each of the 4x8 reference blocks, and a 4x4 SAD value

17  quantifying the distortion between the 16x16 macroblock and each of the 4x4 reference blocks.[362]

18  Accordingly, the measurement of each of these sets of distortion values separately satisfies claim

19  element 18e literally.

20      418.    Because, as described above, the TCS software performs operations identical to those

21  recited in claim element 18e, there exist no substantial differences between TCS and claim element

22  18e.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus

23  satisfies claim element 18e under the doctrine of equivalents.

24  ///

25  ///

26

---

27  [361] motionEst.cpp, BCM2-SD3-SC-05565 at 4774-808.

28  [362] motionEst.cpp, BCM2-SD3-SC-05565 at 4774-808.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS    122

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __253__

**[18f] "selecting a set of most similar block of pixel data of said second block size in accordance with said distortion values for said additional DFD blocks to provide a set of additional motion vectors, a set of additional DFD blocks and a second distortion value;"**

419.    As explained below, I conclude that Broadcom's TCS software meets claim element 18f both literally and under the doctrine of equivalents. As explained above, I understand and adopt the Court's constructions of "block of pixel data," "distortion value(s)," "DFD," and "motion vectors."

420.    As described above in conjunction with claim element 1a, each motion estimation function generates a motion vector representing the reference pixel values corresponding to the search position associated with each the best left/right pair of 16x8 image predictions, generates a pair of associated motion vector differences, and outputs the corresponding lowest SAD value. Similarly, each motion estimation function generates motion vectors, motion vector differences, and SAD values corresponding to the 8x16, 8x8, 8x4, 4x8, and 4x8 image predictions. As described in conjunction with claim 1, *MbMotionEstDec()* compares the costs associated with those SAD values and motion vectors to corresponding costs associated with image predictions from other reference frames. The motion vectors associated with the lowest costs for each partitioning mode across all reference frames are then provided to *MbMotionEstPred()*, which generates the reference pixel values corresponding to each set of lowest-cost vectors, *i.e.*, the pixels that are most similar to those of the current macroblock for a given partitioning mode. For each partitioning mode, *MbMotionEstPred()* then calls either *ArraySad()*, *ArraySatd()*, or *ArraySSD()* to generate a distortion value. As discussed in conjunction with claim 1, each of these distortion functions first subtracts the reference pixel values from the current macroblock pixels, thereby providing the recited first DFD block. Accordingly, TCS literally meets claim element 18f.

421.    Alternatively, if the "selecting" step of claim 18f is performed solely by a motion estimation function, the TCS meets claim element 18e at least under the doctrine of equivalents. In that case, the only difference between TCS and claim 18e is that this process of "selecting" that occurs in a motion estimation function in TCS does not provide additional DFD blocks. That difference, however, is insubstantial under the same reasoning that the differences between TCS and

123

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT __M__ PAGE __254__

1    claim element 18c are insubstantial.  Accordingly, TCS meets claim element 18f under the doctrine

2    of equivalents.

3         422.    Because, as described above, the TCS software performs operations identical to those

4    recited in claim element 18f, there exist no substantial differences between TCS and claim element

5    18f.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus

6    satisfies claim element 18f under the doctrine of equivalents.

7         **[18g]  "selecting an encoding format in accordance with said first distortion
          value and said second distortion value; and"**

8

9         423.    As explained below, I conclude that Broadcom's TCS software meets claim element

10   18g both literally and under the doctrine of equivalents.  As explained above, I understand and adopt

11   the Court's constructions of "encoding format" and "distortion value."

12        424.    As described above in conjunction with claim 1, *MbMotionEst()* calls

13   *MbMotionEstModeConsol()*[363] *a*fter instantiating the distortion calculators to select one partitioning

14   mode as the encoding format in accordance with the first and second distortion values.[364]

15   *MbMotionEstModeConsol()* loops once for each partitioning mode[365] (including 16x16,[366] 16x8,[367]

16   8x16,[368] and 8x8[369]).  For each mode, *MbMotionEstModeConsol()* stores the distortion value for that

17   mode, the same distortion value calculated in *MbMotionEstPred()*, into the variable *currCost*.[370]  In

---

[363] *MbMotionEstModeConsol()* is defined at line 2057 of motionEst.cpp.

[364] motionEst.cpp, BCM2-SD3-SC-05565 at 1559.

[365] motionEst.cpp, BCM2-SD3-SC-05565 at 2104-292.

[366] The 16x16 mode corresponds to *mbModeIdx* = 0, *i.e.*, "case 0" in the switch statement of lines 2106-52.

[367] The 16x8 mode corresponds to *mbModeIdx* = 1, *i.e.*, "case 1" in the switch statement of lines 2106-52.

