| | |
|---|---|
| 1 | WILLIAM S. BOGGS (Bar No. 053013) |
| 2 | BRIAN A. FOSTER (Bar No. 110413)<br>TIMOTHY S. BLACKFORD (Bar No. 190900) |
| 3 | CHRISTOPHER J. BEAL (Bar No. 215679)<br>**DLA PIPER US LLP** |
| 4 | 401 B Street, Suite 1700<br>San Diego, CA  92101-4297 |
| 5 | Telephone:  (619) 699-2700 |
| 6 | Attorneys for Plaintiff and Counterdefendant |
| 7 | QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | 05 CV 1958 B (BLM)<br><br>**PROOF OF SERVICE** |
| BROADCOM CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Counterdefendant. | |

DLA PIPER US LLP
SAN DIEGO

SD\1735071.1
336110-122

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On June 22, 2007, I served the within documents:

1. **QUALCOMM INCORPORATED'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO BROADCOM CORPORATION'S MOTION FOR SANCTIONS [REDACTED PUBLIC VERSION];**

2. **DECLARATION OF CHRISTOPHER J. BEAL IN OPPOSITION TO BROADCOM CORPORATION'S MOTION FOR SANCTIONS**

☒ by transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system, such document(s) will be served to the addressee(s) specified in Exhibit A hereto.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

☒ by personally delivering the document(s) listed above to the person(s) via Central Attorney Service at the address(es) set forth in Exhibit B.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 22, 2007, at San Diego, California.

_____
Debby Brady

# EXHIBIT A

## PARTIES TO BE SERVED ELECTRONICALLY

- **John Allcock**
  john.allcock@dlapiper.com lisa.watts@dlapiper.com

- **James R Batchelder**
  jbatchelder@daycasebeer.com jnelson@daycasebeer.com

- **Adam Arthur Bier**
  abier@daycasebeer.com

- **Robert S Brewer, Jr**
  rbrewer@mckennalong.com mmontoya@mckennalong.com

- **Will L Crossley**
  will.crossley@wilmerhale.com crystal.williams@wilmerhale.com

- **Vinita Ferrera**
  vinita.ferrera@wilmerhale.com elizabeth.geller@wilmerhale.com

- **Geoffrey M Howard**
  geoff.howard@bingham.com rosaleen.doran@bingham.com

- **Alicia Hunt**
  alicia.hunt@wilmerhale.com

- **Lawrence M Jarvis**
  ljarvis@mhmlaw.com cdoss@mhmlaw.com

- **Randall Evan Kay**
  randy.kay@dlapiper.com irene.folk@dlapiper.com

- **David E Kleinfeld**
  david.kleinfeld@hellerehrman.com
  lori.dawson@hellerehrman.com,;dawn.masadao@hellerehrman.com

- **Jean Dudek Kuelper**
  jkuelper@mhmlaw.com info@mhmlaw.com

- **William F Lee**
  william.lee@wilmerhale.com

- **Kevin Kook Tai Leung**
  kleung@daycasebeer.com afolmer@daycasebeer.com

- **Christian E Mammen**
  cmammen@daycasebeer.com cdeanda@daycasebeer.com

- **James Sullivan McNeill**
  jmcneill@mckennalong.com lvaldez@mckennalong.com

DLA PIPER US LLP
SAN DIEGO
SD\1735071.1
336110-122

| | |
|---|---|
| 1 | |
| 2 | • **Juliana Maria Mirabilio**<br>juliana.mirabilio@wilmerhale.com teresa.shirley@wilmerhale.com |
| 3 | • **Stephen M Muller**<br>stephen.muller@wilmerhale.com nancy.clark@wilmerhale.com |
| 4 | • **Allen C Nunnally**<br>allen.nunnally@wilmerhale.com diane.coffin@wilmerhale.com |
| 5 | |
| 6 | • **Lee Patch**<br>lpatch@daycasebeer.com afolmer@daycasebeer.com |
| 7 | • **John J Regan**<br>John.Regan@wilmerhale.com |
| 8 | |
| 9 | • **Kathryn Bridget Riley**<br>kathryn.riley@dlapiper.com ginny.gomez@dlapiper.com;robyn.allison@dlapiper.com; catherine.orth@dlapiper.com;carmen.ferrera@dlapiper.com |
| 10 | |
| 11 | • **Kate Saxton**<br>kate.saxton@wilmerhale.com jennifer.doig@wilmerhale.com |
| 12 | |
| 13 | • **Ryan Scher**<br>rscher@daycasebeer.com |
| 14 | • **Gregory C Schodde**<br>gschodde@mhmlaw.com hmack@mhmlaw.com |
| 15 | |
| 16 | • **Mark D Selwyn**<br>mark.selwyn@wilmerhale.com rebecca.mcnew@wilmerhale.com |
| 17 | • **Victoria Q Smith**<br>vsmith@daycasebeer.com rplatt@daycasebeer.com |
| 18 | |
| 19 | • **Donald R Steinberg**<br>don.steinberg@wilmerhale.com gerri.bellavia@wilmerhale.com |
| 20 | |
| 21 | • **Wayne L Stoner**<br>wayne.stoner@wilmerhale.com valerie.mcnamara@wilmerhale.com |
| 22 | • **Louis W Tompros**<br>louis.tompros@wilmerhale.com |
| 23 | |
| 24 | • **Barry Jerome Tucker**<br>barry.tucker@hellerehrman.com<br>lori.dawson@hellerehrman.com,;dawn.masadao@hellerehrman.com |
| 25 | |
| 26 | • **Maria K Vento**<br>maria.vento@wilmerhale.com patricia.shore@wilmerhale.com |
| 27 | |
| 28 | |

# EXHIBIT B

## PARTIES TO BE SERVED MANUALLY

| | |
|---|---|
| Robert S. Brewer, Jr., Esq.<br>James S. McNeill, Esq.<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA  92101 | *via Personal Service* |
| Lawrence M. Jarvis, Esq.<br>Jean Dudek Kuelper, Esq.<br>McAndrews Held & Malloy<br>500 West Madison, 34th Floor<br>Chicago, IL  60661 | *via UPS Overnight* |
| William F. Lee, Esq.<br>Stephen M. Muller, Esq.<br>Donald R. Steinberg, Esq.<br>Wayne L. Stoner, Esq.<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA  02109 | *via UPS Overnight* |