1 | ROBERT S. BREWER, JR. (SBN 65294)
2 | JAMES S. MCNEILL (SBN 201663)
  | MCKENNA LONG & ALDRIDGE LLP
3 | 750 B Street, Suite 3300
  | San Diego, CA 92101
4 | Telephone: (619) 595-5400
  | Facsimile: (619) 595-5450

5 | WILLIAM F. LEE (admitted *pro hac vice*)
  | JOHN J. REGAN (admitted *pro hac vice*)
6 | WILMER CUTLER PICKERING
  |   HALE AND DORR LLP
7 | 60 State Street
  | Boston, MA 02109
8 | Telephone: (617) 526-6000
  | Facsimile: (617) 526-5000

9 | Attorneys for Defendant/Counterclaim Plaintiff
10 | BROADCOM CORPORATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 05 CV 01958 B (BLM)<br><br>**BROADCOM CORPORATION'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Date:  July 10, 2007<br>Time:  10:30 a.m.<br>Judge: Hon. Barbara L. Major |

05 CV 1958

1  Defendant Broadcom Corporation ("Broadcom") hereby requests leave to file the
2  following documents under seal pursuant to Protective Order paragraph 10:
3      1. Broadcom Corporation's Reply in Support of Its Motion for Sanctions;[1]
4      2. Exhibits D, E, F, M, and O to the Supplemental Declaration of Kate Saxton in Support
5         of Broadcom Corporation's Reply in Support of Its Motion for Sanctions.
6      Under Protective Order paragraph 10, the parties may file confidential documents under
7  seal, with the Court's permission.  The documents listed above cite to and discuss confidential
8  technical information produced by the parties subject to the protective order.
9      WHEREFORE, Broadcom respectfully requests that the Court permit Broadcom to file
10 the documents described above under seal.  A proposed order accompanies this motion.

Dated:    June 29, 2007

MCKENNA LONG & ALDRIDGE LLP

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:  /s/ James S. McNeill
      Attorneys for Broadcom Corporation

SD:22157956.1

---

[1] Broadcom will contemporaneously file a redacted public version of its Reply in Support of Its Motion for Sanctions.

- 1 -                                                                05 CV 1958

US1DOCS 6260256v1