1  ROBERT S. BREWER, JR. (SBN 65294)
2  JAMES S. MCNEILL (SBN 201663)
   MCKENNA LONG & ALDRIDGE LLP
3  750 B Street, Suite 3300
   San Diego, CA 92101
4  Telephone:(619) 595-5400
   Facsimile: (619) 595-5450
5
   WILLIAM F. LEE (admitted *pro hac vice*)
6  JOHN J. REGAN (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Telephone:   (617) 526-6000
9  Facsimile:   (617) 526-5000

10 MARK D. SELWYN (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
11   HALE AND DORR LLP
   1117 California Avenue
12 Palo Alto, California 94304
   Phone: (650) 858-6000
13 Fax: (650) 858-6100

14 Attorneys for Defendant/Counterclaim Plaintiff
   BROADCOM CORPORATION
15
                    UNITED STATES DISTRICT COURT
16
                   SOUTHERN DISTRICT OF CALIFORNIA
17                                                      **[FILED BY FACSIMILE]**

18 QUALCOMM INCORPORATED,              Case No.  05 CV 01958 B (BLM)

19              Plaintiff,             **SUPPLEMENTAL DECLARATION
                                       OF KATE SAXTON IN SUPPORT
20 v.                                  OF BROADCOM CORPORATION'S
                                       REPLY IN SUPPORT OF ITS
21 BROADCOM CORPORATION,               MOTION FOR SANCTIONS

22              Defendant.

23 AND RELATED COUNTERCLAIMS           Date:   July 10, 2007
                                       Time:   10:30 a.m.
24                                     Judge:  Hon. Barbara L. Major

25

26

27

28

                                                              05 CV 1958

I, Kate Saxton, hereby declare:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, which represents Broadcom Corporation ("Broadcom") in this matter.

2. I am licensed to practice law in the Commonwealth of Massachusetts (BBO #655903).

3. I was admitted *pro hac vice* before this Court on January 4, 2006.

4. I have personal knowledge of the facts contained in this Declaration, and if called upon to testify to the truth of them, I could and would do so competently.

5. Attached hereto as Exhibit A is a true and accurate copy of the Transcript of Order to Show Cause/Motion Hearing Before the Honorable Rudi M. Brewster, June 25, 2007.

6. Attached hereto as Exhibit B is a true and accurate copy of pages 1, 2, 1-1, 1-2, 2-1, and 2-2, of Qualcomm Incorporated's Corrected Supplemental Preliminary Disclosure of Asserted Claims, Accused Products, and Infringement Contentions Relating to U.S. Patent Nos. 5,576,767 and 5,452,104, dated July 26, 2007.

7. Attached hereto as Exhibit C is a true and accurate copy of pages 1, 2, 1-1, 1-2, 2-1, and 2-2, of Qualcomm Incorporated's Second Supplemental Preliminary Disclosures of Asserted Claims, Accused Products, and Infringement Contentions Relating to U.S. Patents Nos. 5,576,767 and 5,452,104, dated August 23, 2006.

8. Attached hereto as Exhibit D is a true and accurate copy of pages 1 and 2 of Qualcomm Incorporated's Opposition to Broadcom Corporation's Memorandum in Support of its Motion for Summary Judgment of Noninfringement of U.S. Patent No. 5,452,104, dated November 20, 2006. **[Filed Under Seal]**

9. Attached hereto as Exhibit E is a true and accurate copy of page 1 of Qualcomm Incorporated's Memorandum of Contentions of Fact and Law, dated November 19, 2006. **[Filed Under Seal]**

10. Attached hereto as Exhibit F is a true and accurate copy of pages 8, 9, 14, 15, 16, and 17 of Qualcomm Incorporated's Rebuttal Memorandum of Contentions of Fact and Law, dated December 4, 2006. **[Filed Under Seal]**

11. Attached hereto as Exhibit G is a true and accurate copy of pages 62 through 66 of the Transcript of Trial before the Honorable Rudi M. Brewster, Volume III, January 11, 2007.

