# EXHIBIT Z

QCOM: Summary for QUALCOMM INC - Yahoo! Finance                                    Page 1 of 3

Yahoo! | My Yahoo! | Mail | More      New Make Your Signed page Help

**YAHOO! FINANCE**          Web Search

Dow ↓ 0.10%  Nasdaq ↓ 0.20%                    Friday, June 29, 2007, 4:44PM ET - U.S

Enter Symbol(s)   [GET QUOTES]   Symbol Lookup   Finance Search

## QUALCOMM Inc. (QCOM)                              At 4:00PM ET: 43.39 ↓

   

Streaming Quotes:  ?

**QUALCOMM INC** (NasdaqGS:QCOM)                                          [Edit]

After Hours: **43.43** ↑ 0.04 (0.09%) as of 4:25PM ET on 06/29/07

| | | | | |
|---|---|---|---|---|
| Last Trade: | **43.39** | Day's Range: | 43.09 - 43.75 | **New!** Try our new Charts in Beta |
| Trade Time: | 4:00PM ET | 52wk Range: | 32.76 - 47.72 | QCOM 29-Jun 3:55pm (C)Yahoo! |
| Change: | ↓ 0.07 (0.16%) | Volume: | 17,601,238 | |
| Prev Close: | 43.46 | Avg Vol (3m): | 18,711,500 | |
| Open: | 43.51 | Market Cap: | 72.32B | |
| Bid: | 43.38 x 100 | P/E (ttm): | 28.05 | 1d 5d 3m 6m 1y 2y 5y max |
| Ask: | 43.40 x 1000 | EPS (ttm): | 1.55 | |
| 1y Target Est: | 53.11 | Div & Yield: | 0.56 (1.30%) | Annual Report for QCOM |

NEW Add Quotes to Your Web Site      ✉ Add QCOM to Portfolio  ⚑ Set Alert  ⬇ Download Data

Quotes delayed, except where indicated otherwise. For consolidated real-time quotes (including real-time pre/post market data), sign up for a free trial of Real-time Quotes.

**HEADLINES**     Change Display [ hide $$  edit ]            ADVERTISEMENT

• This Just In: Upgrades and Downgrades
  at **Motley Fool** (Fri 2:59pm)
• Qualcomm rejects Broadcom's $6 per phone offer
  at **Reuters** (Fri 2:16pm)
• EU Wants Homegrown Mobile TV
  at **Motley Fool** (Fri 1:02pm)
• Qualcomm Hangs Up On Broadcom
  at **Forbes.com** (Fri 12:55pm)
• Now's the Time to Jump on TI
  at **TheStreet.com** (Fri 9:28am)
• Intel Inside the Third World
  at **BusinessWeek Online** (Fri 8:08am)
• Qualcomm Spurns Broadcom Offer
  **AP** (Thu 10:41pm)
• [$$] Qualcomm Rejects Broadcom Pact
  at **The Wall Street Journal Online** (Thu 10:39pm)
• The Millionaire in the Next Cubicle
  at **Motley Fool** (Thu 5:13pm)
• Top or Flop: Qualcomm's Midyear Update

**KEY STATISTICS**

Forward P/E (1 yr):              20.86

Exhibit Z-1

http://finance.yahoo.com/q?s=QCOM                                                6/29/2007

Case 3:05-cv-01958-B-BLM   Document 578-4   Filed 06/29/07   PageID.13012   Page 3 of 4

QCOM: Summary for QUALCOMM INC - Yahoo! Finance                                Page 2 of 3

at **Motley Fool** (Thu 4:29pm)
**More Headlines for QCOM...**
Add QCOM News to My Yahoo!:
[+ MY YAHOO!] [RSS]

**FINANCIAL BLOGS**

- Could Local.com become the Local Search Industry's Qualcomm?
  **Seeking Alpha** (Fri 5:18am)
- EU Favors Nokia's Technology for Mobile-TV Standard
  **Seeking Alpha** (Tue, Jun 26)
- Verizon CEO Unruffled by iPhone - Barron's
  **Seeking Alpha** (Sun, Jun 24)

**More Financial Blogs for QCOM...**
Add QCOM Blogs to My Yahoo!:

[+ MY YAHOO!] [RSS]

**REPORTS**

QCOM: Risk/Reward Rating: Full Report: Cash Truth Behind the Reported Earnings
Jun 29 - New Constructs, LLC

Trading Report for (QCOM) Detailed Technical Analysis + Free Market Timing Report
Jun 28 - Stock Traders Daily

In-depth quantitative analysis of TELEFONICA de ARGENTINA, including fundamentals...
Jun 27 - Epsilon S.A.

**More Reports for QCOM...**

| | |
|---|---|
| P/S (ttm): | 8.84 |
| Dividend Date: | 29-Jun-07 |
| Ex-Dividend Date: | 30-May-07 |

**More Key Statistics...**



**ANALYST**

| | |
|---|---|
| Annual EPS Est (Sep-07) : | 1.90 |
| Quarterly EPS Est (Jun-07) : | 0.51 |
| Mean Recommendation*: | 2.0 |
| PEG Ratio (5 yr expected): | 1.13 |

* (Strong Buy) 1.0 - 5.0 (Strong Sell)

**Analyst Opinion - Estimates**

**BUSINESS SUMMARY**

QUALCOMM Incorporated engages in the design, development, manufacture, and marketing of digital wireless telecommunications products and services based on its Code Division Multiple Access (CDMA) technology. more

**Company Profile - Industry**

✉ **Add to Portfolio**   ⚙ **Set Alert**   ✉ **Email to a Friend**

Get **Summary** for Another Symbol:       [GO] Symbol Lookup

- Market Overview                         - US Indices

**Quotes delayed for QCOM. Get streaming real-time quotes - FREE trial.**

Copyright © 2007 Yahoo! All rights reserved. Terms of Service - Copyright/IP Policy
To learn more about Yahoo!'s use of personal information, please read the Privacy Policy.

**Quotes delayed,** except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. Financials data provided by Edgar Online. Dividend data provided by Hemscott Americas. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fund summary, fund performance and Morningstar Index data provided by Morningstar. Analyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the

Case 3:05-cv-01958-B-BLM   Document 578-4   Filed 06/29/07   PageID.13013   Page 4 of 4

QCOM: Summary for QUALCOMM INC - Yahoo! Finance                              Page 3 of 3

validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Exhibit Z-3