**QUALCOMM INCORPORATED v. BROADCOM CORPORATION**
United States District Court Case No. 05-CV-1958 B (BLM)

**CERTIFICATE OF SERVICE**

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **BROADCOM CORPORATION'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
- **[PROPOSED] ORDER GRANTING BROADCOM CORPORATION'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
- **BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS [REDACTED PUBLIC VERSION]**
- **BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS [FILED UNDER SEAL]**
- **SUPPLEMENTAL DECLARATION OF KATE SAXTON IN SUPPORT OF BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS**
- **EXHIBITS D, E, F, M AND O TO THE SUPPLEMENTAL DECLARATION OF KATE SAXTON IN SUPPORT OF BROADCOM CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS [FILED UNDER SEAL]**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

William Boggs, Esq.                                                                *Attorneys for Plaintiff*
Timothy Blackford, Esq.
Christopher Beal, Esq.
John Allcock, Esq.
Kathryn B. Riley, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel:  (619) 669-2700/**Fax:  (619) 699-2701**
william.boggs@dlapiper.com
tim.blackford@dlapiper.com
cris.beal@dlapiper.com
john.allcock@dlapiper.com
kathryn.riley@dlapiper.com

**Via Personal Delivery**

05CV1958

| | | |
|---|---|---|
| 1 | Barry Jerome Tucker, Esq.<br>HELLER EHRMAN LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122<br>Tel.: (858) 450-8478/**Fax: (858) 450-8499**<br>barry.tucker@hellerehrman.com | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

| | | |
|---|---|---|
| | James R. Batchelder, Esq.<br>Adam A. Bier, Esq.<br>Kevin K. Leung, Esq.<br>Lee Patch, Esq.<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Tel: (408) 873-0110/**Fax: (408) 873-0220**<br>jbatchelder@daycasebeer.com<br>cmammen@daycasebeer.com<br>abier@daycasebeer.com<br>kleung@daycasebeer.com<br>lpatch@daycasebeer.com | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

| | | |
|---|---|---|
| | Geoffrey M. Howard, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel: (415) 393-2000/**Fax: (415) 393-2286**<br>geoff.howard@bingham.com | ***Attorneys for Plaintiff*** |

**Via UPS Overnight Mail**

   Pursuant to the Joint Discovery Plan dated January 30, 2006 a courtesy copy of the Replies described above will be provided Via Facsimile

   Executed on **June 29, 2007,** in San Diego, California.


                                              s/James S. McNeill
                                              James S. McNeill

05CV1958