UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>        Defendant.<br><br>BROADCOM CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>        Counterdefendant. | Case No. 05cv1958-B (BLM)<br><br>**ORDER CONTINUING HEARING DATE ON BROADCOM'S MOTION FOR SANCTIONS [DOC. NO. 540]** |

On the Court's own motion, the July 10, 2007 hearing date for Broadcom's Motion for Sanctions [Doc. No. 540] is hereby continued. Oral argument on this motion shall now be heard on **July 26, 2007** at **9:30 a.m.**

///

///

1  All other dates and deadlines set forth in the Court's Order Regarding
2  Hearing and Briefing on Broadcom's Motion for Sanctions [Doc. No. 553]
3  remain as previously set.
4      **IT IS SO ORDERED.**
5
6  Dated: <u>June 29, 2007</u>
7                               BARBARA L. MAJOR
                             United States Magistrate Judge
8
9  COPY TO:
   HONORABLE RUDI M. BREWSTER
10 U.S. DISTRICT JUDGE
11 ALL COUNSEL