# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>              Plaintiff,<br>v.<br><br>BROADCOM CORPORATION,<br><br>              Defendant.<br>_____<br>BROADCOM CORPORATION,<br><br>              Counterclaimant,<br>v.<br>QUALCOMM INCORPORATED,<br><br>              Counterdefendant. | Civil No: 05-CV-1958-B(BLM)<br><br>**JUDGMENT AFTER JURY TRIAL (1) FOR DEFENDANT BROADCOM CORPORATION ("BROADCOM") AND AGAINST PLAINTIFF QUALCOMM INCORPORATED ("QUALCOMM") ON PATENT INFRINGEMENT CLAIMS REGARDING U.S. PATENT NOS. 5,452,104 AND 5,576,767; (2) FOR COUNTERDEFENDANT QUALCOMM AND AGAINST COUNTERCLAIMANT BROADCOM ON INVALIDITY COUNTERCLAIMS REGARDING U.S. PATENT NOS. 5,452,104 AND 5,576,767; (3) FOR COUNTERDEFENDANT QUALCOMM AND AGAINST COUNTERCLAIMANT BROADCOM ON INEQUITABLE CONDUCT COUNTERCLAIM REGARDING U.S. PATENT NO. 5,452,104; AND (4) FOR DEFENDANT BROADCOM AND AGAINST PLAINTIFF QUALCOMM ON AFFIRMATIVE DEFENSE OF UNENFORCEABILITY OF U.S. PATENT NOS. 5,452,104 AND 5,576,767 DUE TO WAIVER**<br><br>**JUDGMENT ENTERED ON AUGUST 6, 2007** |

This matter came on for jury trial on January 9, 2007, and was submitted to the jury on January 26, 2007.  The jury returned a verdict: (1) for Broadcom and against Qualcomm on Qualcomm's literal and doctrine of equivalents direct infringement claims regarding U.S. Patent Nos. 5,452,104 ("the '104 patent") and 5,576,767 ("the '767 patent"); (2) for Broadcom and against Qualcomm on Qualcomm's inducing and contributory indirect infringement claims regarding the '104 and '767 patents; and (3) for Qualcomm and against Broadcom on Broadcom's invalidity counterclaims of the '104 and '767 patents based on obviousness.  (Doc. No. 499.)  Because the jury found for Broadcom and against Qualcomm on Qualcomm's infringement claims, the jury did not reach the issue of damages.

Furthermore, the jury returned an advisory verdict: (1) for Broadcom and against Qualcomm on Broadcom's counterclaim of unenforceability of the '104 patent due to inequitable conduct; and (2) for Broadcom and against Qualcomm on Broadcom's affirmative defense that the '104 and '767 patents are unenforceable due to waiver.  (Doc. No. 499.)

On February 9, 2007, the Court held an Evidentiary Hearing on Broadcom's affirmative defense of waiver and counterclaim of inequitable conduct.  The Court issued an Order on March 21, 2007, (1) finding in favor of Qualcomm and against Broadcom on Broadcom's counterclaim of unenforceability of the '104 patent due to inequitable conduct; and (2) finding in favor of Broadcom and against Qualcomm on Broadcom's affirmative defense that the '104 and '767 patents are unenforceable due to waiver.  (Doc. No. 528.) The Court then issued an Order on Remedy for Finding of Waiver filed concurrently with this Judgment, finding appropriate remedy for waiver to be unenforceability of the '104 or '767 patents and their continuations, continuations-in-part, divisions, reissues, or any other derivations of the '104 or '767 patents.

The Court also issued an Order Granting Broadcom's Motion for Exceptional Case Finding and for an Award of Attorneys' Fees (35 U.S.C. § 285) concurrently with the

present Judgment, for which the determination of fees and costs to be awarded shall not toll the time to appeal this Judgment.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**: (1) as to Qualcomm's direct infringement claims, for Broadcom and against Qualcomm of no direct infringement, either literally or under the doctrine of equivalents, as to Claims 3, 4, 5, 7, 13, 59, and 60 of the '104 patent and as to Claims 1, 2, 5, 6, 7, 8, and 9 of the '767 patent; (2) as to Qualcomm's indirect infringement claims, for Broadcom and against Qualcomm of no indirect infringement, either inducing or contributory, as to Claims 3, 4, 5, 7, 13, 59, and 60 of the '104 patent and as to Claims 1, 2, 5, 6, 7, 8, and 9 of the '767 patent; (3) as to Broadcom's invalidity counterclaims, for Qualcomm and against Broadcom of no invalidity on the grounds of obviousness as to Claims 3, 4, 5, 7, 13, 59, and 60 of the '104 patent and as to Claims 1, 2, 5, 6, 7, 8, and 9 of the '767 patent; (4) as to Broadcom's inequitable conduct counterclaim, for Qualcomm and against Broadcom of no unenforceability of the '104 patent; and (5) as to Broadcom's affirmative defense of waiver, for Broadcom and against Qualcomm of unenforceability of the '104 and '767 patents and their continuations, continuations-in-part, divisions, reissues, or any other derivations of the '104 or '767 patents.

//
//
//
//
//
//
//
//
//
//

The Court finds that there is no just reason for delay and upon an express direction for the entry of judgment, the Court therefore enters final judgment on Qualcomm's direct and indirect infringement claims, Broadcom's invalidity and inequitable conduct counterclaims, and Broadcom's affirmative defense of waiver.

**IT IS SO ORDERED**, **ADJUDGED AND DECREED.**

DATED:  August 6, 2007

*[signature]*

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc:  Hon. Barbara Lynn Major
     United States Magistrate Judge

     All Counsel of Record