UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADCOM CORPORATION,<br><br>    Defendants. | Civil No.:  05 CV 1958 B (BLM)<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL FOR QUALCOMM INCORPORATED** |
| BROADCOM CORPORATION,<br><br>    Counterclaimant,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Counterdefendant. | |

On April 27, 2007 William S. Boggs and DLA Piper US LLP filed a (1) Notice of Appearance on Behalf of QUALCOMM Incorporated; and, (2) Substitution of Lead Counsel. Now, pursuant to Civil Local Rule 83.3(g)(2) of the United States District Court for the Southern District of California and the Notice of Consent and Substitution of Counsel for Qualcomm Incorporated filed on or about August 17, 2006, William S. Boggs, Esq. and the attorneys from DLA Piper US LLP who have appeared in the above-captioned action shall be substituted as lead

1  counsel of record for all purposes, in place and instead of James Batchelder, Esq. and all the
2  attorneys from Day Casebeer Madrid & Batchelder LLP who have appeared in this action.
3      IT IS SO ORDERED.
4  Dated:  September 10, 2007

*[signature]*

JUDGE OF THE DISTRICT COURT