UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>        Defendant.<br>_____<br>BROADCOM CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>        Counterdefendant.<br>_____ | Case No. 05cv1958-B (BLM)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |

On September 13, 2007, David Noonan, counsel for the Heller Ehrman LLP ("Heller") attorneys, contacted the Court regarding various procedural concerns related to declarations the Heller attorneys anticipate filing in response to this Court's August 13, 2007 Order to Show Cause [Doc. No. 599]. First, Mr. Noonan requested a hearing date for a motion asking the Court to consider whether a self-defense

05cv1958-B (BLM)

exception applies to the declarations and whether the Court can consider information covered by the attorney-client privilege and work product doctrine. Additionally, Mr. Noonan expressed concern regarding submitting these declarations to the Court prior to resolution of the motion. Finally, Mr. Noonan notified the Court that he intended to seek the Court's permission to refrain from serving the declarations on Defendant Broadcom Corporation in light of the privileged information contained therein.

In order to address these concerns and in the interest of justice, the Court orders as follows:

1. Mr. Noonan shall file his motion regarding privilege on behalf of the Heller attorneys on or before **September 17, 2007** and serve the motion on Qualcomm Incorporated, Broadcom Corporation, and Shartsis Friese LLP, counsel for the Day Casebeer Madrid and Batchelder attorneys;

2. Any declarations the Heller attorneys wish to file in accordance with this Court's August 13, 2007 Order to Show Cause [Doc. No. 599] and August 17, 2007 Order Granting Applications for Extension of Time in Which to File Responsive Papers [Doc. No. 614] shall be submitted **directly to Chambers in a sealed package(s)** on the date previously set for the filing of declarations, September 21, 2007. The submissions will not be reviewed by the Court nor served on any parties pending resolution of the privilege motion;

3. Concurrently with these submissions, the Heller attorneys must **file** with the Court and serve on all parties and movants a notice confirming what documents were submitted to Chambers in the sealed package(s);

///

1  4. Any oppositions to the Heller attorneys' motion regarding
2 privilege must be filed on or before **September 24, 2007**;
3  5. The Heller attorneys' motion regarding privilege will be heard
4 on **September 28, 2007** at **10:30 a.m.**
5  **IT IS SO ORDERED.**
6 DATED: September 14, 2007

*/s/ Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:
HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL