1  SHARTSIS FRIESE LLP
   JOEL ZELDIN (BAR #51874)
2  FRANK A. CIALONE (Bar #172816)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922
   Email: jzeldin@sflaw.com
5
   Attorneys for Non-Parties
6  James R. Batchelder, Craig H. Casebeer, Christian
   E. Mammen, Ruchika Agrawal, Kevin K. Leung,
7  Howard T. Loo, William P. Nelson, Ryan Scher,
   Victoria Q. Smith, Bradley A. Waugh, and Roy V.
8  Zemlicka

   KERR & WAGSTAFFE LLP
9  H. SINCLAIR KERR, JR. (BAR #61713)
   JAMES M. WAGSTAFFE (BAR #95535)
10 ADRIAN J. SAWYER (Bar #203712)
   100 Spear Street, Suite 1800
11 San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
12 Facsimile: (415) 371-0500
   Email: kerr@kerrwagstaffe.com
13 Attorneys for Non-Party LEE PATCH

14 CHAPMAN POPIK & WHITE LLP
   MERRI A. BALDWIN (BAR #141957)
15 650 California Street, 19th Floor
   San Francisco, CA 94108
16 Telephone: (415) 352-3000
   Facsimile: (415) 352-3030
17 Email: mbaldwin@chapop.com
   Attorneys for Non-Party ADAM BIER
18
                    UNITED STATES DISTRICT COURT
19
                  SOUTHERN DISTRICT OF CALIFORNIA
20

21 QUALCOMM INCORPORATED,          | Case No. 05CV1958-B (BLM)
                                    |
22                Plaintiff,        | **OBJECTION OF INDIVIDUAL DAY
        v.                          | CASEBEER ATTORNEYS' TO
23 BROADCOM CORPORATION,           | QUALCOMM'S DECLARATIONS ON
                                    | DUE PROCESS GROUNDS**
                  Defendant.        |
24                                  | Date:   October 12, 2007
   BROADCOM INCORPORATED,          | Time:   9:30 a.m.
25                                  | Dept.   Courtroom A
                  Plaintiff,        | **Judge:  Magistrate Judge Barbara L.
26      v.                          | Major**
                                    |
27 QUALCOMM CORPORATION,           |
                  Defendant.        |
28

                                    1
Case No.              OBJECTION TO QUALCOMM DECLS.
05CV1958-B (BLM)      ON DUE PROCESS GROUNDS
7527\001\JZELDIN\1463551.3

This Objection is submitted on behalf of all of the individual Day Casebeer lawyers to the four Declarations filed by Qualcomm on October 3, 2007. These Declarations now starkly illustrate the dilemma the Day Casebeer lawyers raised with the Court last week – the attorneys are being deprived of the opportunity to defend themselves fully and fairly. In particular, Qualcomm has submitted four employee declarations critical of individual Day Casebeer lawyers, knowing that those declarations cannot be addressed or refuted by those lawyers without revealing the content of privileged communications.

The Day Casebeer lawyers have, throughout these proceedings, been mindful of their professional obligation to respect the attorney-client privilege. At the same time, they joined in the motion filed by the Heller Ehrman attorneys to permit the disclosure of otherwise privileged information under the self- defense exception. They recognize that the Court gave careful consideration to the issues and the law in determining that the self-defense exception was inapplicable.

The inability to share with the Court information in defense of the Order to Show Cause, standing alone, raises serious due process considerations, given the attorneys' inability to present exculporatory evidence barred by the privilege. But forcing the individual Day Casebeer lawyers to confront the statements in these Declarations, while they are simultaneously prohibited from responding by the submitting party's assertion of the attorney-client privilege, would even more clearly deprive these Responding Attorneys of their right to due process and fundamental fairness. (Please see Day Casebeer Attorneys' Response to OSC, pages 18-20, particularly the discussions of the McDermott and O'Melveny cases.) For example, in attempting to explain their failure to come forward with documents and facts, the Qualcomm witnesses purport to state what questions they were not asked by the Day Casebeer lawyers, but refrain from stating what questions they were asked (and their replies), relying on privilege. Sanctions against an attorney simply cannot and should not be imposed under such circumstances, *i.e.*, where a former client makes claims that an attorney had certain responsibilities, made certain decisions and failed to take certain actions, but at the same time exercises the privilege, thus preventing any challenge to those assertions.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

-1-
Case No. 05CV1958-B (BLM)
7527\001\JZELDIN\1463551.3
OBJECTION TO QUALCOMM DECLS. ON DUE PROCESS GROUNDS

Qualcomm's submission of these four Declarations after refusing to waive its privilege puts the individual Day Casebeer lawyers in an untenable position, not of their own making. While these attorneys are fully prepared to submit, *in camera*, specific responses to the statements made in the Qualcomm declarations, to do so would breach the attorney-client privilege that remains applicable after this Court's ruling last week. The individual Day Casebeer lawyers therefore submit, based on the principle identified at last week's hearing, that no sanctions of any kind can or should be imposed on the attorneys when, due to their compliance with legally mandated duties, they cannot defend themselves fully.

