1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| QUALCOMM INC., | CASE NO. 05-CV-1958-RMB (BLM) |
| Plaintiff, | ORDER REQUESTING COURTESY COPIES OF DOCUMENTS RE: SANCTIONS |
| vs. | |
| BROADCOM CORP., | |
| Defendant. | |

16  Following a referral from this Court of Defendant Broadcom's oral motion, the

17  Magistrate Judge imposed sanctions on six of Plaintiff's former attorneys – James Batchelder,

18  Christian Mammen, Kevin Lueng, Lee Patch, Adam Bier, and Stanley Young (hereinafter the

19  "Sanctioned Attorneys" and "Sanction Order").  [# 718]  The Sanctioned Attorneys filed

20  timely objections to the Magistrate Judge's Sanction Order.  [# 720-23]

21  To prepare to address the legal and factual objections, the Court instructs the parties

22  (and counsel appearing for the Sanctioned Attorneys) to provide, at their earliest reasonable

23  opportunity, a Courtesy Copy to this Court's Chambers of all underlying documents referenced

24  in the Sanctions Order.  These include the briefs on the original motion, the attorney-client

25  privilege issue, and the responses to the Magistrate Court's Order to Show Cause.

26  Specifically, the Sanctioned Attorneys shall provide complete copies of the declarations,

27  briefs, and exhibits relative to the sanctions proceedings.  The relevant documents appear to

28  include, but may not be limited to, Docket Nos. 634-37, 653, 652, 654-55, 674, 676-80, 682,

685-87, 689-700, 704, & 713-14.  At this time, however, the Court will <u>not</u> accept copies of the *supplemental* declarations containing confidential information that were proffered to, but rejected by, the Magistrate Judge at the September 28th and October 12th hearings.  *See e.g.*, Objections by Batchelder at ¶ 6; Docket No. 602.  In addition, the Sanctioned Attorneys shall provide a Courtesy Copy of the reporter's transcript of the hearings in the Magistrate Court on July 26, 2007, September 28, 2007, and October 12, 2007.

Similarly, both Plaintiff Qualcomm and Defendant Broadcom shall provide complete copies of the declarations, legal briefs, and exhibits submitted to the Magistrate Court.  These appear to include, but may not be limited to Docket Nos. 529, 540, 543 (with corrected exhibits), 546-48, 550-51, 562-63, 574-75, 578, 581, 583-84, 586-92, 597, 658-59, 666, 681, 683-84, 688, & 705-06.

All counsel shall coordinate their submissions so as to avoid duplication of effort.  Unless otherwise stated, <u>the party or movants who prepared the document shall be responsible for preparing a Courtesy Copy of that filing</u>, with all the accompanying exhibits.

As the Courtesy Copy will remain in Chambers for the Court's use only, there is no need to place sealed documents into separate envelopes.  Instead, the Court prefers that documents be three-hole punched that are organized in binders with appropriate dividing tabs.

The Courtesy Copies shall be delivered promptly and directly to Chambers on the Fourth Floor of the Courthouse.  Counsel may contact Chambers with questions or disputes about the Courtesy Copies.

IT IS SO ORDERED.

DATED:  January 29, 2008

Hon. Rudi M. Brewster
United States Senior District Judge

cc:     All Counsel