SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
FRANK A. CIALONE (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; fcialone@sflaw.com

Attorneys for Non-Parties
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05CV1958-B (BLM)<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING CREDO PROCESS** |

IT IS HEREBY STIPULATED BY, BETWEEN, AND AMONG Qualcomm Incorporated ("Qualcomm"), Broadcom Corporation ("Broadcom"), and responding attorneys James Batchelder, Adam Bier, Kevin Leung, Christian Mammen, Lee Patch, and Stanley Young (collectively, the "Responding Attorneys") (collectively, Qualcomm, Broadcom and the Responding Attorneys are referred to herein as the "Participants"), through their respective attorneys of record herein, as follows with respect to the CREDO process:

1.  In connection with the Court's Order Granting in Part and Denying in Part Broadcom's Motions for Sanctions etc., dated January 7, 2008 (the "Order"), the Participants have been and will be engaged in the CREDO process. The Participants agree that nothing said,

written, or communicated in the course of the CREDO process is discoverable, admissible in evidence in any proceeding, or otherwise usable against any Participant in this or any other proceeding of any court, tribunal, or body.

2. Nothing said, written, or communicated in the course of the CREDO process constitutes, or will be deemed to constitute, the providing of legal advice by any Participant to any other Participant, nor will anything said, written, or communicated in the course of or in connection with the CREDO process constitute representation of Qualcomm by any of the Responding Attorneys.

3. Nothing said, written, or communicated in the course of the CREDO process shall be deemed an admission by any Participant for any purpose.

4. Neither participation in the CREDO process, nor anything said, written, or communicated in the course of the CREDO process, shall be deemed a waiver of any privilege or similar doctrine.

5. Responding Attorneys have all filed Objections to the Order, including the directive in the Order to participate in the CREDO process. Responding Attorneys preserve their right to appeal the issues that are the subject of their respective Objections, and nothing said, written, or done in connection with the CREDO process will constitute a waiver of any of their Objections or their appellate rights.

6. Except as set forth above, this Stipulation shall not affect any rights that any Participant has independent of the CREDO process.

DATED: 2/1/08

DLA PIPER US LLP

By: /s/ BRIAN FOSTER

Attorneys for Qualcomm Incorporated

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| 1 | DATED: *February 1, 2008* | MCKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | By: _/s/ James S. McNeill_ |
| 4 | | JAMES S. MCNEILL |
| | | Attorneys for Broadcom Corporation |
| 5 | DATED: *Feb 1, 2008* | SHARTSIS FRIESE LLP |
| 6 | | |
| 7 | | By: _/s/ Joel Zeldin_ |
| | | JOEL ZELDIN |
| 8 | | |
| 9 | | Attorneys for Non-Parties JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG |
| 10 | | |
| 11 | DATED: _____ | CHAPMAN, POPIK & WHITE LLP |
| 12 | | By: _____ |
| 13 | | MERRI BALDWIN |
| 14 | | Attorneys for Non-Party ADAM BIER |
| 15 | DATED: _____ | KERR & WAGSTAFFE |
| 16 | | By: _____ |
| 17 | | JAMES WAGSTAFFE |
| 18 | | Attorneys for Non-Party LEE PATCH |
| 19 | DATED: _____ | KIRBY NOONAN LANCE & HOGE LLP |
| 20 | | By: _____ |
| 21 | | DAVID NOONAN |
| 22 | | Attorneys for Non-Party STANLEY YOUNG |

**ORDER RE CREDO PROCESS**

IT IS SO ORDERED.

