WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
CHRISTOPHER J. BEAL (Bar No. 215679)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | 05 CV 1958 B (BLM)<br><br>**QUALCOMM INCORPORATED'S REPLY TO BROADCOM CORPORATION'S RESPONSE TO OBJECTIONS OF RESPONDING ATTORNEYS TO SANCTIONS ORDER OF MAGISTRATE JUDGE** |
| BROADCOM CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Counterdefendant. | Date:   No Hearing Date Assigned<br>Judge:  Hon. Rudi M. Brewster |

Qualcomm Incorporated ("Qualcomm") respectfully submits the following points and authorities in reply to Broadcom Corporation's Response to Objections of Responding Attorneys to Sanctions Order of Magistrate Judge ("Response to Objections"):

On January 7, 2008 the Magistrate Judge issued an Order Granting in Part and Denying in Part Defendant Broadcom's Motion for Sanctions ("Sanctions Order"). Qualcomm accepted the sanctions imposed by the Magistrate Judge and did not appeal or file any objections to the Sanctions Order. Qualcomm has now paid to Broadcom the full amount of the $8,568,633.24 monetary sanction ordered by the Magistrate Judge. Qualcomm is also participating in good faith in the CREDO process that was prescribed in the Sanctions Order.

Broadcom did not appeal or file objections to the Sanctions Order. Moreover, although Qualcomm's former outside litigation counsel—those to whom the Sanctions Order refers as the "Sanctioned Attorneys" — have filed certain objection to the Sanctions Order insofar as it relates to them, Broadcom never requested that sanctions be imposed on these individual attorneys in the first place. Accordingly, Broadcom has no basis for (a) complaining about Qualcomm's compliance with the Sanctions Order since Qualcomm has in good faith done everything ordered by the Magistrate Judge; or (b) "responding" to any objections to the Sanctions Order since those objections were filed only by the individual attorneys — not Qualcomm — and Broadcom did not even seek sanctions against the individual attorneys.

Broadcom has nonetheless filed a "Response" to the objections filed by the individual attorneys in which Broadcom suggests that it might be appropriate for this Court to refer certain issues back to the Magistrate Judge so that the Magistrate Judge could consider additional sanctions against Qualcomm. Qualcomm respectfully suggests that any such action is unwarranted and would be improper. The Magistrate Judge has conducted extensive proceedings related to sanctions and, throughout this process, there has never been any suggestion that the Magistrate Judge considered herself constrained by any lack of authority or wished to order any sanction against Qualcomm beyond the sanctions actually imposed — which Qualcomm has accepted without question. Perhaps more importantly, with Qualcomm having complied in good

/////

-1-

1  faith with the Magistrate Judge's Sanctions Order and Broadcom having filed no objections to that
2  Order, there is simply no basis for reopening the Sanctions Order.

Dated: February 20, 2008                    DLA PIPER US LLP

                                            By /s/ William S. Boggs

                                            Attorneys for Plaintiff and Counterdefendant
                                            QUALCOMM Incorporated
                                            william.boggs@dlapiper.com