UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, | ) | Case No. 05cv1958-B (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING STATUS** |
| | ) | **CONFERENCE/STATUS HEARING** |
| v. | ) | |
| | ) | |
| BROADCOM CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and RELATED COUNTERCLAIMS. | ) | |
| | ) | |

On March 20, 2008, the Court convened a status hearing and counsel reported their progress toward developing the CREDO protocol ordered by the Court. On the same date, the Court also conferred with the parties regarding the status of the case in light of Judge Brewster's March 5, 2008 Order Remanding in Part Order of Magistrate Court re Motion for Sanctions Dated 1/07/08.

Because Judge Brewster vacated this Court's order to the extent it required the named Responding Attorneys to participate in the CREDO project, only Qualcomm remains responsible for completing the protocol. The Court hereby orders Qualcomm to submit a final version of the CREDO protocol to this Court by **April 10, 2008**.

1    In regard to the remainder of the case following Judge Brewster's
2 order, for the reasons set forth on the record, the Court finds it
3 appropriate to set a <u>telephonic</u> status conference for **April 2, 2008** at
4 **4:00 p.m.** Counsel for Broadcom and counsel for the named Responding
5 Attorneys shall participate. Counsel for Qualcomm may participate if
6 they so choose. Counsel for the Responding Attorneys shall be
7 responsible for setting up the conference call.
8    **IT IS SO ORDERED.**
9 DATED:  March 25, 2008

    *Barbara L. Major* (signature)

    BARBARA L. MAJOR
    United States Magistrate Judge

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL