SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
FRANK A. CIALONE (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; fcialone@sflaw.com

Attorneys for Non-Parties
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

OTHER PARTIES AND ATTORNEYS LISTED ON SIGNATURE PAGES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05CV1958-B (BLM)<br><br>**DISCOVERY PLAN JOINTLY PROPOSED BY THE RESPONDING ATTORNEYS AND BROADCOM[1] (AMENDED PER COURT INSTRUCTION TO CORRECT SIGNATURE FORMAT ONLY)**<br><br>(Rule 26(f) of the Federal Rules of Civil Procedure) |

Consistent with the Court's authorization and pursuant to Rule 26(f), counsel for Qualcomm, Broadcom, and the Responding Attorneys met-and-conferred by telephone on April 1, 2008 to discuss a discovery plan in preparation for the evidentiary hearing ordered by the Court. On the basis of that conference, the Responding Attorneys and Broadcom (but not

---

[1] Qualcomm has asked that the following footnote be added to this proposed Discovery Plan: "Qualcomm has indicated that it has no objection to the dates proposed in the discovery plan. Qualcomm reserves its rights, however, to contest the volume and scope of discovery requested of it. Qualcomm has further advised the [Responding] Attorneys and Broadcom that it intends to file motions relating to the procedures governing the use and disclosure of its privileged materials, including whether Broadcom may be given access to Qualcomm's privileged information. Qualcomm reserves all rights relating to such issues, including the right to seek appellate review and, if necessary, a stay of proceedings pending such review."

- 1 -

Qualcomm -- see footnote 1) jointly propose the discovery schedule set forth below. In the schedule below, for convenience only, the Responding Attorneys, Broadcom, and Qualcomm shall be collectively referred to as the "Parties."

1. April 15, 2008: The Parties will present their requests for documents to each other, and will serve subpoenas duces tecum upon third parties for the production of documents, on or before April 15, 2008.

2. May 15, 2008: The Parties and third parties will produce the requested documents on or before May 15, 2008. Broadcom and the Responding Attorneys anticipate that a substantial volume of documents will need to be located, assembled, and produced. Most of those documents will be in an electronic format and will have to be retrieved from multiple sources.

3. June 15, 2008: The Parties will need 30 days to review, analyze and sort the anticipated large volume of documents produced by other Parties and third parties. On June 15, 2008, at the end of that 30 day period, the Parties will designate the witnesses whom they want to depose.

4. June 30, 2008: Having reviewed the documents and designated the deponents, the Parties will ascertain the availability of counsel and the witnesses to attend the depositions on particular dates. The Parties will meet-and-confer by telephone on June 30, 2008 to set a deposition schedule. The Parties acknowledge the difficulty of scheduling depositions over the summer months, particularly because of prearranged vacation commitments of witnesses and the large number of counsel who will attend the depositions. To the extent possible, the Parties will try to schedule the depositions in groupings of five or more.

5. September 15, 2008: The Parties will take the depositions (estimated to be 15) and receive back the transcripts between July 1 and September 15, 2008. Again, the Parties are trying to be realistic in terms of timing because of the difficulties of scheduling and taking depositions over the summer.

6. October 15, 2008: All Parties will have 30 days after the deadline for completion of the depositions in which to simultaneously file briefs and declarations.

7. October 30, 2008: The Responding Attorneys will have an additional 15 days to

take such further depositions as are necessary to address conflicts in the evidence first appearing in the declarations filed pursuant to Paragraph 6 above, and to file supplemental declarations and limited additional materials responsive to declarations or briefs filed by Broadcom or Qualcomm.

8. The Parties shall not be allowed to present live testimony at the evidentiary hearing from any witness who has not previously submitted a declaration or been deposed in the OSC proceedings.

9. The hearing date can be set at the Court's convenience after the Court sees the nature and volume of the Parties' submissions.

10. Any date set forth above may be extended by the Court upon a showing of good cause.

DATED: April 2, 2008

WILMER HALE
MCKENNA LONG & ALDRIDGE LLP

By: /s/ Kate Saxton
KATE SAXTON

Attorneys for Broadcom Corporation

DATED: April 2, 2008

SHARTSIS FRIESE LLP

By: /s/ Joel Zeldin
JOEL ZELDIN

Attorneys for Non-Parties
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

DATED: April 2, 2008

CHAPMAN, POPIK & WHITE LLP

By: /s/ Merri Baldwin
MERRI BALDWIN

Attorneys for Non-Party ADAM BIER

DATED: April 2, 2008

KERR & WAGSTAFFE LLP

By: /s/ Adrian Sawyer
ADRIAN SAWYER

Attorneys for Non-Party LEE PATCH

| | |
|---|---|
| DATED: April 2, 2008 | KIRBY NOONAN LANCE & HOGE LLP |
| | By: /s/ *David Noonan* |
| | DAVID NOONAN |
| | Attorneys for Non-Party STANLEY YOUNG |

7527\001\JZELDIN\1502598.1

- 4 -

Case No. 05CV1958-B (BLM)    JOINTLY PROPOSED DISCOVERY PLAN (AMENDED TO CORRECT SIGNATURE FORMAT ONLY)