NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1545, 2008-1162

QUALCOMM INCORPORATED,

          Plaintiff-Appellant,

v.

BROADCOM CORPORATION,

          Defendant-Appellee,

Appeals from the United States District Court for the Southern District of California in case no. 05-CV-1958, Senior Judge Rudi M. Brewster.

---

2007-1569

QUALCOMM INCORPORATED,

          Plaintiff-Appellee,

v.

BROADCOM CORPORATION,

          Defendant-Appellant,

Appeal from the United States District Court for the Southern District of California in case no. 05-CV-1958, Senior Judge Rudi M. Brewster.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

Broadcom Corporation moves without opposition to voluntarily dismiss its appeal, no. 2007-1569. Qualcomm Corporation moves without opposition to consolidate nos. 2007-1545 and 2008-1162. Qualcomm also moves for a 30-day

[FILED APR 7 - 2008  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY]

extension of time, until April 12, 2008, to file its reply brief. Qualcomm states that Broadcom consents to a 14-day extension but opposes a 30-day extension. Louis W. Tompros moves without opposition to withdraw as counsel for Broadcom.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    Broadcom's motion to dismiss is granted.

(2)    Each side shall bear its own costs in 2007-1569.

(3)    Qualcomm's motion to consolidate is granted. The revised official caption is reflected above.

(4)    Qualcomm's motion for a 30-day extension is granted.

(5)    Tompros's motion is granted.

APR 0 2 2008
_____
Date

Timothy B. Dyk
Circuit Judge

cc:   Carter G. Phillips Esq.
      William F. Lee, Esq.
      Louis W. Tompros, Esq.

s19

ISSUED AS A MANDATE (as to 2007-1569 only): APR 0 2 2008

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2008

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 4/2/08