SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
FRANK A. CIALONE (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; fcialone@sflaw.com

Attorneys for Non-Parties
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br>v.<br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05CV1958-B (BLM)<br><br>**APPLICATION FOR ORDER PERMITTING RESPONDING ATTORNEYS TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL**<br><br>Date: June 20, 2008<br>Time: 1:00 p.m.<br>Dept. 5<br>Judge: Hon. Barbara L. Major |

Case No. 05CV1958-B (BLM)   APPL. FOR ORDER PERMITTING RESPONDING ATTYS' TO FILE PORTIONS OF THEIR MEMORANDUM UNDER SEAL

This Application is submitted on behalf of Responding Attorneys James R. Batchelder, Christian E. Mammen, and Kevin L. Leung (collectively, "Responding Attorneys"):

Qualcomm has raised objections as to whether the application of the self-defense exception to the attorney-client privilege results in a waiver of privilege, or whether privileged communications should be filed under seal. Qualcomm has advised Responding Attorneys that it intends to address these issues in a motion for protective order. In light of Qualcomm's concerns, Responding Attorneys apply to this Court for an order permitting them to file conditionally under seal page 4 lines 10-15, page 16 lines 24-28, and page 17 lines 1-3 of their memorandum in support of their Motion to Compel Qualcomm To Produce Documents, and to serve on Broadcom only the redacted version of the memorandum. Responding Attorneys believe these lines reveal the content of Qualcomm's attorney-client privileged communications. Pending the Court's ruling with respect to this application, Responding Attorneys are filing (and serving on Broadcom) a redacted version of their memorandum and are lodging the un-redacted memorandum directly with the Chambers of Judge Major. Responding Attorneys will serve Qualcomm and the other responding attorneys with the un-redacted memorandum.

Responding Attorneys respectfully request that the Court order that page 4 lines 10-15, page 16 lines 24-28, and page 17 lines 1-3 of their memorandum in support of their Motion to Compel be filed under seal, and that they remain under seal pending the Court's ruling with respect to the privilege issues Qualcomm has raised.

DATED: May 23, 2008               Respectfully submitted,

                                  SHARTSIS FRIESE LLP


                                  By:      */s/ Frank A. Cialone*
                                           FRANK A. CIALONE

                                  Attorneys for Non-Parties
                                  JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

- 1 -

Case No. 05CV1958-B (BLM)   APPL. FOR ORDER PERMITTING RESPONDING ATTYS' TO FILE PORTIONS OF THEIR MEMORANDUM UNDER SEAL

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111