UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>        Defendant.<br><br>BROADCOM CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>        Counterdefendant. | Case No. 05cv1958-B (BLM)<br><br>**ORDER DENYING WITHOUT PREJUDICE QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DECLARATION OF MICAH KASDAN AND STRIKING DOC. NO. 857-3 FROM THE RECORD**<br><br>**[Doc. No. 857]** |

///

///

///

///

///

///

1     On October 27, 2008, Qualcomm Incorporated ("Qualcomm") filed an *ex parte* application for leave to file the declaration of Micah Kasdan. Doc. No. 857. Qualcomm attached a copy of the declaration to its application. See Doc. No. 857-3.

    Having reviewed the briefing submitted, the Court hereby **DENIES WITHOUT PREJUDICE** Qualcomm's application. The Clerk of Court is hereby ordered to **STRIKE** the declaration of Micah Kasdan, which appears as Doc. No. 857-3, from the record.

    **IT IS SO ORDERED.**

DATED:   October 28, 2008

                                              *Barbara L. Major*
                                              BARBARA L. MAJOR
                                              United States Magistrate Judge

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL