WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

EVAN R. CHESLER (admitted *pro hac vice*)
ELIZABETH L. GRAYER (admitted *pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROADCOM CORPORATION,<br><br>　　　　　Defendant. | 05 CV 1958 B (BLM)<br><br>**QUALCOMM INCORPORATED'S RESPONSE TO ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE AMENDED AS INSTRUCTED BY FEDERAL CIRCUIT**<br><br>Date:　February 23, 2009<br>Time:　2:00 p.m.<br>Judge:　Hon. Rudi M. Brewster |
| BROADCOM CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　Counterdefendant. | |

DLA PIPER LLP (US)
SAN DIEGO

WEST\21660383.1

05 CV 1958 B (BLM)

1  Qualcomm Incorporated, reserving all rights, submits the following response to the
2  Court's January 28, 2009 Order to Show Cause Why Judgment Should Not Be Amended As
3  Instructed By Federal Circuit ("Order to Show Cause")(Dkt. No. 881).
4  Whereas the Court's proposed amendment to the Judgment appears to be consistent with
5  the decision of the Federal Circuit *Qualcomm Inc. v. Broadcom Corp.,* 2007-1545 & 2008-1162
6  (Fed. Cir. Dec. 1, 2008), Qualcomm does not object to entry of an Amended Judgment containing
7  the proposed revision set forth in the Order to Show Cause.

Dated: February 12, 2009    DLA PIPER LLP (US)

By /s/ Timothy S. Blackford
tim.blackford@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Elizabeth L. Grayer

Attorneys for Plaintiff and Counterdefendant
QUALCOMM Incorporated

DLA PIPER LLP (US)
SAN DIEGO

WEST\21660383.1

-1-

05 CV 1958 B (BLM)