SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
FRANK A. CIALONE (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; fcialone@sflaw.com

Attorneys for Responding Attorneys
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

OTHER PARTIES AND ATTORNEYS LISTED ON SIGNATURE PAGES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| QUALCOMM INCORPORATED, | Case No. 05CV1958-B (BLM) |
|---|---|
| Plaintiff, | **STIPULATION RE SCHEDULE ON FURTHER PROCEEDINGS AND [PROPOSED] ORDER THEREON** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to the Court's directive at the telephonic Case Management Conference held on July 16, 2009, Qualcomm and the Responding Attorneys (collectively "the Participants") have met and conferred extensively through their respective counsel of record ("Counsel") to develop the schedule for the balance of these proceedings. Although the Participants would have preferred an earlier hearing date, prior commitments of several Counsel, together with a number of public holidays, necessitated the schedule which is set forth below. The briefing deadlines were set with reference to the final hearing date. Subject to Court approval, the Participants propose the following schedule:

1. Briefs, declarations, and other papers (collectively "Papers") will be submitted in

1  accordance with the schedule set forth below:

2        (a)  Opening Papers by the Responding Attorneys and/or Qualcomm will be
3  submitted on October 13, 2009.

4        (b)  Opposition papers by the Responding Attorneys and/or Qualcomm will be
5  submitted on November 6, 2009.

6        (c)  Reply papers by the Responding Attorneys only will be submitted on
7  December 7, 2009.

8     2.   A hearing will be held on January 13, 14, and 15, 2010, at times set by the Court,
9  preferably in a single courtroom so that audiovisual equipment will not have to be relocated while
10 the proceedings are in progress.

11    3.   Counsel are aware of the Court's preference that the Case Management
12 Conference to resolve the ground rules for the proceedings be held after the Papers have been
13 submitted. However, the Participants believe that two issues need to be resolved in advance of
14 any submissions (as described below). On that basis, the Participants request that two Case
15 Management Conferences be scheduled: (1) a telephonic Case Management Conference on
16 September 9, 2009, to resolve the two most immediate issues; and (2) an in person Case
17 Management Conference on December 2, 2009, with the Participants submitting a joint agenda of
18 items to be covered at the Case Management Conference at least two court days in advance of the
19 Case Management Conference.

20    4.   With respect to the immediate issues, the Participants currently need the Court's
21 guidance on two matters, although they will continue to meet and confer in an effort to resolve
22 those issues (subject to Court approval), and will advise the Court if they are able to do so. By
23 virtue of the nature of those issues, they need to be resolved sooner, rather than later.
24 The Participants may submit short letter briefs on these issues on September 3, 2009. The two
25 issues are described immediately below:

26        (a)  The Responding Attorneys want to resolve the ground rules for use of
27 videotaped depositions at the hearing. The resolution of this issue may affect the length of the
28 hearing.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1        (b)    Qualcomm wants to resolve the ground rules for the filing of Papers.

2    5.    Any date set forth above may be extended by the Court on its own motion or on a showing of good cause.

DATED: August 3, 2009        SHARTSIS FRIESE LLP

By: */s/ Joel Zeldin*
    JOEL ZELDIN

Attorneys for Responding Attorneys
JAMES R. BATCHELDER, CHRISTIAN E. MAMMEN, and KEVIN K. LEUNG

DATED: August 3, 2009        CHAPMAN, POPIK & WHITE LLP

By: */s/ Merri Baldwin*
    MERRI BALDWIN

Attorneys for Non-Party ADAM BIER

DATED: August 3, 2009        KERR & WAGSTAFFE LLP

By: */s/ Adrian Sawyer*
    ADRIAN SAWYER

Attorneys for Non-Party LEE PATCH

DATED: August 3, 2009        KIRBY NOONAN LANCE & HOGE LLP

By: */s/ David Noonan*
    DAVID NOONAN

Attorneys for Non-Party STANLEY YOUNG

DATED: August 3, 2009        CRAVATH, SWAINE & MOORE LLP

By: */s/ Elizabeth L. Grayer*
    ELIZABETH L. GRAYER

Attorneys for Plaintiff QUALCOMM INC.

## ORDER

The schedule set forth above is adopted by the Court.

DATED: _____

_____
MAGISTRATE JUDGE BARBARA L. MAJOR

7527\001\JZELDIN\1599447.3