UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>              Plaintiff,<br>v.<br><br>BROADCOM CORPORATION,<br><br>              Defendants. | Case No. 05cv1958-B (BLM)<br><br>**ORDER (1) DIRECTING RESPONDING ATTORNEYS TO FILE OPENING PAPERS AND (2) DIRECTING CLERK OF COURT TO STRIKE BIER DECLARATION** |

    On October 13, 2009, Qualcomm and the Responding Attorneys lodged opening papers with the Court pursuant to the Court's August 17, 2009 Order. Qualcomm did not file a motion to seal any of these papers by the October 16, 2009 deadline set by the Court. See Doc. No. 921. Therefore, the Court hereby orders the Responding Attorneys to file their opening papers with the Court on or before **November 3, 2009**. It is the Court's understanding that most of these opening papers will contain a legend not present on the lodged copies. If this is the only difference between the filed and lodged copies, the parties need not lodge new copies with the Court. If a party agreed to make any additional changes (e.g. as described in Responding Attorneys Batchelder, Mammen and Leung's October 12, 2009 letter or Qualcomm's

1  October 16, 2009 letter), that party shall lodge new courtesy copies.
2      Because the opening papers Qualcomm lodged are the subject of a
3  pending motion, Qualcomm shall not file its opening papers until that
4  motion is resolved and Qualcomm receives a further order from the Court.
5      Finally, because the Declaration of Responding Attorney Adam Bier
6  in Response to Order to Show Cause Why Sanctions Should Not be Imposed
7  (Doc. No. 939) was filed in error, the Court **ORDERS** the Clerk of Court
8  to **STRIKE** that document, as well as the discrepancy order that allowed
9  its filing (Doc. No. 938), from the record.
10     **IT IS SO ORDERED.**
11 DATED:   October 30, 2009

                                      BARBARA L. MAJOR
                                      United States Magistrate Judge