UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>            Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05cv1958-B (BLM)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF RESPONDING ATTORNEYS MAMMEN AND LEUNG FOR LEAVE TO FILE AN APPENDIX TO REPLY MEMORANDUM**<br><br>[Doc. No. 968] |

  Responding Attorneys Christian E. Mammen and Kevin K. Leung filed an *ex parte* Application for leave to file an Appendix to their Reply to the Responsive Pre-Hearing Brief of Qualcomm Incorporated in excess of the 10-page limit set forth in Local Rule 7.1(h) for memoranda submitted in support of or in opposition to a motion.  Having considered the papers, the Court finds that the application has merit and should be granted.

*///*

*///*

*///*

*///*

1  Good cause appearing, **IT IS HEREBY ORDERED** that Responding
2  Attorneys' application to file an Appendix, of up to 45 single-spaced
3  pages, to their Reply to the Responsive Pre-Hearing Brief of Qualcomm
4  Incorporated is **GRANTED**.

6  DATED:  December 3, 2009

   *[signature]*

   BARBARA L. MAJOR
   United States Magistrate Judge