[368] The 8x16 mode corresponds to *mbModeIdx* = 2, *i.e.*, "case 2" in the switch statement of lines 2106-52.

[369] The 8x8 mode corresponds to *mbModeIdx* = 3, *i.e.*, "case 3" in the switch statement of lines 2106-52.

[370] motionEst.cpp, BCM2-SD3-SC-05565 at 2109 (setting *currCost* to the distortion value calculated for the 16x16 partitioning mode); 2114 (setting *currCost* to the distortion value calculated for the 16x8 partitioning mode); 2119 (setting *currCost* to the distortion value calculated for the 8x16 partitioning mode); 2123 (setting *currCost* to the distortion value calculated for the 8x8 partitioning mode).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S                                CASE NO. 05CV1958 B(BLM)
INFRINGEMENT OF '767 & '104 PATENTS          124          OUTSIDE ATTORNEYS' EYES ONLY
                                                                SUBJECT TO PROTECTIVE ORDER

443196_12

other words, during the loop associated with the mode corresponding to the first image prediction, *MbMotionEstModeConsol()* sets *currCost* to the first distortion value.  Likewise, during the loop associated with the mode corresponding to the second image prediction, *MbMotionEstModeConsol()* sets *currCost* to the second distortion value.

425.    As explained above in conjunction with claim 1, there are three options for the luma distortion calculation in *MbMotionEstPred()*:  *ArraySad()*, *ArraySatd()*, and *ArraySSD()*.[371]  Also, the chroma calculation in *MbMotionEstPred()* is performed by *ArraySad()*.[372]  The choice of luma distortion measurement depends on the variable *finalPredictionCost*.  If *finalPredictionCost* equals 0, then *ArraySad()* is called to calculate the luma distortion.  If *finalPredictionCost* equals 1, then *ArraySatd()* is called to calculate the luma distortion.  If *finalPredictionCost* equals 2, then *ArraySSD()* is called to calculate the luma distortion.[373]  In TCS, *finalPredictionCost* is set to 0 automatically.[374]  As long as *finalPredictionCost* is set to 0 and *MbMotionEstPred()* measures the image prediction distortion values by calling *ArraySad()*, those distortion values will be the same as the first and second distortion values of claim elements 18b and 18e.  Thus, any use of the first and second distortion values through the processing of *currCost* will be "in accordance with" the first and second distortion values measured in claim elements 18b and 18e, respectively.[375]

---

[371]  motionEst.cpp, BCM2-SD3-SC-05565 at 2430-48.

[372]  motionEst.cpp, BCM2-SD3-SC-05565 at 2451-57.

[373]  motionEst.cpp, BCM2-SD3-SC-05565 at 2431, 2436, 2443.

[374]  motionEst.cpp, BCM2-SD3-SC-05565 at 1544 (setting *finalPredictionCost* to *modeConsolCost*); *id.* at 989-95 (setting *modeConsolCost* equal to 0).

[375]  Even if *MbMotionEstPred()* calls *ArraySatd()* or *ArraySSD()* to measure distortion, the resulting distortion values will be insubstantially different from the first and second distortion values, because those distortion calculations provide the same function as *ArraySad()* (measuring the closeness of a match between two data sets), measure distortion in ways that are substantially the same as *ArraySad()* (subtracting the data sets, performing a further operation such as squaring or transforming, and then summing the results), and provide results that are substantially the same as *ArraySad()* (a value that represents the closeness of a match between two data sets, with smaller values corresponding to better matches).  In fact, SAD, SSD, and SATD distortion measures are widely considered interchangeable.  *See, e.g.,* '767 Patent at 6:5-8 ("[t]he 'goodness' of the match is often measured by a block matching distortion function $F_{BMD}(x, y)$ which for example may be a magnitude difference or squared error, e.g. $F_{BMD}(x, y)=|x-y|$ or $F_{BMD}(x, y)=(x-y)^2$.").  Accordingly, if *MbMotionEstPred()* called *ArraySatd()* or *ArraySSD()* to measure distortion, the resulting values would be equivalent to the first and second distortion values, respectively.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                125

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___  PAGE ___256___

426.    At the end of the loop iteration corresponding to each partitioning mode, *MbMotionEstModeConsol()* determines whether *currCost* represents the lowest distortion value among the current and previous iterations of the mode loop, using the instructions set forth above in conjunction with claim 1.  Thus, after the mode loop terminates, the value of *bestModeIdx* corresponds to the partitioning mode associated with the lowest cost.

427.    As explained above in conjunction with claim element 1f, the mode identified by *bestModeIdx* determines whether the 16x16, 16x8, 8x16, or 8x8 image prediction is chosen to represent the current macroblock in encoding the current frame.  Thus, *bestModeIdx* represents the selected encoding format because it specifies which data associated with the image predictions are to be used in assembling a frame.  Accordingly, TCS meets claim element 18g literally.