12. Attached hereto as Exhibit H is a true and accurate copy of pages 319 through 324 of the Transcript of Continued Pretrial Conference and Motions in Limine Hearing Before the Honorable Rudi M. Brewster, December 19, 2006.

13. Attached hereto as Exhibit I is a true and accurate copy of page 18 from the Transcript of Continued Pretrial Conference and Motions in Limine Hearing Before the Honorable Rudi M. Brewster, December 20, 2006.

14. Attached hereto as Exhibit J is a true and accurate copy of a letter dated June 14, 2007 from Timothy S. Blackford, counsel to Qualcomm, to Kate Saxton, counsel to Broadcom.

15. Attached hereto as Exhibit K is a true and accurate copy of pages 15 through 17 of Broadcom Corporation's First Set of Interrogatories Under Fed. R. Civ. P. 33 (Nos. 1-16), dated January 23, 2006.

16. Attached hereto as Exhibit L is a true and accurate copy of a letter dated March 2, 2007 from Kathryn B. Riley, counsel to Qualcomm, to Elizabeth I. Rogers, counsel to Broadcom.

17. Attached hereto as Exhibit M is a true and accurate copy of a letter dated March 5, 2007 from Louis W. Tompros, counsel to Broadcom, to Kathryn B. Riley, counsel to Qualcomm. **[Filed Under Seal]**

18. Attached hereto as Exhibit N is a true and accurate copy of a letter dated March 5, 2007 from Mark D. Selwyn, counsel to Broadcom, to Kathryn Riley, counsel to Qualcomm.

19. Attached hereto as Exhibit O is a true and accurate copy of a letter dated March 5, 2007 from Mark D. Selwyn, counsel to Broadcom, to Kathryn Riley, counsel to Qualcomm. **[Filed Under Seal]**

20. Attached hereto as Exhibit P is a true and accurate copy of a letter dated March 6, 2007 from Mark D. Selwyn, counsel to Broadcom, to Kathryn Riley, counsel to Qualcomm.

21. Attached hereto as Exhibit Q is a true and accurate copy of a letter dated March 6, 2007 from Kathryn R. Riley counsel to Qualcomm, to Mark D. Selwyn, Esq., counsel to Broadcom.

22. Attached hereto as Exhibit R is a true and accurate copy of a letter dated March 6, 2007 from Mark D. Selwyn, counsel to Broadcom, to Kathryn Riley, counsel to Qualcomm.

23. Attached hereto as Exhibit S is a true and accurate copy of a letter dated March 7, 2007 from Kathryn B. Riley, counsel to Qualcomm, to Mark D. Selwyn, counsel to Broadcom.

24. Attached hereto as Exhibit T is a true and accurate copy of a letter dated March 7, 2007 from Kate Saxton, counsel to Broadcom, to Kathryn B. Riley, counsel to Qualcomm.

25. Attached hereto as Exhibit U is a true and accurate copy of a letter dated March 7, 2007 from Kathryn B. Riley, counsel to Qualcomm, to Kate Selwyn, counsel to Broadcom.

26. Attached hereto as Exhibit V is a true and accurate copy of a March 9, 2007 email from Kathryn Riley, counsel to Qualcomm, to Kate Saxton, counsel to Broadcom.

27. Attached hereto as Exhibit W is a true and accurate copy of a March 30, 2007 email from Kate Saxton, counsel to Broadcom, to Adam Arthur Bier and Lee Patch, counsel to Qualcomm.

28. Attached hereto as Exhibit X is a true and accurate copy of pages 40 through 43 from the Transcript of Trial before the Honorable Rudi M. Brewster and a Jury, January 24, 2007.

29. Attached hereto as Exhibit Y is a true and accurate copy of Broadcom's Demonstrative Slides as presented to the Court at the Order to Show Cause/Motion Hearing Before the Honorable Rudi M. Brewster, on June 25, 2007.

30. Attached hereto as Exhibit Z is a true and accurate copy of the page appearing on Yahoo! Finance (http://finance.yahoo.com/q?s=QCOM), dated June 29, 2007.

Signed this 29th day of June, 2007.

_____
Kate Saxton