Respectfully submitted,

DATED: October 5, 2007      SHARTSIS FRIESE LLP

By: /s/ Joel Zeldin
JOEL ZELDIN

Attorneys for Non-Parties James R. Batchelder, Craig H. Casebeer, Kevin K. Leung, Christian E. Mammen, Bradley A. Waugh, Roy V. Zemlicka, William P. Nelson, Victoria Q. Smith, Ryan Scher and Ruchika Agrawal

DATED: October 5, 2007      KERR & WAGSTAFFE, LLP

By: /s/ James M. Wagstaffe
JAMES M. WAGSTAFFE

ATTORNEYS FOR NON-PARTY LEE PATCH

DATED: October 5, 2007      CHAPMAN POPIK & WHITE LLP

By: /s/ Merri A. Baldwin
MERRI A. BALDWIN

ATTORNEYS FOR NON-PARTY ADAM BIER

# PROOF OF SERVICE

I, Cristina Pelayo, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On October 5, 2007, at Shartsis Friese LLP located at the above-referenced address, I served on the interested parties in said cause the attached OBJECTION OF INDIVIDUAL DAY CASEBEER ATTORNEYS' TO QUALCOMM'S DECLARATIONS ON DUE PROCESS GROUNDS

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐ by consigning the document(s) listed above to Federal Express for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐ by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☒ by facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error to facsimile number(s) set forth below:

☒ by transmitting via e-filing the document(s) listed above to the Case Management/Electronic filing system, such document(s) will be served to the addressee(s) set forth below:

William Boggs, Esq.
DLA Piper
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2758
Fax: (619) 699-2701
Email: William.boggs@dlapiper.com

Kate Saxton, Esq.
WilmerHale
60 State Street
Boston, MA 02109
Phone: (617) 526-6253
Fax: (617) 526-5000
Email: kate.saxton@wilmerhale.com

| | |
|---|---|
| William Lee, Esq.<br>WilmerHale<br>60 State Street<br>Boston, MA 02109<br>Phone: (617) 526-6253<br>Fax: (617) 526-5000<br>Email: William.lee@wilmerhale.com | Mr. Robert S. Brewer, Jr., Esq.<br>McKenna Long & Aldridge LLP<br>Symphony Towers<br>750 B Street, Suite 3300<br>San Diego, CA 92101-8105<br>Phone: (619) 595-5408<br>Fax: (619) 619-595-5450<br>Email: rbrewer@mckennalong.com |
| David J. Noonan, Esq.<br>Kirby Noonan Lance & Hoge LLP<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Phone: (619) 231-8666<br>Fax: (619) 231-9593<br>Email: dnoonan@knlh.com | Robert F Semmer, Esq.<br>Coughlan, Semmer & Lipman<br>501 W. Broadway, Suite 400<br>San Diego, CA 92101<br>Phone: (619) 232-0800<br>Fax: (619) 232-0107<br>Email: rsemmer@csllaw.com |
| Mr. H. Sinclair Kerr, Jr., Esq.<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Phone: (415) 371-8500<br>Phone: (415) 300-6700<br>Fax: (415) 371-0500<br>Email: kerr@kerrwagstaffe.com | Merri A. Baldwin, Esq.<br>Chapman, Popik & White LLP<br>650 California Street, 19th Floor<br>San Francisco, CA 94108<br>Phone: (415) 277-9012<br>Fax: (415) 352-3030<br>Email: mbaldwin@chapop.com |
| Richard J. Prendergast, Esq.<br>Richard J. Prendergast, Ltd.<br>111 West Washington Street, Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-0079<br>Fax: (312) 641-3562<br>Email: rprendergast@rjpltd.com | James McNeil, Esq.<br>McKenna Long & Aldridge LLP<br>Symphony Towers<br>750 B Street, Suite 3300<br>San Diego, CA 92101-8105<br>Phone: (619) 595-5408<br>Email: jmcneill@mckennalong.com |
| Geoffrey Howard, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Phone: (415) 393-2845<br>Fax: (415) 262-9212<br>Email: geoff.howard@bingham.com | Douglas M. Butz, Esq.<br>Butz Dunn & DeSantis<br>101 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 233-4777<br>Fax: (619) 231-0341<br>Email: dmbutz@butzdunn.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2007, in San Francisco, California.

_____
Cristina Pelayo

7527\001\CPELAYO\1462977.1

2

Case No.
05CV1958-B (BLM)

PROOF OF SERVICE