Dated: 2/4/08

_/s/ Barbara L. Major_
THE HONORABLE BARBARA MAJOR
U.S. Magistrate Judge

7527\001\JZELDIN\1487347.2

- 3 -

| Case No. 05CV1958-B (BLM) | STIPULATION AND [PROPOSED] ORDER CONCERNING CREDO PROCESS |
|---|---|

Left margin: ONE MARITIME PLAZA, EIGHTEENTH FLOOR, SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| 1 | DATED: _____ | MCKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | JAMES S. MCNEILL |
| | | Attorneys for Broadcom Corporation |
| 5 | DATED: _____ | SHARTSIS FRIESE LLP |
| 6 | | |
| 7 | | By:_____ |
| 8 | | JOEL ZELDIN |
| 9 | | Attorneys for Non-Parties JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG |
| 10 | | |
| 11 | DATED: 2/1/08 | CHAPMAN, POPIK & WHITE LLP |
| 12 | | By:_____ |
| 13 | | MERRI BALDWIN |
| 14 | | Attorneys for Non-Party ADAM BIER |
| 15 | DATED: _____ | KERR & WAGSTAFFE |
| 16 | | |
| 17 | | By:_____ |
| | | JAMES WAGSTAFFE |
| 18 | | Attorneys for Non-Party LEE PATCH |
| 19 | DATED: _____ | KIRBY NOONAN LANCE & HOGE LLP |
| 20 | | By:_____ |
| 21 | | DAVID NOONAN |
| 22 | | Attorneys for Non-Party STANLEY YOUNG |

### ORDER RE CREDO PROCESS

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BARBARA MAJOR
U.S. Magistrate Judge

7527\001\JZELDIN\1487347.2

- 3 -

Case No. 05CV1958-B (BLM)   STIPULATION AND [PROPOSED] ORDER CONCERNING CREDO PROCESS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| 1 | DATED: _____ | MCKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | JAMES S. MCNEILL |
| | | Attorneys for Broadcom Corporation |
| 5 | DATED: _____ | SHARTSIS FRIESE LLP |
| 6 | | |
| 7 | | By:_____ |
| 8 | | JOEL ZELDIN |
| 9 | | Attorneys for Non-Parties JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG |
| 10 | DATED: _____ | CHAPMAN, POPIK & WHITE LLP |
| 11 | | |
| 12 | | By:_____ |
| 13 | | MERRI BALDWIN |
| 14 | | Attorneys for Non-Party ADAM BIER |
| 15 | DATED: 2/1/08 | KERR & WAGSTAFFE |
| 16 | | By: /s/ James Wagstaffe |
| 17 | | JAMES WAGSTAFFE |
| 18 | | Attorneys for Non-Party LEE PATCH |
| 19 | DATED: _____ | KIRBY NOONAN LANCE & HOGE LLP |
| 20 | | |
| 21 | | By:_____ |
| | | DAVID NOONAN |
| 22 | | Attorneys for Non-Party STANLEY YOUNG |

**ORDER RE CREDO PROCESS**

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BARBARA MAJOR
U.S. Magistrate Judge

7527\001\JZELDIN\1487347.2

- 3 -

| Case No. 05CV1958-B (BLM) | STIPULATION AND [PROPOSED] ORDER CONCERNING CREDO PROCESS |
|---|---|

Side margin: SHARTSIS FRIESE LLP / ONE MARITIME PLAZA / EIGHTEENTH FLOOR / SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| 1 | DATED: _____ | MCKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | By:_____ |
| | | JAMES S. MCNEILL |
| 4 | | |
| | | Attorneys for Broadcom Corporation |
| 5 | | |
| | DATED: _____ | SHARTSIS FRIESE LLP |
| 6 | | |
| 7 | | By:_____ |
| | | JOEL ZELDIN |
| 8 | | |
| | | Attorneys for Non-Parties |
| 9 | | JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG |
| 10 | | |
| | DATED: _____ | CHAPMAN, POPIK & WHITE LLP |
| 11 | | |
| 12 | | By:_____ |
| | | MERRI BALDWIN |
| 13 | | |
| | | Attorneys for Non-Party ADAM BIER |
| 14 | | |
| | DATED: _____ | KERR & WAGSTAFFE |
| 15 | | |
| 16 | | By:_____ |
| | | JAMES WAGSTAFFE |
| 17 | | |
| | | Attorneys for Non-Party LEE PATCH |
| 18 | | |
| 19 | DATED: 2/1/08 | KIRBY NOONAN LANCE & HOGE LLP |
| 20 | | By: _[signature]_____ |
| | | DAVID NOONAN |
| 21 | | |
| 22 | | Attorneys for Non-Party STANLEY YOUNG |

### ORDER RE CREDO PROCESS

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BARBARA MAJOR
U.S. Magistrate Judge

7527\001\JZELDIN\1487347.2

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111