428.    Because, as described above, the TCS software performs operations identical to those recited in claim element 18g, there exist no substantial differences between TCS and claim element 18g.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 18g under the doctrine of equivalents.

> **[18h]  "selectively encoding said first motion vector and said first DFD block and said set of additional motion vectors and said set of additional DFD blocks in accordance with said selected encoding format."**

429.    As explained below, I conclude that Broadcom's TCS software meets claim element 18h both literally and under the doctrine of equivalents.  As explained above, I understand and adopt the Court's constructions of "motion vector," "DFD," and "encoding format."

430.    As described above in conjunction with claim element 1f, the selected encoding format in TCS determines which motion vector(s) and DFD block(s) will be encoded.  If the selected encoding format corresponds to the first, *e.g.*, 16x16, motion vector and first DFD block, then the first motion vector will be passed to *EncodeMacroblock()*, which will calculate the DFD by calling *FormResidual()*[376] if *EncodeMacroblock()* chooses to operate in inter prediction mode.[377]

---

[376] macroblock.cpp, BCM2-SD3-SC-05938 at 885-87 (passing pointers for the Y, U, and V residual data as *YBestMBResidual*, *VBestMBResidual*, and *UBestMBResidual*, respectively; passing Y, U, and V pixel data for the current block as *YInputMB*, *UInputMB*, and *UInputMB*, respectively; passing Y, U, and V pixel data predictions to *FormResidual()* as *YBestMBResidual*, *UBestMBResidual*, and *VBestMBResidual*, respectively).

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                126

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT ___M___ PAGE ___257___

Otherwise, if the selected encoding format corresponds to the set of additional, *e.g.*, 8x8, motion vectors and the set of additional DFD blocks, then the set of additional motion vectors will be passed to *EncodeMacroblock()*, which will calculate the DFD by calling *FormResidual()*[377] if *EncodeMacroblock()* chooses to operate in inter prediction mode.[378]  Whichever DFD is calculated by *FormResidual()* in accordance with the selected encoding format will then be *EncodeMacroblock()* transformed, quantized,[379] and then entropy-encoded.[380]  Thus, *EncodeMacroblock()* meets claim element 18h literally.

431.    Because, as described above, the TCS software performs operations identical to those recited in claim element 18h, there exist no substantial differences between TCS and claim element 18h.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim element 18h under the doctrine of equivalents.

432.    For the reasons explained above, TCS literally meets each element of claim 18 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 18 and thus infringes claim 18 under the doctrine of equivalents.

**I.    Claim 19**

433.    Claim 19 recites:

> **"19. The method of claim 18 wherein said block of video data is an N x N block, where N is an integer, and wherein said first block size is N x N."**

434.    As explained below, I conclude that Broadcom's TCS software meets claim element 19 both literally and under the doctrine of equivalents.

---

[377] macroblock.cpp, BCM2-SD3-SC-05938 at 513-678 (storing the encoding mode decision in the *BestMBMode* variable).

[378] macroblock.cpp, BCM2-SD3-SC-05938 at 885-87 (passing pointers for the Y, U, and V residual data as *YBestMBResidual*, *VBestMBResidual*, and *UBestMBResidual*, respectively; passing Y, U, and V pixel data for the current block as *YInputMB*, *UInputMB*, and *UInputMB*, respectively; passing Y, U, and V pixel data predictions to *FormResidual()* as *YBestMBResidual*, *UBestMBResidual*, and *VBestMBResidual*, respectively).

[379] macroblock.cpp, BCM2-SD3-SC-05938 at 513-678 (storing the encoding mode decision in the *BestMBMode* variable).

[380] macroblock.cpp, BCM2-SD3-SC-05938 at 899-924.

[381] *Id.* at 1111-34.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                127

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT  M  PAGE 258

435.    I understand that the Court has construed the term "NxN" to mean "N pixels across and N pixels down," and I adopt that construction in this declaration. As explained above, I understand and adopt the Court's constructions of "block of video data" and "integer."

436.    As explained above in conjunction with claim 18, the block of video data can be a 16x16 block of pixel data, resulting in a "first block size" (of the reference pixel block) of 16x16. Accordingly, TCS literally meets claim 19 because 16 is an integer, *i.e.*, a whole number as opposed to a fraction. Alternatively, and for the reasons provided in conjunction with claim 18, the block of video data can be 8x8, which literally meets claim 19 because 8 is a whole number as opposed to a fraction.

437.    Because, as described above, the TCS software performs operations identical to those recited in claim 19, there exist no substantial differences between TCS and claim 19. If any differences were found to exist, they would be inherently insubstantial. TCS thus satisfies claim 19 under the doctrine of equivalents.

438.    For the reasons explained above, TCS literally meets each element of claim 19 and therefore literally infringes it. In addition, TCS is insubstantially different as a whole from claim 19 and thus infringes claim 19 under the doctrine of equivalents.

**J.      Claim 21**

439.    Claim 21 recites:

**"21. The method of claim 19 wherein said second block size is N/ 2 x N/2. "**

440.    As explained below, I conclude that Broadcom's TCS software meets claim element 21 both literally and under the doctrine of equivalents.

441.    As explained above in conjunction with claim 18, the first block size may 16x16, with the second block size chosen as 8x8. Similarly, the first block size may be 16x8, with the second block size chosen as 8x4. The first block size may also be 8x16, with the second block size chosen as 4x8. Finally, the first block size may be 8x8, with the second block size chosen as 4x4. Any of these combinations of first and second block sizes meet claim 21 literally because the corresponding values of "N," which are 16, 16, 8, 8, and 8, respectively, are integers, *i.e.*, whole numbers as opposed to fractions.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                 128                 CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __259__

442.    Because, as described above, the TCS software performs operations identical to those recited in claim 21, there exist no substantial differences between TCS and claim 21.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 21 under the doctrine of equivalents.

443.    For the reasons explained above, TCS literally meets each element of claim 21 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 21 and thus infringes claim 21 under the doctrine of equivalents.

**K.    Claim 22**

444.    Claim 22 recites:

> **"22. The method of claim 18 wherein said blocks of pixel data of a first block size comprise pixel data from a previous frame of video data."**

445.    As explained below, I conclude that Broadcom's TCS software meets claim element 22 both literally and under the doctrine of equivalents.

446.    As explained above, I understand and adopt the Court's constructions of "blocks of pixel data" and "pixel data."

447.    TCS meets claim 22 literally because the reference frames in TCS can correspond to previous frames of video data, as explained in conjunction with claim 5.

448.    Because, as described above, the TCS software performs operations identical to those recited in claim 22, there exist no substantial differences between TCS and claim 22.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 22 under the doctrine of equivalents.

449.    For the reasons explained above, TCS literally meets each element of claim 22 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 22 and thus infringes claim 22 under the doctrine of equivalents.

**L.    Claim 23**

450.    Claim 23 recites:

> **"23. The method of claim 18 wherein said blocks of pixel data of a first block size are combinations of blocks of data from previous frames of video data."**

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                   129

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

EXHIBIT __M__ PAGE __260__

451.    As explained below, I conclude that Broadcom's TCS software meets claim element 23 both literally and under the doctrine of equivalents.

452.    As explained above, I understand and adopt the Court's constructions of "blocks of pixel data."

453.    Because, as described above, the TCS software performs operations identical to those recited in claim 23, there exist no substantial differences between TCS and claim 23.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 23 under the doctrine of equivalents.

454.    Because, as described above, TCS performs operations identical to those recited in claim 23, there exist no substantial differences between TCS and claim 23.  TCS thus satisfies claim 23 under the doctrine of equivalents.

**M.    Claim 24**

455.    Claim 24 recites:

> **"24. The method of claim 18 further comprising the step of weighting said additional distortion value by a predetermined weighting format."**

456.    As explained below, I conclude that Broadcom's TCS software meets claim element 24 both literally and under the doctrine of equivalents.

457.    I understand that the Court has construed the term "predetermined weighting format" to mean "a specification, decided on before beginning the method, for scaling a distortion value using a cost factor," and I adopt that construction in this declaration.  As explained above, I understand and adopt the Court's constructions of "distortion value."

458.    TCS implements the step of weighting the additional distortion values by a predetermined weighting format, as described above in conjunction with claim 7.  Accordingly, for the same reasons, TCS meets claim 24 both literally and under the doctrine of equivalents.

459.    Because, as described above, the TCS software performs operations identical to those recited in claim 24, there exist no substantial differences between TCS and claim 24.  If any differences were found to exist, they would be inherently insubstantial.  TCS thus satisfies claim 24 under the doctrine of equivalents.

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS                    130

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

443196_12

460.    For the reasons explained above, TCS literally meets each element of claim 24 and therefore literally infringes it.  In addition, TCS is insubstantially different as a whole from claim 24 and thus infringes claim 24 under the doctrine of equivalents.

Signed this 10th day of November, 2006.

_____
Iain Richardson

RICHARDSON 1ST SUPP. DECL. RE BROADCOM'S
INFRINGEMENT OF '767 & '104 PATENTS

443196_12

131

CASE NO. 05CV1958 B(BLM)
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

EXHIBIT  M  PAGE 262

# EXHIBIT N

# EXHIBIT N FILED UNDER SEAL

# EXHIBIT O

# EXHIBIT O FILED UNDER SEAL